UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALLEN J. CORTEZ | * | CIVIL ACTION NO. 2:20-cv-2389 |
| Plaintiff | * | |
| | * | SECTION: R (1) |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| LAMORAK INSURANCE | * | |
| COMPANY, ET AL | * | MAGISTRATE JUDGE |
| Defendants | * | JANIS VAN MEERVELD |

*************************************************************************

## **MOTION TO DISMISS WITHOUT PREJUDICE**

**NOW INTO COURT,** through undersigned counsel, comes Huntington Ingalls Incorporated, who moves the Court to dismiss without prejudice its cross-claims against Texaco, Inc. only, with each party to bear its own costs, reserving unto Huntington Ingalls Incorporated its rights against all parties, persons, and entities, whether named or not named. Texaco, Inc. has not filed an answer, motion for summary judgment, or any other pleadings into the record; thus, dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) is proper.

Respectfully submitted,

*/s/ Edwin A. Ellinghausen, III*
Brian C. Bossier (#16818)
Edwin A. Ellinghausen, III (#1347)
Christopher T, Grace, III (#26901)
Erin H. Boyd (#20121)
Laura M. Gillen (#35142)
Whitney C. Stewart (#38905)
**BLUE WILLIAMS L.L.P.**
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Phone: (504) 831-4091
Fax: (504) 837-1182
*Counsel for Huntington Ingalls Incorporated*

1

2

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 21st day of December, 2020, I have electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ Edwin A. Ellinghausen, III*