## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALLEN J. CORTEZ | CIVIL ACTION NO. 2:20-cv-2389 |
| VERSUS | SECTION R (1) |
| LAMORAK INSURANCE COMPANY, ET AL | JUDGE SARAH S. VANCE |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |

### JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs-in-Cross-Claim, Huntington Ingalls Incorporated and Albert L. Bossier, Jr., and Cross-Defendant, Occidental Chemical Corporation (improperly referred to as "Occidental Chemical Corporation, formerly, Hooker Chemical & Plastics Corp., formerly, Hooker Chemical Corporation") ("Occidental"), who move the Court to dismiss Occidental, only, without prejudice, with each party to be responsible for the payment of its own costs. Huntington Ingalls Incorporated and Albert L. Bossier, Jr. specifically reserve their rights against all other defendants, third parties, solidary obligors, and other persons and/or entities.

**WHEREFORE,** Huntington Ingalls Incorporated, Albert L. Bossier, Jr., and Occidental request that Huntington Ingalls Incorporated and Albert L. Bossier, Jr.'s cross-claims against Occidental be dismissed, without prejudice, each party to bear its own costs, specifically reserving to Huntington Ingalls Incorporated and Albert L. Bossier, Jr. all rights to prosecute claims and/or actions against all other defendants, third parties, solidary obligors, and other persons and/or entities.

1

Respectfully submitted,

**IRWIN FRITCHIE URQUHART & MOORE LLC**


*/s/ Kevin Powell*
Gus A. Fritchie, III (#5751)
Timothy F. Daniels (#16878)
David M. Melancon (#23216)
Kevin Powell (#25324)
Daphne M. Lancaster (#34630)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
IrwinAvondale@irwinllc.com
*Counsel for Huntington Ingalls Incorporated and Albert L. Bossier, Jr.*

AND

**FRILOT L.L.C.**


*/s/ Roth M. Hainkel*
JOHN J. HAINKEL, III – 18246
ANGELA M. BOWLIN – 20714
MAGALI A. PUENTE MARTIN – 27279
KELSEY A. EAGAN – 35764
KELLY L. LONG – 34945
LACEY T. MCCOY – 37790
ROTH M. HAINKEL – 38765
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
T: (504) 599-8000; F: (504) 599-8100
rhainkel@frilot.com
**Counsel for Occidental Chemical Corporation**

## **CERTIFICATE OF SERVICE**

I hereby certify this 6th day of May, 2021, that I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF, which will send notification of such filing to all enrolled counsel of record.

*/s/ Roth M. Hainkel*