UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALLEN J. CORTEZ | CIVIL ACTION NO. 2:20-cv-2389 |
| VERSUS | SECTION R (1) |
| LAMORAK INSURANCE COMPANY, ET AL | JUDGE SARAH S. VANCE |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

**IT IS HEREBY ORDERED** that the claims of Plaintiffs-in-Cross-Claim, Huntington Ingalls Incorporated and Albert L. Bossier, Jr., against Defendant, Occidental Chemical Corporation, (improperly referred to as "Occidental Chemical Corporation, formerly, Hooker Chemical & Plastics Corp., formerly, Hooker Chemical Corporation"), be dismissed without prejudice, and with each party to bear its own costs, specifically reserving to Huntington Ingalls Incorporated and Albert L. Bossier, Jr. all rights to prosecute claims and/or actions against all other defendants, third parties, solidary obligors, and other persons and/or entities.

Signed in New Orleans, Louisiana, on the _____ day of _____, 2021.

_____
**JUDGE**