# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLEN J. CORTEZ** | * | **CIVIL ACTION NO. 2:20-cv-02389** |
| | * | **SECTION R(1)** |
| **VS.** | | |
| | * | **JUDGE SARAH S. VANCE** |
| **LAMORAK INSURANCE CO., ET AL** | * | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims currently asserted in the above action have been settled with defendant, Shell Oil Company, so that those claims currently asserted by plaintiff in this action are dismissed with prejudice as against this defendant only, with each party to bear its own costs, and reserving to plaintiff, Callen J. Cortez, any and all rights which he has or may have against any other person, entity, or corporation, whether named or unnamed in this suit.

New Orleans, Louisiana, this 21st day of May, 2021.

_____
JUDGE