# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLEN J. CORTEZ** | * | **CIVIL ACTION NO. 2:20-cv-02389** |
| | * | **SECTION "R" (1)** |
| **VS.** | * | **JUDGE SARAH VANCE** |
| **LAMORAK INSURANCE CO., ET AL** | * | **MAG. JANIS VAN MEERVELD** |

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that the joint motion of partial voluntary dismissal filed by Plaintiff, Callen J. Cortez, and Defendant, Axiall Corporation (DE), is GRANTED, and Plaintiff's claims asserted against Axiall Corporation (DE) are dismissed, without prejudice, which claims are dismissed as to this Defendant only, with each party to bear their own costs, and reserving to Plaintiff, Callen J. Cortez, any and all rights and claims against any other person, partnership, or corporation whether named or unnamed in this action.

New Orleans, Louisiana, this 23rd day of February, 2022.

_____
**JUDGE SARAH VANCE**