CIVIL DISTRICT COURT

FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2020-5403    DIVISION "J"    SECTION "15"

CALLEN J. CORTEZ

VERSUS

LAMORAK INSURANCE COMPANY, ET AL.

\*    \*    \*

VIDEOTAPED DISCOVERY DEPOSITION

OF

CALLEN J. CORTEZ,

1777 Highway 307, Thibodaux, Louisiana 70301,

given at the offices of Roussel & Clement, 1550

West Causeway Approach, Mandeville, Louisiana

70471, on Tuesday, August 11, 2020 and

Wednesday, August 12, 2020

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

                                                                              86

1    APPEARANCES:

2

3    REPRESENTING THE PLAINTIFFS:

4            ROUSSEL & CLEMENT

5            BY:GEROLYN P. ROUSSEL, ESQUIRE

6               JONATHAN B. CLEMENT, ESQUIRE

7            1550 West Causeway Approach

8            Mandeville, Louisiana 70471

9

10   REPRESENTING CBS CORPORATION AND FOSTER WHEELER

11   LLC:

12           FRILOT, LLC

13           BY: ANGELA M. BOWLIN, ESQUIRE

14           100 Poydras Street

15           Suite 3700

16           New Orleans, Louisiana 70163

17

18   REPRESENTING PHARMACIA LLC:

19           BRADLEY, MURCHISON, KELLY & SHEA LLC

20           BY: DARRYL J. FOSTER, ESQUIRE

21           1100 Poydras Street

22           Suite 2700

23           New Orleans, Louisiana 70163

24           (via Zoom on 8-12-2020)

25

```
 1   APPEARANCES CONTINUED (VIA ZOOM):

 2

 3   REPRESENTING UNION CARBIDE CORP., BAYER

 4   CROPSCIENCE, INC. AS SUCCESSOR TO RHONE-POULENC

 5   AG CO., F/K/A  AMCHEM PRODUCTS, INC., F/K/A

 6   BENJAMIN FOSTER COMPANY:

 7            PUGH, ACCARDO, HAAS, RADECKER & CAREY,

 8            LLC

 9            BY:  MILELE ST. JULIEN, ESQUIRE.

10            1100 Poydras Street

11            Suite 3300

12            New Orleans, Louisiana 70163

13

14   REPRESENTING MCCARTY CORP. AND EAGLE, INC.:

15            SIMON, PERAGINE, SMITH & REDFEARN,

16            L.L.P.

17            BY: JAMES R. GUIDRY, ESQUIRE

18            3000 Energy Centre

19            1100 Poydras Street

20            New Orleans, Louisiana 70163-3000

21

22

23

24

25
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

88

1    APPEARANCES CONTINUED:

2

3    REPRESENTING ANCO INSULATIONS, INC.:

4            PUGH, ACCARDO, HAAS, RADECKER & CURRY

5            LLC

6            BY: JAMIE H. BAGLIO, ESQUIRE

7            1100 Poydras Street

8            Suite 3200

9            New Orleans, Louisiana 70163

10

11   REPRESENTING ALBERT BOSSIER, JR.:

12           IRWIN, FRITCHIE, URQUHART & MOORE LLC

13           BY: KEVIN POWELL, ESQUIRE

14           400 Poydras Street

15           Suite 2700

16           New Orleans, Louisiana 70130

17

18   REPRESENTING HUNTINGTON INGALLS, INCORPORATED:

19           BLUE, WILLIAMS LLP

20           BY: CHRISTOPHER T. GRACE III, ESQUIRE

21              WHITNEY STEWART, ESQUIRE

22           3421 North Causeway Blvd.

23           Suite 900

24           Metairie, Louisiana 70002

25

JOHNS, PENDLETON, FAIRBANKS AND FREESE                         504 219-1993

```
 1    APPEARANCES CONTINUED:

 2

 3    REPRESENTING HOPEMAN BROTHERS, INC. AND LIBERTY

 4    MUTUAL INSURANCE CO. AS INSURER OF WAYNE

 5    MANUFACTURING CORP.:

 6              COURINGTON, KIEFER & SOMMERS

 7              BY: MATHILDE V. SEMMES, ESQUIRE

 8              616 Girod Street

 9              New Orleans, Louisiana 70130

10

11    REPRESENTING TAYLOR-SEIDENBACH:

12              HAILEY, MCNAMARA

13              BY: EDWARD J. LASSUS, JR., ESQUIRE

14              Suite 1400

15              One Galleria Boulevard

16              Metairie, Louisiana 70001

17

18    REPRESENTING AXIALL CORPORATION (F/K/A GEORGIA

19    GULF CORPORATION):

20              BIENVENU, BONNECAZE, FOCO, VIATOR &

21              HOLINGA, APLLC

22              BY: JOHN ALLAIN VIATOR, ESQUIRE

23                  JADE SHAFFER, ESQUIRE

24              4210 Bluebonnet Blvd.

25              Baton Rouge, Louisiana 70809
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

90

1    APPEARANCES CONTINUED:

2

3    REPRESENTING BERKSHIRE HATHAWAY SPECIALTY

4    INSURANCE COMPANY AND CONTINENTAL INSURANCE

5    COMPANY:

6              TAYLOR, WELLONS, POLITZ & DUHE, APLC

7              BY: PAUL J. VERLANDER, ESQUIRE

8                  JONATHAN WOMACK, ESQUIRE

9              1515 Poydras Street

10             Suite 1900

11             New Orleans, Louisiana 70112

12

13   REPRESENTING C.F. INDUSTRIES NITROGEN LLC:

14             PHELPS, DUNBAR LLP

15             BY: ANTHONY J. GAMBINO, JR., ESQUIRE

16             II City Plaza

17             400 Convention Street, Suite 1100

18             Baton Rouge, Louisiana 70802

19

20   REPRESENTING ENTERGY LOUISIANA, LLC:

21             MCGLINCHEY STAFFORD, PLLC

22             BY: ERIN FURY PARKINSON, ESQUIRE

23             601 Poydras Street

24             12th Floor

25             New Orleans, Louisiana 70130

JOHNS, PENDLETON, FAIRBANKS AND FREESE                        504 219-1993

 1   APPEARANCES CONTINUED:

 2

 3   REPRESENTING FIRST STATE INSURANCE COMPANY:

 4           CHRISTOVICH & KEARNEY, LLP

 5           BY: DEANDRA N. DE NAPOLI, ESQUIRE

 6           601 Poydras Street

 7           Suite 2300

 8           New Orleans, Louisiana 70130

 9

10   REPRESENTING GOODRICH CORPORATION:

11           PUGH, ACCARDO, HAAS, RADECKER & CAREY

12           LLC

13           BY: MCGREADY L. RICHESON, ESQUIRE

14           1100 Poydras Street

15           Suite 3300

16           New Orleans, Louisiana 70163

17

18   REPRESENTING HOUSTON GENERAL INSURANCE COMPANY:

19           BEAHM & GREEN

20           BY: DAVID A. POTE, ESQUIRE

21           145 Robert E. Lee Blvd.

22           Suite 400

23           New Orleans, Louisiana 70124

24

25

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

92

1    APPEARANCES CONTINUED:

2

3    REPRESENTING INTERNATIONAL PAPER COMPANY:

4            FORMAN, WATKINS & KRUTZ, LLP

5            BY: T. PEYTON SMITH, ESQUIRE

6                DANIEL S. ROBERTS, ESQUIRE

7            One Shell Square

8            701 Poydras Street

9            Suite 4350

10           New Orleans, Louisiana 70139

11

12   REPRESENTING LAMORAK INSURANCE COMPANY:

13           TAYLOR, WELLONS, POLITZ & DUHE

14           BY: FRANCIS C. CANNONE, ESQUIRE

15           1515 Poydras Street

16           Suite 1900

17           New Orleans, Louisiana 70112

18

19   REPRESENTING LIBERTY MUTUAL INSURANCE COMPANY

20   AND TRAVELERS INDEMNITY COMPANY AS INSURERS FOR

21   B&B:

22           COURINGTON, KIEFER & SOMMERS, LLC

23           BY: TROY N. BELL, ESQUIRE

24           616 Girod Street

25           New Orleans, Louisiana 70130

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

                                                                              93

 1    APPEARANCES CONTINUED:

 2

 3    REPRESENTING LOUISIANA INSURANCE GUARANTY

 4    ASSOCIATION:

 5              HENCHY, VERBOIS & HACKENBERG, LLC

 6              BY: F. SCOTT HACKENBERG, ESQUIRE

 7              7737 Old Hammond Highway

 8              Suite B-4

 9              Baton Rouge, Louisiana 70809

10

11    REPRESENTING OCCIDENTAL CHEMICAL CORPORATION

12    AND GENERAL ELECTRIC COMPANY:

13              FRILOT, LLC

14              BY: ROTH M. HAINKEL, ESQUIRE

15              1100 Poydras Street

16              Suite 3700

17              New Orleans, Louisiana 70163

18

19    REPRESENTING RILEY POWER, INC.:

20              DEUTSCH, KERRIGAN, LLP

21              BY: JENNIFER E. ADAMS, ESQUIRE

22              755 Magazine Street

23              New Orleans, Louisiana 70130

24

25

JOHNS, PENDLETON, FAIRBANKS AND FREESE                         504 219-1993

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                          August 11, 2020

94

```
 1    APPEARANCES CONTINUED:

 2

 3    REPRESENTING SHELL OIL COMPANY AND BASF

 4    CORPORATION:

 5            KEAN MILLER, LLP

 6            BY: ALEXANDRA E. ROSSI, ESQUIRE

 7            400 Convention Street

 8            Suite 700

 9            Baton Rouge, Louisiana 70821

10

11    REPRESENTING TEXACO, INC.:

12            FORMAN, WATKINS & KRUTZ, LLP

13            BY: MCCANN E. LEFEVE, ESQUIRE

14                CHELSEA GAUDIN FAVRET, ESQUIRE

15            201 St. Charles Avenue

16            Suite 2100

17            New Orleans, Louisiana 70170

18

19    REPRESENTING THE CAJUN COMPANY:

20            NEUNER PATE

21            BY: JAMES L. PATE, ESQUIRE

22            One Petroleum Center

23            1001 W. Pinhook Road

24            Suite 200

25            Lafayette, Louisiana 70503
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                          504 219-1993

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

95

1    APPEARANCES CONTINUED:

2

3    REPRESENTING UNIROYAL, INC.:

4              FORMAN, WATKINS & KRUTZ, LLP

5              BY: T. PEYTON SMITH, ESQUIRE

6              201 St. Charles Avenue

7              Suite 2100

8              New Orleans, Louisiana 70130

9

10   REPRESENTING UNITED STATES FIDELITY AND

11   GUARANTY COMPANY:

12             LUGENBUHL, WHEATON, PECK, RANKIN &

13             HUBBARD

14             BY: PATRICIA C. PENTON, ESQUIRE

15             601 Poydras Street

16             Suite 2775

17             New Orleans, Louisiana 70130

18

19

20

21

22

23

24

25

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                              August 11, 2020

96

1    APPEARANCES CONTINUED:

2

3    REPRESENTING LEGACY VULCAN LLC (VULCAN

4    MATERIALS COMPANY):

5              BAKER, DONELSON, BEARMAN, CALDWELL &

6              BERKOWITZ

7              BY: KIMBERLY C. DELK, ESQUIRE

8              201 St. Charles Avenue

9              Suite 3600

10             New Orleans, Louisiana 70170

11

12   ALSO IN ATTENDANCE:

13             NNEKA OKAFOR

14

15

16   VIDEO BY:
               KEN HART, CLVS
17             HART VIDEO OF LOUISIANA

18   REPORTED BY:
               ROGER D. JOHNS, CCR
19             CERTIFIED COURT REPORTER
               STATE OF LOUISIANA
20

21

22             *       *       *
     ROGER D. JOHNS, Certified Shorthand Reporter,
23   in and for the State of Louisiana, officiated
     in administering the oath to the witness.
24             *       *       *

25

JOHNS, PENDLETON, FAIRBANKS AND FREESE                          504 219-1993

```
 1                S T I P U L A T I O N

 2

 3              IT IS STIPULATED AND AGREED by and

 4    between Counsel for the parties hereto that the

 5    deposition of the aforementioned witness is

 6    hereby being taken under the Louisiana Code of

 7    Civil Procedure, Article 1421, et seq. in

 8    accordance with law;

 9              That all formalities, including

10    reading and signing of the original transcript,

11    are specifically waived;

12              That the formalities of sealing,

13    certification and filing are specifically

14    waived;

15

16                   *         *         *

17    ROGER D. JOHNS, Certified Shorthand Reporter,

18    in and for the State of Louisiana, officiated

19    in administering the oath to the witness.

20

21

22

23

24

25
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

98

```
 1           E X A M I N A T I O N     I N D E X

 2                                               PAGE

 3    MR. POWELL                                  99
      MS. BOWLIN                                 217
 4    MR. FOSTER                                 324
      MR. GAMBINO                                346
 5    MS. ST. JULIEN                             360
      MR. HAINKEL                                375
 6    MR. VIATOR                                 399
      MR. HACKENBERG                             421
 7    MS. DELK                                   425
                    AUGUST 12, 2020
 8    MS. ADAMS                                  435
      MS. BAGLIO                                 451
 9    MS. ROSSI                                  454
      MR. GUIDRY                                 472
10    MS. PENTON                                 501
      MR. RICHESON                               505
11    MR. LASSUS                                 515
      MR. VERLANDER                              574
12    MR. PATE                                   634
      MR. CANNONE                                636
13    MS. SEMMES                                 641
      MR. BELL                                   686
14    MR. FOSTER                                 715
      MR. GAMBINO                                728
15    MS. BOWLIN                                 731
      MS. DE NAPOLI                              743
16    MR. POWELL                                 745
      MR. HAINKEL                                759
17    MR. VERLANDER                              763
      MS. SEMMES                                 766
18    MS. ROUSSEL                                767
      MS. PARKINSON                              832
19    MS. ROUSSEL                                842
      MS. ROSSI                                  846
20    MS. ROUSSEL                                850

21

22           E X H I B I T     I N D E X

23                                               PAGE

24    EXHIBIT 1    Avondale work record          825

25    EXHIBIT 2    Social Security statement      825
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                         504 219-1993

1    form of cancer, to your knowledge?

2         A    No.

3         Q    What about any of your siblings?

4         A    No.

5         Q    Now, your wife's name is Mona Hotard

6    Cortez; correct?

7         A    Yes, sir.

8         Q    And I have that you married Miss Mona

9    on May 12th, 1972.  Is that right?

10        A    Yes.

11        Q    Have you two ever been separated?

12        A    No.

13        Q    Have you ever been married to anyone

14   other than Mona?

15        A    No.

16        Q    And you told us about your children,

17   Kelsey and Kallie.  Do you have any other

18   children?

19        A    No.

20        Q    Other than your father, have you ever

21   lived with anyone who worked in any kind of an

22   industrial facility like a refinery, a chemical

23   plant, power plant, anything like that?

24        A    My wife worked at Dow Chemical for 20

25   years for Cajun, but she was a custodial

 1    engineer, whatever you want to you call it, a

 2    janitor.

 3         Q    When did Miss Mona work at Dow?

 4         A    Well, she -- she worked there 20 years

 5    and she got out of there last August 1st in

 6    2019.  I know -- I think -- I don't remember

 7    the year she started out there.

 8         Q    You said she spent about 20 years out

 9    there?

10         A    Yeah.

11         Q    Do you know whether she worked with or

12    around any asbestos materials?

13         A    No.  All I know is she was working

14    inside of a control building like a janitor,

15    cleaning up, mopping, making coffee, stuff like

16    that.

17         Q    Mr. Cortez, have you ever been

18    involved in any lawsuits before the one we're

19    talking about today?

20         A    Can you repeat that?

21         Q    Have you ever been involved in any

22    lawsuits other than the one we're here talking

23    about today?

24         A    No.

25         Q    Did you ever make a claim for any

1    asbestos-related condition --

2        A    No.

3        Q    -- before being diagnosed with

4    mesothelioma?

5        A    No.

6        Q    Did you ever live with your in-laws?

7        A    No.

8        Q    What's your father-in-law's name?

9        A    Eldon Hotard.

10       Q    What did Mr. Hotard do for a living?

11       A    He was mostly -- I mean, he was a

12   fisherman and a trapper.

13       Q    Did you know your grandparents?

14       A    Repeat?  Could you repeat that,

15   please?

16       Q    Did you know your grandparents?  Your

17   grandpa, your grandma, did you know them?

18       A    Yes, I knew my father's parents and I

19   knew my mother's mother, but my grandfather on

20   Mama's side died when I was five years old.

21       Q    Okay.  What did your paternal

22   grandfather, your dad's father, what did he do

23   for a living?

24       A    I couldn't tell you.  I don't know.

25       Q    All right.  Mr. Cortez, according to

109

1    your Avondale employment record, you were

2    employed by Avondale from March 6th, 1969 until

3    May 31, 1974.  Does that sound right to you?

4         A    Yes.

5         Q    And it's my understanding, looking at

6    your employment records, you were working, at

7    least primarily, in the Westwego yard; is that

8    correct?

9         A    Yes.

10        Q    And it appears that your work would

11   have been outdoors or out in the open air.

12   Would you agree with that?

13             MS. ROUSSEL:

14                  Object to the form of the

15             question.

16             THE WITNESS:

17                  What did you say?

18   EXAMINATION BY MR. POWELL:

19        Q    Most of your work at Avondale was out

20   in the open air?  You were outside it shows.

21   Am I right about that?

22             MS. ROUSSEL:

23                  Object to the form of the

24             question.

25             THE WITNESS:

```
 1                    I got to answer that?
 2              MS. ROUSSEL:
 3                    You can answer him.
 4       EXAMINATION BY MR. POWELL:
 5          Q    You can answer.
 6          A    I worked outside sometimes, but not
 7       all the time.
 8          Q    No, I understand you didn't work
 9       outside all the time.  But as you have told us,
10       you did work on some ships.  But my question
11       for you is, did you work primarily most of the
12       time in an outdoors, outside?
13          A    Yes, I worked outside after we --
14       after we finished the -- the work on the barges
15       and the -- and the oil rigs.  Then they put us
16       outside.
17          Q    Okay.  Was most of the work working
18       with metal?
19          A    You broke up.  Say it again?
20          Q    Most of the work you were doing at
21       Avondale, you were working with metal; right?
22          A    Yes.
23          Q    Steel?  Yes?
24          A    I was working with metal.
25          Q    Okay.  And was most of the work that
```

1    you did at the Westwego yard, was that barge

2    construction?

3        A    Yes.

4        Q    And I understand that at the Westwego

5    yard they were building, during the period you

6    were there, they were building barges?

7        A    Say again?

8        Q    Building barges that were called LASH

9    barges.  Do you remember that?

10           MS. ROUSSEL:

11               Object to the form of the

12           question.

13           MS. BOWLIN:

14               Didn't understand.

15   EXAMINATION BY MR. POWELL:

16       Q    When you were working at the Westwego

17   yard between 1969 and 1974, was Avondale

18   building some barges called LASH barges?

19           MS. ROUSSEL:

20               Object to the form of the

21           question.

22   EXAMINATION BY MR. POWELL:

23       Q    You can answer.

24           MS. ROUSSEL:

25               Don't --

```
 1              THE WITNESS:
 2                   I remember working on LASH
 3              barges, yes.  That was them little
 4              bitty barges.
 5     EXAMINATION BY MR. POWELL:
 6         Q    Right.  And in working on those
 7     barges, was there any insulation products that
 8     were used in construction of the LASH barges?
 9         A    I don't really remember on those
10     barges, no.  I don't remember those having
11     actually any real components to it.  It was
12     just like a box.
13         Q    Those would be containers that were
14     going to go on top of ships; right?
15         A    Yeah.
16         Q    And do you believe that you used
17     asbestos while working on the construction of
18     barges?
19         A    I mean, that's not the only barges I
20     worked on, I mean.  I worked on big barges
21     also.
22         Q    Let's talk -- Let's talk about the
23     LASH barges.  When you were working on the LASH
24     barges, do you think you had any exposure to
25     asbestos on the LASH barges?
```

113

```
 1        A    No, I doubt it.  I was actually just

 2    working on new construction on the LASH barges.

 3    And I wasn't working around insulators on the

 4    LASH barges.

 5        Q    And during the LASH barges project

 6    that was your primary job during the

 7    construction of LASH barges, was to work in the

 8    construction of those LASH barges; is that

 9    right?

10             MS. ROUSSEL:

11                  Object to the form of the

12             question.  That was -- Object to the

13             form of the question.

14    EXAMINATION BY MR. POWELL:

15        Q    Am I right?

16             MS. ROUSSEL:

17                  What was your question again?

18    EXAMINATION BY MR. POWELL:

19        Q    You were primarily -- During the

20    construction of the LASH barges, isn't it true

21    that you were primarily assigned working on the

22    LASH barges?

23             MS. ROUSSEL:

24                  Object to the form of the

25             question.  He's already said that that
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

114

1           was one of the things he did, but that

2           wasn't his primary work.

3           MR. POWELL:

4                Gerolyn, you can stop with the

5           leading objections.

6           MS. ROUSSEL:

7                No, you can stop with stating

8           that.  You're trying to get him to say

9           that that was his primary job in the

10          Westwego yard, and he said he did many

11          other things, too, and worked on other

12          things.

13          MR. POWELL:

14               I am asking him a question and I

15          need you to stop leading him.

16          MS. ROUSSEL:

17               Well, I need you to stop trying

18          to mislead him.

19               And, Mr. Cortez, I am going to

20          ask you to listen to Avondale's

21          attorney's questions very carefully.

22          MR. POWELL:

23               Object.  Objection to the

24          commentary.

25     EXAMINATION BY MR. POWELL:

1      Q     Mr. Cortez, I am not trying to trick

2    you.  I am trying to figure out what you were

3    doing most of the time when you were at the

4    Westwego yard.  And I understand that there was

5    a construction of many LASH barges at that

6    time.  And I am asking you, during the

7    construction of the LASH barges, were you

8    primarily assigned to that project?

9      A     No.

10     Q     All right.  During that time what

11   project were you primarily assigned work on

12   during the period of 1969 to 1974 at Avondale's

13   Westwego yard?

14     A     We worked on larger barges that

15   carried chemicals and fuel and oil and we

16   worked on drilling rig platforms.  We didn't

17   primarily work just on the LASH barges, no.

18     Q     You agree with me that the LASH barges

19   was a huge project for the Westwego yard;

20   correct?

21          MS. ROUSSEL:

22              Object to the form of the

23          question.  He can tell you what he

24          worked on.

25   EXAMINATION BY MR. POWELL:

1      Q     Am I right, Mr. Cortez?  Y'all were

2    building a lot of LASH barges at that time;

3    correct?

4      A     Yes.  Yes.  But we had a lot of people

5    working over there.  I wasn't the only welder

6    out there.

7      Q     I agree with you.  I have seen that

8    you were also one of the people that was

9    working almost on a daily basis on the LASH

10   barges during that project; correct?

11             MS. ROUSSEL:

12                  Object to the form of the

13             question.

14   EXAMINATION BY MR. POWELL:

15     Q     Is that true, sir?

16     A     I worked on it for a little while,

17   yes.  Not the -- Not from beginning of the

18   contract until the end, no.

19     Q     Mr. Cortez, during the period that you

20   worked in the Westwego yard, Avondale was

21   constructing what's called Coast Guard cutters.

22   Do you remember that?

23             MS. BOWLIN:

24                  Object to the form.

25             THE WITNESS:

1              No.

2     EXAMINATION BY MR. POWELL:

3        Q     Did you ever work on any Coast Guard

4     cutters?

5        A     No.

6        Q     You mentioned some drilling rigs.  How

7     many rigs did you work on?

8        A     One in particular, but I don't

9     remember the name of it.  It was a huge one.

10    Real big.

11       Q     Do you remember working on an Odeco

12    rig?

13       A     I told you I don't remember the name

14    of them.  I don't know.

15       Q     Do you remember whether -- what --

16    what period of your Avondale employment were

17    you working on the rig that you can remember?

18    Was it towards the beginning or towards the end

19    of your employment or in the middle?

20       A     I think it was the --

21       Q     Do you remember?

22       A     I think it's in the middle of my

23    employment.

24       Q     And when working on that rig, where

25    was the rig located?

```
 1        A     It was on the river side right --
 2   right before the office and the tool room.
 3   That's all I can tell you.  Between the --
 4   the -- between the crane track and the river
 5   itself.
 6        Q     All right.  And you're still talking
 7   about at in Westwego; correct?
 8        A     Yes.
 9        Q     What was your job on the rig?
10        A     I was welding.
11        Q     Where on the rig were you welding?
12        A     Just about all over.  Mostly on inside
13   the tanks.  I was welding like in the -- like
14   the walls and the seams and where the
15   penetrations went through the walls and all of
16   that.  A lot of overhead welding.  On the
17   outside sometimes.  Most of the time it was in
18   the inside.
19        Q     Did you have any -- Do you believe you
20   had any asbestos exposure while working on the
21   rig?
22        A     Yes.  We used to use asbestos cloth to
23   cover ourselves from getting burnt and to cover
24   material that we had to protect from getting
25   burnt or damaged from the falling hot sparks.
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                August 11, 2020

119

1        Q      And you mentioned Uniroyal.  Was that
2    Uniroyal asbestos cloth?
3        A      Yes.
4        Q      How did you know it was Uniroyal
5    asbestos cloth?
6        A      Because it was on the box.  Whenever
7    we'd go to the tool room to get a piece of
8    cloth, they would pull it out of the box, rip
9    it with a razor knife and fold it up and hand
10   it to us.  That was every day.
11       Q      Okay.  How often was that?
12       A      Every day.
13       Q      You mentioned working in some living
14   quarters and you mentioned Hopeman Brothers.
15       A      Yes.
16       Q      Can you tell me what vessels it was
17   you worked in living quarters around Hopeman
18   Brothers?
19       A      That -- That drilling rig for sure.
20   And some commercial vessels like tugboats, push
21   boats, stuff like that.
22       Q      When you were working for Avondale,
23   did you ever get sent over to the main yard in
24   Bridge City?
25       A      Maybe once or twice I went to the main

JOHNS, PENDLETON, FAIRBANKS AND FREESE                         504 219-1993

1    yard.

2         Q    And when you went over to the main

3    yard, how long did you stay there that once or

4    twice?

5         A    Maybe two to three weeks, until they

6    needed me back in the Westwego yard.

7         Q    And when you went to the main yard,

8    what kind of jobs did you do at the main yard?

9         A    I was a welder over there, too.

10        Q    Were you welding on ships?

11        A    Most of the time I was -- At Avondale

12   main yard I was in the -- in the fabrication

13   area.  I wasn't on any ships or nothing like

14   that, no.

15        Q    So you were out on the platin?

16        A    Yes.  Most of the time, yes.

17        Q    Did you go on any ship in the main

18   yard?

19        A    No.

20        Q    Other than the rig that you worked

21   around Hopeman Brothers on, did you ever --

22   around, did you ever work with Hopeman Brothers

23   on any other vessel?

24        A    Whenever we did a repair job and had

25   to go to the living quarters, you know, on a

1    commercial vessel, they were on there, too.

2        Q    Do you remember the names of any of

3    the commercial vessels where that occurred?

4        A    No.  I can't remember the name of any

5    vessels that I worked at Avondale.  That was a

6    long time ago.

7        Q    Do you know what -- who the owner of

8    the vessels was that you were working on?

9        A    No.

10        Q    Did you work on any Lykes ships?

11        A    Say again?

12        Q    Lykes, L-Y-K-E-S, did you work on any

13    Lykes vessels?

14            MS. BOWLIN:

15                Object to the form.

16        A    No.

17        Q    Did you work on any of the LASH ships?

18            MS. BOWLIN:

19                Object to the form.

20    EXAMINATION BY MR. POWELL:

21        Q    Not barges, but the ships themselves?

22        A    No.

23        Q    Did you work on any destroyer escorts?

24        A    No.

25        Q    Did you work on any ships that were

```
 1   manufactured for a company called the States

 2   Lines?

 3              MS. BOWLIN:

 4                   Object to the form.

 5              THE WITNESS:

 6                   No.

 7   EXAMINATION BY MR. POWELL:

 8        Q    Do you know whether you worked on a

 9   Sedco rig?

10        A    The who?  Say again?

11        Q    Sedco, a rig that was built for Sedco,

12   S-E-D-C-O?

13        A    Not really.  If it wasn't in the

14   Westwego yard itself, I can't even tell you.

15              MS. ROUSSEL:

16                   And in all fairness, he said he

17              couldn't remember the names of the

18              rigs that he worked on.  He knew they

19              were drilling rigs, but he couldn't

20              remember the specific names.

21              MR. POWELL:

22                   Gerolyn, I am just throwing out

23              some names to see if he can remember

24              them.

25   EXAMINATION BY MR. POWELL:
```

 1      Q     The next, the WAAGE or WAAGE,

 2   W-A-A-G-E?

 3      A     No.

 4      Q     Did you work on any tankers, oil

 5   tankers?

 6            MS. BOWLIN:

 7                 Object to the form.

 8            THE WITNESS:

 9                 No.

10   EXAMINATION BY MR. POWELL:

11      Q     Did you work on any Navy ships?

12      A     No.

13      Q     Did you work on any Coast Guard ships?

14      A     No.

15      Q     So you mentioned working around

16   Hopeman Brothers on commercial vessels, you

17   called it repair jobs.  Can you give me a

18   little bit more information about that?  When

19   would you have been working around Hopeman

20   Brothers on commercial vessels that involved

21   repairs?

22      A     Like once or twice a month they would

23   take us to the New Orleans Port and have to go

24   do some work over there.  And, I mean, of

25   course, working with a lot of different crafts

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

124

```
1    there, and sometimes it would take a day and

2    sometimes it would take two or three days.  And

3    I would see their hardhats over there in the

4    living quarters and all.

5         Q    Were they having to replace any of the

6    wallboards that were on the vessels?

7         A    Some of them, yes.

8              MS. BOWLIN:

9                   Object to the form.

10             MS. SEMMES:

11                  Object to form.

12             MR. HACKENBERG:

13                  Object to leading.

14   EXAMINATION BY MR. POWELL:

15        Q    And when you were -- Were you in the

16   area with Hopeman Brothers when they were

17   replacing wallboards?

18             MS. SEMMES:

19                  Objection, leading.

20             MR. HACKENBERG:

21                  Object to form, leading.

22             THE WITNESS:

23                  We would walk -- I mean, we would

24             walk through the living quarters to

25             get to the specific area that we had
```

1              to work and while they were working.

2    EXAMINATION BY MR. POWELL:

3       Q    All right.  So to make sure I'm clear,

4    you would go through the living areas where

5    Hopeman Brothers employees were replacing

6    wallboards?  Is that what you're telling me?

7           MS. BOWLIN:

8                 Objection.

9           MS. SEMMES:

10                Objection to form.

11          MS. BOWLIN:

12                Object to the form.

13          THE WITNESS:

14                I lost him.  I don't know where

15          he's at.

16   EXAMINATION BY MR. POWELL:

17      Q    Sorry.  When you were walking through

18   the living quarters, you would see Hopeman

19   Brothers; correct?

20          MS. BOWLIN:

21                Object to form.

22          THE WITNESS:

23                Say again?  You broke up again.

24   EXAMINATION BY MR. POWELL:

25      Q    And I understand you're having a

126

```
 1   problem hearing it.  I can say it again.  When

 2   you were walking through the living quarters,

 3   that's where you would see Hopeman Brothers

 4   replacing wallboards; is that right?

 5       A   Yes.

 6           MS. BOWLIN:

 7               Object to form.

 8   EXAMINATION BY MR. POWELL:

 9       Q   And did their work create dust?

10           MS. BOWLIN:

11               Object to the form.

12           MS. SEMMES:

13               Object to the form.

14           MS. ROUSSEL:

15               He didn't hear you.  And

16           apparently you're cutting in and out.

17           Can you get close to wherever you're

18           speaking?  And I think part of the

19           problem is somebody's trying to object

20           in the middle of your question.

21               Please let him complete his

22           question before you lodge an

23           objection.  Because that's causing

24           break-up.

25           MR. POWELL:
```

```
 1              And I'll make this easier on
 2         everybody.  All of your objections can
 3         be reserved as to my questions.  You
 4         don't have to object.  Just reserve
 5         your objections until later.
 6    MR. BELL:
 7              Objection in all cases.
 8  EXAMINATION BY MR. POWELL:
 9    Q    All right.  So, Mr. Cortez, when you
10  were walking through the areas where Hopeman
11  Brothers was replacing the wallboards, did that
12  work create dust?
13         MS. BOWLIN:
14              Object to the form.
15         THE WITNESS:
16              Repeat it again?
17  EXAMINATION BY MR. POWELL:
18    Q    When you were in the living quarters,
19  walking through living quarters where Hopeman
20  Brothers was replacing wallboards, did that
21  work of Hopeman Brothers create dust?
22    A    Yes, it definitely did.
23    Q    All right.  How far away were you from
24  that work?
25    A    I mean, you really can't get that far
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

128

1   in living quarters.  I mean, you're passing

2   through, the dust is flying everywhere when

3   they cutting the boards.  And sometimes we had

4   to do some work in that wall when they -- where

5   they were replacing the boards.

6        Q    Okay.  That makes sense.  So would

7   that dust get on your clothes?

8        A    Yes.

9             MS. BOWLIN:

10                  Object to the form.

11   EXAMINATION BY MR. POWELL:

12        Q    And did you breathe the dust Hopeman

13   Brothers was generating?

14             MS. BOWLIN:

15                  Object to the form.

16             THE WITNESS:

17                  Yes.

18   EXAMINATION BY MR. POWELL:

19        Q    How often did that happen?

20        A    Like I said, we'd go over there like

21   two or three times maybe a month and whenever

22   there was a repair job they needed us over

23   there and, I mean, just about every day.

24        Q    And were these ships -- Presumably

25   these were ships that Avondale had built;

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

     1   correct?

     2       A    It was mostly river vessels that we

     3   were working on.  And I guess Avondale was the

     4   one that -- the company that put them together.

     5   I mean, I never built any new construction like

     6   that at Avondale.  I just worked on the

     7   repairs.

     8       Q    Right.  Was it your understanding at

     9   the time the ships you were working on were

    10   ships that had been built by Avondale?

    11          MS. ROUSSEL:

    12               He said --

    13          MS. BOWLIN:

    14               Object to form.

    15          MS. ROUSSEL:

    16               -- he didn't know.

    17          THE WITNESS:

    18               I don't know.

    19          MS. ROUSSEL:

    20               I object to the form of the

    21          question.

    22          THE WITNESS:

    23               I really don't know.

    24   EXAMINATION BY MR. POWELL:

    25       Q    Well, your answers are cutting off.

```
 1    I'm having a hard time understanding you.  I

 2    apologize.  And I understand we're doing our

 3    best here.  I'm not always hearing you, and

 4    I'll repeat my question since I didn't hear

 5    your answer.  I apologize.

 6              Do you remember the names of any of

 7    the people that you worked with at Avondale,

 8    any of your co-workers?

 9         A    The only one I really remember is

10    Joseph Becnel.  A fellow we used to call Black.

11    His last name was -- He was a Reulet.  And, I

12    mean, that's about it, I mean.  I know -- I am

13    not good with names, you know, remembering

14    people from way back when.

15         Q    All right.  Joseph Becnel worked at

16    the Westwego yard?

17         A    He was -- Yes.  He was a shipfitter

18    foreman.

19         Q    And Mr. Reulet, Black Reulet, he

20    worked in Westwego, too?

21         A    Yes.  He was a shipfitter.

22         Q    All right.  Did you ever work with

23    Byron Granier?

24         A    Who?

25         Q    Byron Granier.  Did you work --
```

```
 1     A     No.  No.

 2     Q     Did you ever work with Ellis Falgoust?

 3     A     No.

 4     Q     Did you ever work with Irving Cortez?

 5     A     I sure did.  I worked with him in the

 6   plants.  Well, in one plant for sure.

 7     Q     Which plant did you work with

 8   Mr. Cortez where you were working?

 9     A     At Shell Oil.

10     Q     What was Mr. Cortez's craft at Shell?

11     A     He was a pipefitter.

12     Q     And did you and Mr. Irvin Cortez work

13   in proximity to one another at Shell?

14     A     Repeat that?

15     Q     Did y'all work close to each other at

16   Shell, you and Mr. Cortez?

17     A     Yes.  We were -- We were both doing

18   pipefitting work.

19     Q     Did you ever see him use any asbestos

20   materials?

21     A     He used to use the Garlock gaskets.

22     Q     Similar to the work you were doing,

23   did Mr. --

24     A     I used the same.

25     Q     -- Irvin Cortez have to remove
```

```
 1   gaskets?

 2        A     Yes.

 3        Q     The same thing?  Okay.  And were you

 4   around him when he was doing that work?

 5        A     Yes.  I was working with him.

 6        Q     Were you and him working creating

 7   dust?

 8        A     Say again?

 9        Q     Did Mr. Cortez's work create dust?

10        A     Whenever he was scraping off the

11   gasket material, yes, it did.

12        Q     Did you breathe that dust?

13        A     Yes.  We didn't have any kind of

14   protection.

15        Q     Who was Mr. Cortez, Irvin Cortez

16   working for when you were working with him at

17   the Shell plant?

18        A     I don't really know, because I was

19   working for the same company.  I don't remember

20   the name of the company.  The contractor.

21        Q     All right.  When you were working at

22   Avondale, did you ever personally have to apply

23   any -- like did you ever do any insulation

24   work, putting insulation on pipes or equipment?

25        A     No.
```

1     Q     All of your work was welding work?

2     A     Yes.

3     Q     You said you worked around insulators

4  at times when you were at Avondale, and you

5  mentioned the half-round insulation and you

6  were mentioning an adhesive.

7     A     Yes.

8     Q     Do you remember seeing any kind of

9  cloth material similar to what you were using

10  when you were welding?

11     A     Yes.  I was using the fiberglass cloth

12  -- No, not fiberglass.  Excuse me.  Asbestos

13  cloth made by Uniroyal.

14     Q     Do you remember seeing the insulators

15  use that kind of cloth?

16     A     Whenever they would -- they would make

17  like a blanket to go around like the exhaust or

18  something like that, they would use that cloth

19  there.

20     Q     Were you ever around the insulators

21  when they were applying cloth to equipment?

22     A     Yes.

23     Q     Like the exhaust?

24     A     We were welding -- we were working

25  around that area, yes.  Everybody worked

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

134

1    together at Avondale, normally the same place.

2        Q    What vessels do you remember working

3    on at Avondale when you were working around

4    boilers?

5        A    That rig, that offshore drilling rig.

6    The commercial vessels, in the engine rooms and

7    all.  They didn't have boilers in the -- in the

8    -- I don't think they had boilers in those

9    barges.  Mostly on the commercial vessels.

10       Q    And when you talk about the commercial

11   vessels, are you talking about the work you did

12   when you would do the repair work?

13       A    Yes.

14       Q    Did any of those commercial vessels

15   ever come in to whatever dock was at the

16   Westwego yard, were you worked on them there at

17   Westwego?

18       A    Yes.  There was a drydock at the

19   Westwego yard.  We worked there also on

20   commercial vessels.  If it -- If it required --

21       Q    Do you remember the names?

22       MS. ROUSSEL:

23            He's still talking, Kevin.

24       THE WITNESS:

25            If it required --

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

1    EXAMINATION BY MR. POWELL:

2        Q    I'll stop talking.  I'm sorry.

3        A    If it -- the job required to take it

4    out of the water, we'd put it on the drydock,

5    if we had hull work to do.  That's the only

6    time they put it on the drydock.

7        Q    Do you remember the names of any of

8    the vessels that came in to the Westwego yard

9    that y'all put up on the drydock to work?

10       A    No.

11       Q    Do you remember the types of vessels

12   that came in to Westwego that y'all put on the

13   drydock?

14       A    Like push boats, supply boats.

15       Q    Do you know who owned any of those

16   supply boats?

17       A    No.

18       Q    Were there ever -- Did Avondale, back

19   between 1969 and 1974, did Avondale allow other

20   companies to use that drydock?  Or was it only

21   Avondale using it?

22       A    That was only Avondale.

23       Q    You talked about the Foster adhesive

24   and that it would drip on your clothes and you

25   would scrape it off.  How often did that

1   happen?

2       A    Basically every day.  Whenever we were

3   working around the insulators.  If they would

4   be on top of us.  Most of the time they were on

5   top of us.

6       Q    What vessels do you remember that

7   happening on?

8       A    On barges and the drilling rig and one

9   of the repairs jobs, too.

10      Q    Do you remember seeing insulators use

11  any sort of a mix, they had to mix up, like a

12  -- they called it mud or cement?

13      A    Yes.

14      Q    Did you see that at Avondale?

15      A    Yes.

16      Q    What did that material come in?  Did

17  you see the bags or boxes it came in, the

18  packaging?

19      A    I don't really remember what it came

20  in.

21      Q    Did you know the brand of that

22  product, the cement or mud?

23      A    Not really.

24      Q    You mentioned the name "McCarty".

25  Where did you -- How did you know the name

 1    "McCarty"?

 2         A     It was on a box.

 3         Q     How was it on the -- How was it -- How

 4    was that name on the box?  Was it a label or

 5    was it a --

 6         A     It was like -- like -- like painted on

 7    the box like a -- like a logo.

 8         Q     Okay.  So it was printed on the box

 9    itself?

10         A     Uh-huh (affirmatively), yeah.

11         Q     And it was your understanding from

12    seeing those boxes, the McCarty boxes, that

13    McCarty was the maker of that material?  Is

14    that right?

15         A     Yes.

16              MR. GUIDRY:

17                   Object to the form.

18    EXAMINATION BY MR. POWELL:

19         Q     What about Eagle; did you see products

20    with the name "Eagle"?

21         A     They had the name "Eagle" and then

22    they had an eagle with the wings spread out.  A

23    picture of an eagle with its wings spread out

24    on the box.

25         Q     And again, that's some kind of --

```
 1      A     A logo or a print or whatever you call

 2    it.

 3            MR. GUIDRY:

 4                  Object to form.

 5    EXAMINATION BY MR. POWELL:

 6      Q     Printing on the box itself?

 7      A     Yes.

 8      Q     And based on seeing Eagle's name on

 9    the box, was it your belief that Eagle was the

10    manufacturer of the products coming out of that

11    box?

12      A     Yes.

13            MR. GUIDRY:

14                  Object to form.

15            THE WITNESS:

16                  Yes.

17    EXAMINATION BY MR. POWELL:

18      Q     And was that insulation products

19    coming out of those boxes?

20            MR. GUIDRY:

21                  Object to form.

22            THE WITNESS:

23                  Yes.

24    EXAMINATION BY MR. POWELL:

25      Q     You also mentioned Taylor-Seidenbach,
```

139

1    you're familiar with the name

2    Taylor-Seidenbach.

3         A    That was on the box, too.

4         Q    Was it printed on it?

5         A    Yes.

6         Q    On the box?

7         A    Yes.

8         Q    And what -- What was in the

9    Taylor-Seidenbach boxes?

10        A    Say again?  You broke up.

11        Q    What was inside the Taylor-Seidenbach

12   boxes?

13        A    Insulation.

14        Q    And is it your belief from seeing

15   Taylor-Seidenbach's name on those boxes that

16   Taylor-Seidenbach was the manufacturer of those

17   products?

18        A    Yes.

19        Q    Do you remember seeing any product,

20   any insulation products with any --

21        A    You broke up.

22        Q    Do you remember seeing any insulation

23   products with the name of "Johns Manville"?

24        A    No.

25        Q    When you were working around Hopeman

140

1    Brothers or when you saw Hopeman Brothers

2    working, did you see Hopeman Brothers doing

3    anything to contain the dust?

4        A    No.

5             MS. SEMMES:

6                  Objection to form.

7    EXAMINATION BY MR. POWELL:

8        Q    When you were working at Avondale, did

9    you ever have to remove any insulation?

10       A    No.

11       Q    When you were working at Avondale, did

12   you work on any pumps?

13       A    Say again?  On what?

14       Q    Did you work on any pumps or valves,

15   anything like that when you were at Avondale?

16       A    No.

17       Q    When you worked for Avondale, did you

18   ever personally have to work on any boilers?

19       A    We had to weld whatever connections

20   went to the boilers.

21       Q    Did the work that you were doing in

22   connection with the boilers involve any use of

23   asbestos?

24             MS. BOWLIN:

25                  Object to the form.

```
 1            THE WITNESS:
 2                  Not -- not my job in particular,
 3            but the insulators put asbestos where
 4            they had to put it at.
 5       MS. BOWLIN:
 6                  Object to the non-responsive part
 7            of the answer.
 8  EXAMINATION BY MR. POWELL:
 9       Q    When you were doing your work on the
10  boilers, would the insulators also work on the
11  boilers at that time?
12       A    Yes.
13            MS. BOWLIN:
14                  Object to the form.
15  EXAMINATION BY MR. POWELL:
16       Q    Was this work on vessels or was it on
17  land?
18       A    On a vessel.
19       Q    Do you remember any specific vessels
20  where you were working around insulators who
21  were insulating boilers?
22       A    Mostly on the repair jobs.  It was
23  around the engine room area.
24       Q    Now, do you know who manufactured
25  those boilers?
```

```
 1      A      Foster Wheeler.

 2      Q      How did you know it was Foster

 3  Wheeler?

 4      A      Because there's a -- a label, a

 5  sticker on top of one of the boilers that says

 6  "Foster Wheeler".

 7      Q      Did the work of the insulators

 8  generate dust?

 9          MS. BOWLIN:

10              Object to the form.

11          THE WITNESS:

12              Yes.

13  EXAMINATION BY MR. POWELL:

14      Q      And were you exposed to the dust

15  generated by the insulators who were insulating

16  Foster Wheeler boilers?

17          MS. BOWLIN:

18              Object to the form.

19          THE WITNESS:

20              Yes.

21  EXAMINATION BY MR. POWELL:

22      Q      Did those workers have to remove

23  insulation from them?

24          MS. BOWLIN:

25              Object to the form.
```

1              THE WITNESS:

2                   You broke up.

3   EXAMINATION BY MR. POWELL:

4        Q    When you were working around the

5   boilers, were the insulators -- and you said

6   they were insulating the boilers, did they also

7   have to remove insulation from the boilers?

8              MS. BOWLIN:

9                   Object to the form.

10             THE WITNESS:

11                  Yes.

12   EXAMINATION BY MR. POWELL:

13       Q    And were you around as the insulation

14   was being removed from the boilers?

15             MS. BOWLIN:

16                  Object to the form.

17             THE WITNESS:

18                  Yes.

19   EXAMINATION BY MR. POWELL:

20       Q    And that created dust?

21             MS. BOWLIN:

22                  Object to the form.

23             THE WITNESS:

24                  Yes.

25   EXAMINATION BY MR. POWELL:

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

144

1      Q     And you breathed the dust?

2            MS. BOWLIN:

3                  Object to the form.

4            THE WITNESS:

5                  Yes.

6      EXAMINATION BY MR. POWELL:

7      Q     Do you remember seeing any of the

8      boilers -- the boiler was -- (inaudible).

9            COURT REPORTER:

10                  You broke up right there.  Can

11                  you start -- say that again?

12     EXAMINATION BY MR. POWELL:

13     Q     When you were working around these

14     Foster Wheeler boilers, do you ever remember

15     Foster Wheeler personnel being there onsite?

16           MS. BOWLIN:

17                  Object to the form.

18           THE WITNESS:

19                  Yes.

20     EXAMINATION BY MR. POWELL:

21     Q     Was that typical whenever a Foster

22     Wheeler boiler needed to be repaired, worked

23     on, is that there would be Foster Wheeler

24     representatives who would be there to oversee

25     the project?

```
 1              MS. BOWLIN:

 2                    Object to the form.

 3              THE WITNESS:

 4                    Yes.

 5      EXAMINATION BY MR. POWELL:

 6         Q     Did any of the Foster Wheeler

 7      representatives ever tell you that you needed

 8      protection from the dust that was being

 9      generated by the insulation being removed or

10      installed on the boilers?

11         A     No.

12              MS. BOWLIN:

13                    Object to the form.

14      EXAMINATION BY MR. POWELL:

15         Q     Did they ever warn you about the

16      hazards of asbestos?

17         A     No.

18              MS. BOWLIN:

19                    Object to the form.

20      EXAMINATION BY MR. POWELL:

21         Q     You also mentioned turbines.  Did you

22      work around turbines, the turbines when you

23      worked at Avondale?

24              MS. BOWLIN:

25                    Object to the form.
```

1          THE WITNESS:

2               Yes.

3     EXAMINATION BY MR. POWELL:

4     Q     Working at Avondale?

5     A     You disappeared again.

6     Q     When you were working at Avondale, and

7     I think I got the answer, I just want to make

8     sure, when you worked at Avondale you worked

9     around turbines?

10    A     Yes.

11         MS. BOWLIN:

12              Object to form.

13    EXAMINATION BY MR. POWELL:

14    Q     When you were working around turbines,

15    were there folks who were working on those

16    turbines?

17    A     Yes.

18    Q     What kind of work do you remember

19    seeing being done on turbines?

20    A     They were hooking them -- hooking them

21    up with the pipes and the -- they were

22    insulating on them.  Repairing whatever had to

23    be repaired on them.

24    Q     Do you remember the brands of turbines

25    that you worked -- that you had -- Excuse me.

 1    Strike that.

 2            Do you remember the brand of turbines

 3    that you recall seeing that type of work being

 4    done on?

 5        A    Repeat it?  Repeat that?

 6        Q    Yes.  Sure.  Do you remember the brand

 7    of turbines that you saw insulation work being

 8    done?

 9        A    Yes.  Westinghouse turbines and

10    General Electric turbines.

11        Q    When you were around the General

12    Electric turbines that were being insulated,

13    did that work create dust?

14            MS. BOWLIN:

15                Object to the form.

16            THE WITNESS:

17                Yes.

18    EXAMINATION BY MR. POWELL:

19        Q    Did you breathe the dust?

20        A    Yes.

21            MS. BOWLIN:

22                Object to the form.

23    EXAMINATION BY MR. POWELL:

24        Q    How often did that happen?

25            MS. BOWLIN:

```
 1                   Object to the form.

 2              THE WITNESS:

 3                   Just about every time we worked

 4              on them.  Whenever we'd go do the

 5              repair work and all, we were there.

 6              Sometimes one day, sometimes a week,

 7              and that was every day.

 8      EXAMINATION BY MR. POWELL:

 9         Q    And when you were working around

10      Westinghouse turbines that were being

11      insulated, did you breathe the dust?

12              MS. BOWLIN:

13                   Object to the form.

14              THE WITNESS:

15                   Yes.

16      EXAMINATION BY MR. POWELL:

17         Q    How often did that happen?

18         A    Every day.

19         Q    When you were working in the -- around

20      the turbines, were General Electric personnel

21      there on-site?

22         A    Yes.

23              MS. BOWLIN:

24                   Object to the form.

25      EXAMINATION BY MR. POWELL:
```

1      Q      Did any of the General Electric

2    personnel warn you of the hazards of asbestos?

3      A      No.

4      Q      Did any of them tell you you shouldn't

5    breathe the dust from the insulation?

6      A      No.

7             MS. BOWLIN:

8                   Object to the form.

9    EXAMINATION BY MR. POWELL:

10     Q      When you were working around

11   Westinghouse turbines, did you see Westinghouse

12   personnel there on-site?

13     A      Yes.

14     Q      And did any of the Westinghouse

15   personnel warn you of the hazards of asbestos?

16     A      No.

17     Q      Do you remember working around any De

18   Laval turbines?

19     A      No.  De La- --

20     Q      De Laval, D-E  L-A-V-A-L.

21     A      No.

22     Q      When you worked at Avondale, did you

23   ever work inside any shops?

24     A      Repeat it?

25     Q      When you were working at Avondale, did

 1    you work inside any shops?

 2         A     No.

 3         Q     Did you ever have to go into the

 4    shops?

 5         A     No.

 6         Q     Did you ever see any asbestos hazard

 7    warnings on any of the boxes of insulation that

 8    you saw at Avondale?

 9         A     No.

10         Q     Did you see anything on any of the

11    boxes or packages of insulation products at

12    Avondale that said that you needed to take

13    special precautions?

14         A     No.

15         Q     I am going to ask you a few names and

16    you can -- I have got about 15 names I am going

17    to ask you, and tell me if you know any of

18    these people.  Okay?

19         A     Okay.

20         Q     The first one is Henry Zac Carter?

21         A     No.

22         Q     The second one is Edwin Hartzman?

23         A     No.

24         Q     Ewing Moore?

25         A     No.

| 1  | Q | John McQue?                    |
|----|---|-------------------------------|
| 2  | A | No.                           |
| 3  | Q | Ollie Gatlin?                 |
| 4  | A | No.                           |
| 5  | Q | Earl Spooner?                 |
| 6  | A | No.                           |
| 7  | Q | James T. Cole?                |
| 8  | A | No.                           |
| 9  | Q | Burnette Frenchy Bordelon?    |
| 10 | A | No.                           |
| 11 | Q | James O'Donnell?              |
| 12 | A | No.                           |
| 13 | Q | Peter Territo?                |
| 14 | A | No.                           |
| 15 | Q | George Kelmell?               |
| 16 | A | No.                           |
| 17 | Q | J. Melton Garrett?            |
| 18 | A | No.                           |
| 19 | Q | Edward Blanchard?             |
| 20 | A | No.                           |
| 21 | Q | John Chantrey?                |
| 22 | A | No.                           |
| 23 | Q | Steven Kennedy?               |
| 24 | A | Repeat that one?              |
| 25 | Q | Steven Kennedy?               |

```
 1      A      No.

 2      Q      Dr. Joseph Maybee?

 3      A      No.

 4      Q      Red -- You mentioned Red Whittle

 5   earlier; right?

 6      A      Yes.

 7      Q      And who was Mr. Whittle?

 8      A      He was the superintendent of the

 9   Westwego yard.

10      Q      Do you remember seeing him around the

11   shipyard?

12      A      Yeah.  He was -- He was walking his

13   yard often.

14      Q      Was he out around the same kind of

15   work that you were around?

16      A      Mostly he was the -- would walk up and

17   down the track.  He wouldn't go in anything,

18   around any of the construction.  He would only

19   call the foremens out there in the open when he

20   talked to them.

21      Q      Do you have -- strike that.

22             Do you have any information or

23   knowledge that Mr. Whittle was subject to fault

24   in carrying out any of his duties at Avondale?

25             MS. ROUSSEL:
```

```
 1                   Object to the form of the

 2              question.

 3              THE WITNESS:

 4                   No.

 5    EXAMINATION BY MR. POWELL:

 6         Q    And the last one is Albert L. Bossier,

 7    Jr.  Did you know --

 8         A    No.

 9         Q    -- Mr. Bossier?

10              MR. POWELL:

11                   Let's go off the record.

12              VIDEO OPERATOR:

13                   Off the record.

14              (Whereupon a discussion was held off

15    the record.)

16              VIDEO OPERATOR:

17                   This is the beginning of disk 2.

18              we're back on the record.

19    EXAMINATION BY MR. POWELL:

20         Q    Mr. Cortez, I understand your

21    testimony earlier that after you left Avondale

22    you worked for Halter Marine.  Is that right?

23         A    Yes.

24         Q    And how long did you work for Halter

25    Marine?
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

154

```
 1      A      About a year and a half.

 2      Q      And Halter was your employer; correct?

 3      A      Yes.

 4      Q      And I know -- I think you were asked,

 5   but I didn't hear.  Which Halter facility were

 6   you working at?

 7      A      In the Lockport yard.

 8      Q      Did you ever work in any other Halter

 9   facility other than the Lockport?

10      A      No.

11      Q      And you were always a welder at

12   Halter?

13      A      Yes.

14      Q      What kind of vessels was Halter

15   building in Lockport?

16      A      Commercial vessels like push boats and

17   supply boats.

18      Q      Do you remember the names of anyone

19   you worked with at Halter?

20      A      I remember the superintendent and the

21   safety man.  That would be about it.

22      Q      You gave us their names earlier;

23   right?

24      A      Yes.

25      Q      Do you remember any of the folks you
```

1    were working like on the same crew,

2    side-by-side with?

3        A    Halter Marine.  Let me think.  No.  I

4    can see their faces, but I can't think of their

5    names.

6        Q    Do you have any documents or any

7    information at home that you could -- that you

8    might have some names written down on?

9        A    No.

10       Q    Do you keep any kind of a journal or

11   diary?

12       A    No.

13       Q    And you mentioned working with the

14   asbestos cloth throughout the time you were

15   working at Halter Marine; is that right?

16       A    Yes.

17       Q    Okay.

18            MR. VERLANDER:

19                 Object.  Object to the form.

20   EXAMINATION BY MR. POWELL:

21       Q    Do you think you were exposed to

22   asbestos in other ways while you were working

23   for Halter --

24       A    Yes.

25       Q    -- Marine?

 1      A    Yeah, there was insulators and working

 2   on piping and living quarters in those vessels,

 3   too.

 4      Q    Did you ever see Hopeman Brothers

 5   working out there?

 6      A    Yes.

 7           MS. SEMMES:

 8                Object to form.

 9   EXAMINATION BY MR. POWELL:

10      Q    Did you see Hopeman Brothers working

11   in the living quarters at Halter Marine?

12           MS. BOWLIN:

13                Object to form.

14           MS. SEMMES:

15                Object to form.

16           THE WITNESS:

17                Yes.  Alongside with the Halter

18           Marine insulators.

19   EXAMINATION BY MR. POWELL:

20      Q    All right.  What were the Hopeman

21   Brothers workers doing at Halter Marine?

22      A    The same thing they were doing at

23   Avondale.  They were putting the blocks on the

24   wall.

25      Q    You call it a block.  Do you mean --

1      A      A board or whatever it is.  I called

2    it a block.  I always did call it a block.

3      Q      But what you're talking about is

4    material that was about four by eight in size

5    that --

6      A      Yeah.  Like --

7           MS. BOWLIN:

8                  Object to the form.

9           THE WITNESS:

10                 Like a sheet.

11   EXAMINATION BY MR. POWELL:

12     Q      It was attached on the wall; right?

13          MS. SEMMES:

14                 Object to the form.

15          THE WITNESS:

16                 What happened there?  They had

17                 two people talking there.

18   EXAMINATION BY MR. POWELL:

19     Q      Did we?  Sorry about that, Mr. Cortez.

20   I'm kind of having a hard time with the delay

21   of the video and the audio.

22                 So the work you saw Hopeman Brothers

23   doing, that was the same kind of wallboard work

24   you saw them doing at Avondale; right?

25     A      Yes.  Yes.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

158

```
 1              MS. BOWLIN:

 2                   Object to the form.

 3     EXAMINATION BY MR. POWELL:

 4         Q    And you described the material as kind

 5     of like sheetrock on one side with a facing on

 6     the other side; right?

 7         A    Right.

 8              MS. BOWLIN:

 9                   Object to the form.

10              MS. SEMMES:

11                   Object to the form.

12     EXAMINATION BY MR. POWELL:

13         Q    Did you see them using that wallboard

14     at Halter Marine?

15              MS. SEMMES:

16                   Objection to form.

17              MS. BOWLIN:

18                   Object to the form.

19              THE WITNESS:

20                   Yes.

21     EXAMINATION BY MR. POWELL:

22         Q    And did you see them doing anything to

23     contain the dust at Halter Marine?

24         A    No.

25              MS. SEMMES:
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                         504 219-1993

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

159

1                    Object to the form.

2     EXAMINATION BY MR. POWELL:

3          Q     Did the work of Hopeman Brothers at

4     Halter Marine, what did that work do to the

5     conditions in the air, if anything?

6               MS. SEMMES:

7                    Objection to form.

8               THE WITNESS:

9                    They got two people talking

10                again.  Say it again.

11    EXAMINATION BY MR. POWELL:

12         Q     Yes.  What conditions were created by

13    Hopeman Brothers workers?

14         A     There was dust flying in the air.

15         Q     At Halter Marine?

16         A     Dust flying in the air inside the

17    living quarters.

18         Q     And did that dust get on your clothes?

19         A     Yes.

20              MS. BOWLIN:

21                   Object to the form.

22    EXAMINATION BY MR. POWELL:

23         Q     Did you breathe the Hopeman Brothers

24    dust?

25         A     Yes.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                          August 11, 2020

```
 1          MS. BOWLIN:

 2               Object to the form.

 3          MS. SEMMES:

 4               Object to form.

 5     EXAMINATION BY MR. POWELL:

 6      Q     And how often did that happen at

 7     Halter Marine?

 8      A     Every day.

 9      Q     Did the Hopeman Brothers employees at

10     Halter Marine ever try to isolate you from

11     their work, isolate you from their work so you

12     wouldn't be around them?

13          MS. SEMMES:

14               Objection to form.

15          THE WITNESS:

16               No.

17     EXAMINATION BY MR. POWELL:

18      Q     How far were you from the work of

19     Hopeman Brothers at Halter Marine?

20          MS. SEMMES:

21               Objection to form.

22          THE WITNESS:

23               Probably maybe two or three,

24          maybe four feet.

25     EXAMINATION BY MR. POWELL:
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                          504 219-1993

```
 1      Q     Do you know the names of any Hopeman
 2   Brothers employees --
 3      A     No.
 4      Q     -- while working at either Avondale or
 5   Halter?
 6      A     No.
 7      Q     And how did you know that the
 8   employees were Hopeman Brothers employees?
 9      A     They were -- It was on the hardhats.
10      Q     Did you ever hear anybody call that
11   board that Hopeman Brothers was using, did you
12   ever hear them refer to that board by any
13   particular name?
14           MS. SEMMES:
15               Objection to form.
16           THE WITNESS:
17               No, not really, no.
18   EXAMINATION BY MR. POWELL:
19      Q     Have you ever heard of a product
20   called Marinite?
21      A     No.
22      Q     Have you ever heard of Micarta?
23           MS. BOWLIN:
24               Object to the form.
25           THE WITNESS:
```

1            No.

2     EXAMINATION BY MR. POWELL:

3        Q     When you were working at Halter

4     Marine, did you work around -- Well, you said

5     you worked around insulators; correct?

6        A     Uh-huh (affirmatively).  Yeah.

7        Q     Did you ever work around insulators as

8     they were removing insulation at Halter Marine?

9        A     No, they were mainly putting new

10    insulation.

11       Q     You mentioned at Halter Marine, I

12    think you said you also did a few repair jobs

13    there; right?

14       A     Yes.

15       Q     What kind of vessels were being

16    repaired at Halter Marine?

17       A     Supply boats and push boats and

18    sometimes tugboats.

19       Q     And what kind of repair work do you

20    remember being done on those boats when you

21    were working on them?

22       A     We were replacing pipe work and

23    exhaust and if they had some damage to the

24    hull, we had to -- we had to repair the hull.

25       Q     Did you actually do work on exhausts?

1      A      Yes.

2      Q      Were those exhausts insulated?

3      A      Yes.

4      Q      Did you have to remove the insulation

5   from the exhaust?

6      A      Yes.

7      Q      Do you know how old those vessels were

8   when you were working on them?

9      A      I couldn't tell you.  I don't know how

10   old they was, but they -- I knew they weren't

11   brand new.

12      Q      Did they look like they had been

13   around a while?

14      A      Yes.

15      Q      Did the insulation on the exhausts

16   look new or old?

17      A      It -- It was old, I mean.  It wasn't

18   -- You could tell it wasn't just applied.  It

19   was there for a while.

20      Q      Okay.  And how often did you have to

21   do that work?

22      A      Maybe a couple of times a month.

23      Q      When you did that work, did it create

24   dust?

25      A      Yes.

1      Q      When you removed the insulation from

2    the exhaust, did that dust get on your clothes?

3      A      Yes.

4      Q      Did you breathe the dust?

5      A      Yes.

6             MR. VERLANDER:

7                  Object to the form.

8    EXAMINATION BY MR. POWELL:

9      Q      Did you have to work with gaskets when

10   you were at Halter Marine?

11            MR. VERLANDER:

12                 Object to the form.

13            THE WITNESS:

14                 Say that again.

15   EXAMINATION BY MR. POWELL:

16     Q      Did you ever have to work with gaskets

17   when you were working at Halter Marine?

18     A      I didn't catch it.

19     Q      Yes, sir.  Did you ever have to work

20   with gaskets --

21     A      Oh, no.

22     Q      -- when you were working at Halter

23   Marine?

24     A      No.  I didn't -- I didn't work with

25   gaskets over there.

1    Q    Did you ever work with Bollinger?

2    A    Yes.

3    Q    When did you work for Bollinger?

4    A    I really don't recall.  It was -- It

5  was a while after Halter Marine.  I mean,

6  probably the early '90s.

7    Q    Which Bollinger facility were you

8  working at?

9    A    In Lockport.

10    Q    And who was your employer?

11    A    Bollinger.  Bollinger Shipyard.

12    Q    How long did you work for Bollinger?

13    A    Five years.

14    Q    What was your job?  Were you a welder?

15    A    Yes.

16    Q    During your employment with Bollinger,

17  do you think you were exposed to asbestos?

18    A    No.

19    Q    What kind of cloth were you using at

20  that time?

21    A    I really wasn't using any cloth.  That

22  was -- I was TIG welding.  And --

23    Q    Okay.  Did you ever work in any other

24  shipyards?

25    A    Yes.  I worked at a shipyard, Service

 1   Marine.  That was after Halter.

 2        Q    I'm sorry, I missed the name.

 3        A    Service Marine.

 4        Q    Service Marine?

 5        A    Yes.

 6        Q    When did you work for Service Marine?

 7        A    After I left Halter I went to Service

 8   Marine.  I stayed there about a year.

 9        Q    Where was Service Marine located?

10        A    In Amelia.

11        Q    Were you a welder at Service Marine?

12        A    Yes.

13        Q    Do you believe you had any asbestos

14   exposure at Service Marine?

15        A    Yes.

16        Q    What were you doing at Service Marine

17   that caused you to be exposed to asbestos?

18        A    Using asbestos cloth.

19        Q    Do you know --

20        A    That main -- That was my main --

21        Q    Do you know what brand of asbestos

22   cloth you used?

23        A    Say it again?

24        Q    Do you know what brand of asbestos

25   cloth you were using at Service Marine?

1     A     Uniroyal.  Uniroyal cloth.  It was the
2   same thing we used in all the shipyards.
3     Q     Do you know the dates of that
4   employment exactly?
5     A     No, I don't really remember when I
6   left Halter and went over there or what.
7     Q     When you were at Service Marine,
8   Service Marine was your employer; correct?
9     A     Yes.
10    Q     When you were out at either Halter or
11  Service Marine, did you ever see any insulation
12  contractors coming on the premises to do
13  insulation work?
14    A     At Halter they had some insulator
15  contractors that came, but I don't -- I don't
16  remember exactly which contractor it was.  And
17  I don't remember any at Service Marine.
18    Q     So you do remember some contractors
19  coming out to Halter, but you don't remember
20  what company it was at the time?
21    A     No.
22    Q     All right.  You told us earlier --
23    MS. ROUSSEL:
24          Okay.  Now, Kevin, I was just
25          notified that lunch is here.  Do you

168

```
 1          want to finish up an area or would you

 2          prefer to break now?

 3          MR. POWELL:

 4               No, this is a perfect breaking

 5          point.

 6          MS. ROUSSEL:

 7               Okay.

 8          MR. POWELL:

 9               We can break.

10          VIDEO OPERATOR:

11               Off the record.

12               (Recess taken.)

13          VIDEO OPERATOR:

14               We're now back on the record.

15     EXAMINATION BY MR. POWELL:

16       Q    Mr. Cortez, again this is Kevin

17     Powell.  I'll be asking you a few more

18     questions.  And like we did earlier, if you

19     need to take a break at any time just let me

20     know.  Okay?

21       A    Okay.

22       Q    All right.  We're going to move on to

23     some of your other work.  You mentioned a few

24     facilities that you worked in and I just want

25     to make sure I have got a full list.  You
```

```
 1   mentioned Monsanto; right?

 2      A    Yes.

 3      Q    You worked at Shell?

 4      A    Yes.

 5      Q    You worked at Hooker?

 6      A    Yes.

 7      Q    You worked at Vulcan Materials?

 8      A    Yes.

 9      Q    You worked at Goodrich?

10      A    Yes.

11      Q    You worked at Georgia Gulf?

12      A    Yes.

13      Q    Did you work at Triad?

14      A    Yes.

15      Q    And I can't remember, did you say

16   Texaco?

17      A    Yes.  No, no.  No, I did not work at

18   Texaco?

19      Q    You did not work at Texaco?

20      A    No.

21      Q    All right.  Did you ever work at any

22   power plants?

23           MS. ROUSSEL:

24                You skipped Wyandotte, Kevin.

25   EXAMINATION BY MR. POWELL:
```

 1        Q     Did you work at Wyandotte?

 2        A     Yes.

 3        Q     All right.  Did you ever work at any

 4   power plants?

 5        A     No.

 6        Q     Did you ever work in any sugar

 7   refineries?

 8        A     No.

 9        Q     Did you ever work in any paper mills?

10        A     No.

11        Q     Did you ever work in the Johns

12   Manville plant in Marrero?

13        A     No.

14        Q     Did you ever work in Tenneco in

15   Chalmette?

16        A     No.

17        Q     Did you ever work at Exxon in Baton

18   Rouge?

19        A     Yes, I did.

20        Q     When did you work in Exxon?

21        MR. VIATOR:

22              Objection.

23        THE WITNESS:

24              I don't remember the years, the

25              exact -- It was in the '90s.  Probably

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

171

```
 1              in the late '90s.  I was doing welding
 2              on new construction.
 3              MS. BOWLIN:
 4                   I'm sorry, what did he say at the
 5              end?
 6              MS. ROUSSEL:
 7                   Welding on new construction.
 8      EXAMINATION BY MS. ROUSSEL:
 9         Q    Any reason to believe you were exposed
10      to asbestos when you were working at Exxon in
11      the late '90s?
12         A    No.
13         Q    Did you work in any Kaiser plant?
14         A    No.
15         Q    Did you ever work at Borden Chemical?
16         A    No.
17         Q    Did you work at American Cyanamid?
18         A    No.
19         Q    Did you work at Dow Chemical?
20         A    No.
21         Q    Did you work at Union Carbide?
22         A    No.
23         Q    Did you ever work at Allied Chemical?
24         A    No.
25         Q    Did you ever work at Freeport Sulphur?
```

1      A      No.

2      Q      You work at Chevron Oronite?

3      A      No.

4      Q      Did you ever work at the Gulf Oil

5   refinery?

6      A      No.

7      Q      Did you ever work at any Hercules

8   chemical plant?

9      A      Any what kind of chemical plant?

10      Q      Hercules.  Hercules?

11      A      No.  No.

12      Q      Did you ever work at Marathon in

13   Garyville?

14      A      No.

15      Q      Did you ever work at the Wesson Oil

16   plant in Gretna?

17      A      No.

18      Q      How about Murphy Oil?

19      A      No.

20      Q      Did you ever work at any of the

21   facilities over in the Lake Charles, Sulphur

22   areas of Louisiana?

23      A      No.

24      Q      Did you ever work in any type of

25   chemical plant outside of Louisiana?

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

173

1      A     No.

2      Q     All right.  Where was the Monsanto

3    plant located you worked at?

4      A     In Luling.

5      Q     And who were you employed by when you

6    were working at Monsanto the first time you

7    were working for Monsanto back in the '60s?

8      A     I went out there as a contractor for

9    Ned Pontiff.  That was the name of the

10   construction company.  He named it after

11   himself.

12     Q     All right.  What kind of work did he

13   do?

14     A     Roustabout work.  I was like a -- a

15   clean-up guy.  And I probably -- I did just

16   about anything they told me to do.

17     Q     Your employer, what was his major --

18   what kind of work did your employer do?

19     A     He was a -- Ned Pontiff did railroad

20   repair work and he had construction contracts

21   at Monsanto.

22     Q     Did you work for him anywhere other

23   than Monsanto?

24     A     No.

25     Q     And how long were you out at Monsanto

174

1    in that first time in the '60s?

2        A    Anywhere from six to eight months.

3        Q    All right.  So then you worked -- did

4    you work, between working at Monsanto in the

5    1960s and throughout the time that you were

6    working at Avondale, Halter, and the Service

7    Marine Company, did you ever work in any of the

8    petrochemical plants during those years?

9        A    No.

10       Q    When did you first go back to work in

11   any petrochemical plant?  When was the first

12   time?

13       A    The first time I went to any chemical

14   plant was that Monsanto job.  And then after

15   that I got on at Hooker, after I left the

16   shipyards.

17       Q    So the first plant you worked at after

18   the shipyard was Hooker; is that correct?

19       A    Right.  Right.

20       Q    And where was the Hooker plant

21   located?

22       A    In Taft, right there close to Union

23   Carbide.

24       Q    Who were you employed by when you were

25   at Hooker?

1       A     Falcon.

2       Q     Were you there at Hooker once or more

3    than once?

4       A     One time.

5       Q     How long did the job last?

6       A     I stayed there for a little over a

7    year.

8       Q     What was your -- What was your job

9    craft?

10      A     I was a tank car repairman.

11      Q     So you were working on the tanker

12   cars?

13      A     Yes.

14      Q     Where were you working on tank cars?

15   Was that at the facility itself?

16      A     Yes.  In the back -- back part of the

17   facility.

18      Q     They had some tracks that they would

19   pull the cars off on?

20      A     Yes.

21      Q     Was there a building or a shack or a

22   shop of any sort that they would bring the cars

23   into as you recall?

24      A     It was like -- It was more like a

25   lean-to.

1      Q      When you were working on the railcars

2    -- First off, do you know who owned the

3    railcars you were working on?

4      A      No.   Had no way I could tell that.

5      Q      Well, did the railcars have names on

6    them?

7      A      Well, yeah, but I don't remember what

8    they were.

9      Q      And what kind of work were you doing

10   on the railcars?

11     A      I was changing the brake pads and

12   changing -- repairing the walk-around rigging.

13   Sometimes the ladders going into the tank

14   itself.   And sometimes I'd repair the shell.

15     Q      So these tank cars, did they have

16   brake pads?

17     A      Yes.

18     Q      And how many does one tank car come

19   with, brake pads per car?

20     A      I think there's 12 of them.

21     Q      When you would change out brake pads

22   on railcars, were you involved in the entire

23   set of 12?

24     A      Yes.

25     Q      How often did you do that work when

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

177

1    you were at Hooker?

2         A    Every day.

3         Q    Can you describe how you would change

4    brake pads?

5         A    Actually, all it was, was unscrewing

6    the -- the bolts that would hold the brake pad

7    onto the frame, like by the wheel, and we'd

8    pull that out and then we'd pull the brake pad

9    out of there and put a new one in and then

10   replace the part list.

11        Q    Was there any dust involved in that?

12             MR. HAINKEL:

13                  Object to the form.

14             THE WITNESS:

15                  I really don't recall.

16   EXAMINATION BY MR. POWELL:

17        Q    Did you ever have to blow out, --

18        A    Yes.

19        Q    -- blow things out with air?

20        A    Yes, I sure did.

21        Q    Did that create dust?

22        A    Yes.

23             MR. HAINKEL:

24                  Object to the form.

25                  Kevin, can I just interrupt for a

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                     August 11, 2020

178

1          second?  Is your stipulation regarding

2          all objections being reserved

3          continuing throughout all of your

4          questioning?

5          MS. ROUSSEL:

6               Except as to form and

7          responsiveness.

8          MR. HAINKEL:

9               Okay.  Did Kevin stipulate

10         objections are reserved with regard to

11         his questions?

12         MS. ROUSSEL:

13              Well, I'm sorry, but it has to be

14         a stipulation of all Counsel.  And we

15         indicated at the beginning with regard

16         to this portion of the deposition

17         where Defendants were asking

18         questions, all objections would be

19         reserved except as to form and

20         responsiveness.

21         MS. BOWLIN:

22              Well, I think where the confusion

23         came in, Gerolyn, is that during his

24         questioning, Kevin said, because there

25         seems to be some delay and the

1           questions -- the objections are

2           stepping over him and stepping over

3           the witness, Kevin specifically said

4           that he would allow the Defendants to

5           reserve all their objections during

6           his questioning.

7           MR. FOSTER:

8               Yes, that's what he said.

9           MS. BOWLIN:

10              He did say that.

11          MS. ROUSSEL:

12              He -- He can do that, but he

13          can't stipulate for all parties.

14          MS. BOWLIN:

15              No, no, no.  He just said for his

16          questions.

17          MS. ROUSSEL:

18              Okay.

19          MS. BOWLIN:

20              Kevin Powell's questions.  I

21          think that was Roth's question.

22          MS. ROUSSEL:

23              Okay.  Let's go.

24          MS. BOWLIN:

25              Concerning Kevin's questions.

1    EXAMINATION BY MR. POWELL:

2        Q    All right.  Mr. Cortez, how often

3    would you have to blow out these brakes when

4    you were working on them?

5        A    Every -- Every time they did a tank

6    car.  A few times.  I didn't do the brakes on

7    every tank car.  I just did them, you know,

8    whenever one needed to be done.

9        Q    Was that a regular occurrence?

10       A    Say it again?

11       Q    That was a regular part of your job?

12       A    Yes.  That was my primary job.  But I

13   also worked inside the plant, the facility

14   itself.

15       Q    Okay.  You said that you also went

16   into the plant itself?

17       A    Yes.

18       Q    Okay.  So to finish up on the brake

19   jobs, when you would blow the dust, blow out

20   the dust, when you did that, did that create

21   dust in your breathing space?

22       A    Yes, it sure did.

23       Q    Did it get dust on your clothes?

24       A    Yes.

25       Q    Did you breathe the dust?

1      A      Yes.

2      Q      Do you know any of your co-employees,

3   anybody, co-workers that you worked with at

4   Hooker in the -- in this area where you were

5   doing work on the tank cars?

6      A      I worked with one other fellow, but I

7   don't remember his name.  He actually worked

8   with me on the tank cars.  And all I know is he

9   was from White Castle or something like that.

10     Q      All right.  So it sounds like you also

11  went out to the operating units at the Hooker

12  plant; is that right?

13     A      Yes.

14     Q      And what kind of work did you do in

15  the operating units?

16     A      I repaired lines, hot lines, and I

17  worked on cooling tanks and whatever needed to

18  be done.  I would volunteer for call-out duty

19  and when they would call me out, I would go do

20  whatever they wanted me to do.

21     Q      All right.  Tell me about the work on

22  the hot lines.  When you would go out to the

23  Hooker plant and work on hot lines, who was

24  giving you your instructions?

25     A      The personnel in the -- The Hooker

1    personnel in the control rooms in that unit.

2        Q    All right.  And so you would go out,

3    work on the hot lines.  What exactly did you

4    have to do?

5        A    Well, after they would take it out of

6    service, we'd have to break the flanges apart

7    and put blinds in them, change the gaskets and

8    make new gaskets.  Have to strip down the

9    insulation wherever the repair was and then

10   we'd have to repair it.  And then after they

11   would insulate it, we would put it back in

12   service.  The same thing on the vessels that we

13   had to repair.

14       Q    All right.  So when you were breaking

15   flanges, these are just two pipes that come

16   together, or was it the pipe coming up to a

17   piece of equipment in the plant?

18       A    Sometimes it would come out of a piece

19   of equipment and sometimes it was just two

20   flanges connected together with a valve in

21   between.

22       Q    And when you would open up those

23   flanges, what kind of gaskets did you see

24   inside the flanges?

25       A    Most of it was all Garlock gaskets.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

183

1       Q     When you would take out the gaskets,

2   and you described earlier using a wire brush,

3   is that how you did it at Hooker?

4       A     Yes, the wire brush and a scraper.

5       Q     How often did you do this kind of work

6   at Hooker?

7       A     Say it again?

8       Q     How often did you do that kind of work

9   at Hooker?

10       A     Most -- I mean, I worked tank cars all

11   day long and then in the evening I would

12   volunteer for overtime.  That's about every

13   day.  And on weekends sometimes.

14       Q     Okay.  When you were going out to work

15   on the hot lines, was the insulation -- was

16   there insulation on those lines?

17       A     Yes.

18       Q     Did somebody else remove the

19   insulation or did you do it?

20       A     No, we had to do that.

21       Q     How did you remove insulation?

22       A     We'd break it off with a -- with a

23   wire and a ball peen hammer.  I mean, a scraper

24   and a ball peen hammer.  And that created dust.

25       Q     How old did the insulation look on

1    these lines?

2        A    It looked pretty old.  Most of them.

3        Q    Were you provided with any respiratory

4    protection when doing that work?

5        A    All we had was a little bitty run away

6    gadget that you put in your mouth and pinch

7    your nose and take off running if something

8    happened.

9        Q    So you had an escape respirator that

10   you would use --

11       A    Yes, an escape respirator.  That was

12   all -- That's all it was.

13       Q    All right.  And you had it hung on

14   your belt?

15       A    Yeah.

16       Q    Did you have any kind of respiratory

17   protection to use to prevent you from breathing

18   the dust --

19       A    No.

20       Q    -- that you would generate?  Were you

21   provided any warnings of the hazards of

22   asbestos at Hooker?

23       A    No.

24       Q    Do you know whether the material that

25   you were removing from the pipes was asbestos

 1   insulation?

 2       A     Primarily, yes, because it looked -- I

 3   mean, they all looked the same.  And whenever

 4   you -- it dried, it dried to look like almost

 5   was -- back then it was all asbestos

 6   insulation.

 7       Q     When you were doing that work, did you

 8   see any other -- were there any other crafts

 9   working around you doing the same kind of work?

10       A     No.  Like I said, I volunteered for

11   overtime and most of the time I was there

12   either by myself or just one other guy.

13       Q     Got you.  Did you ever have to cut

14   into any of the -- into any of the piping?

15       A     Not the -- I had to remove piping.  I

16   did have to cut it.

17       Q     What kind of pipe; do you know what

18   kind of pipe you removed?

19       A     Most of the time it was just carbon

20   steel pipe.  It was like a hot pipe, a hot line

21   pipe, a chemical pipe.  That's about all they

22   had at the -- in the unit, was chemical pipes

23   and steam pipes.

24       Q     Now, you mentioned sometimes having to

25   break flanges on various pieces of equipment

```
 1   also; correct?

 2        A    Yeah.

 3        Q    Do you remember any specific brand of

 4   equipment that you had to remove the flange

 5   gaskets from?

 6        A    At Hooker it was mostly storage

 7   vessels and containment vessels.

 8        Q    Like holding tanks?

 9        A    Yeah, holding tanks, stuff like that.

10        Q    Do you know what those tanks were

11   holding?

12        A    Most -- Most of the time it was

13   chlorine and ammonia.

14        Q    Did you ever work with any gaskets in

15   connection with these holding tanks?

16        A    Yes.  We had to put gaskets on just

17   about every flange we broke loose.

18        Q    All right.  And when you were -- you

19   mentioned earlier using Garlock gaskets.  Were

20   these Garlock gaskets that you had to make

21   gaskets out of?

22        A    Yes.

23        Q    Where did you obtain the gasket

24   material from at Hooker?

25        A    Hooker had a tool room.  At the
```

```
 1    facility, we had to go walk or get in a truck

 2    and go to the tool room and pick up what we

 3    needed.

 4         Q    Where would you do the gasket making?

 5    When you were making gaskets, where did you do

 6    that work?

 7         A    We would make it on the flange itself.

 8         Q    So you would take the material out of

 9    the flange -- Describe -- just describe what

10    you would have to do.

11         A    We would take the old material off the

12    flange.  Then we would take the new material

13    and we'd put it up against the flange and we'd

14    take a ball peen hammer, we'd tap it and make

15    all of our bolt holes and the shape of the

16    outside of the flange and the shape on the

17    inside of the flange; and then pop all the

18    excess off and just slide the gasket onto the

19    flange and then we'd bolt it back up together.

20         Q    At some point you have to cut the

21    gasket out, so you have to cut the material so

22    that it fits the flange that you're working on;

23    right?

24         A    Yeah.  We did that with the ball peen

25    hammer.
```

1      Q      Okay.  When you were working out in

2    the plant on the railcars, you said you were

3    working with one other fellow out there.  Who

4    was that other fellow?  Do you remember his

5    name?

6      A      I don't remember his name.

7             MS. ROUSSEL:

8                   And now, Kevin, I am going to

9             object.  You have now asked some

10             questions two and three times.  I am

11             going to object to you asking the same

12             question over and over again.

13             MR. POWELL:

14                   I think I last asked him about

15             who he worked with in the railcar

16             area, not out in the refinery or the

17             plant area.

18    EXAMINATION BY MR. POWELL:

19      Q      Did you use any asbestos cloth at

20    Hooker?

21      A      No.

22      Q      All right.  You mentioned you worked

23    out at the Shell facility.  Do you remember

24    when that was?

25      A      Not -- It was right after the cat

 1    cracker explosion.  I don't remember the year.

 2         Q    This was at the Shell refinery?

 3         A    Yes.  Well, the oil -- the oil

 4    refinery.  Yes.

 5         Q    How long were you out at Shell?

 6         A    Eighteen months.

 7         Q    Who was your employer?

 8         A    I don't remember the name of the

 9    contractor.  I went out there through the

10    local, Local 102.

11         Q    Was all of your work in these plants

12    through the Local 102?

13         A    Yes.

14         Q    And what was your job; what were you

15    classed as when you were working out of the

16    102?

17         A    I was -- sometimes I was a welder and

18    sometimes I was just a nut buster or

19    pipefitter, whatever you want to call it.

20         Q    Did you ever work in millwright?

21         A    No.

22         Q    Where was the Shell plant located?

23         A    In Norco.

24         Q    Did you work out there just one time

25    or more than one time?

1        A        Once.   One time.

2        Q        Do you remember what units you were

3    working in in the Shell plant?

4        A        All I can tell you is wherever the cat

5    cracker blew up at.

6        Q        You were working there in the unit

7    where the cat cracker was located?

8        A        Say it again?

9        Q        You said you were working in the unit

10   where the cat cracker was located?

11       A        Yes.

12       Q        And what was your job there at Shell?

13       A        I was -- I was a pipefitter.

14       Q        What were you doing?

15       A        I was running screw pipe and changing

16   out valves on chemicals, oil lines.   That's

17   basically what I was doing.

18       Q        So you were doing both replacing

19   pipe --

20       A        Yes.

21       Q        -- and changing out pipe and changing

22   out valves?

23       A        Yeah.   The pipe that was closest to

24   the cat cracker that -- When it exploded, it

25   had to be all -- all of it had to be replaced.

1       Q      Was that pipe insulated?

2       A      Not at that time that we were

3    replacing it.  I mean, there was -- it was all

4    destroyed.  Everything was tore up.  And

5    whatever insulation was on it was tore up, too.

6       Q      Did you have to handle any of that

7    pipe that had torn up insulation on it?

8       A      We had to take it out of the way, yes.

9       Q      Did you have to disturb -- Did you

10   disturb the insulation itself?

11      A      I guess.  Whenever we moved it around.

12   We weren't really that careful with it because

13   we didn't know what it was, how dangerous it

14   was, so we were just tossing it out of the way,

15   and I am sure we were disturbing it.

16      Q      All right.  Did that create dust?

17      A      Yes.

18      Q      Did dust get on your clothes?

19      A      Yes.

20      Q      Did you breathe the dust?

21      A      Every time I picked up a piece of

22   pipe.

23      Q      All right.  And was that something you

24   were doing the entire 18 months you were out

25   there?

```
 1      A    Yes.

 2      Q    And valves, talk about valves.  Do you

 3  remember the brands of any valves you worked on

 4  at Shell?

 5      A    No.

 6      Q    Okay.  Were you just changing out

 7  valves or did you actually do some repair work

 8  on valves?

 9      A    I was just changing them out.  We

10  didn't repair any valves.

11      Q    When you changed out the valve, you

12  would just -- that was the work that you were

13  doing that would involve the gasket material?

14      A    Yes.

15      Q    And you would both remove gaskets and

16  install gaskets at Shell?

17      A    Yes.

18      Q    Is that something you did throughout

19  the entire 18 months you were at Shell?

20      A    Yes.

21      Q    All right.  You mentioned working at

22  Vulcan.  Where was the Vulcan plant located?

23      A    I don't remember the name of the

24  place.  I know it was on the -- over there on

25  30, on Highway 30, on the -- by the same area
```

1    where Wyandotte is, that area there.

2         Q    Do you know what they were making at

3    that plant?

4         A    No.

5         Q    Do you know what kind of chemicals

6    they had running processing?

7         A    No.

8         Q    When you were working at Vulcan, where

9    in the plant were you working?

10        A    I really can't tell you.  I went over

11   there for a shutdown.

12        Q    Who was your employer?

13        A    I was out there through Local 102.  I

14   don't remember the contractor's name.

15        Q    And how long were you at Vulcan?

16        A    Maybe a month.

17        Q    Did you ever go back out to Vulcan

18   other than that one time?

19        A    Say it again?

20        Q    Were you ever at Vulcan, other than

21   that one month, were you ever at Vulcan again?

22        A    No.  That was the only time.

23        Q    Do you know about what year that was?

24        A    No.

25        Q    Tell me what kind of work you did at

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                   August 11, 2020

194

1    Vulcan.

2         A    Changing out gaskets, replacing

3    valves.  Basically the same thing I did in

4    every other plant.

5         Q    In connection with changing out

6    gaskets and valves, did you have to disturb any

7    insulation?

8         A    Yes.

9         Q    Could you tell how old that insulation

10   was when you were changing it out?

11        A    I couldn't tell how old it was.

12        Q    Look new or like it had been there for

13   a while?

14        A    I mean, it -- it wasn't new.  It

15   looked like it had been there.

16        Q    Were you provided any warnings about

17   hazards of asbestos when you were at Vulcan?

18        A    No.

19        Q    Were you provided any protective

20   equipment to protect you from breathing the

21   dust?

22        A    No.

23        Q    When you were doing the work changing

24   out valves and gaskets at Vulcan, did that work

25   create dust?

```
 1      A    Yes.

 2      Q    Did the dust get on your clothes?

 3      A    Yes.

 4      Q    Did you breathe the dust?

 5      A    Yes.

 6      Q    And that was for the entire month you

 7 were there?

 8      A    Yes.

 9      Q    Do you remember any of your co-workers

10 at Vulcan?

11      A    Any who?

12      Q    Co-workers?

13      A    No.

14      Q    Anybody you worked --

15      A    No.

16      Q    All right.  When did you work at

17 Goodrich?

18      A    I don't really remember the year.

19 That was for a shutdown, too.

20      Q    Did you work at Goodrich once or more

21 than once?

22      A    Once.

23      Q    How long were you there?

24      A    I don't know.  Whatever the time of

25 the shutdown was, I mean.  Sometimes they went
```

1    on for a month; sometimes they went on -- they

2    were less than a month; sometimes they were

3    more than a month.  I don't really remember how

4    long I was there.

5         Q    Do you know where within the Goodrich

6    plant your work, you were doing work?

7         A    I don't even remember where the

8    Goodrich plant was.  I know I worked there, but

9    I don't remember where it was.  I used to ride

10   with somebody else, so most of the time I

11   slept.

12        Q    When you were working at the Goodrich

13   plant, was the work indoors or outdoors?

14        A    I was working in the unit.

15        Q    Do you know what the unit, that

16   particular unit was -- what they were doing

17   with that unit, what it was manufacturing?

18        A    No.

19        Q    It was during the shutdown so were you

20   doing the same kind of work you were doing out

21   at these other facilities, changing out gaskets

22   and valves?

23        A    Yes.

24        Q    Did the work involve disturbing any

25   insulation?

1    A    Yes.

2    Q    Did the insulation look new or older?

3    A    Older.  It wasn't no -- It wasn't --

4    None of the insulation that we worked on was

5    new.  It was all old insulation that we had to

6    take down.

7    Q    Did you have to remove the insulation

8    yourself?

9    A    Sometimes, yes.

10    Q    How would you do that?

11    A    If -- I mean, like -- like everywheres

12    else, I had to chip it off with a scraper and a

13    -- and a hammer.

14    Q    Did that work create dust?

15    A    Yes.

16    Q    Did you breathe the dust?

17    A    Yes.

18    Q    Were you provided with any equipment

19    to prevent you from breathing the dust?

20    A    No.

21    Q    And were you provided with any

22    warnings about the hazards of asbestos at

23    Goodrich?

24    A    No.

25    Q    When did you work at the Georgia Gulf

198

```
 1   plant?

 2        A     When did I work there?

 3        Q     Yes, sir.

 4        A     I don't know.  I don't remember.

 5        Q     Do you remember working at Georgia

 6   Gulf?

 7        A     I remember working there.

 8        Q     Did you work there once or more than

 9   once?

10        A     Once.  Just for that shutdown.

11        Q     Who was your employer?

12        A     Like I said, I was out there through

13   Local 102.

14        Q     But you don't remember who you were

15   getting your paycheck from?

16        A     I don't remember which contractor was

17   there.

18        Q     And when you were working at Georgia

19   Gulf were you doing the same kind of work you

20   did at these other facilities?

21        A     Yes.

22        Q     So you were changing out gaskets?

23        A     Uh-huh (affirmatively).  Yes.

24        Q     Were you having to remove insulation

25   at Georgia Gulf?
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

                                                                              199

1      A     Yes.

2      Q     Did you change out valves at Georgia

3   Gulf?

4      A     Yes.

5      Q     Did the work you were doing at Georgia

6   Gulf create dust?

7      A     Yes.

8      Q     Did you breathe the dust?

9      A     Yes.

10      Q     Did the dust get on your clothes?

11      A     Yes.

12      Q     When was the last time you worked out

13   at any of these facilities through the Local

14   102?

15      A     The last time?

16      Q     Yes, sir.

17      A     I am trying to remember that.  Let me

18   see.  The last job I had was -- I think it was

19   Triad.

20           MS. ROUSSEL:

21               And just for clarification, you

22           mean through the Local 102?

23           THE WITNESS:

24               Yeah.  That was my last Local 102

25           job that I can remember.

```
 1    EXAMINATION BY MR. POWELL:
 2         Q    Do you remember what year that was?
 3         A    No.
 4         Q    Was it in the '90s?
 5         A    If it was, it was at the very
 6    beginning of the '90s.  But I don't believe.
 7         Q    All right.  So you think it was
 8    probably in the '80s?
 9         A    I think -- I take that back.  That was
10    in the '80s.
11         Q    All right.  So most of this work that
12    we have been talking about occurred from the
13    late '70s and into the '80s; is that right?
14         A    Yes.
15         Q    Working in the refineries?
16         A    Right.
17         Q    When you were working at Triad, do you
18    remember who your employer was?
19         A    No.  It was through Local 102 and I
20    don't remember who the contractor was.  I was
21    on a maintenance contract out there.
22         Q    And was your job at Triad?
23         A    I was a maintenance man.  I did
24    everything.  I welded, I replaced valves,
25    gaskets.  Whatever needed to be done, I did it.
```

1    Q    How long were you there at Triad?

2    A    About three years.

3    Q    Always for the same employer?

4    A    Yes.

5    Q    When you were working at Triad, were

6  you provided with any respiratory protection to

7  prevent you from breathing the dust?

8    A    No.

9    Q    Were you provided with any warnings of

10 asbestos hazards when you worked at Triad?

11   A    No.

12   Q    Did you, when you were working at

13 Triad did you have to remove old insulation

14 from hot pipes?

15   A    Yes.

16   Q    How often did you have to do that?

17   A    Basically every day.

18   Q    Did that work create dust?

19   A    Yes.

20   Q    Did the dust get on your clothes?

21   A    Yes.

22   Q    Did you breathe the dust?

23   A    Yes.

24   Q    When you were working at Georgia Gulf,

25 did you ever -- did you ever have to work out

202

```
 1    around any of the holding ponds, the settling

 2    ponds?

 3        A    No.

 4        Q    When you were working at Vulcan, did

 5    you ever have to work around any of the

 6    settling ponds?

 7        A    No.

 8        Q    At either of those facilities did you

 9    ever have to work inside a building?

10        A    No.

11        Q    At any of the facilities that you

12    worked at, did any of the owners of those

13    facilities ever provide you with any

14    information telling you that exposure to

15    asbestos could damage your health?

16        A    No.

17        Q    Did any of the owners of those

18    facilities ever tell you that asbestos exposure

19    can cause mesothelioma?

20        A    No.

21        Q    Did any of the owners of those

22    facilities ever tell you that you needed to

23    protect yourself from asbestos exposure?

24        A    No.

25        Q    In any of those facilities did you
```

1   ever see contract insulators in the facilities

2   doing work?

3        A    Yes.

4        Q    Do you remember the names of any of

5   the contract insulators that were working in

6   any of those facilities?

7        A    Not really, no.

8        Q    Did you ever -- Did you ever -- Let me

9   see if I can refresh your recollection.  Do you

10  remember ever seeing employees of a company

11  called Eagle Asbestos in any of those

12  facilities?

13       A    Yes.

14            MR. GUIDRY:

15                 Object to the form.

16            THE WITNESS:

17                 That was -- That was just about

18            all of the facilities I worked on in

19            my career.

20  EXAMINATION BY MR. POWELL:

21       Q    Did you ever work around the Eagle

22  employees?

23       A    Yes.

24       Q    When you were working around Eagle

25  employees, what kind of work were they doing?

1        A     They were insulating pipes and vessels

2    and whatnot.  I mean, the turbines and

3    whatever, boilers.

4        Q     Did you ever see them tearing

5    insulation off of any of the piping or

6    equipment?

7        A     Did I ever see what?

8        Q     Did you see the Eagle employees

9    removing insulation from any piping or

10   equipment?

11       A     I saw them put them on there.  I

12   didn't see them removing.

13       Q     You never saw any tear-out work where

14   they were tearing out insulation?

15       A     Most of the time when they would come

16   there and they would strip out, then we'd go

17   after them and repair, and then they would come

18   back and put back.  But they would put back

19   while we were still there.

20       Q     When you would go into the areas where

21   the insulation had been torn out, was there

22   still insulation debris and dust around these

23   areas?

24       A     Yes.  Most of it was on the ground.

25       Q     And you would have to walk through

1    that material?

2        A    Yes.  They would be walking on it and

3    cracking it with their feet.

4        Q    Did it create dust?

5        A    Yes.

6        Q    Get on your clothes?

7        A    Yes.

8        Q    And you wore those clothes home?

9        A    Yes.

10       Q    Did dust and material get into your

11   vehicle?

12       A    Yes.

13       Q    Did you breathe the dust?

14       A    Yes.

15       Q    Was that something that occurred

16   regularly throughout the time you were working

17   in these facilities?

18       A    Yes.

19       Q    Did you see the insulation contractors

20   using any methods for containing the dust?

21       A    Say it again?

22       Q    Did you see any insulation contractors

23   using any procedures or protocols for isolating

24   the dust so it didn't get into your work area?

25       A    No.

1      Q    Did you see any employees of a company

2    called McCarty at any of the facilities you

3    worked in?

4      A    Repeat it?

5      Q    McCarty.  Is that an insulation

6    contractor that you saw out in the facilities

7    you worked in?

8      A    Yes.

9      Q    Do you remember -- Do you remember

10   where you saw McCarty?

11     A    Everywhere that I do, I mean.  Every

12   plant I worked in, McCarty and Eagle was there.

13     Q    All right.  And did McCarty do the

14   same kind of work, tear down and leave the dust

15   and debris in the areas you were working in?

16     A    Yeah.

17          MR. GUIDRY:

18               Object to the form.

19   EXAMINATION BY MR. POWELL:

20     Q    Did you ever see Taylor-Seidenbach

21   employees out in any of those areas?

22          MR. LASSUS:

23               Object to form.

24          THE WITNESS:

25               Say what?

```
 1   EXAMINATION BY MR. POWELL:

 2       Q    That's okay.  You can go ahead.

 3            MS. ROUSSEL:

 4                 I'm sorry, reask your question.

 5                 There was an interruption in between.

 6   EXAMINATION BY MR. POWELL:

 7       Q    Did you ever see any Taylor-Seidenbach

 8   employees working in any of the facilities

 9   where you were working?

10       A    I saw their product.

11       Q    Go ahead, Mr. Cortez.

12       A    I saw the -- Ask me the question

13   again.

14       Q    Yes, sir.  Other than Avondale where

15   you mentioned seeing Taylor-Seidenbach

16   products, did you see Taylor-Seidenbach at any

17   other facility that you worked in?

18       A    Yes.

19            MR. LASSUS:

20                 Object to the form.

21   EXAMINATION BY MR. POWELL:

22       Q    And where did you see

23   Taylor-Seidenbach?  Do you remember what

24   facilities?

25            MR. LASSUS:
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

208

```
 1                    Object to the form.
 2            THE WITNESS:
 3                    Not directly, but that, too.  I
 4            mean, that was in just about every
 5            facility I worked in.
 6     EXAMINATION BY MR. POWELL:
 7         Q    All right.  And similar to McCarty and
 8     Eagle, would you be exposed to dust and debris
 9     by Taylor-Seidenbach tearing out insulation
10     material?
11         A    Yes.
12            MR. LASSUS:
13                    Object.  Object to the form.
14     EXAMINATION BY MR. POWELL:
15         Q    Did you see B&B, employees of B&B in
16     any of the facilities you worked in?
17            MR. BELL:
18                    Object to form.
19            MR. LASSUS:
20                    Object to form.
21            THE WITNESS:
22                    Somebody trying to call somebody,
23            because he keeps cutting out.
24            MS. ROUSSEL:
25                    When somebody objects on top of
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                         504 219-1993

1              the questioning person, you cause an

2              interruption.  So please wait until

3              the question is completely finished

4              before you lodge your objection.

5         MR. BELL:

6              It was completely finished, and

7         my objections will be continuing.

8         MR. POWELL:

9              That's fine.  You can continue.

10        MR. LASSUS:

11             The same.

12   EXAMINATION BY MR. POWELL:

13        Q    Mr. Cortez, when you were working in

14   the various facilities that you worked at, did

15   you ever see employees of B&B working in those

16   facilities?

17        A    I didn't get it.

18        Q    B&B?

19        A    B&B?  No.

20   EXAMINATION BY MR. POWELL:

21        Q    Okay.  Did you ever see employees of

22   Anco working on --

23        MR. BELL:

24             I'll withdraw my objection.

25        THE WITNESS:

1                    Yes, I saw Anco employees at

2              Monsanto.

3      EXAMINATION BY MR. POWELL:

4          Q     When you were -- When you saw them,

5   how far away were you from the Anco workers at

6   Monsanto?

7          A     Within six or eight feet.

8          Q     Did you ever see them tearing out

9   insulation at Monsanto?

10         A     Yes.

11         Q     Did you see them installing insulation

12  at Monsanto?

13         A     Yes.

14         Q     And was that in the 1960s when you

15  worked at Monsanto?

16         A     Yes.

17         Q     Did the work of the Anco employees

18  create dust?

19         A     Yes.

20         Q     Did the dust get on your clothes?

21         A     Yes.

22         Q     Did you breathe the dust?

23         A     Yes.

24         Q     How often did that happen?

25         A     Practically every day.

```
 1      Q    Did you ever see any employees of
 2  Gabler?
 3           MR. HACKENBERG:
 4                Object to the form.
 5           THE WITNESS:
 6                I never seen Gabler employees,
 7           no.
 8  EXAMINATION BY MR. POWELL:
 9      Q    Okay.  Did you ever see any employees
10  of Cajun at any of the facilities you worked
11  in?
12      A    No.
13      Q    Are you familiar with a company called
14  Marquette?
15      A    No.
16      Q    What about Orleans Insulation?
17      A    Say it again?
18      Q    Orleans Insulation?
19      A    No.
20      Q    Any other insulation contractors that
21  you can recall working around?
22      A    No.
23      Q    All right.  Just a few more, Mr.
24  Cortez.  I am going to ask some questions about
25  your father's work.  So you were born on
```

 1    March 3rd, 1951; right?

 2         A    Yes.

 3         Q    Do you know who your dad was employed

 4    by when you were an infant?

 5         A    No.

 6         Q    Have you ever heard of your dad having

 7    worked for a company called Halliburton

 8    Geophysical Services?

 9         A    No.

10         Q    Do you know whether your father ever

11    worked out in the oil field?

12         A    No.

13         Q    Are you aware of your father working

14    for a company called Geo Marine Service?

15         A    No.

16         Q    Were you aware of him working for a

17    company called Taylor Exploration Company?

18         A    No.

19         Q    Were you aware of him working for

20    Donald Bollinger?

21         A    No.

22         Q    Were you aware of him working for a

23    company called Houston Contracting Company?

24         A    No.

25         Q    Were you aware of him working for B&B

```
 1    Engineering and Supply?

 2         A    Say it again?

 3              MR. BELL:

 4                   Object to form.

 5    EXAMINATION BY MR. POWELL:

 6         Q    B&B Engineering?

 7         A    Yes.

 8         Q    Do you know where he worked for B&B?

 9         A    At Union Carbide.

10         Q    And he was an insulator?

11         A    Yes.

12              MR. BELL:

13                   Object to form.

14    EXAMINATION BY MS. ROUSSEL:

15         Q    When he was working as an insulator

16    for B&B at Union Carbide, you were living in

17    the home with him?

18         A    Yes.

19         Q    Would he wear his work clothes home

20    with him?

21         A    Yes.

22         Q    Bring them with him?

23         A    Yes.

24         Q    And where was the laundry set up in

25    the home you were living at when you were
```

```
 1   living with your parents?

 2        A    It was outside in a utility shed in

 3   the back of the house.

 4        Q    Did you have any laundry duties?

 5        A    No, I didn't have laundry duties.

 6        Q    Where were the dirty clothes, where

 7   were your dad's dirty clothes kept?

 8        A    He would undress in the bathroom and

 9   he would bring it to the utility.

10        Q    The utility was a shed?

11        A    Say it again?

12        Q    The utility, you said "utility",

13   that's a shed where the laundry was kept?

14        A    Yes.

15        Q    Are you aware of your father ever

16   working for Babcock & Wilcox?

17        A    No.

18        Q    Were you aware of your dad working for

19   a company called Process Insulators?

20        A    No.

21        Q    Were you aware of your dad working for

22   Brown & Root?

23        A    No.

24        Q    Do you know if your father worked for

25   a company called Quidco?
```

```
 1     A     No.

 2     Q     Did you see Anco in any facilities

 3   other than the Monsanto plant?

 4     A     No.

 5     Q     Do you know the names of any of the --

 6   of your father's co-workers?

 7     A     No.

 8     Q     Do you know the names of any of your

 9   dad's foremen, people who he worked under?

10     A     No.

11     Q     Were you aware that your dad was

12   employed by Anco?

13     A     By who?

14     Q     Anco.

15     A     No.

16           MS. ROUSSEL:

17                He didn't understand your

18           question I don't think.

19   EXAMINATION BY MR. POWELL:

20     Q     Did your dad work for Anco?

21     A     Anco?

22     Q     Yes.

23     A     Yes.

24     Q     Did your dad work for Anco?

25     A     Yes.
```

```
 1      Q    Where did your dad work for Anco?

 2      A    At Monsanto.

 3      Q    All right.  That's where you saw your

 4 dad working?

 5      A    Yes.

 6      Q    Did you ever work around your dad any

 7 when he was working for Anco?

 8      A    Yes.

 9      Q    Did any of the work your dad did when

10 he worked for Anco at Monsanto create any dust

11 that you breathed?

12      A    Yes.

13      Q    Was that the installation of

14 insulation, removal, or what was he doing?

15      A    Removal and installing it.

16      Q    All right.  Mr. Cortez, I can tell

17 you're a little tired right now.  You okay to

18 keep going?

19      A    Yeah, I'm all right.

20      Q    All right.  You let us know if you

21 need to take a break at any time.  Okay?

22      A    Okay.

23      Q    You know what?  I am going to -- I'm

24 going to take a break from asking you some

25 questions.  I'll probably come back and ask you
```

217

```
 1   a few later on.  I'll give some of the other

 2   attorneys an opportunity to ask some questions.

 3   But thank you for your time, sir.

 4           MS. ROUSSEL:

 5               Okay.  Who's next?

 6           MR. POWELL:

 7               Thank you very much.

 8           MS. BOWLIN:

 9               I'll go next.

10   EXAMINATION BY MS. BOWLIN:

11       Q    Okay.  I'll try not to rip something

12   off the table with this cord.  I'll do it this

13   way.  That's better.

14           Mr. Cortez, can you hear me okay from

15   here?

16       A    Yes.

17       Q    Okay.  My name is Angie Bowlin and I

18   am going to be the next defense attorney to ask

19   you some questions just like Mr. Powell was

20   doing.

21       A    Uh-huh (affirmatively).

22       Q    If you for some reason can't hear one

23   of my questions or don't understand one of my

24   questions for any reason, including the way

25   that we are operating today, will you please
```

 1    let me know?

 2         A     I will.

 3         Q     I will have a fair number of questions

 4    for you, so if you would like to take a break

 5    before I finish my questions, you please let

 6    Miss Roussel know?

 7         A     Yeah.

 8         Q     All right.  I am going to start with

 9    some -- fill in some background questions and

10    then I'll move on to your work history.  All

11    right?

12         A     Okay.

13         Q     You are 69 years old today; is that

14    correct?

15         A     69.

16         Q     69.  And are the last four digits your

17    Social Security number 8165?

18         A     Yes.

19         Q     How long have you lived at 1777

20    Highway 307 in Thibodaux?

21         A     At least 35 years.

22         Q     Did you build that home?

23         A     Yes.

24         Q     Did you personally participate in the

25    construction of that home?

```
 1      A    Yes.
 2      Q    Did any of the work that you did
 3  during the construction of the home include the
 4  installation of sheetrock?
 5      A    No.
 6      Q    Did you use any joint compound
 7  materials on that job?
 8      A    No.
 9      Q    Did you install any roofing materials
10  on that job?
11      A    No.
12      Q    Did you install any floor or ceiling
13  tiles on that job?
14      A    No.
15      Q    What was the house built of; was it
16  brick or wood?
17      A    Wood.
18      Q    Wood.  And what were the floors made
19  of?
20      A    Wood and --
21      Q    And what?  I'm sorry.
22      A    Wood and the flooring company put
23  carpet.
24      Q    All right.  And did anyone install
25  sheetrock in that home?
```

220

```
 1     A     No.  Well, yes, on my ceiling.

 2     Q     So somebody installed the ceiling?

 3     A     Yeah.

 4     Q     Do you know what company did that for

 5   you?

 6     A     No.  It was just a local contractor.

 7     Q     Were you present when the ceilings --

 8     A     No.

 9     Q     -- were installed?  Who performed the

10   roofing work on that house?

11     A     The contractor that built the house.

12     Q     Okay.

13     A     The main contractor hired all the

14   other people.

15     Q     Understood.

16     A     It was a father and dad operation and

17   they both passed away, so neither one of them

18   can --

19     Q     Okay.  Any time since you built the

20   house about 35 years ago, have you performed

21   any renovation work?

22     A     No.

23     Q     And who currently lives with you at

24   that home?

25     A     My wife.
```

1      Q     Have you ever at any time lived on the
2   west bank of New Orleans?
3      A     No.
4      Q     On any home that you have ever lived
5   in have you performed renovation work?
6      A     No.
7      Q     How is your wife's health?
8      A     She's 66 years old, I mean.  As far as
9   I know she's all right.
10      Q     Does she have any lung or breathing
11   problems?
12      A     She's had a little trouble breathing,
13   but she does cough.  But she claims it's acid
14   reflux.
15      Q     Acid reflux.  Has your wife ever been
16   a smoker during the time --
17      A     No.
18      Q     -- of your marriage?
19      A     No.
20      Q     Other than working for Dow Chemical,
21   has your wife worked at any other places during
22   the time of your marriage?
23      A     Yes.  She worked at Nicholls
24   University.  She was a caterer over there.  And
25   she worked for Rouse's in the deli department

1    or whatever you want to call that place.

2         Q    All right.  And I assume none of that

3    work would have involved any asbestos; correct?

4         A    Nothing had to do with asbestos.

5         Q    Okay.  And during the time that your

6    wife worked for -- worked at the Dow Chemical

7    plant, I think you said she worked for Cajun?

8         A    Yes.

9         Q    Do you know if she was ever tested for

10   any possible exposure to asbestos?

11        A    No.  I don't think she ever was.

12        Q    And, to your knowledge, would she have

13   been exposed to asbestos in any way when she

14   worked at the Dow Chemical plant?

15        A    No, not that I know of.

16        Q    Am I correct that she has never made a

17   claim for asbestos exposure regarding that?

18        A    You are correct.

19        Q    You said that you left school before

20   you graduated.  What year did you leave school?

21        A    It had to be 1968, because I went -- I

22   went, worked for Ned for a summer.  I went and

23   worked at Ned Pontiff at Monsanto for the

24   summer.

25        Q    Okay.  So the first job that you had

 1    at Monsanto was during the summer while you

 2    were technically --

 3         A    Yes.

 4         Q    -- still high school age?

 5         A    And I worked there until I turned 18

 6    in March.  Because my dad gave me a choice, go

 7    back to school or stay at work.  And I liked

 8    the money so I stayed at work.

 9         Q    And then you got a GED?

10         A    Huh?

11         Q    You got a GED?

12         A    Yes.

13         Q    And that was around 1972?

14         A    Yes.

15         Q    Have you ever worked with your son

16    Kelsey?

17         A    Not on a job.  I worked with him at

18    the house.  Not on a job, no.

19         Q    You never worked with him at an

20    industrial facility or a shipyard; is that

21    right?

22         A    I worked in the same shipyard that he

23    was there, but that was at Halter Marine, but I

24    didn't work with him.

25         Q    In what year were you both at Halter

1    Marine?

2            MS. ROUSSEL:

3                Object to the form of the

4        question.

5            THE WITNESS:

6                I don't remember.

7    EXAMINATION BY MS. BOWLIN:

8        Q    You worked at Halter Marine at the

9    same time as your son; you just didn't work

10   together; is that right?

11       A    Right.

12       Q    Do you remember what decade that was?

13       A    It had to be in the '90s.

14       Q    Has your son ever been a smoker?

15       A    He's still a smoker.

16       Q    Did he ever smoke in your home when he

17   was growing up?

18       A    No.

19       Q    How is your son's health?

20       A    As far as I can tell you, I mean, he's

21   got blood pressure issues and that's -- that's

22   about it.  High blood pressure and anxiety.

23       Q    Does your son have any lung or

24   breathing problems?

25       A    No.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

225

1      Q      Where does your son work now?

2      A      At Dow Chemical for Cajun.

3      Q      And is he 46 years old?

4      A      Uh-huh (affirmatively).  Yeah.

5      Q      All right.  And your daughter Kallie,

6      --

7      A      Uh-huh (affirmatively).

8      Q      -- have you ever worked with her on

9      any jobs?

10     A      No.

11     Q      Is she employed?

12     A      Yes.

13     Q      What does she do?

14     A      She works for First American Bank in

15     Vacherie.  She's some kind of training

16     instructor or whatever.

17     Q      Okay.  Has she ever been a smoker?

18     A      No.

19     Q      And does she have any lung or

20     breathing problems?

21     A      No.

22     Q      Have either one of your children been

23     diagnosed with any form of cancer?

24     A      No.

25     Q      All right.  When Miss Roussel was

JOHNS, PENDLETON, FAIRBANKS AND FREESE                      504 219-1993

226

```
 1    asking you questions earlier today, you gave us

 2    some information about retiring from work and I

 3    think you said it was because you were having

 4    some breathing problems and some pain.

 5         A    Uh-huh (affirmatively).

 6         Q    I didn't understand what job it was

 7    that you were doing at the time you retired.

 8         A    I was working building tractor frames

 9    for agriculture.  Doing agriculture work.

10         Q    Who was your employer?

11         A    Game Equipment.

12         Q    What's it called?

13         A    Game, just like the --

14         Q    G-A-M-E?

15         A    -- kids playing a game.  Game.

16         Q    And where is Game Equipment located?

17         A    In Napoleonville.

18         Q    And how long had you been employed by

19    Game Equipment?

20         A    I stayed there eight and a half years.

21         Q    So you would have started there around

22    2012?

23         A    '12, yeah.

24         Q    And what was your job title?

25         A    Fabricator/welder.
```

1      Q     All right.  And you said you were

2   earning about $21 an hour plus some overtime.

3      A     Uh-huh (affirmatively).

4      Q     Is that right?

5      A     Uh-huh (affirmatively).

6      Q     Yes?

7      A     Yeah.  Sorry.  I was supposed to say

8   it.

9      Q     That's okay.  Uh-huhs and uh-uhs and

10  shakes of the head come out on the video, --

11     A     Yeah.

12     Q     -- but we need you to say "yes" or

13  "no" so that Mr. Pendleton can take it down.

14     A     I realize that.

15     Q     All right.  And you were fabricating

16  these --

17     A     Tractor -- Tractor frames.

18     Q     Out of steel?

19     A     Yeah, out of steel.  Yeah.

20     Q     All right.  Before you were employed

21  by Game Equipment in around 2012, who were you

22  employed by?

23     A     Bollinger Shipyard.  No, I take that

24  back.  I'm sorry.  Yes.  No, I went to

25  Bollinger and then I left, I went to Dredging

 1   -- Dredging Supply Company.

 2        Q    Is that the name of the company?

 3        A    Yes.

 4        Q    Dredging Supply Company?

 5        A    Dredging Supply.

 6        Q    And where is that company located?

 7        A    Around LaPlace.

 8        Q    And what was your job title?

 9        A    Welder.

10        Q    What types of things were you welding?

11        A    Dredges, I mean.  We were building

12   tanks and we'll put dredges on top of the

13   tanks.

14        Q    Was this strictly new construction

15   work?

16        A    Yes.

17        Q    You did not do any repair work?

18        A    No.

19        Q    Do you know whether you would have

20   been exposed to any asbestos-containing --

21        A    No.

22        Q    -- materials from Dredging Supply

23   Company?

24        A    No.

25        Q    Do you remember the first year that

1    you went to work for Dredging Supply Company?

2         A    No.

3         Q    Do you know how many years you were

4    employed by Dredging Supply Company?

5         A    I went there twice.  The first time I

6    worked there about maybe a year, a year and a

7    half.  And the second time, the same thing,

8    about a year.

9         Q    Do you remember the first -- the

10   decade that you worked there the first time?

11        A    Well, if I started in 2012, the second

12   time -- I left 2012, end of 2012.  The first

13   time would have been about the end of the '90s.

14        Q    And the second time would have been

15   sometime in the early 2000s?

16        A    Yes.  Probably around 2011.

17        Q    Okay.  And so you went from Dredging

18   Supply to building the tractor frames for Game;

19   correct?

20        A    Yes.

21        Q    All right.  And then before Dredging

22   Supply Company you worked at Bollinger

23   Shipyard?

24        A    Uh-huh (affirmatively).

25        Q    Yes?

230

```
 1      A      Yeah.  I'm sorry.  I'm doing it again.

 2      Q      That's okay.  And what years did you

 3   work at Bollinger Shipyard?

 4      A      I worked there twice, too.  The first

 5   year, I worked there for five years.  But that

 6   had to be in the late '80s, early '90s.

 7      Q      Okay.  What about the second time?

 8      A      Probably the mid '90s.

 9      Q      And each time, do you know how long

10   you stayed there?

11      A      The first time I stayed five years.

12      Q      I'm sorry, you said five years.  What

13   about the second time?

14      A      The second time, I might have stayed

15   maybe a year, a year and a half.

16      Q      All right.  And prior to Bollinger

17   Shipyard where did you work?

18      A      Both times?

19      Q      You worked --

20      A      You want to know both times?

21      Q      Well, you worked at Bollinger twice.

22      A      Yes.

23      Q      You told me that.

24      A      Yes.

25      Q      So --
```

```
 1       A     The first time I was at Bollinger,

 2   before that I was at -- I went to -- it's

 3   another engineering company.  I didn't stay

 4   there but maybe a month.  Gulf Coast

 5   Manufacturing.

 6       Q     Gulf Coast Manufacturing?

 7       A     Yes.

 8       Q     And what did you do for Gulf Coast

 9   Manufacturing?

10       A     I welded.

11       Q     What sorts of things were you welding?

12       A     When I started there we were working

13   on some -- some tanks, a big old tank that they

14   put inside of a boat, a ship.

15       Q     Was this all new construction work?

16       A     Yes.  I don't remember the name, but

17   they were the kind of tanks you put with the

18   cold.

19       Q     Was this --

20       A     Mud tanks.

21       Q     All right.  So it was some sort of

22   metal tank?

23       A     Yeah.

24       Q     That was then later put on a ship?

25       A     Uh-huh (affirmatively), inside the
```

1    ship.

2         Q    Inside the ship.  And do you associate

3    any asbestos with your work --

4         A    No.

5         Q    -- for Gulf Coast?

6         A    No.

7         Q    Do you know the number of years that

8    you worked for Gulf Coast?

9         A    One -- One month.

10        Q    One month.  Do you know what year that

11   was?  Would it have been in the '80s, the '90s?

12        A    It had to be the late '80s.

13        Q    Okay.  Where did you work before Gulf

14   Coast?

15        A    I went, I was at Chemico in Thibodaux.

16   Chemico.

17        Q    It was called Chemco?

18        A    Chemico.

19        Q    C-H-E-M-I-C-O?

20        A    Something like that.

21        Q    Where is that located?

22        A    In Thibodaux.

23        Q    And what kind of company was that?

24        A    Agriculture company.

25        Q    And what did you do for them?

1      A     I welded.

2      Q     And what sorts of things did you weld?

3      A     I welded on shower bunches.  It's

4  something that they -- They call it shower

5  bunches.  It's what they cut trees with.

6      Q     Okay.

7      A     And they were -- they had the yellow

8  sort of big yellow scraper they put behind

9  tractors now.  We were building those.

10     Q     Okay.  Do you associate any asbestos

11 with that work?

12     A     Huh?

13     Q     Do you associate any asbestos exposure

14 with that work?

15     A     No.  No, there was no asbestos at all

16 on there.

17     Q     And would that have been in the '80s,

18 1980s?

19     A     Yeah.

20     Q     All right.  Do you know who you worked

21 for before Chemco?

22     A     Bollinger.

23     Q     Okay.  So that would have been the

24 first time you went to Bollinger?

25     A     I left Bollinger, I went to Chemico.

1      Q     And the first time you worked at

2    Bollinger would have been sometime in the '80s?

3      A     Yeah.

4      Q     And before the first time you went to

5    Bollinger in the 1980s where did you work?

6      A     McDermott Shipyard.

7      Q     All right.  I don't think we have

8    talked about that yet today.

9      A     Yeah.

10      Q     What did you do for McDermott?

11      A     I welded.

12      Q     And where was the McDermott Shipyard

13    that you worked at?

14      A     In Amelia.

15      Q     And do you know how long you worked

16    for McDermott?

17      A     Maybe about a year and a half.

18      Q     And that would have been in the 1980s?

19      A     In the late '80s, yeah.

20      Q     Late '80s?  And what were you welding

21    at McDermott?

22      A     Working on supply boats and oil rig

23    legs, you know, the platforms.

24      Q     Was this all new construction?

25      A     Yes.

1      Q     So you were working as a welder on the

2    new construction of supply boats?

3      A     Uh-huh (affirmatively).

4      Q     Yes?

5      A     Yes.

6      Q     And you were working as a welder on

7    the legs of oil platforms?

8      A     Yes.

9      Q     And this would have been all steel

10   work?

11     A     Yes.

12     Q     Do you associate any asbestos exposure

13   with the work you did at McDermott?

14     A     No.

15     Q     All right.  Where did you work before

16   McDermott?

17     A     That's when I was hitting all the

18   plants on the river.

19     Q     All right.  That's when you were

20   hitting all the plants on the river.

21     A     Whatever plants I got written down.

22     Q     I'm sorry?

23     A     Whatever plants that we have listed

24   that I can remember.

25     Q     Yes, sir.  I am not going to go

1    through all of those things --

2        A     Yes.

3        Q     -- again.  I am just trying to get a

4    chronology of where you worked and when you

5    worked --

6        A     Yes.

7        Q     -- because we don't have your Social

8    Security earnings records.  So just trying to

9    get as good a picture as I can.

10       A     Okay.

11       Q     And I appreciate from your testimony

12   that you work at Monsanto on two occasions.

13   The first occasion was sometime this the late

14   '60s?

15       A     Yes.

16       Q     And then I don't believe you said the

17   year that you went back there for the second

18   time.

19       A     I really don't remember the years.

20       Q     Was it sometime in the '80s?

21       A     Yes.

22       Q     So the plant work that you did before

23   you went to work at McDermott and you went to

24   the various plants that we have discussed, --

25       A     Uh-huh (affirmatively).

237

```
 1      Q     -- what was the time frame that you
 2   did that work at those plants?
 3      A     That was all in the '80s.
 4      Q     Other than the first time you worked
 5   at Monsanto --
 6      A     Except for that first time.
 7      Q     So we're going to take that job out of
 8   the equation and I will let Mr. Foster ask you
 9   some questions about that later.  But the other
10   list of plants that Mr. Powell went through
11   with you earlier, --
12      A     Uh-huh (affirmatively).
13      Q     -- those jobs at those plants would
14   have been sometime in the 1980s?
15      A     Yes.
16            MS. ROUSSEL:
17                  Object to the form of the
18            question.
19   EXAMINATION BY MS. BOWLIN:
20      Q     And those jobs would have all been
21   through Local 102?
22      A     Yes.
23      Q     Have you ever filed a claim for
24   worker's compensation benefits?
25      A     No.
```

1       Q     You told Mr. Powell earlier that you

2    had not filed any other lawsuits.  Have you

3    ever for any reason given a deposition like

4    we're doing here today?

5       A     No.

6       Q     Have you ever filed a claim for

7    disability either through a private disability

8    insurer or the Social Security Administration?

9       A     No.

10       Q     Do you receive Social Security

11    benefits?

12       A     Yes.

13       Q     When did you start receiving Social

14    Security benefits?

15       MS. ROUSSEL:

16              Let me object on the basis of

17              collateral source and make it

18              continuing.

19       MS. BOWLIN:

20              Sure.  That's fine.

21       MS. ROUSSEL:

22              You can answer the question.  I

23              am just objecting.

24       THE WITNESS:

25              I retired last year, in August.

239

1          Started receiving it in September.

2    EXAMINATION BY MS. BOWLIN:

3        Q    Okay.  So September of 2019?

4        A    Yeah.

5        Q    And how much do you receive a month?

6        A    About a little over $2,000.

7        Q    Do you receive any pensions or

8    retirement funds from any employer?

9        A    No.

10        Q    And the last time that you worked for

11    wages would have been around August of 2019?

12        A    Yes.

13        Q    And I am not entitled to know the

14    amount, but have you reached any settlements

15    with any Defendant in your present lawsuit?

16        A    No.

17        Q    Do you know whether any claims have

18    been made on your behalf to any bankruptcy

19    trusts?

20        A    No.

21        Q    And do you receive Medicare benefits?

22        A    No.  Oh, yeah, yeah.  I'm sorry.

23        Q    Yes.

24        A    I'm on Medicare.

25        Q    Do you know if you receive Part A,

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

240

1    Part B, or both?

2        A    Part A and Part B, yeah.

3        Q    Were you aware that your father was

4    involved in a lawsuit regarding his asbestos

5    exposure?

6        A    He did a -- He was in a class action

7    suit, yes.

8        Q    All right.  Do you have any

9    information regarding the names of any

10   companies that your father may have settled his

11   lawsuit with?

12       A    No.

13       Q    And your father is deceased; correct?

14       A    Yes.

15       Q    And as well as your mother?

16       A    Yes.

17       Q    Do you know if any member of your

18   family kept any of the paperwork associated

19   with your father's lawsuit regarding asbestos

20   exposure?

21       A    No.

22       Q    You don't know or they did not?

23       A    I don't know.  I don't know.

24       Q    You don't know.  We could ask one of

25   your other siblings?

```
 1     A     You can, yes.

 2     Q     All right.  Do you know if your father

 3  was deposed like we're doing today in his

 4  lawsuit?

 5     A     No.

 6     Q     You don't know or he was not?

 7     A     I don't know.

 8     Q     How old was your father when he passed

 9  away?

10     A     I believe he was 81.

11     Q     And how old was your mother when she

12  passed away?

13     A     86.

14     Q     Was your father a smoker?

15     A     Not -- Not by -- Not at the time that

16  he died, but I'm sure before I was born.  They

17  were all smoking back then.

18     Q     I understand.

19           MS. ROUSSEL:

20                And don't guess.  And if you

21           don't know, "I don't know" is a

22           perfectly fine answer.

23  EXAMINATION BY MS. BOWLIN:

24     Q     Absolutely.  Miss Roussel is right.

25  If you don't know the answer to one of my
```

 1    questions, just tell me you don't know the

 2    answer.

 3        A    Yeah.

 4        Q    Did your father smoke during the time

 5    that you were growing up and living in the

 6    family home?

 7        A    No.

 8        Q    Did your mother smoke during the time

 9    you were growing up and living in the family

10    home?

11        A    No.

12        Q    I am not sure I understood you, but I

13    thought I heard you say that you and your

14    father worked together at Monsanto?

15        A    We didn't work together.  We worked in

16    the same plant.

17        Q    But you worked at Monsanto at the same

18    time?

19        A    Yes.  Yes.

20        Q    Was that the second time you worked --

21        A    First time.

22        Q    First time.  You did not work

23    side-by-side with him?

24        A    No.

25        Q    Did you ever again work with your

1    father at any industrial facility?

2        A    No.

3        Q    I have some names of some people who I

4    think are perhaps your uncles.  Did you ever

5    work with Rudolph Cortez?

6        A    No.

7        Q    Is he related to you?

8        A    I don't know who that is.

9        Q    You don't know.  What about Phillip

10   Cortez?

11       A    That's my uncle.

12       Q    And did you ever work with your uncle?

13       A    No.

14       Q    Did your uncle work in the plants?

15       A    Yes.  He worked with Daddy.

16       Q    At Monsanto?

17       A    Uh-huh (affirmatively).

18       Q    Okay.  Is Percy Cortez related to you?

19       A    Percy, that's my uncle.

20       Q    And did you work with Percy?

21       A    No.

22       Q    What about Lawrence Cortez?

23       A    No.

24       Q    You don't know that person?

25       A    (Witness shakes head negatively.)

```
1      Q     What about Nicholas Cortez?

2      A     That was my uncle, too.

3      Q     Did you ever work with Nicholas?

4      A     No.

5      Q     What about Leon Cortez?

6      A     No.

7      Q     What about Nelson Cortez?

8      A     No.  That was a Cortez, my uncle, too.

9      Q     I'm sorry?

10     A     That's my uncle, too.

11     Q     Nelson is one of your uncles, too?

12     A     Yes.

13     Q     Did you ever work with Nelson?

14     A     No.

15     Q     Did you ever live with any of your

16   uncles?

17     A     No.

18     Q     Did your mother work outside of the

19   home?

20     A     No.

21     Q     Have you ever worked with any of your

22   brothers?

23     A     No.

24     Q     Have you ever worked with any of your

25   sisters or their husbands?
```

1    A     No.  Well, I worked with Irvin Cortez.

2    Q     Irvin?

3    A     That was my brother-in-law.

4    Q     Who was he married to?

5    A     He was married to Priscilla.  That's

6    my oldest sister.

7    Q     Other than Irvin, and it's just

8    happenstance that they have -- he had the same

9    last name as you?

10   A     Yes.

11   Q     That's convenient.  But you didn't

12   work with any of your other brothers-in-law?

13   A     No.

14   Q     And other than your mother being

15   diagnosed with cancer, has any other member of

16   your family, your immediate family been

17   diagnosed with cancer?

18   A     No.

19   Q     You told Mr. Powell that you did not

20   work at the Johns Manville plant, but have you

21   had any family members who ever worked at the

22   Johns Manville plant in Marrero, Louisiana?

23   A     Not that I know of.

24   Q     What about at the Celotex plant in

25   Marrero?

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

246

1      A     Not that I know.

2      Q     Did any of your family members work

3   with you at Avondale when you worked there?

4      A     No.

5      Q     Any of your family members, your

6   brothers, your sisters lived on the west bank

7   of New Orleans?

8      A     No.

9      Q     All right.  So when did you become a

10   member of Local 102?

11      A     I don't remember the year.

12      Q     Do you remember the decade?  Was it

13   the 1980s?

14      A     It was right after I left Monsanto the

15   second time, and I don't remember when that

16   was.

17      Q     So when you worked at Monsanto on both

18   occasions, that was not a union job?

19      A     No.

20      Q     That's correct, no union job?

21      A     That's correct. That wasn't -- That

22   wasn't a union job.

23      Q     So upon leaving Monsanto on the second

24   occasion you became a member of Local 102?

25      A     Yes.  Right.

1       Q      And I wrote down, this may be

2    something I looked up, but is Local 102 out of

3    Prairieville?

4       A      Yes.

5       Q      And does it have a name other than

6    Local 102?

7       A      No.  That's the only one -- That's the

8    only name we knew.

9       Q      But you worked out of that union as a

10   welder or a pipefitter?

11      A      Yes.

12      Q      And were the other gentlemen and

13   ladies who worked out of Local 102 sent out to

14   work as welders and pipefitters also?

15      A      Yes.

16      Q      How long did you remain a member of

17   Local 102?

18      A      I stayed with them for five years.

19      Q      Five years.  And is that during the

20   time period that you worked in the various

21   plants we have talked about?

22      A      Yes.

23      Q      Did you attend union meetings?

24      A      Not very often.  Because it was --

25   that's a pretty far drive from my house.

1      Q      Okay.  Do you remember if you received

2    any written materials like magazines or

3    publications from that union?

4      A      No.

5      Q      And you started with that union

6    sometime in the '80s; right?

7      A      Right.

8      Q      Do you remember, when you started with

9    that union, if they had any program to teach or

10   educate its members regarding the potential

11   hazards of asbestos that may be encountered in

12   the plants?

13     A      No.

14     Q      Did you receive any training through

15   the union on how to identify

16   asbestos-containing materials in the plants?

17     A      No.

18     Q      Did you receive any training from the

19   union on what you should do if you encountered

20   an asbestos-containing material from one of the

21   plants?

22     A      No.

23     Q      Through the union were you made aware

24   of the fact that OSHA has certain regulations

25   in place with regard to the safe working around

1    or handling of asbestos-containing materials in

2    the workplace?

3        A    No.

4        Q    On the jobs that you worked at the

5    plants, did Local 102 have union stewards on

6    those jobs?

7        A    Yes.

8        Q    Do you remember the names of any of

9    those stewards?

10       A    No.

11       Q    Did you ever make any complaints to

12   any of those stewards regarding the working

13   conditions at any of the plants that we have

14   talked about today?

15       A    No.

16       Q    And included in that would be any

17   complaints regarding the dust that you

18   encountered?

19       A    No.

20       Q    You didn't make any complaints about

21   that?

22       A    I didn't make any complaints.

23       Q    Were you provided any information

24   through the union regarding when non-asbestos

25   alternatives became available for insulation

```
 1   materials used in the plants?

 2        A    No.

 3        Q    As we sit here today, are you aware

 4   that in around 1972 non-asbestos insulation

 5   materials became available for use?

 6        A    Yes.

 7        Q    At the plants that you worked at

 8   through Local 102, did you just assume that the

 9   insulation materials you encountered contained

10   asbestos?

11             MS. ROUSSEL:

12                  Object to the form of the

13             question.

14             THE WITNESS:

15                  I mean, we really didn't know

16             anything about asbestos then except

17             for that it was being used as

18             insulation.  That was it.

19   EXAMINATION BY MS. BOWLIN:

20        Q    And you were -- strike that.

21             It was your understanding when you

22   were working out of Local 102 at the various

23   plants that we have discussed that the

24   insulation materials contained asbestos?

25        A    Yes.
```

1      Q     And the union didn't tell you that it

2   could be potentially harmful to your health to

3   disturb asbestos-containing materials?

4      A     No, they didn't tell us nothing.

5      Q     And is that something that, if the

6   union knew, that you would have liked for them

7   to have told you?

8      A     Yes.

9      Q     And you would have liked for them to

10  have protected you --

11     A     Yes.

12     Q     -- from the potential of asbestos

13  exposure?

14         MS. ROUSSEL:

15              Object to the form of the

16         question.

17         THE WITNESS:

18              Yes, definitely.

19  EXAMINATION BY MS. BOWLIN:

20     Q     When you worked at the various plants

21  that we have talked about, and I am going to

22  take the first time you worked at Monsanto out

23  of that discussion, I just want to talk about

24  the plants that you worked at out of Local 102,

25  do you recall any abatement work at those

252

```
 1    plants or the removal of asbestos-containing

 2    materials going on?

 3         A    I -- When I worked close to my father

 4    and my uncle, I mean, I saw them taking down

 5    insulation and putting new insulation if that's

 6    what was required.

 7         Q    All right.  I'm more talking about a

 8    company that would have gone into the plants

 9    and sort of wholesalely removed the

10    asbestos-containing materials and then they

11    would have been replaced with non-asbestos

12    materials.

13         A    No, I don't recall that at all.

14         Q    Do you recall when it is that you

15    learned that asbestos can be harmful to your

16    health?

17         A    Around the early 2000s.

18         Q    Do you recall how it is that you

19    learned that asbestos could potentially be

20    harmful?

21         A    Yeah.  My first cousin died from

22    mesothelioma.  That's how I realized it was

23    harmful.

24         Q    Is all the work that you did through

25    Local 102 at the plants in the 1980s?
```

1      A      Yes.

2      Q      Have you ever done any automotive work

3   on your personal vehicles?

4      A      No, not really.  I'm not a mechanic.

5      Q      Have you ever changed the brakes on

6   your cars?

7      A      No.

8      Q      Have you ever changed the clutches on

9   your cars?

10     A      No.

11     Q      Have you ever done any engine work?

12     A      Other than changing the oil, no.

13     Q      In preparation for the deposition

14  today did you review any photographs of any

15  equipment or products?

16     A      No.

17     Q      Did you review any lists of equipment

18  or products?

19     A      No.

20     Q      Did you conduct any independent

21  internet research regarding any products or

22  equipment that you may have worked with or

23  around at any shipyard or industrial facility?

24     A      No.

25     Q      Did you review what we call the

 1    Petition For Damages, or the written up lawsuit

 2    that we're here to talk about today?

 3         A    No.

 4         Q    Did you contact any co-workers to

 5    discuss with them your work at any of the

 6    shipyards or the industrial facilities?

 7         A    No.

 8         Q    I believe you were asked if you kept

 9    logs or work diaries at one of the shipyards

10    that you worked at, but just in general did you

11    ever keep any journals or logs or diaries of

12    the different places that you worked and the

13    work you may have done at those facilities?

14         A    No.

15         Q    Did you keep any of your union

16    records?

17         A    No.

18         Q    Did you keep any of your pay stubs?

19         A    For a year, and then we got rid of it

20    after that.

21         Q    Okay.  We talked a moment ago about

22    OSHA.  Do you remember if in the early '70s any

23    of your employers, and I believe you would have

24    still been at Avondale in the early 1970s, told

25    you about the regulations that were put in

255

1    place by the Federal government with regard to

2    what employers should do to protect their

3    workers from the hazards of asbestos?

4        A    No.

5        Q    When you worked at Avondale were you

6    provided with any uniforms?

7        A    No.

8        Q    Were you provided with any change

9    rooms, like a locker room where you could go --

10       A    No.

11       Q    -- and take off your clothes before

12   you went home?

13       A    No.

14       Q    From 1972 forward, when you worked at

15   Avondale were you ever told that it could

16   potentially be hazardous to your family members

17   if you wore your work clothes home?

18       A    No.

19       Q    Were you provided with any laundry

20   facilities when you worked at Avondale?

21       A    No.

22       Q    Were you provided with any respiratory

23   protection when you worked at Avondale?

24       A    No.

25       Q    When you worked at Avondale, do you

1   remember anyone at Avondale cordoning or roping

2   off the insulators who may have been cutting or

3   installing insulation that would have created

4   dust?

5        A    No.

6        Q    When you worked at Avondale do you

7   recall old insulation being removed either from

8   piping or equipment?

9        A    No.

10       Q    You just recall the installation of

11  new insulation?

12       A    Yeah.

13       Q    Do you remember any air monitoring

14  going on at Avondale?

15       A    No.

16       Q    Were you ever provided with medical

17  monitoring, which would mean that you would be

18  sent periodically to a healthcare professional

19  for any breathing tests or chest X-rays?

20       A    No.

21       Q    And I believe that Miss Roussel asked

22  you this, but it was a while ago so I just want

23  to make sure, did anyone with Avondale warn you

24  at any time during your employment regarding

25  the potential hazards of exposure to asbestos?

```
 1     A     No.

 2     Q     Did anyone at Avondale ever tell you

 3  that you should try to avoid being around dusty

 4  operations?

 5     A     No.

 6           MS. BOWLIN:

 7               He told me to move closer.

 8  EXAMINATION BY MS. BOWLIN:

 9     Q     All right.  And when you worked at the

10  different industrial facilities, did anyone at

11  any of those industrial facilities teach you

12  about OSHA or the potential hazards of

13  asbestos?

14     A     No.

15     Q     So I don't have to go through each one

16  of them.  It's your testimony today that during

17  the time that you worked at the shipyards and

18  that you worked at the industrial facilities,

19  no one with those places or employers provided

20  you with information regarding the potential

21  hazards of asbestos?

22     A     Nobody.

23     Q     I am going to ask you a few

24  questions -- I'm going to change gears.

25           MS. BOWLIN:
```

1              You want him to switch the tape?

2         MS. ROUSSEL:

3              You need to switch tape?

4         VIDEO OPERATOR:

5              Off the record.

6         (Whereupon a discussion was held off

7    the record.)

8         VIDEO OPERATOR:

9              This is the beginning of disk 3.

10             We're back on the record.

11   EXAMINATION BY MS. BOWLIN:

12        Q    Mr. Cortez, we're back on the record.

13        A    Okay.

14        Q    You okay to continue for a while

15   longer this afternoon?

16        A    Yeah.

17        Q    All right.  The same rules apply.  If

18   you need to take a break before I finish my

19   questions, please just let Miss Roussel know.

20   If you don't understand one of my questions,

21   let me know.

22        A    Okay.

23        Q    Okay?  All right.  I am going to ask

24   you a few questions about your past medical

25   history.  Have you ever been diagnosed with

 1    pneumonia?

 2        A    No.

 3        Q    Have you ever been diagnosed with

 4    bronchitis?

 5        A    Yes, but that was a part of the

 6    diagnosis.

 7        Q    It was during the time that they were

 8    trying to figure out --

 9        A    Yes.

10        Q    -- what was going on with you?

11        A    Yes.

12        Q    All right.  Have you ever been

13    diagnosed with emphysema?

14        A    No.

15        Q    What about something called COPD?

16        A    No.

17        Q    Have you ever been diagnosed with

18    asthma?

19        A    No.

20        Q    Have you ever had a stroke?

21        A    No.

22        Q    Have you ever had any heart problems?

23        A    No.

24        Q    Have you ever been to a cardiologist

25    for any reason?

 1      A    Yes.

 2      Q    All right.  And I believe you said

 3   that they sent you to have your heart

 4   checked --

 5      A    Yes.

 6      Q    -- when they were trying to determine

 7   what was wrong with you?

 8      A    Yes.

 9      Q    Do you remember the name of that

10   physician?

11      A    The Heart -- at the Heart Clinic?

12      Q    Yes, sir.

13      A    Dr. Denys.  Denys.

14      Q    And is that at the Heart Clinic in

15   Thibodaux?

16      A    Yes.

17      Q    Do you know what kind of tests they

18   ran on you?

19      A    They did where they hook up all the

20   little things, the EKG.  They did the -- They

21   put me on the treadmill.  They did ultrasound.

22   The back of my heart and all; they checked the

23   back of my heart and all of that.

24      Q    And everything checked out?

25      A    Everything checked out okay.  It

```
 1   looked good.
 2        Q    Have you ever been diagnosed with any
 3   other forms of cancer?
 4        A    No.
 5        Q    Including skin cancer?
 6        A    No.
 7        Q    What about prostate cancer?
 8        A    No.
 9        Q    Have you ever been diagnosed with
10   diabetes?
11        A    No.
12        Q    What about high blood pressure?
13        A    Yes.
14        Q    When were you diagnosed with high
15   blood pressure?
16        A    The first time I went to Chemico.
17   When I went to Chemico I was diagnosed,
18   whatever year that was.
19        Q    Do you control that with medication?
20        A    Yes.
21        Q    Do you know what medication you take?
22        A    Not really.  I don't know the name of
23   it.  It's a generic form of Micardis.
24        Q    And where do you get your
25   prescriptions filled?
```

 1      A     At the Walmart pharmacy in Thibodaux,

 2   Canal Street, North Canal.

 3      Q     Canal Street in Thibodaux?

 4      A     Yeah, North Canal Street.

 5      Q     Do you get prescriptions filled at any

 6   other pharmacy in Thibodaux?

 7      A     No.

 8      Q     How long have you gotten your

 9   prescriptions filled at Walmart?

10      A     Ever since they opened.

11      Q     Okay.

12      A     I don't know how long they opened.  I

13   mean, I've been there.  That's the only

14   pharmacy I use.

15      Q     All right.  Well, you've lived in

16   Thibodaux for a while, huh?

17      A     Yeah.

18      Q     Do you remember what --

19            MS. ROUSSEL:

20                 He lives in Kraemer with a

21            Thibodaux address.

22   EXAMINATION BY MS. BOWLIN:

23      Q     Okay.  Kraemer with a Thibodaux

24   address.

25      A     I live in Kraemer, but it's a

1    Thibodaux address.

2              MS. BOWLIN:

3                   Thank you for the clarification,

4              Miss Roussel.

5    EXAMINATION BY MS. BOWLIN:

6         Q    Do you recall the names of any other

7    pharmacies that you have gotten prescriptions

8    filled other than Walmart in Thibodaux?

9         A    No.

10        Q    And you showed us during the

11   deposition earlier the bag of medications that

12   you brought with you.

13        A    Uh-huh (affirmatively).

14        Q    And you said that one of those was for

15   pain.  Is one of those for the high blood

16   pressure?

17        A    No.

18        Q    All right.  And I know -- you don't

19   need to go through the names of all the

20   medications that are in the bag, but what I

21   would like to know is, what, other than pain,

22   do you take those medications for?

23        A    I have one that I have to take daily

24   while I am doing chemo.  And the other two are

25   for nausea.

264

1      Q     All right.  And do you happen to know
2   the name of the medication that you're taking
3   for pain?
4      A     I can't pronounce it, but I can let
5   somebody else read it.
6      Q     Okay.  We can take a look at it at the
7   break.  That's okay.
8          MS. ROUSSEL:
9              And the medications he brought
10             were the ones specific that he's been
11             taking since he's had mesothelioma.
12             So the chemotherapy and the
13             mesothelioma.
14   EXAMINATION BY MS. BOWLIN:
15     Q     All right.  Okay.  Other than the
16   medications that you brought here in the bag
17   and the medication that you take for high blood
18   pressure, do you take any other medications on
19   a daily basis?
20     A     Just an antacid.
21     Q     Did you take the pain medication this
22   morning prior to the deposition?
23     A     Yes.
24     Q     Does that medication have any effect
25   on your memory?

```
 1      A    No.

 2      Q    Does that medication have any effect

 3   on your ability to understand and respond to

 4   the questions that are being asked of you

 5   today?

 6      A    No.

 7      Q    Do you have what we call a family

 8   doctor or an internist?

 9      A    Yes.

10      Q    And what is that physician's name?

11      A    Dr. Jody Plaisance.

12      Q    Dr. --

13      A    Jody Plaisance.

14      Q    And is Dr. Plaisance in Thibodaux?

15      A    Yes.  He's at the Family Doctor

16   Clinic.

17      Q    And how long has Dr. Plaisance been

18   your family physician or your internist?

19      A    For a good while now.  I can't really

20   tell you how many years.

21      Q    During the whole 2000s?

22      A    I guess.  Yes.

23      Q    Do you remember who your family

24   physician would have been before Dr. Plaisance?

25      A    Doug Harris.  He was -- He's in the
```

1   same place, but he's retired now.

2        Q    All right.  So for a good number of

3   years you have received your regular medical

4   care from the Family Doctor Clinic --

5        A    Yes.

6        Q    -- in Thibodaux?

7        A    Yes.

8        Q    Do you know which street that's on in

9   Thibodaux?  What street?

10       A    Audubon.  I think it's Audubon Drive.

11       Q    Okay.  And --

12       A    Oh, I'm sorry.  It's North Acadia.

13       Q    North Acadia?

14       A    Yes.  Said it wrong.

15       Q    All right.  And other than high blood

16  pressure, does Dr. Plaisance treat you for any

17  other chronic health conditions?

18       A    Just the sinus infections and, I mean,

19  he worked on the case that I am going through

20  right now.  They're all there.  Every doctor in

21  there had worked on me.

22       Q    All right.  Other than the

23  mesothelioma, does Dr. Plaisance prescribe

24  medication for you for anything other than high

25  blood pressure?

```
 1    A    Yes.

 2    Q    Okay.  And what would that be for?

 3    A    Whenever I come in with a sinus

 4    infection, he would give me steroids and

 5    antibiotics.

 6    Q    All right.  So other than colds, flus,

 7    sinus infections --

 8         MS. ROUSSEL:

 9              Object to the form of the

10         question.

11         MS. BOWLIN:

12              I'm not finished with the

13         question.

14         MS. ROUSSEL:

15              Well, no, he --

16         MS. BOWLIN:

17              So I haven't gotten to it yet,

18         Gerolyn.  I haven't finished the

19         question.

20         MS. ROUSSEL:

21              Go ahead and finish your question

22         so I can object, make a statement.

23    EXAMINATION BY MS. BOWLIN:

24    Q    Okay.  Mr. Cortez, other than the high

25    blood pressure and going to Dr. Plaisance for a
```

 1    sinus infection, a cold or a flu, has Dr.

 2    Plaisance ever treated you for any other

 3    chronic illness?

 4        A    No.

 5        Q    Have you ever been a smoker?

 6        A    Yes, a long time ago.

 7        Q    And when did you begin smoking?

 8        A    Probably around 21 years old.

 9        Q    Do you recall when you quit smoking?

10        A    Probably around 24 years old.  I

11    didn't smoke very long.

12        Q    All right.  And during that three

13    years or so that you smoked, do you remember

14    how much you smoked a day?

15        A    No.

16        Q    Did you smoke a pack or less?

17        A    Less than a pack then.  It wasn't -- I

18    didn't smoke very long.  I realized it wasn't

19    good for me.

20        Q    And during the time that you smoked,

21    do you remember seeing warnings on the packages

22    of cigarettes regarding potential health

23    hazards?

24        A    Yes.

25        Q    And you still smoked even though you

```
 1   saw those?

 2           MS. ROUSSEL:

 3                Object to the form of the

 4           question.

 5   EXAMINATION BY MS. BOWLIN:

 6       Q    Other than smoking cigarettes for that

 7   period of time, have you ever smoked a pipe?

 8       A    No.

 9       Q    Have you ever smoked cigars?

10       A    No.

11       Q    Have you ever used smokeless tobacco?

12       A    No.

13       Q    Have you ever undergone surgery for

14   any reason?

15       A    Yes.  I had hemorrhoid surgery, and I

16   don't remember the year, and carpal tunnel.

17       Q    All right.  The hemorrhoid surgery, do

18   you remember which hospital you went to?

19       A    Thibodaux.  Thibodaux General.

20       Q    Thibodaux Regional?

21       A    Yeah, Regional now.

22       Q    What about the carpal tunnel surgery?

23       A    That was done in the office.

24       Q    Do you remember which doctor you went

25   to for the carpal tunnel?
```

1      A      Dr. Vogel.

2      Q      Dr. Who?

3      A      Richard Vogel.

4      Q      Have you ever been to Thibodaux --

5   Strike that.  Have you ever been to any other

6   hospitals besides Thibodaux Regional for any

7   surgical procedures?

8      A      No.

9      Q      When you went in for the hemorrhoid

10  surgery, do you know if they took a chest X-ray

11  before that procedure?

12     A      No.

13     Q      What about the carpal tunnel surgery?

14     A      No.

15     Q      Did they do a chest X-ray first?

16     A      No.

17     Q      And did you have carpal tunnel surgery

18  on one wrist or both?

19     A      Just one (indicating).

20     Q      And that would be your left?

21     A      Uh-huh (affirmatively).

22     Q      All right.  Miss Roussel asked you

23  some questions earlier today about mesothelioma

24  diagnosis and you said that that was around

25  June of this year.

```
 1      A    (Witness nods head affirmatively.)

 2      Q    And that you underwent a biopsy --

 3      A    Yes.

 4      Q    -- prior to the diagnosis.  And where

 5   was that biopsy performed?

 6      A    In Thibodaux at the hospital.

 7      Q    Thibodaux Regional?

 8      A    Yeah, Thibodaux Regional.

 9      Q    And do you remember what doctor

10   performed that biopsy?

11      A    I don't know his name.  All I know,

12   he's a radiologist.

13      Q    And prior to the diagnosis you were

14   telling us about the shortness of breath and

15   the pain and the other symptoms that you were

16   having.

17      A    Yes.

18      Q    And did you go to Dr. Plaisance for

19   those symptoms?

20      A    Yes.  Yes.

21      Q    And were there other doctors that you

22   went to before you were actually diagnosed?

23      A    Yes.  I saw Dr. Naul.  I don't know --

24   I don't know his -- Daniel Naul.  That's his

25   name.  He's the one that actually did the chest
```

272

1    X-ray and put me -- sent me in the hospital.

2         Q    Do you know if he's a pulmonologist?

3         A    I saw one after, afterwards when I was

4    in the hospital.

5         Q    Do you remember the name of that

6    doctor?

7         A    Dr. Patton.  I think his first name is

8    John.

9         Q    And all of these physicians are in the

10   Thibodaux area?

11        A    Yes.

12        Q    And you said that you have undergone

13   some chemotherapy.

14        A    Yes.

15        Q    And I believe you said you are having

16   chemotherapy every three weeks?

17        A    Yes.

18        Q    When was the first time that you went

19   through a round of chemotherapy?

20        A    That was in -- right after I was

21   diagnosed, maybe a week after.  In June.

22        Q    So sometime in June?

23        A    Yes.

24        Q    And when was the last round of

25   chemotherapy that you completed?

```
 1      A     July 28th.

 2      Q     And so how many total rounds of

 3  chemotherapy have you undergone?

 4      A     I did three so far.

 5      Q     Have you received any radiation

 6  treatments?

 7      A     No.

 8      Q     Who is your oncologist?

 9      A     A Dr. Arias.  I think his first name

10  is Geraldo or something like that.  It's one of

11  them -- one of them funny names.

12      Q     And he's in Thibodaux?

13      A     Yes.

14      Q     And do you receive chemotherapy at

15  Thibodaux Regional?

16      A     Yes.

17      Q     Is there a cancer center in Thibodaux?

18      A     Yes.

19      Q     Have you been to any cancer centers

20  like M.D. Anderson --

21      A     No.

22      Q     -- outside the state of Louisiana?

23      A     No.

24      Q     Do you have any plans to go to any

25  cancer centers outside of the state of
```

 1    Louisiana?

 2        A    No.

 3        Q    Have any of your physicians that are

 4    treating you for the mesothelioma suggested

 5    that surgery may be a possibility?

 6        A    Yes.

 7        Q    Who -- Which physician discussed

 8    surgical intervention with you?

 9        A    Dr. Perez.

10        Q    And --

11        A    He's the one that put the catheter in.

12        Q    And has he told you that you may be a

13    surgical candidate?

14        A    Yes.

15        Q    Has he discussed any of the particular

16    procedures --

17        A    Yes.

18        Q    -- that might be performed?

19        A    Yes.

20        Q    And what has --

21        A    And I told him --

22        Q    And what -- I'm sorry.

23        A    And I told him no.

24        Q    You told him no.  So you do not intend

25    to undergo any surgery?

275

```
 1     A     No.

 2     Q     So for now your treatment will include

 3   the chemotherapy?

 4     A     Yes.

 5     Q     Have any of your physicians suggested

 6   that you may in the future undergo what's

 7   called immunotherapy?

 8     A     No, not -- I mean, no -- No.

 9     Q     Have any of your physicians suggested

10   that you should undergo genetic testing?

11     A     What does that mean, genetic testing?

12     Q     That they would test your DNA to

13   determine more information about your type of

14   cancer.

15     A     Oh.  No.

16     Q     All right.  I am going to try to do

17   this logically.  I am going to now --

18          MS. ROUSSEL:

19               Put your -- Put your mute buttons

20          on, those of you on ZOOM.

21          MS. BOWLIN:

22               Thanks.

23   EXAMINATION BY MS. BOWLIN:

24     Q     Mr. Cortez, I am now going to go back

25   to your work history.
```

1       A    Uh-huh (affirmatively).

2       Q    Okay?  And I am going to try to do

3   this in a logical fashion.  I am going to start

4   with that first job that you worked at,

5   Monsanto.  And that was sometime in the late

6   '60s; right?

7       A    Right.

8       Q    Okay.  And that was when you

9   technically would still have been in high

10   school?

11      A    Yeah.

12      Q    And when Miss Roussel was asking you

13   some questions this morning, I was a bit

14   confused about some of the equipment that you

15   worked on or around at some of these industrial

16   facilities.

17      A    Uh-huh (affirmatively).

18      Q    When you worked at Monsanto on that

19   first occasion, did you personally work on any

20   turbines?

21      A    Yes.

22      Q    Okay.

23      A    Right before I left to go to Avondale

24   I was working on turbines.

25      Q    All right.  What work were you doing

```
 1   on turbines at Monsanto?
 2        A    I was like a helper working with a
 3   diesel mechanic.
 4        Q    So these would have been diesel
 5   turbines?
 6        A    Well, I call them a diesel mechanic.
 7   He might not have been that.
 8        Q    Okay.  Do you know --
 9        A    He was a mechanic.  That's all I know.
10        Q    I'm sorry.  Go ahead.
11        A    I said all I know, he was a mechanic.
12        Q    Do you know the name of that
13   gentleman?  Do you remember that gentleman's
14   name?
15        A    No, I don't remember his name.  I
16   remember what he looked like, but I don't
17   remember his name.
18        Q    Okay.  That will help.  Do you know
19   the brand or manufacturer of any of the
20   turbines that you assisted this gentleman with
21   at Monsanto on that first occasion?
22        A    It was either Westinghouse --
23   Westinghouse or General Electric, one of them.
24        Q    You don't know which?
25        A    I don't know exactly which one, no.
```

1      Q     All right.  How is it that you
2    identify -- Well, let's go back.  Was it one or
3    more turbines that you worked on at --
4      A     I worked on one.
5      Q     Just one?
6      A     (Witness nods head affirmatively.)
7      Q     And it was either General Electric or
8    Westinghouse?
9      A     Yes.
10      Q     You can't tell me which one?
11      A     Not right offhand, no.  I mean, I
12    don't exactly remember.  That was -- I was
13    still a kid.
14      Q     I understand.  But I represent General
15    Electric and Westinghouse.
16      A     Yes.
17      Q     So I need to drill down as much as
18    possible and find out whether it was General
19    Electric or Westinghouse.  And if you don't
20    know, that's also okay.  You say it was
21    either/or?
22      A     Yes.
23      Q     All right.  Where at the Monsanto
24    facility was this turbine located?
25      A     I don't remember exactly what unit it

 1   was.  I know it was right at -- It was on the

 2   same side as the facilities as the entry, the

 3   entry road to come in to Monsanto from Highway

 4   90.

 5        Q    Okay.

 6        A    It was on that side of the facility.

 7        Q    All right.  Was it located in a

 8   particular unit?

 9        A    I can't really tell you that either.

10   I don't remember.

11        Q    Do you remember how it is you

12   identified this piece of equipment as made by

13   General Electric or Westinghouse?

14        A    I'm telling you there was a plaque in

15   the -- in the metal --

16        Q    Okay.  Do you remember any

17   information --

18        A    -- with the name on it.

19        Q    -- other than the name that was on

20   that plaque?

21        A    No.

22        Q    Do you remember how large this piece

23   of equipment was?

24        A    Yeah.  It was huge.  Very big piece of

25   turbine equipment.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

1     Q     Can you tell me, can you approximate

2   for me the length of the piece of equipment?

3     A     The what?

4     Q     The length of the piece of equipment.

5     A     I know it wouldn't fit in this room.

6     Q     All right.  That's how I was going to

7   ask you the next question.  Was it bigger than

8   this room?

9     A     Yes.

10          MS. ROUSSEL:

11               And so we can identify this room,

12          this is the conference room at Roussel

13          & Clement in Mandeville which is --

14          MS. BOWLIN:

15               Don't ask me.

16          MS. ROUSSEL:

17               -- very big.

18          MS. BOWLIN:

19               And the turbine was even bigger.

20   EXAMINATION BY MS. BOWLIN:

21     Q     Do you know when that piece of

22   equipment had been installed at Monsanto?

23     A     No.

24     Q     And you were not present when that

25   equipment was installed; correct?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

 1      A    (Witness shakes head negatively.)

 2      Q    Do you know when the Monsanto facility

 3   was built?

 4      A    No.

 5      Q    And you have established already that

 6   that was a very large piece of equipment.

 7      A    Yes.

 8      Q    That was not a piece of equipment that

 9   you could easily pick up and move; correct?

10      A    No.

11      Q    All right.  In essence it was part of

12   the facility; correct?

13           MS. ROUSSEL:

14                Object to the form --

15           THE WITNESS:

16                Yes.

17           MS. ROUSSEL:

18                -- of the question.

19   EXAMINATION BY MS. BOWLIN:

20      Q    Would you agree with me that turbines

21   of that size are sophisticated pieces of

22   equipment?

23           MS. ROUSSEL:

24                Object to the form of the

25                question.

1          THE WITNESS:

2               Yes.

3     EXAMINATION BY MS. BOWLIN:

4      Q    And would you agree with me that the

5     people who work at these plants that work on

6     those sophisticated pieces of equipment require

7     proper training to work on those pieces of

8     equipment?

9      A    Yes.

10     Q    Okay.  Was this piece of equipment

11    kept in its own room or area of the plant?

12     A    All I know, it was in a unit.

13     Q    Was there any other equipment on the

14    same floor as this turbine?

15     A    I don't remember.

16     Q    As these pieces of equipment are very

17    expensive and sophisticated, you would agree

18    with me that the area in which they operate

19    needs to be kept clean?

20     A    Yes.

21          MS. ROUSSEL:

22               Object to the form of the

23               question.

24    EXAMINATION BY MS. BOWLIN:

25     Q    And you said that you were basically a

```
 1   helper?
 2       A    Uh-huh (affirmatively).
 3       Q    And you were working with this
 4   gentleman who may have been doing some work on
 5   the turbine?
 6       A    Uh-huh (affirmatively).  Yes.
 7       Q    Do you remember what type of work this
 8   gentleman was tasked with doing on this
 9   turbine?
10       A    Not really, no.
11       Q    Do you remember what work you were
12   helping him do on this turbine?
13       A    Basically removing the -- the
14   components that connected to the turbine so he
15   could get to the area that he had to work on.
16       Q    Okay.  So you say that he was removing
17   the components that were connected to turbine.
18       A    Yeah.
19       Q    So he was not working on the turbine
20   itself?
21       A    But actually he was working on the
22   turbine, but we had to disconnect everything
23   for him to work on the turbine.
24       Q    Okay.  Do you remember what exactly
25   you were disconnecting?
```

1      A     Not really, no.  I really didn't know

2    what I was doing.

3      Q     Okay.  Do you know how long it took

4    you to assist this gentleman disconnecting

5    whatever it was you were disconnecting?

6      A     I know we worked on it for a whole

7    month.

8      Q     For one month?

9      A     Yeah.

10      Q     Was this consider an overhaul?

11      A     It could -- Yeah, it could have been.

12      Q     It could have been.  I don't want you

13    to guess.

14      A     I don't know.

15      Q     Okay.  And you worked side-by-side

16    with this particular gentleman for one month?

17      A     Yes.

18      Q     Were there others working with the two

19    of you on this job at the same time?

20      A     Yes.

21      Q     And these were all people that were

22    employed by Monsanto?

23      A     Yes.

24      Q     Did you personally handle anything

25    doing your helper work that you believe

 1   contained asbestos?

 2      A    I'm sure I did.  It could have been, I

 3   mean.  There was --

 4      Q    I don't want you to guess.

 5      A    There was insulation all around.  All

 6   over the place.

 7      Q    Okay.  So we have already established

 8   this is a very large pieces of equipment.

 9      A    Uh-huh (affirmatively).

10      Q    Would you agree with me that there are

11   different sections of a turbine?

12      A    Uh-huh (affirmatively).

13      Q    Do you know what those different

14   sections of a turbine are?

15      A    Not really, no.  I know we had to go

16   and -- There was like a big -- like a big

17   covering that we had to remove so they could go

18   on the inside and work on a big piece of -- big

19   old piece of brass.  Like -- Like inside of a

20   generator.

21      Q    Okay.  Do you remember how this

22   covering was taken off?

23      A    No.

24      Q    Were you there when the covering was

25   taken off?

1      A    No.

2      Q    Were you there when the turbine was

3    shut down so that work could be done on it?

4      A    I was -- No.

5      Q    Do you know the process through which

6    a turbine has to go in order to be shut down so

7    that they can be maintained?

8      A    No.  He called me in there after

9    everything was shut down and cooled off.  I

10   wasn't around for the beginning of it.

11     Q    So you weren't around for that and you

12   weren't around when the big housing was taken

13   off?

14     A    No.  I was working in other -- in

15   other places of the plant.

16     Q    All right.  I just want to focus on

17   this turbine.

18     A    Doing our part with it.

19     Q    All right.  So you got there after the

20   housing was taken off?

21     A    Yes.

22     Q    And you were helping this gentleman

23   work on something inside of that housing that

24   looked like it was brass?

25     A    Yeah.

1      Q     And did any of the brass-looking piece

2   of the turbine have any insulation on it when

3   you were working on it?

4      A     I mean, I couldn't tell.  It didn't

5   look like it.

6      Q     Okay.  So during that part of the job

7   you do not believe that there was any

8   insulation involved in that work?

9      A     No.

10      Q     Okay.  Other than helping the

11   gentleman with the piece of equipment or the

12   part of the turbine that's under the housing

13   that looked like it was brass, did you help

14   that man work on any other part of that

15   turbine?

16      A     I helped him put it back together.

17   That's it.

18      Q     And what parts of it did you help him

19   put back together?

20      A     After we finished -- After he finished

21   on the inside, we put the big cover plate back

22   on and we started connecting whatever we --

23   that was taken off back on, but I really didn't

24   know what I was doing like I told you.

25      Q     I understand.  I understand.  But --

 1    So did you participate in the --

 2         A     I was just handing him -- handing him

 3    material and parts.

 4         Q     Did you participate in putting the

 5    housing back on the turbine?

 6         A     I really don't remember. I know I --

 7         Q     And you agree with me that housing is

 8    metal?

 9         A     Yes.

10         Q     And after the housing was put back on,

11    you said that you were helping him put some

12    things back on the turbine, but you're not able

13    to tell me what those things are?

14         A     No, not what they are.  I don't

15    remember.

16         Q     And so you said that you were handing

17    him tools and things that he would need.  Do

18    you know whether you handed him any part that

19    needed to go back on the turbine that contained

20    asbestos?

21         A     Other than gaskets.  I handed him

22    gaskets.

23         Q     And were those premade gaskets?

24         A     Some of them -- No.  Some of them he

25    had to make.  We had to make them.

1      Q    Did you make the gaskets or did he

2  make the gaskets?

3      A    He's the one that taught me how to

4  make gaskets, so I was right there watching

5  him.

6      Q    And the gasket material that you were

7  provided for use on that job was provided to

8  you by Monsanto?

9      A    Yes.

10     Q    Do you know the brand or manufacturer

11 of the gaskets that were used on that turbine?

12     A    It looked -- It looked like Garlock.

13     Q    It looked like Garlock?

14     A    Yeah, the same -- the same material.

15     Q    Okay.  Do you know who sold or

16 supplied those gaskets to Monsanto?

17     A    No.

18     Q    Other than helping that gentleman with

19 the gaskets, do you believe that any other

20 materials that you handed him to go back on the

21 turbine contained asbestos?

22     A    No.

23     Q    Did you ever see any of the

24 specifications for this particular turbine?

25     A    No.

1      Q    Do you know who would have specified

2    any of the materials, such as gaskets, that

3    were to be used on that turbine?

4      A    No.

5      Q    Did you ever see a manual for this

6    turbine?

7      A    No.

8      Q    Do you know how this turbine was

9    powered?

10     A    No.

11     Q    Did you ever see any of the

12   specifications for any of the insulation that

13   may have been used on this particular turbine?

14     A    No.

15     Q    Do you have any personal knowledge

16   that any of the insulation or other materials

17   that were actually used on this turbine in fact

18   contained asbestos?

19     A    No.

20     Q    Do you know from whom Monsanto

21   purchased any insulation that may have been

22   used on this turbine?

23     A    No.

24     Q    All right.  Is that the only turbine

25   at a Monsanto facility that you believe was

```
 1   made by either Westinghouse or General Electric

 2   on or around which you worked?

 3       A    Yes.

 4       Q    All right.  I am going to take you

 5   back to Avondale now.  If I wrote this down

 6   correctly, the vessels that you worked on at

 7   the Westwego yard were the big LASH barges?

 8       A    That wasn't no big LASH barges.

 9       MS. ROUSSEL:

10            No, he said there wasn't any

11            asbestos on the LASH barges.

12       MS. BOWLIN:

13            I'm just trying to get a list --

14       MS. ROUSSEL:

15            Okay.

16       MS. BOWLIN:

17            -- of things he worked on.

18   EXAMINATION BY MS. BOWLIN:

19       Q    You talked about the rig or the rigs

20   that you worked on.

21       A    Yes.

22       MS. ROUSSEL:

23            Drilling rigs.

24       MS. BOWLIN:

25            Drilling rigs.  Thank you,
```

```
 1         Gerolyn.

 2    EXAMINATION BY MS. BOWLIN:

 3         Q    The barges.  And you said that you

 4    worked on chemical barges, fuel barges, and oil

 5    barges; is that right?

 6         A    Uh-huh (affirmatively).

 7         Q    Yes?

 8         A    Yes.

 9         Q    Okay.  And that's all at the Westwego

10    yard?

11         A    Yes.

12         Q    Correct?  All right.  And then you

13    said occasionally you would go to the main

14    yard, but you didn't go on any ships?

15         A    Right.

16         Q    And then you talked about this work

17    that you did on the commercial type vessels at

18    -- Was that at the Port of New Orleans?

19         A    Yes.  And also in the Westwego

20    drydock.

21         Q    All right.  So the Westwego drydock

22    and the Port of New Orleans is where you did

23    the work on the commercial type vessels.

24         A    Yes.

25         Q    And I wrote down commercial type
```

293

```
 1   vessels were river vessels such as tugboats,

 2   push boats, and supply boats?

 3       A    Yes, supply boats.

 4       Q    Is that right?

 5       A    Yes.

 6       Q    So the drilling rigs, the barges and

 7   the tugboats, supply boats and push boats.

 8       A    Yes.

 9       Q    Those are the vessels that you worked

10   on when you worked at Avondale?

11       A    Right.

12       Q    And if I understood your testimony

13   correctly, when Miss Roussel was asking you

14   some questions and possibly when Mr. Powell was

15   asking you some questions, you talked about

16   working on or around turbines when you worked

17   on these particular vessels at Avondale.

18       A    Uh-huh (affirmatively).  In the -- In

19   the repair booth.

20       Q    On the repair of boats.  I understood

21   you to say that the boats that you repaired

22   were the river type vessels.

23       A    Yes.

24       Q    The commercial vessels.  Yes?

25       A    Uh-huh (affirmatively).
```

1    Q    So that would be tugboats, push boats

2  or supply boats?

3    A    Uh-huh (affirmatively).  Yeah.

4    Q    And you recall there being turbines on

5  these types of vessels?

6    A    It looked like turbines, yeah.

7    Q    Were they engines?

8    A    They were -- They were all in the

9  engine room.

10    Q    All in the engine room?

11    A    Yes.

12    Q    All right.  And how big were these

13  turbines or engines?

14    A    The engines, I can't -- At least

15  longer than this table for sure.

16    Q    Okay.  And tugboats, supplies boats

17  and push boats are different.  And I understand

18  that there can be all different sizes --

19    A    Yes.

20    Q    -- of these various vessels.

21    A    Yes.

22    Q    Do you know how a tugboat that you

23  would have repaired when you worked for

24  Avondale was powered?

25    A    Most of them was powered with diesel.

1      Q      Diesel?  And would that be the same

2    for push boats?

3      A      Yes.  Most of them.

4      Q      Would that be the same for supply

5    boats?

6      A      Yes.  Most of those big vessels, your

7    seagoing vessels are supplied with diesel.

8      Q      So any of the turbines or engines that

9    would have been in the engine rooms on these

10   river-going type vessels would have been diesel

11   power?

12     A      I guess.

13     Q      I don't want you to guess.  You're the

14   one who worked down there.

15     A      I don't know for sure, I mean.

16     Q      All right.

17     A      I didn't -- I didn't fuel them.

18     Q      Understood.  And did you personally

19   work on or maintain these diesel turbines or

20   engines?

21     A      No.

22     Q      And I thought I heard you earlier

23   associate Westinghouse or General Electric with

24   these type turbines or engines.  Did I

25   understand that correctly?

```
 1      A    I would see Westinghouse and General
 2   Electric employees there.
 3      Q    You would see Westinghouse and General
 4   Electric employees --
 5      A    Yes.
 6      Q    -- where?
 7      A    Whenever we were doing a repair job
 8   they would come, like, and inspect it.
 9      Q    And you think that Westinghouse and
10   General Electric personnel were inspecting
11   diesel power-generating equipment on tugboats
12   or supply boats or push boats at Avondale; is
13   that correct?
14           MS. ROUSSEL:
15               Object to the form of the
16           question of.  That's not what he said.
17           MS. BOWLIN:
18               You can object to the form of the
19           question.
20           MS. ROUSSEL:
21               I am objecting to the form of the
22           question --
23           MS. BOWLIN:
24               Well, I got down --
25           MS. ROUSSEL:
```

```
 1                 -- when you attempt to

 2            misrepresent what he stated.

 3       MS. BOWLIN:

 4            Gerolyn, there are no speaking

 5            objections.  You can object to the

 6            form of the question.

 7       MS. ROUSSEL:

 8            That is my objection.

 9       MS. BOWLIN:

10            Thank you.

11  EXAMINATION BY MS. BOWLIN:

12       Q    Mr. Cortez, I want to make sure that

13  you and I are on the same page.

14       A    Uh-huh (affirmatively).

15       Q    You talked about turbines or engines

16  in the engine rooms of tugboats, supply boats

17  or push boats at Avondale; correct?

18       A    Uh-huh (affirmatively).

19       Q    And those are the only types of

20  vessels that you recall being on or around that

21  had turbines or engines; is that correct?

22       A    Yes.

23       Q    Okay.  And you associate those

24  diesel-powered engines or turbines with

25  Westinghouse or General Electric?
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

298

1       A     Yes.

2       Q     Do you associate Westinghouse or

3   General Electric with any other equipment on

4   the specific vessels that you worked on during

5   the time that you worked at Avondale at any of

6   the yards?

7       A     No.

8       Q     Do you associate any

9   asbestos-containing materials with the diesel

10  engine or turbine that you saw on the tugboats,

11  push boats or supply boats?

12      A     Yes.  There was insulation.

13      Q     There was insulation on these engines?

14      A     On the exhaust and on the -- on the --

15  they had to cover the manifolds with all -- all

16  of that insulation.

17      Q     Okay.  So the manifolds and the

18  exhaust piping was insulated?

19      A     And -- What is it?

20      Q     The manifold and the exhaust piping

21  were insulated?

22      A     Yes.  That's all together.  The

23  manifolds -- manifolds connected to the

24  exhaust.

25      Q     Okay.  Does the name Cummins --

1       A     And there was piping going to the --
2  to the engines or turbines and that was all
3  insulated.
4       Q     Okay.  Do you associate "turbine" with
5  "engine"?  Do you use those terms
6  interchangeably?
7       A     I mean, --
8       Q     And I am only talking about the push
9  boats, the supply boats, or the tugboats.
10      A     Yes.
11      Q     So you would -- You could use "engine"
12  or "turbine" interchangeably?
13      A     Yes.
14      Q     And these were vessels that came in to
15  Avondale for repairs?
16      A     Yes.
17      Q     And do you know the owners of any of
18  the tugboats?
19      A     No.
20      Q     Do you know the owners of any of the
21  supply boats?
22      A     No.
23      Q     Do you know the owners of any of the
24  push boats?
25      A     No.

1       Q    Do you recall the specific names of

2    any of those vessels?

3       A    No.

4            MS. ROUSSEL:

5                 And that was all asked earlier

6            today.  Every last fifth question you

7            have asked has been already asked and

8            answered.  I am not going to let this

9            gentleman be asked and answer the same

10           questions over and over again.

11           MS. BOWLIN:

12                Understood, Gerolyn.

13           MS. ROUSSEL:

14                So if we get another question

15           that's already been asked, I am going

16           to instruct him not the answer.

17           MS. BOWLIN:

18                Okay.

19    EXAMINATION BY MS. BOWLIN:

20       Q    Mr. Cortez, do you know the repair

21    history of any of the engines or turbines that

22    were in any of the tugboats that you worked on

23    when they were in for repair at Avondale?

24       A    No.

25       Q    Do you know the repair history for any

1    of the push boats, the engines or turbines on

2    the push boats that were in for repair at

3    Avondale?

4         A    No.

5         Q    The same question for the supply

6    boats.

7         A    No.

8         Q    And since you didn't personally work

9    on these engines or turbines, did you ever

10   personally remove any of the manifold

11   insulation?

12        A    Yes.

13        Q    Why would you have removed manifold

14   insulation?

15        A    So we could -- Some of them had to be

16   -- not the manifold, but the exhaust had to be

17   repaired.

18        Q    All right.  And I think you talked

19   with Mr. Powell about the exhaust.

20        A    The exhaust.

21        Q    And I don't need to go back into that.

22        A    Yeah.

23        Q    Any insulation that was taken off the

24   exhaust, though, do you know when that

25   insulation had been installed?

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

302

 1      A    No.

 2      Q    Do you know who had installed that

 3   insulation?

 4      A    No.

 5      Q    Any insulation that had to be

 6   reapplied to the exhaust for the turbines or

 7   the engines on these tugs, supply or push

 8   boats, would Avondale employees have installed

 9   that insulation?

10      A    Yes.

11      Q    And do you know the brand or

12   manufacturer of that exhaust piping insulation

13   that would have been installed at Avondale in

14   your presence?

15      A    It was through Eagle or McCarty or

16   Taylor-Seidenbach, Seidenbach, something like

17   that.

18      Q    And the insulation that went on the

19   exhaust, I just want to make sure I'm on the

20   same page with you, is that the same type of

21   insulation that went on piping?

22      A    It was actually -- like they would

23   wrap the insulation with big blankets with

24   usually the asbestos cloth.  They would sew it

25   together and put it around the exhaust.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

1      Q      So when the blankets had to be taken

2      off, they would just be snipped and set aside

3      and then put back on?

4      A      Well, they was tied together with

5      wire, stainless steel wire, and then they would

6      cut all of that loose and take it off.

7      Q      Material that could be reused?

8      A      Yes.

9      Q      And do you know if that material

10     contained asbestos?

11     A      Yes, the blanket was.

12     Q      The blanket.

13     A      Yes.

14     Q      And who told you that those blankets

15     contained asbestos?  Who told you the blankets

16     contained asbestos?

17     A      The people that were taking it off was

18     saying that this is asbestos.

19     Q      And the people who were taking it off

20     were Avondale --

21     A      And had to put it back.

22     Q      The people who were taking it off were

23     Avondale employees?

24     A      Most of the time, yes.  And like I

25     said, nobody knew that it was bad for you, so

```
 1    nobody ran away.

 2         Q     Okay.  Did you ever see any manuals

 3    for any of these engines or turbines that were

 4    on the tugboats, supply boats or push boats?

 5         A     No.

 6         Q     Did you ever see any of the

 7    specifications for those engines or turbines?

 8         A     No.

 9         Q     Do you know the year that any of the

10    tugboats were actually built?

11         A     No.

12         Q     Do you know the year that any of the

13    push boats were actually built?

14         A     No.

15         Q     Do you know the year that any of the

16    supply boats were actually built?

17         A     No.

18         Q     All right.  You also talked about some

19    boilers that you encountered at Avondale.

20    Where would you have encountered a boiler

21    during the time that you worked at Avondale?

22         A     It would be in the boat, inside the

23    engine room.

24         Q     Inside the engine room?

25         A     Uh-huh (affirmatively).  That's where
```

1    --

2         Q    How -- I'm sorry?

3         A    That's where all of that -- that type

4    -- those type of equipment were, was in the

5    engine room.

6         Q    Okay.  So on these boats that we're

7    talking about, the tugboats, the push boats and

8    the supply boats, in an engine room on one of

9    those vessels would have included turbines and

10   a boiler, or more than one boiler?

11        A    I would -- I remember one for sure.

12        Q    Okay.  And I believe you associated

13   Foster Wheeler with those boilers?

14        A    Yes.

15        Q    And how big would these boilers have

16   been that were in the engine rooms of these

17   vessels?

18        A    I don't really remember how big they

19   were.  They were -- If we had to get in between

20   them, we had to really squeeze between them,

21   the bulkhead and the boiler.

22        Q    But it's something that would have

23   gone in the engine room on a vessel --

24        A    Yes.

25        Q    -- like we have been talking about?

1        A     It would probably -- Yes.  It would be

2    like in the -- in the center of the engine

3    room.

4        Q     Were you present when one of these

5    boilers was ever originally installed on any of

6    these vessels?

7        A     No.

8        Q     Were you present when any of the

9    turbines or engines were installed on any of

10   these vessels?

11       A     No.

12       Q     All right.  So with regard to the

13   boilers, do you know what a package boiler is?

14       A     No.

15       Q     How was this boiler powered?

16       A     I couldn't tell you.

17       Q     If the engines in the engine room were

18   diesel, do you know what sort of alternative

19   power would have been provided by the boiler?

20       A     I mean, --

21       Q     Do you know the reason for a boiler on

22   any of these vessels?

23       A     I don't know.  I can't tell you, I

24   mean.

25       Q     Did you personally work on any of

1    these boilers on these vessels?

2        A    No.

3        Q    Are you able to provide me with any

4    testimony about how it is that you may have

5    been exposed to asbestos from the boilers on

6    any of these push boats, tugboats or supply

7    boats?

8        A    No.

9        Q    And other than associating Foster

10   Wheeler with these boilers that would have been

11   on these types of river-going vessels, do you

12   associate that name with any other products or

13   equipment during the time that you worked at

14   Avondale?

15       A    Any other equipment?

16       Q    Correct.

17       A    No.

18       Q    Okay.  All right.

19       MS. ROUSSEL:

20             Before you move on, you getting

21       ready to move on to a different

22       location?

23       MS. BOWLIN:

24             Yes.

25       MS. ROUSSEL:

```
 1                    Can we take a five minute break?
 2               MS. BOWLIN:
 3                    Sure.  Absolutely.
 4               VIDEO OPERATOR:
 5                    Off the record.
 6               (Whereupon a discussion was held off
 7     the record.)
 8               VIDEO OPERATOR:
 9                    We're now back on the record.
10     EXAMINATION BY MS. BOWLIN:
11          Q    Mr. Cortez?
12          A    Hello.
13          Q    We have taken a short break.  And are
14     you ready to continue for a little while longer
15     this afternoon?
16          A    Uh-huh (affirmatively).
17          Q    Okay.  Great.  The same rules apply.
18     So if you need to stop before I finish, please
19     let Miss Roussel know.
20               And I'm still talking to you about
21     Avondale.
22          A    Okay.
23          Q    You provided some testimony earlier
24     today about a contractor named Hopeman
25     Brothers.
```

```
 1     A    Yes.
 2     Q    And my question for you is
 3  specifically with regard to Avondale.  And I
 4  believe you offered some testimony that Hopeman
 5  Brothers may have done some work on those
 6  river-going vessels such as the tugs, the
 7  supply boats or the push boats.  Is that right?
 8     A    Yes.
 9     Q    Yes?
10     A    Yes.
11     Q    Okay.  Do you know -- You mentioned
12  today a couple of times you associated Hopeman
13  with insulation work.  Did you consider Hopeman
14  Brothers an insulation contractor?
15          MS. ROUSSEL:
16               Objection to the form.
17          THE WITNESS:
18               They were putting the blocks or
19               whatever they're called on the -- in
20               the living quarters.  That's
21               insulation to me.
22  EXAMINATION BY MS. BOWLIN:
23     Q    Okay.  Did you ever see any of the
24  specifications for any of the work that Hopeman
25  Brothers were doing on any of those supply
```

310

1    boats, push boats or tugboats?

2         A    No.

3         Q    Do you know the brand or manufacturer

4    of any of the materials that Hopeman Brothers

5    used on any of those vessels?

6         A    All I know is the brand of the boxes

7    that I saw.

8         Q    And those boxes of materials that

9    Hopeman Brothers was using or those other

10   insulation contractors you mentioned earlier?

11        A    All I know is the boxes that was in

12   the area that we were working on.

13        Q    All right.  Do you know what was in

14   the boxes, the boxes that Hopeman Brothers was

15   using?

16        A    No.

17             MS. ROUSSEL:

18                  Object to the form of the

19             question.

20             THE WITNESS:

21                  I can't tell you exactly what box

22             they were using, but, I mean, the

23             boxes were there.

24   EXAMINATION BY MS. BOWLIN:

25        Q    All right.  So my question was, did

1    you ever see the specifications for any of the

2    materials that Hopeman used and I think you

3    said no.

4        A    No.

5        Q    Do you have personal knowledge that

6    any of the materials that Hopeman Brothers was

7    using on either the tugs, the push boats or the

8    supply boats in fact contained asbestos?

9        A    Yes.  And everything they put on the

10   boats contained asbestos.

11       Q    And how was it that you know?

12       A    Back then that's the only insulation

13   that they used.

14       Q    All right.  So you just believe that

15   everything that was used on these vessels back

16   then contained asbestos?

17       A    Yes.

18       Q    Is that right?  And you talked about

19   -- you talked about some of the boards that

20   were used, but if I recall correctly, you said

21   that you could not give a description as to the

22   exact size of those boards.  Is that right?

23       A    I don't remember the size of those.

24   Just remember what --

25       Q    You just --

```
 1       A    I remember they were white on one side

 2  and like a finished tile on the other side.

 3       Q    Do you know the make-up of the white

 4  side of the boards, what materials were used to

 5  make that side of the board?

 6       A    No, not really.

 7       Q    And do you know the make-up of the --

 8       A    I think it was asbestos.

 9       Q    All right.  You've said that you

10  thought it contained asbestos.  But other than

11  that, do you know what materials were used to

12  make up that white side of the board?

13       A    No.

14       Q    And do you know the materials that

15  were used to make up the hard or the other side

16  of the board?

17       A    No.

18       Q    And you don't know the brand or

19  manufacturer of any of the materials on the

20  white side of the board; is that right?

21       A    Right.

22       Q    And you don't know the brand or the

23  manufacturer of any of the material that was

24  used for the other or the hard side of the

25  board; is that right?
```

 1      A      Right.

 2      Q      Do you know whether Hopeman Brothers

 3   did any work on any of these vessels other than

 4   install these blocks or boards that you

 5   described?

 6      A      No.

 7      Q      Okay.  Now, I am going to move away

 8   from Avondale.  And you provided some testimony

 9   earlier about your work for Halter Marine.

10      A      Uh-huh (affirmatively).

11      Q      And I'm still a little bit confused

12   about the years that you worked at Halter

13   Marine.

14      A      Well, --

15      Q      Do you remember the years that you

16   worked there?

17      A      I went -- I left Avondale in '74 and I

18   worked at -- I started working at Halter in

19   '74.

20      Q      And how long did you work at Halter

21   Marine?

22      A      About a year and a half.

23      Q      And you provided some information

24   regarding your work at Halter Marine about

25   Hopeman Brothers as well.

314

1        A     Yes.

2        Q     And do you know the brand or

3   manufacturer of any of the materials that

4   Hopeman Brothers used at Halter Marine during

5   the time that you worked there?

6        A     Eagle and McCarty and

7   Taylor-Seidenbach were everywhere.

8        Q     Okay.  I am not asking you about those

9   companies right now.  What I am asking you

10  about is Hopeman Brothers.  And do you remember

11  Hopeman Brothers working at Halter Marine when

12  you worked there?

13       A     I remember a representative -- Hopeman

14  Brothers personnel there.

15       Q     All right.  Do you remember any

16  Hopeman Brothers employees doing any work

17  around you when you worked at Halter Marine?

18       A     Yes.

19       Q     And they were doing the same type of

20  work --

21       A     Yes.

22       Q     -- that you described for Avondale?

23       A     Yes.

24       Q     And they were doing the same type of

25  work on these commercial type vessels?

```
 1      A    Yes.

 2      Q    The tug boats, the push boats and the

 3 supply boats?

 4      A    Yes.  That's all they worked on over

 5 there.

 6      Q    Okay.  And do you know the brand or

 7 manufacturer of any of the materials that

 8 Hopeman Brothers used when you worked at Halter

 9 Marine?

10      A    No.

11      Q    And did you see the specifications for

12 any of the work that Hopeman Brothers was to

13 have done on any of these vessels at Halter

14 Marine?

15      A    No.

16      Q    And are you able to provide any more

17 description of the material that Hopeman

18 Brothers was using on the vessels at Halter

19 Marine other than what you have already given

20 me?

21      A    No.

22      Q    I didn't write this down.  Did you

23 work on or around any turbines on vessels at

24 Halter Marine?

25      A    Yes.
```

1       Q      Okay.  And what types of turbines

2   would those have been?  They would contain

3   turbines or engines that you described on the

4   commercial vessels at Avondale?

5       A      Yes.

6       Q      And what brand or manufacturer do you

7   associate with the turbines or the engines on

8   the vessels that you worked on at Halter

9   Marine?

10      A      The brand manufacturer is different.

11  That's General Electric and Westinghouse.

12      Q      So it would be the same as the

13  testimony you provided --

14      A      Right.

15      Q      -- with regard to Avondale?

16      A      Uh-huh (affirmatively).

17      Q      And again, you would not have been

18  present when any of those engines or turbines

19  would have been originally installed on those

20  vessels?

21      A      No.

22      Q      Do you know the names, specific names

23  of any of the vessels that you worked on or

24  around a turbine at Halter Marine?

25      A      No.

1      Q     Do you know the owner of any of the

2    vessels on which you worked on or around a

3    turbine at Halter Marine?

4      A     No.

5      Q     And you did not personally work on the

6    turbines?  You were just around them?

7      A     I worked around them, yes.

8            MS. ROUSSEL:

9                  I object to the form of the

10               question.

11   EXAMINATION BY MS. BOWLIN:

12     Q     I'm sorry, what was your answer?

13     A     I worked around them, yeah.

14     Q     Now I want to go back to -- go back to

15   the Local 102 work that you did, that list of

16   industrial facilities that Mr. Powell was

17   asking you about earlier.

18     A     Uh-huh (affirmatively).

19     Q     Do you recall working on or around a

20   turbine at any of those facilities in the 1980s

21   when you worked out of Local 102?

22     A     Yes.  Yes.

23     Q     Can you tell me a specific facility?

24     A     Triad.

25     Q     Okay.

 1      A     For sure Triad.

 2      Q     Just Triad?

 3      A     Uh-huh (affirmatively), Triad and I --

 4   I remember working around some equipment at

 5   Hooker.  Hooker, too.

 6      Q     Okay.

 7      A     That's -- That's the plants where I

 8   worked at the longest, was Hooker and Triad.

 9      Q     Okay.  When you worked at Triad, this

10   is when you were there on a maintenance

11   contract?

12      A     Yes.

13      Q     And you said that you worked removing

14   and replacing valves, some gaskets, and you

15   disturbed some pipe insulation?

16      A     Yes.

17      Q     Do you believe that you worked around

18   a turbine at that facility?

19      A     Yes.

20      Q     And do you remember the brand or

21   manufacturer of the turbine at the Triad

22   facility?

23      A     Riley Stoker.

24      Q     Riley Stoker.  I think you associated

25   Riley Stoker earlier with a boiler.

1      A      Uh-huh (affirmatively).  I think it
2  was Riley Stoker, yeah.

3      Q      And that would be a boiler?

4      A      I don't remember if it was a boiler or
5  a turbine.  I know Riley Stoker was there.

6      Q      Okay.  You remember working on some
7  Riley Stoker equipment --

8      A      Yes.

9      Q      -- at Triad?

10     A      Yes.

11     Q      Do you remember the brand or
12 manufacturer of any other large equipment that
13 you may have worked on or around at Triad?

14     A      No.

15     Q      Okay.  I'll let the Riley Stoker
16 attorney ask you some questions about that
17 later on.

18     A      Uh-huh (affirmatively).

19     Q      And when you worked at Hooker
20 Chemical, do you remember working on or around
21 large equipment at that facility?

22     A      Yes.  Large equipment there, too.

23     Q      Do you remember the brand or
24 manufacturer of any of the large equipment at
25 that facility?

1      A      No.

2      Q      During the time that you worked at

3    Shell, --

4      A      Uh-huh (affirmatively).

5      Q      -- you said it was after the cat

6    cracker explosion.  And by the time you had

7    gotten to the facility to do the work that you

8    were going to do, had the -- had that explosion

9    been cleaned up?

10     A      No.

11     Q      No?

12     A      It was -- Like I said, it was --

13   everything was mangled up and torn up and we

14   had to remove all of the messed up stuff and

15   start putting new again.

16     Q      All right.  Do you know how long it is

17   that you arrived after the explosion occurred?

18     A      No.

19     Q      Do you know whether it was a matter of

20   months or --

21     A      I was there for 18 months.

22     Q      You were there for 18 months.  But do

23   you have any way of telling me in relation to

24   when you started, when your 18 months started,

25   how long before that the explosion had

    1    occurred?

    2        A     No.

    3        Q     Do you remember any of the names of

    4    any of the individuals that worked with you at

    5    Shell?

    6        A     My deceased brother-in-law, Irvin

    7    Cortez.

    8        Q     And you said that you -- I wrote down

    9    that you -- Maybe I didn't write it down.  You

   10    said that you were removing some of the mangled

   11    material.  Do you know what it is that you were

   12    removing?

   13        A     Mostly piping and like braces and

   14    stuff, whatever.

   15        Q     All right.  And then you said that you

   16    had to install some new piping.

   17        A     Uh-huh (affirmatively).

   18        Q     So where would you have been

   19    installing the new piping if there was all of

   20    this mangled stuff still there?

   21        A     Well, after the -- after the framework

   22    was put back together, we were running it along

   23    the pipe rack and all.

   24        Q     So during the 18 months that you were

   25    there, was all of the mangled stuff, for lack

```
 1    of a better term, was that removed during those

 2    18 months that you were there?

 3        A    Yes.

 4        Q    And other than -- I know you don't

 5    remember who you were working for, but do you

 6    remember the names of any other companies or

 7    contractors that were working there at the same

 8    time?

 9        A    No.

10        Q    And during the time that you were

11    working trying to remove this mangled stuff,

12    did you work on any large pieces of equipment

13    at Shell?

14        A    We worked on the -- on the cat cracker

15    itself.

16        Q    Right.  The cat cracker itself.  But

17    did you go out into any other --

18        A    No.

19        Q    -- units at Shell?

20        A    No.  Just in that area there.

21        Q    And the piping that you were removing,

22    do you remember if it still had insulation on

23    it when you were removing it?

24        A    Yes.

25        Q    And this work would have been sometime
```

323

 1    in the 1980s; is that right?

 2        A    Yes.

 3        Q    And during that time, do you remember

 4    -- strike that.

 5             All right.  So other than Triad and

 6    Hooker and the work we talked about at Shell,

 7    do you associate any of your work either at

 8    Vulcan, Goodrich, Georgia Gulf, or BASF with

 9    work on large pieces of equipment,

10    power-generating equipment?

11        A    Yes.

12        Q    Okay.  Where else?

13        A    Say it again?

14        Q    Where else?

15        A    Where else?

16        Q    Yes.

17        A    Other than the three that you

18    mentioned?

19        Q    Yes.

20        A    No.  No.  I'm sorry.

21        Q    All right.

22        A    I misunderstood the question.

23        Q    I understand.  Okay.

24             MS. BOWLIN:

25                  Gerolyn, I mean, to keep this

324

```
 1          moving, I think I can pass the

 2          witness.

 3          MS. ROUSSEL:

 4               Okay.  Let's keep going.

 5          MS. BOWLIN:

 6               I'll look at my notes.

 7          MS. ROUSSEL:

 8               Sure.

 9          MS. BOWLIN:

10               I'm going to reserve my rights to

11          come back and ask some follow-up

12          questions.

13          MS. ROUSSEL:

14               Okay.  Who's next?  Darryl?  Go

15          ahead.

16          MR. FOSTER:

17               I'll go.

18          MS. ROUSSEL:

19               Darryl is going next.

20     EXAMINATION BY MR. FOSTER:

21        Q    Ready?  Good afternoon, Mr. Cortez.

22     My name is Darryl Foster.  I represent -- For

23     the purpose of this deposition I represent

24     Monsanto.  Can you hear me okay?

25        A    Yes.
```

1      Q      All right.  Are you doing okay?  We

2   have been here a long time.  You feeling okay?

3      A      Yeah.

4      Q      Okay.  Good.  I may skip around some

5   because a lot of questions have been asked, so

6   it may be a little disjointed, but I'll do the

7   best I can.

8             How did you get here today?

9      A      With my son-in-law and my daughter and

10   my wife.

11      Q      Okay.

12      A      They drove me.

13      Q      Do you still drive?

14      A      Yes.  I don't go too far, though.

15      Q      What was the physical address of the

16   house in which you grew up?

17      A      All I can tell you is it was on Torres

18   Road.

19      Q      Torres?

20      A      Torres Road.

21      Q      In Kraemer?

22      A      Yes.  We didn't have a number address

23   or nothing.  I had to use the post office.

24      Q      Okay.  Is that house still in

25   existence?

```
 1      A    Yes.

 2      Q    Does anyone in your family own that

 3  house?

 4      A    My brother Edmond owns it.

 5      Q    He lives there?

 6      A    No.  He is living in a trailer on the

 7  side, but he's remodeling the house actually.

 8      Q    At this point no one is living in the

 9  house?

10      A    Right.

11      Q    When you grew up in that house, how

12  big was it; how many bedrooms?

13      A    Three.

14      Q    Three bedrooms?  And how many baths?

15      A    One.

16      Q    And I know you answered questions

17  about the laundry room, you know, the utility

18  shed outside of the house; correct?

19      A    Right.

20      Q    You personally didn't help with doing

21  the laundry?

22      A    No.

23      Q    If your father Calise -- is how it was

24  pronounced?

25      A    Calise.
```

1      Q     Calise.  Was Calise a union insulator?

2      A     Yes.

3      Q     Was he Local 53?

4      A     No, he was with Local 102.  I don't

5   remember if he was with Local 53.

6      Q     Do you know when Local 102 came into

7   existence?

8      A     No.

9      Q     Local 102, does it have -- first of

10  all, do you know, is it still operational?

11     A     No.

12     Q     It is not?

13     A     Yeah.  It shut down.

14     Q     Do you know when 102 shut down?

15     A     No.  I was no longer employed by them

16  when they shut down.

17     Q     When it was operational and when you

18  worked through Local 102, did it -- was its --

19  did its membership consist of different crafts?

20     A     Yes.

21     Q     Okay.  So it wasn't -- Local 102

22  wasn't, say, like Local 60, a pipefitters local

23  or --

24     A     No.

25     Q     -- Local 53, an insulators local?

1    A    No.

2    Q    Different crafts?

3    A    Different crafts, yeah.

4    Q    Were you ever an officer in that

5  union?

6    A    No.

7    Q    Now, I believe you said, and please

8  correct me if I am wrong, you never worked with

9  any of your siblings?

10    A    No.

11    Q    Is that correct?

12    A    Right.

13    Q    Did you ever work at Todd Shipyards?

14    A    No.

15    Q    On any of the jobs in either the

16  shipyards or the plants, did you ever serve as

17  a foreman or a supervisor?

18    A    In one of the shipyards, yes.

19    Q    At which shipyard?

20    A    At Halter Marine.

21    Q    Okay.  And would you have been a

22  foreman or a supervisor at Halter Marine the

23  first time you worked there right after

24  Avondale?

25    A    No.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

329

1      Q     It would have been -- Would it have

2    been a time when you went back?

3      A     Yes.

4      Q     Okay.  Bear with me.  You were born in

5    '51; you went to work at the Monsanto plant in

6    Luling the summer of 1968; correct?

7      A     Yes.

8      Q     You were 17 years old?

9      A     Yes.

10     Q     Had you worked any place before then?

11     A     No.

12     Q     Had not?

13     A     No.  I was at school.

14     Q     Okay.  So that would have been the

15   first job you had after you left school?

16     A     Yes.

17     Q     And that job in 1968 was the job at

18   Monsanto at which your father was also at the

19   plant, but you weren't working together?

20     A     No, we weren't working together.  I

21   just worked in the same plant where he was.

22     Q     During that first job in 1968?

23     A     Yes.

24     Q     Okay.  And you have worked at the

25   plant from -- from that summer of '68.  Do you

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

```
 1    remember what month you started?

 2         A    No.  Not really.

 3         Q    Okay.  You worked at the plant the

 4    summer of '68 until you went to work at

 5    Avondale in March of 1969?

 6         A    Correct.

 7         Q    Okay. For that seven or eight month

 8    period did you work full time at the Monsanto

 9    plant or were you off -- or was it off and on

10    type of job?

11         A    Basically Monsanto just about every

12    day.  And every once in a while they would put

13    us working on the railroad tracks.  Not often,

14    though.

15         Q    Excuse me?

16         A    I mostly -- I mostly worked at

17    Monsanto.

18         Q    Okay.  And I heard you -- I heard you

19    say the company or person you were actually

20    employed by was Ned --

21         A    Pontiff.

22         Q    Can you spell that for me?

23         A    P-O-N-T-I-F.

24         Q    P-O-N-T-I-F?

25         A    Yes.  That's the way I think it's
```

 1   spelled, I recall.

 2        Q    And where -- where was that company

 3   located?

 4        A    It was in Thibodaux, on the

 5   Labadieville side.

 6        Q    Excuse me?

 7        A    It was on the Labadieville side of

 8   Thibodaux.

 9        Q    Okay.

10        A    On St. Mary Street.

11        Q    Probably a silly question.  Is Mr.

12   Pontiff still alive, by any chance?

13        A    I doubt it.  I used to pass in front

14   of his little building on my last job coming

15   back home and it looked like it's closed up and

16   somebody is using it for a storage area.

17        Q    That would be my next question, is

18   either if Mr. Pontiff is no longer alive,

19   whether as far as you know the company was

20   still in business or not.

21        A    Not that I know of.

22        Q    Okay.

23        A    I doubt it.

24        Q    Okay.  Which street was that on?

25        A    St. Mary Street.  LA-1.

```
 1      Q    And I think you described your job

 2   with Ned Pontiff at the Monsanto plant as a

 3   roustabout?

 4      A    Yeah, a roustabout.  Basically a

 5   helper.

 6      Q    A laborer?

 7      A    Yeah.  That's a laborer.

 8      Q    Did you ride with your father to the

 9   plant?

10      A    No.

11      Q    How did you get to the plant?

12      A    They would come pick us up with a

13   carry-all.

14      Q    Come pick you up in --

15      A    In a carry-all and bring us to the

16   plant.

17      Q    Who would pick you up?

18      A    One of Ned's employees.

19      Q    During that period of time that you

20   were there in 1968, about how many employees of

21   Ned Pontiff were at the plant with you?

22      A    At least six of us.

23      Q    Six?

24      A    Maybe -- I don't know.  Six.  Yeah.

25      Q    Do you remember any of those people's
```

```
 1   names?

 2       A     No.

 3       Q     Do you know if any of them are still

 4   alive?

 5       A     No.

 6       Q     Would Mr. Pontiff himself go to the

 7   Monsanto plant?

 8       A     Oh, no.

 9       Q     No?

10       A     He wouldn't get out of his office.

11       Q     Okay.  Do you recall who your foreman

12   was?

13       A     No.

14       Q     So tell me as a laborer or a

15   roustabout for Ned Pontiff at the Monsanto

16   plant in 1968 and before you went to Avondale,

17   what did you do?  Did you cut grass, for

18   example?

19       A     Sometimes.  Pick up trash, whatever

20   debris would be left in the units after the

21   insulators would be finished.  We'd pick that

22   up.

23       Q     Do you recall what units you worked

24   in?

25       A     I don't know the units at Monsanto.
```

```
 1      Q    Do you recall ever working in a

 2  compression building?

 3      A    That would be like a big shop?

 4      Q    I am just asking if that building --

 5  does that building ring a name -- ring a bell?

 6      A    I don't remember it.

 7      Q    Do you recall at the plant in '68 the

 8  ammonium nitrate building?

 9      A    No.

10      Q    Did you come in --

11      A    Oh, that's that big, tall building

12  that was on the highway.

13      Q    By Highway 90.

14      A    Yes.

15      Q    Yes.  May have still had --

16      A    Yeah, I remember seeing it.

17      Q    It may have still had Lionel over it?

18      A    Yeah, I might have seen it.

19      Q    Did you ever work in that building in

20  1968?

21      A    After they quit using it, we were in

22  there cleaning it up.

23      Q    In 1968?

24      A    Well, at that time period there, at

25  the time that I stayed there.
```

335

1       Q     I am just talking about the first time

2   you were there in '68.

3       A     Yeah, that's what I am talking about.

4       Q     Okay.

5       A     We'd go in there with our dump trucks

6   and load them up.

7       Q     They had pellets, ammonium pellets in

8   that building?

9       A     Uh-huh (affirmatively).

10       Q     Is that right?

11       A     We thought that was bones, yeah.  We

12   didn't know any better.

13       Q     So sometimes you would cut grass,

14   sometimes you would pick up debris, pick up

15   trash?

16           MS. ROUSSEL:

17               Pick up insulation scrap.

18           THE WITNESS:

19               Yes.

20   EXAMINATION BY MR. FOSTER:

21       Q     What else --

22           MR. FOSTER:

23               Thank you.

24   EXAMINATION BY MR. FOSTER:

25       Q     What else?

1         MS. ROUSSEL:

2               He said that.  You purposefully

3         left it out.

4         THE WITNESS:

5               That insulation.

6         MS. BOWLIN:

7               Gerolyn.

8    EXAMINATION BY MR. FOSTER:

9         Q    All right.  What else would you do as

10   a laborer?

11        A    I helped some of the mechanics.  I

12   helped the mechanics work on large equipment.

13        Q    You also talked about working in a

14   railroad yard?

15        A    I'd go to -- It was not a railroad

16   yard.  They had a track to be repaired in the

17   plant.

18        Q    In the plant?

19        A    Yeah.  We would repair that, too.

20        Q    Okay.  You repaired tracks?

21        A    Uh-huh (affirmatively).  They would

22   come in there with railcars, so the tracks had

23   to be worked on.

24        Q    Okay.  So am I correct then, you left

25   the Monsanto plant around the time you went to

```
 1    Avondale, which was -- you started to work at
 2    Avondale March 4th, 1969.
 3         A    The day after my birthday.
 4         Q    And you worked at Avondale from 1974?
 5         A    Yeah.
 6         Q    I am going to try to fill in
 7    something.  You worked at Halter Marine for
 8    about a year and a half.
 9         A    Uh-huh (affirmatively).
10         Q    So --
11         A    Yes.
12         Q    -- from '74 for sometime toward the
13    end of 1975?
14         A    Say it again?
15         Q    From the time you left Avondale in '74
16    until sometime towards the middle or end of
17    1975 --
18         A    Yes, sir.
19         Q    -- you were at Halter Marine?
20         A    Yes.
21         Q    What is -- Was Monsan- -- You said you
22    went back to Monsanto.
23         A    Yes.
24         Q    Was Monsanto the first plant you went
25    to work in after leaving Halter Marine in 1975?
```

 1     A     Yes.

 2     Q     So the second time that you worked at

 3   Monsanto would have been sometime around 1975

 4   or 1976?

 5     A     Uh-huh (affirmatively).

 6     Q     And that was again non-union work;

 7   right?

 8     A     Correct.

 9     Q     Right?

10     A     Yes.  I went -- I went -- I went for a

11   shutdown over there.

12     Q     And on that second occasion around '75

13   or '76, who was your -- who were you working

14   for; do you remember?

15     A     No.

16     Q     Or were you working directly for

17   Monsanto?

18     A     No, I wasn't directly -- No, not

19   Monsanto.  I was working for a contractor.

20     Q     You were working for a contractor.

21   You just can't recall who it was?

22     A     No.

23     Q     I understand.  And we don't have the

24   benefit of your Social Security records yet.

25   So you went for a shutdown.  Do you recall what

```
 1   unit was shut down?

 2        A    Say again?

 3        Q    Do you recall what unit was shut down?

 4        A    No.

 5        Q    Was it one of the ammonia units?

 6        MS. ROUSSEL:

 7             He said he didn't recall.

 8        THE WITNESS:

 9             I don't really know.

10   EXAMINATION BY MR. FOSTER:

11        Q    Okay.  But it was a shutdown?

12        A    Yeah.

13        Q    And how long did that shutdown last?

14        A    Four -- three to four weeks.

15        Q    Three to four weeks.  And were you

16   working as a welder or a pipefitter?

17        A    I was actually doing both.

18        Q    Doing a little of both.  And you said

19   it was shut down.  Do you recall how many hours

20   you were working?

21        A    Yeah.  Working 12 hours a day.

22        Q    12 hours a day.  And how many days a

23   week were you working?

24        A    About seven.

25        Q    Do you remember the names of any of
```

340

1    your co-workers on that job?

2         A    No.  No.

3         Q    On that shutdown?  Do you recall,

4    since you weren't sent out, you weren't sent

5    out to the Monsanto plant by a union, do you

6    recall how you heard about that shutdown or how

7    you got the job?

8         A    No, not really.  Yeah, I think --

9    Excuse me.  I take that back.  A friend of mine

10   was working there.

11        Q    All right.  Who was that friend?

12        A    Dwight Cortez.  But he's passed away.

13   He's not with us any more.

14        Q    Cortez, C-O- --

15        A    Yeah.

16        Q    Is he any relation?

17        A    Yes.  Like he's like -- I think he was

18   like my second cousin.

19        Q    Now, on that second occasion on that

20   shutdown sometime around '75, '76 time frame,

21   did you do -- did you have any occasion to do

22   any hands-on work with any material, any

23   asbestos-containing material, material you

24   believed contained asbestos?

25        A    Yes.  I had to strip down insulation

341

1    on damaged pipe and take the pipe out,

2    including the gaskets, and refabricate the pipe

3    and put it all back in with new gaskets.

4         Q     You would have occasion to take off

5    old insulation?

6         A     Yes.

7         Q     You don't know when that insulation

8    had been installed?

9         A     No.

10        Q     You don't know who installed it?

11        A     No.

12        Q     And then would someone come behind you

13   and reinsulate?

14        A     Yes.

15        Q     That would be the insulators?

16        A     Yes.

17        Q     And you talked about gaskets, --

18        A     Uh-huh (affirmatively).

19        Q     -- you had to remove gaskets?

20        A     Uh-huh (affirmatively), scrape them

21   off and wire brushed them and make new gaskets.

22        Q     And these were the gaskets you

23   described earlier, the Garlock 900 and --

24        A     Yeah, and 7705.

25        Q     During that shutdown, the three or

1    four weeks that you were there serving as a

2    pipefitter and welder, would you have taken

3    your instructions from the foreman for whatever

4    company you were working for?

5         A    Yes.

6         Q    Did you get your tools and equipment

7    from whatever company you were working for?

8         A    No.  We had to supply our own tools.

9         Q    You had your own tools?

10        A    Yeah.

11        Q    Now, other than the time you worked at

12   the Monsanto plant in 1968, --

13             MS. ROUSSEL:

14                  And '69.

15   EXAMINATION BY MR. FOSTER:

16        Q    -- going into 1969 before you went to

17   Avondale, and again for a couple of weeks,

18   three or four weeks after you left Halter

19   Marine in 1975, early '76 time frame, did you

20   ever do any other work at the Monsanto plant in

21   Luling?

22        A    No.

23        Q    When you went there for that shutdown,

24   did you have any type of orientation before you

25   went into the actual unit that was shut down?

1      A     No.

2      Q     Did you have any -- Did your company,

3   whoever it was that you said you were working

4   for, did it have any -- provide any safety

5   meetings, toolbox meetings, anything of that

6   nature?

7      A     No.

8      Q     They just told you what to do and you

9   went and did it?

10     A     They would tell you -- Exactly.  They

11   tell you what to do and you go do it.

12     Q     I assume that when you were working,

13   the shutdown was just one unit as you recall?

14     A     Yeah.

15     Q     Or was it more than one unit?

16     A     Say it again?

17     Q     The shutdown that you told us about,

18   the three or four weeks, was it one unit that

19   was shut town?

20     A     Yes.  I was in one unit.

21     Q     But you don't recall what unit that

22   was?

23     A     No.

24     Q     Was it close to River Road or closer

25   to Highway 90?

344

```
 1      A      It was closer to Highway 90.  No, no,

 2   I take that back.  It's closer to the River

 3   Road.

 4      Q      Closer to River Road?

 5      A      Yes.

 6      Q      Did you enter the plant off of Highway

 7   90 or off of River Road?

 8      A      Off of the River Road.

 9      Q      Okay.  So the unit that was shut down,

10   when you went through the main gate off River

11   Road, was it to your right --

12      A      Yes.

13      Q      -- or to you left?

14      A      To my right.

15      Q      To your right?  Upriver?

16      A      Uh-huh (affirmatively).

17      Q      Was it one of the RoundUp units?

18      A      Maybe so.  It could have been.

19      Q      The insulation that you said you

20   removed during this shutdown, do you know for a

21   fact that it contained asbestos?

22      A      I can't promise you.  I mean, I can't

23   say definitely I know.  But I'm sure it was,

24   because when you broke it looks, fibers and

25   dust flew all over the place.
```

1      Q      Okay.

2      A      All in the air.

3      Q      You never saw the specifications for

4    that insulation?

5      A      No.

6      Q      I am going beyond Monsanto now.  On

7    any of the jobs that you worked as a welder,

8    pipefitter and in any of the shipyards or

9    plants, did you ever remove fiberglass

10   insulation?

11     A      Say again?

12     Q      Did you ever have occasion to remove

13   fiberglass insulation at any of the places you

14   worked?

15     A      No.

16     Q      No?

17            MR. FOSTER:

18                 I'm going to pass the witness at

19            this point and look at my notes.  It's

20            been a long day and I may have some

21            more questions tomorrow, but for right

22            now I'm going to pass the witness.

23            MS. ROUSSEL:

24                 Okay.  Who's next?

25            MR. GAMBINO:

346

1               This is Anthony Gambino.  I can

2          go next.

3     EXAMINATION BY MR. GAMBINO:

4          Q    Mr. Cortez, can you hear me okay?

5          A    Yes.

6          MS. ROUSSEL:

7               Who is it?  I'm sorry.

8          MR. GAMBINO:

9               This is Anthony Gambino.

10    EXAMINATION BY MR. GAMBINO:

11         Q    Hi, Mr. Cortez.  You said earlier that

12    the last place you worked for the Local 102 was

13    Triad.  Do you remember that testimony?

14         A    Yes.

15         Q    And so your time at Triad would have

16    come after your time at Shell Oil?

17         A    Yes.

18         Q    Do you think it would have been in the

19    late 1980s when you were at Triad?

20         A    I know it was in the '80s.  Around the

21    mid '80s.  I can't really tell you the exact

22    year.

23         Q    But it was after the time you worked

24    on the cat cracker explosion at Shell?

25         A    Yes.

347

1      Q     Correct?   Okay.   Now, on the job at

2      Triad, you would have gotten your directions

3      from your union steward?

4      A     Yes.

5      Q     And you were not employed by Triad?

6      A     No.

7      Q     Now, your union steward also would not

8      have worked for Triad; correct?

9      A     Right.

10     Q     And no one at Triad told you how to do

11     your work; right?

12     A     We had a Triad supervisor that would

13     tell the steward to -- tell the steward to tell

14     us what to do.

15     Q     Objection.   I just want to just object

16     to the non-responsive portion.

17            No Triad employee told you, Mr.

18     Cortez, how to do your work?

19     A     No, not personally, no.

20     Q     And you would have received any

21     equipment from your employer; correct?

22            MS. ROUSSEL:

23                 Objection.   What type of

24                 equipment?   I'm objecting to the form

25                 of the question.

1    EXAMINATION BY MR. GAMBINO:

2         Q    Mr. Cortez, did your employer at Triad

3    provide you with your welding machine?

4         A    With the machine, yes.

5         Q    Did your employer provide you with

6    your welding sticks?

7         A    With --

8         Q    With the rods?

9         A    Yes.

10        Q    Did you bring your own hardhat?

11        A    Yes.

12        Q    Did you have your own welding shield?

13        A    Yes.

14        Q    And when you were doing welding work

15   at Triad, you would have been wearing your

16   welding shield?

17        A    Yes.

18        Q    Why did you need to wear a welding

19   shield?

20        A    To protect me from the rays and to

21   protect my eyes from the glare.

22        Q    Were you -- When did you receive your

23   training to be a welder?

24        A    When I started at Avondale.

25        Q    And did they train you to tell

349

1   everyone to be a certain distance away from

2   your welding work?

3        A    No.

4        Q    So someone could be right up on your

5   work looking at it without wearing a welding

6   shield?

7        A    No.

8        Q    How far should they have been back

9   from your work so they didn't hurt their eyes?

10       A    At least seven or eight feet.  That

11  particular -- In fact, that's even too close.

12  I'd say about ten feet to protect your eyes.

13       Q    And when you were doing welding work

14  at Triad, would you tell people to stand back

15  more than ten feet?

16       A    Yes.

17       Q    And that would include insulators?

18       A    The insulators weren't actually on top

19  of us at that moment because they would come --

20  we would take the old insulation out, repair

21  the pipe, put the pipe back together, and then

22  the insulators would come in and put the

23  insulation in.

24       Q    And you had no reason to stand

25  around --

```
 1    A    No.
 2    Q    -- watching the insulators do their
 3  work?
 4    A    They weren't -- They weren't standing
 5  up right on top of me watching me weld, no.
 6  They were working around me.
 7    Q    You were -- I'm sorry.  Go ahead.
 8    A    They were working around me.
 9    Q    Okay.  You don't know the maintenance
10  history for the Triad facility; right?
11    A    No.
12    Q    You have never seen any of the
13  specifications for the Triad facility?
14    A    No.
15    Q    Have you ever seen the contract
16  between your employer and Triad?
17    A    No.
18    Q    And you said earlier that you couldn't
19  recall the name of your employer.  Do you think
20  it was Payne & Keller?
21    A    It could have been.  I think -- I
22  think it might have been Payne & Keller.
23    Q    Now, when you were saying you were
24  removing gasket material at Triad, you don't
25  know when those gaskets were put in; right?
```

351

1     A    No.

2     Q    And not -- Is it true that not every

3  gasket is hard to remove?

4     A    Not necessarily.  I mean, we had to

5  scrape every gasket off and wire brush it.

6     Q    But some gaskets would be easier to

7  remove than others?

8          MS. ROUSSEL:

9               Object to the form of the

10               question.

11          THE WITNESS:

12               Yeah.  It would be -- Not on a

13               hot line, no.  A hot line was always

14               hard to remove.  A chemical line.

15  EXAMINATION BY MR. GAMBINO:

16     Q    And you can't say the insulation that

17  you said you worked with at Triad, you can't

18  say the name of the manufacturer of that

19  insulation?

20     A    Well, Eagle and McCarty and

21  Taylor-Seidenbach was everywhere I worked.  I

22  mean, --

23     Q    But you have no way to know that that

24  insulation was installed by those three

25  companies you just identified?

1      A      Not right off -- Not personally, no.

2    I didn't watch them put it on.

3      Q      So you would be speculating to say

4    that any of those companies --

5           MS. ROUSSEL:

6                 Object to the form of the

7                 question.  And he's already answered

8                 the question.

9    EXAMINATION BY MR. GAMBINO:

10      Q      You can answer.

11      A      I don't understand what you're saying.

12      Q      Because you did not see Eagle,

13    McCarty, or Taylor-Seidenbach put on that

14    insulation, you would be speculating that any

15    of those companies put that insulation on

16    there?

17           MS. ROUSSEL:

18                 Object to the form of the

19                 question.

20    EXAMINATION BY MR. GAMBINO:

21      Q      Right?

22      A      I guess.

23      Q      Thank you.

24      A      I mean, who else would put it on?

25      Q      You did not fabricate any insulation

1   at Triad?

2        A    No.

3        Q    And you were not qualified to do

4   insulation work at Triad?

5        A    No.  But I was just qualified to tear

6   it up.

7        Q    Have you ever heard of mineral wool

8   insulation?

9        A    No.

10        Q    What about foam glass?

11        A    No.

12        Q    Now, do you recall any of the units

13   you worked in at Triad?

14        A    I worked in the main Triad facility

15   and I worked in the ammonia unit.

16        Q    Do you know if it was Ammonia 1 or

17   Ammonia 2?

18        A    All I know is in the back of the

19   plant.  I don't know if it was Ammonia 1 or

20   Ammonia 2.

21        Q    And so the gaskets that you said you

22   were putting back onto the pipe in the 1980s,

23   do you think that that was Garlock gaskets in

24   the 1980s?

25        A    Yes.

354

1      Q     You have no way to know that those

2  Garlock gaskets had asbestos in them; correct?

3      A     I mean, we were scraping them off and

4  wire brushing them and they were throwing

5  fibers in the air.  That looked like asbestos

6  to me.

7      Q     Objection to the non-responsive

8  portion.

9            I am talking about the new gaskets you

10 were putting on.  You have no way to know that

11 those gaskets have asbestos in them; right?

12     A     I thought all Garlock material was

13 asbestos.  And Eagle has asbestos on the name

14 of it.

15     Q     Objection to the non-responsive

16 portion.

17           But you have no personal knowledge

18 that the Eagle -- excuse me, the Garlock

19 gaskets that you were installing in the 1980s

20 had asbestos in them; right?  Is that a "yes"?

21           MS. ROUSSEL:

22                He gave you the -- He gave you

23           the style numbers that he used.

24           MR. GAMBINO:

25                Miss Roussel, please.

```
 1            MR. HACKENBERG:

 2                  Objection to form.

 3            THE WITNESS:

 4                  I guess.  Yes, I guess.

 5      EXAMINATION BY MR. GAMBINO:

 6      Q    Yes, that you don't have any personal

 7      knowledge?

 8            MS. ROUSSEL:

 9                  Object to the form of the

10            question.

11            THE WITNESS:

12                  Yes.

13      EXAMINATION BY MR. GAMBINO:

14      Q    Thank you.  Now, you talked about a

15      boiler at Triad.  Do you recall that?

16      A    Yeah.

17      Q    You don't know the maintenance history

18      of that boiler?

19      A    No.

20      Q    Why would there have been insulation

21      on the inside of a boiler?

22      A    On the inside of a boiler?

23      Q    That's what I understand from your

24      testimony earlier.  If I misunderstood you, I

25      apologize.
```

356

```
 1      A    I didn't go inside of a boiler.  I was
 2  working on the flange material and the piping
 3  material on the boiler.
 4      Q    So all of your work on the boiler
 5  would have been outside?
 6          MS. ROUSSEL:
 7              Object to the form of the
 8          question.
 9          THE WITNESS:
10              Yes.
11  EXAMINATION BY MR. GAMBINO:
12      Q    And all of your work at Triad would
13  have been outside?
14          MS. ROUSSEL:
15              Object to the form of the
16          question.
17          MR. GAMBINO:
18              What's the objection?
19          MS. ROUSSEL:
20              I'm objecting to the form of your
21          question.  You want me to state what
22          my objection is?
23          MR. GAMBINO:
24              Yes.  Are you saying it's vague
25          or it's compound?  What's the form of
```

```
 1            the objection?

 2            MS. ROUSSEL:

 3                 The form of the objection is you

 4            stated he was working on the outside

 5            when he already stated he was working

 6            in the units.

 7   EXAMINATION BY MR. GAMBINO:

 8       Q    Okay.  Let me rephrase my question.

 9   All of your work at Triad would have been

10   outside in the -- in the outside environment?

11   It would not be in a unit; correct?

12       A    Not in a building.  You was in a unit.

13       Q    Okay.  Which was outside?

14       A    Yeah.

15       Q    Thank you.  Now, did you ever work

16   with any fiberglass welding blankets while at

17   Triad?

18       A    No.

19       Q    So you're saying in the mid to late

20   1980s the welding blankets you would have used

21   would not have contained fiberglass?

22       A    Not at Triad, no.

23       Q    What --

24       A    I didn't -- I didn't -- I didn't have

25   to use blankets to cover myself with or
```

358

```
 1   anything like that at Triad if that's what

 2   you're implying.

 3       Q    Can we go back to that boiler you

 4   talked about?  The insulation that you thought

 5   you saw on that boiler, you have no way of

 6   knowing with your personal knowledge that that

 7   insulation contained asbestos?

 8       A    I would -- I would think it did,

 9   because they had to wrap the blankets around

10   the flanges and all of that.  And the headers.

11       Q    But you have no personal knowledge

12   that the insulation contained asbestos?

13           MS. ROUSSEL:

14               He answered the question.

15   EXAMINATION BY MR. GAMBINO:

16       Q    So that means you would be guessing

17   based on the blankets being used?  That's what

18   you mean by it contained asbestos?

19           MS. ROUSSEL:

20               Object to the form of the

21           question.  And he answered the

22           question.

23   EXAMINATION BY MR. GAMBINO:

24       Q    So what knowledge are you relying on

25   that that insulation on the outside of the
```

1    boiler contained asbestos?

2        A    Apparently something gave me

3    mesothelioma and asbestos give me -- give

4    people mesothelioma.  So at some point in time

5    I was exposed to asbestos.

6        Q    And objection to the non-responsive

7    portion of that.

8        A    I think everything I worked with was

9    asbestos.

10            MS. BOWLIN:

11                Object to the non-responsive

12                portion of the answer.

13    EXAMINATION BY MR. GAMBINO:

14        Q    And I understand and I apologize that

15    you have a terrible sickness, but I am asking

16    about the boiler at Triad in particular.  Not

17    in your work history in general.  I want to

18    know what are you relying on to say that you

19    were exposed to asbestos from that insulation

20    on that boiler?  What personal knowledge do you

21    have that that insulation on that boiler that

22    you identified at Triad contained asbestos?

23        A    I don't have any.

24            MR. GAMBINO:

25                Thank you.  All right.  I think

1          those are all the questions I have,

2          Mr. Cortez.  I do appreciate your

3          time.

4     EXAMINATION BY MS. ST. JULIEN:

5          Q    Mr. Cortez, this is Milele St. Julien.

6     Can you hear me okay?

7          A    Yes.

8          Q    Let me figure how to start this video.

9               Mr. Cortez, again my name is Milele

10    St. Julien.  I have a couple of questions for

11    you.  You mentioned that your dad, Calise

12    Cortez, worked at the Union Carbide facility.

13    Where was that facility located?

14         A    In Luling.  Or Taft.  Whatever that

15    is.

16         Q    Okay.  You mentioned that he worked at

17    the Union Carbide facility for B&B Engineering

18    and Cajun.  Do you know how long he worked at

19    the Union Carbide Taft facility for B&B

20    Engineering?

21         A    No.

22         Q    Do you know what year he would have

23    worked at the Union Carbide Taft facility for

24    B&B Engineering?

25         A    Let me see.  I was 16 years old.

1   About -- Probably about '65.

2        Q     Okay.  Did you say you were 16 years

3   old at the time your father worked at the Union

4   Carbide facility for B&B Engineering?

5        A     I believe so, yes.

6        Q     Do you know if your father worked the

7   day shift or the night shift at -- for B&B

8   Engineering?

9        A     No, I don't know.

10       Q     Do you know what area of the Union

11  Carbide facility your father worked in for B&B

12  Engineering?

13       A     No.

14       Q     Do you know the brand name or

15  manufacturer of any materials your father used

16  at the Union Carbide facility for B&B

17  Engineering?

18       A     No.

19       Q     Do you know the supplier of any

20  materials your father used at the Union Carbide

21  facility for B&B Engineering?

22       A     No.

23       Q     Did your father work at the Union

24  Carbide facility for B&B Engineering prior to

25  the time that he worked for Cajun at Union

362

1    Carbide?

2        A    I don't know which one he worked for

3    over there first.

4        Q    Okay.  You don't know?

5        A    No.

6        Q    Do you know how long your father

7    worked for Cajun at the Union Carbide facility?

8        A    No.

9        Q    Do you know what area of the facility

10   your father worked for at the Union Carbide

11   facility for Cajun?

12       A    No.

13       Q    Do you know the brand name or

14   manufacturer of any materials your father used

15   while working for Cajun at the Union Carbide

16   facility?

17       A    No.

18       Q    Do you know any of your father's

19   co-workers when he worked at Union Carbide for

20   Cajun?

21       A    No.

22       Q    What about for B&B Engineering; do you

23   know any of your father's co-workers when he

24   worked at Union Carbide for B&B Engineering?

25       A    No.

1      Q     Do you recall who you were working for

2   when your father was working for Cajun at Union

3   Carbide?

4      A     I wasn't working.  I was in school.

5      Q     Okay.  Do you know the year your

6   father worked for Cajun at the Union Carbide

7   facility?

8      A     No.

9      Q     You said you were in school.  You were

10  in high school when your father was working for

11  Cajun at Union Carbide?

12     A     Actually, I was in junior high.

13     Q     I'm sorry, say that again?

14     A     I was in junior high.

15     Q     So you were in junior high when your

16  father was working at Cajun and you were 16

17  years old when your father was working for B&B

18  Engineering.  Do you believe that your father

19  worked for Cajun first and then B&B

20  Engineering?

21              MS. ROUSSEL:

22                 Object to the form of the

23              question.

24              THE WITNESS:

25                 I really don't know.  I can't --

1            I can't -- I can't tell you.

2            MS. ROUSSEL:

3                And he's already told you he

4            didn't know the sequence or the time.

5    EXAMINATION BY MS. ST. JULIEN:

6        Q    Do you have any personal knowledge of

7    your father working with asbestos-containing

8    materials at the Union Carbide facility for

9    either B&B Engineering or Cajun?

10       A    No.

11       Q    You mentioned some family members from

12   all those that you had.  Phillip Cortez, you

13   testified that you never worked with him and

14   you think your dad worked with him at Monsanto;

15   correct?

16       A    Yes.

17       Q    Okay.  Percy Cortez, your uncle, did

18   your father ever work with Percy Cortez?

19       A    I don't know.  I don't know.  I don't

20   know.

21       Q    Okay.  What about your Uncle Nicholas

22   Cortez; did your father ever work with Nicholas

23   Cortez?

24       A    I don't know.

25       Q    Okay.  All right.  Now I want to

365

1    switch gears and I want to talk to you about

2    your work at Avondale.  You testified that you

3    recalled insulators using an adhesive called

4    81-27.  What color is that adhesive, 81-27?

5         A    Gray.  It looked gray to me.  And when

6    it dries, it dries white.

7         Q    Okay.  Do you know how long it took --

8    it takes to dry?

9         A    No.

10            MS. BOWLIN:

11                 What is weird sound?

12            MS. ROUSSEL:

13                 Let's go off the record for just

14            a minute.

15            VIDEO OPERATOR:

16                 Off the record.

17            (Whereupon a discussion was held off

18       the record.)

19            MS. ROUSSEL:

20                 Let's take a five minute break.

21                 (Recess taken.)

22            MS. ROUSSEL:

23                 Okay.  Milele, we're ready.

24            MS. ST. JULIEN:

25                 Okay.

```
1              VIDEO OPERATOR:

2                   We're back on the record.

3    EXAMINATION BY MS. ST. JULIEN:

4       Q    Mr. Cortez, -- Mr. Cortez, we were

5    talking about your work at Avondale and we were

6    talking about the adhesive 81-27.  Do you know

7    how that adhesive came packaged?

8       A    In a can.

9       Q    Was the can metal or plastic?

10      A    Metal.

11      Q    Do you know how big the package was,

12   the metal can?

13      A    Probably about five gallons.  Like a

14   five-gallon can.

15      Q    Okay.  What was the consistency of the

16   adhesive?

17      A    Explain that.

18      Q    What was the texture?  What did it

19   look like, the adhesive material?

20      A    I know it was wet.

21      Q    It was -- Okay.  Was it shaped like

22   mashed potatoes, was it like a paint -- maybe

23   more like paint?  What did it look like?

24      A    Something like paint.

25      Q    Okay.  Do you know the color of the
```

1    metal can?

2         A     Silver, I think.

3         Q     Okay.  Do you recall any writing or a

4    logo on the label?

5         A     No.  Just the -- Just the Foster

6    81-27.

7         Q     Okay.  And the insulators, what did

8    they use it on, --

9         A     Piping --

10        Q     -- the adhesive?

11        A     Piping and -- They wrapped piping with

12   it and then they put it on the boilers and the

13   turbines.  On the flanges, outside flanges and

14   all.

15        Q     Was it applied directly to the

16   piping --

17        A     No.

18        Q     -- and the flanges, or was it applied

19   to insulation on top of the piping?

20        A     It was applied to the insulation on

21   top of piping.

22        Q     Okay.  What were the insulators using

23   to apply it?

24        A     I don't recall exactly what they used.

25   Like a putty knife.

1      Q     Do you know how far you were working

2    away from the insulators when they were using

3    the adhesive?

4      A     Sometimes I would be -- they would be

5    on scaffolding and I would be underneath them

6    most -- a lot of the times.

7      Q     Okay.  You also testified that the

8    insulators used a mud cement product that was

9    mixed up.  Do you recall what that product was

10   mixed with?

11     A     No.

12     Q     Do you know the color of that mud or

13   cement product?

14     A     It was a dark color.

15     Q     Was it darker than the adhesive?  Or

16   the same color?

17     A     About the same color.

18     Q     Do you know what that mud or cement

19   product was applied to?

20     A     It was applied on top of insulation.

21     Q     Okay.  Did that mud or cement product

22   get on your clothes?

23     A     Yes.

24     Q     Did you have to scrape that product

25   off your clothes?

1      A    Yes.

2      Q    Do you know the brand name or

3  manufacturer of that mud or cement product?

4      A    All I know is Eagle, McCarty, and

5  Taylor-Seidenbach -- Seidenbach was out there.

6      Q    Those names were on the boxes of

7  cement product?

8      A    They were on the boxes or the

9  containers that they were in.

10      Q    Okay.  Do you know if the mud cement

11  product contained asbestos?

12      A    Yes.

13      Q    How often were you around the

14  insulators applying the mud cement product to

15  insulation material?

16      A    Pretty often.  Most of the time.

17  They -- Just about every day.

18      Q    Okay.  Which vessels were you working

19  on where you recall the mud cement product

20  being applied by the insulators?

21      A    On the commercial vessels and the

22  repair -- worked on the repair and on the

23  drilling rig and some barges.  The oil barges

24  and the chemical barges, steel barges.

25      Q    Okay.  I have in my notes that you

 1   worked three different places at Avondale.  You

 2   worked at the Westwego yard, you worked at the

 3   Port of New Orleans, and you worked on the

 4   drydock.  And sometimes -- I'm sorry, four

 5   times.  Excuse me.  And you also worked at the

 6   main yard.  Is that correct?

 7        A    Yes.

 8        Q    You were working as a welder at

 9   Avondale; correct?

10        A    Yes.

11        Q    You never worked as a pipefitter?

12        A    No.

13        Q    Or an insulator?

14        A    No.

15        Q    Okay.  And it was never your job to

16   apply adhesive material during your work at

17   Avondale as a welder; correct?

18        A    Right.

19        Q    Was it ever your job to apply the mud

20   cement mixture at Avondale?

21        A    No.

22        Q    Do you know the recommended methods of

23   clean-up of the adhesive material?

24        A    No.

25        Q    Have you ever read the label of the

 1    adhesive material?

 2         A     No.

 3         Q     Have you ever seen specifications for

 4    the barges at Avondale?

 5         A     No.

 6         Q     Have you seen specifications for any

 7    of the commercial vessels at Avondale?

 8         A     No.

 9         Q     Have you seen specifications for any

10    of the drilling rigs at Avondale?

11         A     No.

12         Q     Did you wear a uniform to work at

13    Avondale?

14         A     No.

15         Q     What did you wear to work at Avondale?

16         A     Bluejeans and a blue -- and a regular

17    welding shirt.

18         Q     During your work as a welder did you

19    have to wear a welder's apron at Avondale?

20         A     I had leathers, but we never had

21    aprons.

22         Q     I'm sorry, say that again.  You had

23    what?

24         A     We had leathers that fit over our

25    shoulders and --

 1      Q     Okay.

 2      A     -- it would drape down to about half

 3   of our torso.

 4      Q     Okay.  Did you wear any type of

 5   welding sleeves --

 6      A     That's what I am talk- --

 7      Q     -- during your time to weld?

 8      A     That's what I am talking about, the

 9   leathers, the sleeves.

10      Q     Okay.  Thank you.  Did you wear any

11   type of face shield or welding mask when you

12   were doing your work as a welder?

13      A     Yes.  I had to wear -- Yes, I did wear

14   a welding shield.

15      Q     Okay.  Did you wear welding gloves

16   during your work at Avondale?

17      A     Yes.

18      Q     What type of welding gloves did you

19   wear?  Were they cloth or leather?

20      A     Leather.

21      Q     How far did those gloves go up your

22   arms?

23      A     About halfway of our -- halfway of my

24   forearm.

25      Q     Okay.  And then the welding sleeve

```
 1   covered the rest?

 2        A    Well, actually, the gloves covered the

 3   welding sleeves.

 4        Q    Okay.  Do you know the names of any of

 5   the insulators who applied the 81-27 adhesive?

 6        A    No.

 7        Q    Do you know the names of any of the

 8   insulators who applied the mud cement product?

 9        A    No.

10        Q    Once the adhesive is applied so that

11   it's the same color as the mud cement, are you

12   able to tell the difference between whether one

13   is an adhesive and one is a mud cement mixture?

14        A    No.

15        Q    And it was never your job to remove

16   insulation at Avondale; correct?

17        A    Correct.

18        Q    I want to read some names to you and

19   tell me if you recall these names, product

20   names.  Somastco?

21        A    No.

22        Q    Are you familiar with that product?

23        A    No.

24        Q    Are you familiar with a product called

25   Tremco?
```

```
 1     A    No.

 2     Q    Are you familiar with a product called

 3   Arabol?

 4     A    No.

 5     Q    Are you familiar with a product called

 6   Armstrong?

 7     A    No.

 8     Q    Are you familiar with a product called

 9   Carey?

10     A    No.

11     Q    Did you work around any Johns Manville

12   products at Avondale?

13     A    No.

14     Q    What about, are you familiar with a

15   product called Insul Cool-Stick?

16     A    No.

17          MS. ST. JULIEN:

18               Mr. Cortez, I am going to look

19          over my notes, but I believe those are

20          all the questions I have for you at

21          this time.  I may have some follow-up

22          questions later.  Thank you.

23          THE WITNESS:

24               Thank you.

25          VIDEO OPERATOR:
```

```
 1              Off the record.

 2              (Whereupon a discussion was held off

 3     the record.)

 4              VIDEO OPERATOR:

 5                   We're back on the record.  This

 6              is the beginning of disk 4.

 7     EXAMINATION BY MR. HAINKEL:

 8      Q    You ready to go?  All right.  Hi, Mr.

 9     Cortez.  My name is Roth Hainkel.  I am going

10     to be asking you some questions about your work

11     at Hooker.  All right?

12      A    Okay.

13      Q    You had never worked as a direct

14     employee of Hooker; is that correct?

15      A    Yes.

16      Q    And is Falcon the only employer for

17     whom you worked at Hooker?

18      A    Yes.

19      Q    And I believe you said you recalled

20     working for Falcon at Hooker for a little over

21     a year; is that right?

22      A    Yes.

23      Q    Do you think that's a year and two

24     months, three months; do you know?

25      A    I don't know exactly.
```

1       Q     Okay.  And during that period, was

2    that the only job you were doing?  Did you go

3    to any other facilities?

4       A     I was repairing the tank cars in the

5    back and I would work overtime in the units.

6       Q     But for that whole year and some

7    change period, you were only working at the

8    Hooker facility; is that correct?

9       A     Yes.  Yes.

10      Q     How long was your average shift at

11   Hooker?

12      A     My regular shift was eight hours a

13   day, five days a week.

14      Q     Okay.  Do you recall your rate of pay?

15      A     No.  It wasn't much, but no.

16      Q     Did you work day shifts you said?  Did

17   I just hear that?

18      A     Yes.

19      Q     Did you work any night shifts?

20      A     Sometimes I would get called out at

21   night.

22      Q     Do you recall how you entered the

23   premise of Hooker?

24      A     I came in through Local 102.

25      Q     So there was a specific gate for

1   contractors?  Do you remember that?

2        A    No.  You just came in through the same

3   gate in the front.

4        Q    Okay.

5        A    Quite a big parking lot.

6        Q    What was that, sir?

7        A    We came in by the big parking lot in

8   the front.

9        Q    All right.  So earlier you talked

10  about doing work in two areas.  Some outside

11  work in the back of the facility on railcars

12  and some work in the units.  Is that right?

13       A    Yes.

14       Q    Okay.  With regard to the work on the

15  railcars, am I correct that you said you were

16  not working around any other crafts?  It was

17  just you and one other fellow?

18       A    Yeah.

19       Q    Okay.  And that would obviously have

20  been outside; right?

21       A    Yes.

22       Q    Do you think you were exposed to

23  asbestos while doing that railcar work?

24       A    Say it again?

25       Q    Do you believe you were exposed to

1   asbestos while doing the railcar work?

2       A     The only time I really believe I was

3   exposed to asbestos was whenever I changed

4   brake shoes.

5       Q     Okay.  Do you have any personal

6   knowledge that those brake shoes contained

7   asbestos?

8       A     I thought all the brake shoes were

9   asbestos.  No.  I don't have personal

10  knowledge.

11      Q     All right.  So working in the units,

12  do you recall any of the names of those units?

13      A     No.

14      Q     Do you know how many different units

15  you worked in?

16      A     Not really.  I worked -- I know I

17  worked in the chlorine area.

18      Q     Okay.  And so generally speaking that

19  was pipefitting work you did in the units; is

20  that right?

21      A     I did some pipe repair in there and I

22  did some vessel repair in there.

23      Q     So with the pipes, you were breaking

24  flanges and replacing gaskets; that's right?

25      A     Yes, and repairing pipes.

379

```
1      Q    Okay.  And so the gaskets you removed,

2  you don't know when those were installed;

3  correct?

4      A    No.

5      Q    And you don't have personal knowledge

6  they contained asbestos; correct?

7           MS. ROUSSEL:

8                Object to the form of the

9           question.

10          THE WITNESS:

11               Yes.

12  EXAMINATION BY MR. HAINKEL:

13     Q    You can answer.

14     A    I didn't hear.

15     Q    Did you hear the question?

16     A    Oh, you're still there.  I thought you

17  had left me.

18     Q    No.

19     A    Oh.  We were using Garlock material to

20  make gaskets and we could see the fibers in the

21  Garlock material.

22     Q    But as far as -- I'm sorry.  Continue.

23  I'm sorry.

24     A    And when we would -- we'd make the

25  gasket, we would cut it with a hammer, a ball
```

 1   peen hammer, and you could see the little

 2   fibers in it.

 3        Q    Okay.  Is it your understanding that

 4   something that emits a fiber, it means it

 5   contains asbestos?

 6        A    To my understanding, yes.

 7        Q    But with regard to personal knowledge,

 8   meaning did you see a label or anything that

 9   says "This contains asbestos" on any of the

10   gaskets you removed?

11             MS. ROUSSEL:

12                  Object to the form of the

13             question.  He's given you his personal

14             knowledge.  What he saw is his

15             personal knowledge.  So I am

16             objecting --

17        MR. GAMBINO

18                  Gerolyn.  Gerolyn.

19             MS. ROUSSEL:

20                  -- to the form of the question.

21             MR. HAINKEL:

22                  Gerolyn, please state

23             "Objection."  You don't have to make a

24             speaking objection.  And then he can

25             answer.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

381

1          THE WITNESS:

2                  I mean, there wasn't any labeling

3              on the gasket material itself saying

4              "This is asbestos," no.

5      EXAMINATION BY MR. HAINKEL:

6      Q    Okay.  And so then the ones you

7      installed -- because I was asking you about the

8      ones you were removing.  Do you understand?

9      A    The one I was removing?

10     Q    Right.  The question was, while you

11     were removing it, you didn't have any personal

12     knowledge that they contained asbestos?

13     A    You could have had a cheaper gasket

14     and it's too much trouble, I mean.

15         MR. GRACE:

16                 Object to the form.

17         MR. HAINKEL:

18                 I can't hear you.  If you're

19             going to object, please let -- you

20             know, let me finish the question.

21         MR. GRACE:

22                 I did let you finish the question

23             and I objected timely.

24     EXAMINATION BY MR. HAINKEL:

25     Q    You can answer, sir.

382

1     A     The gasket was so old, I mean, you

2     couldn't see any labeling, barely see any

3     labeling on it.  And we'd have to scrape it and

4     wire brush it off to put new gasket on.

5     Q     Okay.  You said the new gaskets.  I am

6     asking the same question.  Do you have any

7     personal knowledge they contained asbestos?

8           MR. GRACE:

9                 Objection, form.

10    EXAMINATION BY MR. HAINKEL:

11    Q     You can answer, sir.

12    A     Like I said, I could see the fibers on

13    the new material when I was cutting it.

14    Q     Okay.  And so did you say you also cut

15    and removed some piping while you were at --

16    A     Whenever the piping was completely

17    rotted away, yes, we had to take it off and put

18    new piping.

19    Q     Okay.  And so you installed new piping

20    at well?

21    A     Yes.

22    Q     Okay.  And you would not -- would you

23    reinsulate that new piping?

24    A     No.

25    Q     Okay.  So for the piping that you

383

1    either cut or for the piping where you were

2    breaking flanges, do you know what that piping

3    was servicing?

4         A    Well, like I told you, I was working

5    in the chlorine plant, you know.  A chlorine

6    plant, so it was obviously running chlorine

7    through there.

8         Q    And so when you're working on this

9    piping, am I correct there's no material

10   flowing through it; is that right?

11        A    No.  You got to shut the unit down to

12   do that.

13        Q    Right.

14        A    Or that area of the plant.

15        Q    And so how do you distinguish if

16   something is hot piping versus cold piping?

17   How do you know that?

18        A    Well, if it's chemical running through

19   the pipe, it's got to be hot pipe.  As far as

20   steam running through the pipe, it's hot pipe.

21   And the only thing that would be in cold pipe

22   would be water.

23        Q    Okay.  And so I know you said you

24   worked on some hot piping.  Do you know if you

25   ever worked on any cold piping?

1      A    I did some down at Hooker.  Not too

2   much, anyway.  I changed some screw pipe.

3   That's cold pipe.  But there's no -- there's no

4   insulation or anything on water pipes.

5      Q    All right.  And so you testified that

6   you had to remove some insulation to get to

7   flanges or cut the pipe; is that correct?

8      A    Yes.

9      Q    And about how much insulation would

10   you need to remove to do that?

11      A    Well, if I am just removing the

12   flanges?  I mean, not removing the -- busting

13   the flanges apart?  I just got to take the

14   insulation that's around the flange on both

15   sides, take that out until I can get to the

16   bolts.

17      Q    All right.  For like a measurement, a

18   foot, half a foot or so?

19      A    About a foot.

20      Q    Okay.  And what about when you're

21   cutting out piping?

22      A    Then I have to take the whole

23   insulation out so I can see where to cut it so

24   I can start a new pipe.

25      Q    So with regard to any insulation you

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

385

1    encountered at Hooker, do you have any personal

2    knowledge that the insulation contained

3    asbestos other than what you have told us about

4    seeing fibers?

5        A    Yes.

6        Q    Okay.  What would that knowledge you

7    have that indicates to you that?

8        A    My work experience.  I saw it on every

9    job that I worked on.

10        Q    All right.  Well, I am asking you

11    about Hooker.  And by personal knowledge, I

12    mean, for example, did you see any labels on

13    the insulation?

14        A    There weren't any labels on the

15    insulation on the pipe, no.  It's all mudded

16    and everything else.  So how you going to label

17    that?

18        Q    So would you just be assuming that it

19    contains asbestos?

20            MS. ROUSSEL:

21                Object to the form of the

22                question.  He said it was his

23                knowledge in the industry.

24    EXAMINATION BY MR. HAINKEL:

25        Q    Would it be fair for me to say that,

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

386

1    sir?  You're assuming based on your knowledge

2    in the industry?

3              MS. ROUSSEL:

4                    Object to the form of the

5                    question.  Those are -- That's

6                    compound.

7    EXAMINATION BY MR. HAINKEL:

8         Q    You can answer, sir.

9         A    Ask your question again.  Let me hear

10   it.

11        Q    The question is, are you assuming that

12   the insulation you removed in the Hooker

13   facility contained asbestos just based on your

14   work experience?

15        A    Yes.

16        Q    Did you ever see any specifications

17   for any insulation material you worked with or

18   around at Hooker?

19        A    No.

20        Q    Did you see any specifications with

21   regard to any work you did at Hooker?

22        A    No.

23        Q    All right.  So earlier Miss Roussel

24   asked you where the specifications for your

25   work at Hooker came from and you said they came

```
 1   from Hooker.  Do you remember that?

 2       A    Yes.

 3       Q    If you never saw any of the

 4   specifications, how did you know that?

 5       A    Word of mouth.  They -- The Hooker

 6   people in the units, in the control rooms told

 7   me what to do.

 8       Q    Okay.  Did I hear correctly that while

 9   you were working in the units you were not

10   working around other crafts?

11       A    Yes.

12       Q    Okay.  And you told us Falcon, that's

13   the only contractor you recall at Hooker;

14   right?

15       A    Yes.

16       Q    Is there any other work -- You did the

17   vessel work.  Can you tell me about the vessel

18   work you did?  What did that entail?

19       A    I remember one in particular, a

20   chlorine vessel, we had to strip it down and

21   put patches all over it because it was leaking

22   chlorine all over.  That was a call-out that

23   lasted almost 48 hours.

24       Q    Do you recall encountering any

25   insulation during that job?
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

388

1      A     Yeah.  We had to strip the tank down.
2    We had to take everything out from around the
3    tank.
4      Q     So the tank was insulated?
5      A     Yes.
6      Q     So earlier when you were being asked
7    about your work at Hooker, I believe you said
8    you worked on railcars all day and you would do
9    some work in the units?  Did I hear that
10   correctly?
11     A     Yes.
12     Q     Was that true for every day?
13     A     Not -- No.  I worked just on call-outs
14   in the units.  Like overtime, like on weekends
15   and sometimes at night, but it was pretty
16   often.
17     Q     Do you think there were days where you
18   may have only worked on the railcars?
19     A     Repeat?
20     Q     Do you think there were days where you
21   only worked on railcars?
22     A     Do I think it was dangerous?
23     Q     Days.
24     A     Yes, maybe like one, maybe two or
25   three days.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                     504 219-1993

1      Q      Can you give me a percentage of your

2   time that you think you spent working on

3   railcars as opposed to in the units?

4      A      Not really, no.

5      Q      You never saw any Hooker employees

6   working with insulation; is that correct?

7      A      Hooker employees themselves?

8      Q      Right.

9      A      No.

10      Q      Did you have a union steward at your

11   job at Hooker?

12      A      A what?

13      Q      A union steward.

14      A      Yes.

15      Q      Okay.  What was his purpose, or her?

16      A      Just answering a complaint from the --

17   to workers and then he reported it back to the

18   union hall.

19      Q      Did you ever lodge a complaint with

20   the steward at Hooker?

21      A      No.

22      Q      Did the steward ever give you work

23   instructions?

24      A      No.

25      Q      Did you have a foreman or supervisor

1    with Falcon at Hooker?

2          A      Yes.

3          Q      And what was their purpose?

4          A      Just to keep our time.

5          Q      Did they give you work instructions?

6          A      Yes.  Basically, but we did the same

7    thing just about every day and then we went,

8    and like I said, only when I went out on a

9    call-out I received my instructions from the

10   people in the -- in the control room.  I didn't

11   go there with a foreman from Falcon or nothing

12   like that.

13         Q      I can't understand.  Did you say "car

14   lot"?  Is that what you're saying?

15         A      Say again?

16         Q      When you went where?

17         A      On call-out duty.

18         Q      Oh, okay.

19         A      They would call my house and I would

20   report to work at any time of the day or night.

21   On weekends and in the evenings.

22         Q      Okay.  And so I believe you told us

23   you got instruction from Hooker employees;

24   right?

25         A      Yes, the control room people.  People

1    that worked in the control room.

2         Q    Okay.  Was that every day they were

3    giving you instructions?

4         A    Only when I went on call-out.

5         Q    Okay.  So on your regular shift 9:00

6    to 5:00 weekdays, you got your instruction from

7    Falcon; is that right?

8         A    Right.  Right.

9         Q    Okay.  Do you have a specific

10   recollection of a Hooker employee giving you

11   work instructions while you were working at

12   Hooker?

13        A    No.

14        Q    Okay.  And how did you know those were

15   Hooker employees in the control room?

16        A    I mean, they were operating the plant.

17   They had to be Hooker employees, right?

18        Q    Did they have a uniform on or

19   anything?

20        A    Most of them, they were dressed casual

21   like they were at their house.

22        Q    Did you ever have any other direct

23   contact or communications with Hooker

24   employees?

25        A    Not really.

1      Q     All right.  And you talked about

2     working with a ball peen hammer; is that right?

3      A     Yeah.

4      Q     Is there any other tools you worked

5     with at Hooker?

6      A     I worked with a torch, I worked with a

7     welding machine, I worked with wrenches.

8      Q     With regard to the tools you just

9     listed, did Falcon provide those to you?

10     A     Yes.

11     Q     Hooker never provided any tools to

12    you; is that correct?

13     A     No.  Not that I can remember.

14     Q     All right.  And earlier did I

15    understand correctly that you got gasket

16    material from a shed or a tool room at Hooker I

17    think you said?

18     A     A tool room.  There was a tool room

19    set up.

20     Q     And where was that?

21     A     That was I think on the left as you

22    entered the plant from the main gate.

23     Q     Okay.  And tell me how that worked.

24    Was there someone in there, and you would go in

25    and ask for something or --

```
 1      A     Yes.  There was somebody working in

 2   the tool room.  Just like going in a store and

 3   he's behind the counter and you tell him what

 4   you want and he'll supply you with it.

 5      Q     Okay.  And that would have been a

 6   Hooker employee you think in there?

 7      A     I don't recall if it was Hooker or

 8   Falcon.  I don't remember.

 9      Q     Okay.  And when you needed -- when you

10   would need gaskets, would you get pre-cut or

11   sheet gaskets?

12      A     They would give us like a sheet and

13   then we could cut it out in the field

14   ourselves.

15      Q     Did you ever get pre-cut gaskets?

16      A     No.

17      Q     Do you know the manufacturer of the

18   sheet gaskets?

19      A     Garlock.

20      Q     Do you know who supplied those

21   gaskets?  Like how they got to the tool shed?

22      A     No.

23      Q     I believe you said you drove a truck

24   on the premise to get to the shed; is that

25   right?
```

```
 1      A      Say it again?

 2      Q      I believe earlier you said you might

 3  drive a truck over to the tool shed; is that

 4  correct?

 5      A      Talking about a truck that was in the

 6  plant.  A company truck.

 7      Q      Right.

 8      A      Yes.

 9      Q      Right.

10      A      Depending on how far away I was.  Or a

11  bicycle.

12      Q      Correct.  Was that Falcon's truck or

13  --

14      A      Yes.

15      Q      Sir, from your perspective as an

16  employee, you would expect your employer to

17  tell you if you were engaging in work that was

18  hazardous; is that correct?

19      A      Yes.

20      Q      And from your perspective as an

21  employee, you would have expected your employer

22  to tell you about the hazards of asbestos to

23  the extent that they knew it; is that correct?

24      A      Yes.

25      Q      And if any safety equipment was needed
```

```
 1    for your work at Hooker for Falcon, as an

 2    employee of Falcon you would have expected

 3    Falcon to provide that to you; correct?

 4        A    Yes.

 5        Q    Did your employers -- Well, did Falcon

 6    ever provide you with any safety equipment --

 7        A    No.

 8        Q    -- besides the --

 9        A    No.

10        Q    -- run away respirator?

11        A    No.  Just my run away respirator.

12        Q    And as an employee of Falcon, if you

13    had a safety concern you would bring that

14    concern to Falcon; correct?

15        A    Say again?

16        Q    As an employee of Falcon, to the

17    extent you had a safety concern you would bring

18    that to your employer; right?

19        A    Yes.

20        Q    Did you ever have any safety concerns

21    while you were working at Hooker for Falcon?

22        A    No.

23        Q    All right.  Earlier you were asked

24    about the 1972 OSHA regulations regarding the

25    safe handling of asbestos.  Do you remember
```

```
 1   that?
 2           MS. ROUSSEL:
 3               He said he was not aware of that.
 4           THE WITNESS:
 5               I wasn't aware of it.
 6   EXAMINATION BY MR. HAINKEL:
 7      Q    I just asked if you remembered that.
 8           MS. ROUSSEL:
 9               If he remembers being asked the
10           question?
11           MR. HAINKEL:
12               That's correct.  That's what I
13           asked.
14           THE WITNESS:
15               Oh, yes, I remember that he asked
16           the question.  Yes.
17   EXAMINATION BY MR. HAINKEL:
18      Q    And so prior to this deposition you
19   were never aware of those regulations?  Is that
20   --
21      A    No.
22      Q    Okay.  Did Falcon provide you with a
23   uniform while you were working for them?
24      A    No.
25      Q    Did they ever provide you with a place
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

397

 1    to shower after a shift?

 2        A    No.

 3        Q    Did Falcon ever provide any medical

 4    monitoring like checkups or X-rays?

 5        A    No.

 6        Q    Did Falcon provide any warnings or

 7    instructions regarding the potential hazards of

 8    asbestos while you were working at Hooker?

 9        A    No.

10        Q    Before you went to work at Hooker, did

11    you ever go through an orientation or anything?

12        A    When you back away like that, I can't

13    hear you.

14        Q    Oh, I'm sorry, sir.  I'll get up

15    close.  Before you went to work at Hooker, were

16    you ever given any sort of orientation or

17    anything?

18        A    No.

19        Q    Do you remember the name of any of

20    your supervisors or foremen for Falcon?

21        A    I worked for a Lavelle Shirley on the

22    tank cars.

23        Q    And that was a Falcon foreman or

24    super- --

25        A    He was a Falcon foreman.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

1      Q     Did Falcon ever conduct any safety

2    meetings?

3      A     No.

4      Q     All right.  Besides the products that

5    we have already talked about, do you recall any

6    others that you might have worked around or

7    with at Hooker?

8      A     No.

9      Q     All right.  You never saw any

10   contracts between Falcon and Hooker; is that

11   correct?

12     A     No.  I mean yes.  Sorry.

13     Q     You don't have -- You don't have the

14   maintenance history of the Hooker facility; is

15   that fair to say?

16     A     No.  I mean, no, I don't know it.

17           MR. HAINKEL:

18                All right.  I pass the witness,

19           but I reserve my rights to come back

20           with questions at the end.

21                Thank you, sir.  I appreciate

22           your time.

23           MS. ROUSSEL:

24                And who's next?

25                No more questions?  We're done?

```
 1              MR. VIATOR:

 2                   This is John Viator.  I can go

 3              next.

 4    EXAMINATION BY MR. VIATOR:

 5         Q    Mr. Cortez, can you hear me?

 6         A    Yes, but I can barely see you.

 7         Q    How's that?  Better?

 8         A    Yeah.  There you go.

 9         Q    Do you know if your father was ever an

10    officer or steward in the union?

11         A    Say it again?

12         Q    Do you know if your father was ever an

13    officer or steward in the union?

14         A    No.  I don't know.

15         Q    Do you know if your father ever

16    received any Asbestos Worker magazines?

17         A    No.

18         Q    With regards to the Georgia Gulf

19    facility, do you recall where that facility was

20    located?

21         A    No.

22         Q    Do you know which city that facility

23    is located in?

24         A    Repeat that?  You broke up.

25         Q    Do you know what city the Georgia Gulf
```

 1    facility you worked at on one occasion is

 2    located in?

 3         A    No, not really.

 4         Q    Do you know any plants that are nearby

 5    the Georgia Gulf facility that you worked at?

 6         A    I think there is a -- I think that

 7    would be in Plaquemine.

 8         Q    And what are you basing that off of?

 9         A    It just popped in my head.  When you

10    asked me about other plants, I thought about

11    the Hooker plant over there in Plaquemine.

12         Q    Did you carpool with anybody for the

13    Georgia Gulf job?

14         A    Yes.

15         Q    Who was that?

16         A    I don't remember their name.

17         Q    Did you ever carpool with your wife

18    for the Georgia Gulf job?

19         A    With my who?

20         Q    Your wife.

21         A    No.

22         Q    Do you know if your wife was working

23    at the Dow facility --

24         A    Yes.

25         Q    -- when you were working at the

401

1    Georgia Gulf facility?

2         A    No.  My wife wasn't there when I was

3    working at Georgia Gulf.  No.

4         Q    It's my understanding that you recall

5    a single occasion of working at the Georgia

6    Gulf job which was a shutdown?

7         A    Yes.

8         Q    And that would have lasted about three

9    to four weeks?

10        A    Yes.

11        Q    And how many hours a day were you

12   working on that job?

13        A    Twelve hours a day.

14        Q    And do you recall, were you working as

15   a welder on the Georgia Gulf job?

16        A    I don't remember if I was there as a

17   welder.  I know I was -- I know I was there

18   working on the piping.

19        Q    Okay.  So tell me --

20        A    I don't remember welding there.

21        Q    And as working on piping, you would

22   have been a pipefitter or pipefitter helper?

23        A    I would have been a -- you could say I

24   would be a pipefitter busting flanges loose,

25   yeah, changing -- changing out valves.

1       Q      Were you assigned to work underneath a
2    pipefitter on this job?
3       A      No.
4       Q      Do you recall the size of the crew
5    that you would have been working with from your
6    employer on this job?
7       A      No.
8       Q      And you don't recall the name of your
9    employer for that job; correct?
10      A      Right.
11      Q      Other than what you described as
12   breaking flanges, do you recall the other type
13   of work that you would have performed on the
14   Georgia Gulf job?
15      A      Not -- No.
16      Q      Would you have performed any
17   pipefitting and tacking?
18      A      Mostly -- Mostly what I was doing out
19   there was changing out old gaskets, putting new
20   gaskets in and changing out valves.
21      Q      Was part of your job to put in new
22   piping on the Georgia Gulf turnaround?
23      A      No.
24      Q      Can you recall any other tasks that
25   you performed other than what you described as

403

 1   changing out valves and breaking flanges and

 2   replacing gaskets?

 3        A    No.

 4        Q    Now, I know it's difficult to go back

 5   in time and remember exactly when certain

 6   events occurred, but since your daughter Kallie

 7   was born September 26, 1984, --

 8        A    Right.

 9        Q    -- my question is, do you know whether

10   the Georgia Gulf job would have been before or

11   after Kallie was born?

12        A    I don't really remember.

13        Q    So as you sit here today you can't say

14   it was performed -- as you sit here today

15   you're not able to testify that the Georgia

16   Gulf job occurred after September of 1984;

17   correct?

18        A    Yes.

19        Q    Do you recall the unit that you worked

20   in?

21        A    The unit?

22        Q    Yes, sir.

23        A    No.

24        Q    Was it a single unit like the other

25   shutdown jobs you described?

1     A     Yes.

2     Q     And do you know whether the unit was

3  closer to River Road versus Highway 1?

4     A     No.  I don't -- I don't remember.

5     Q     Do you recall what was being made in

6  that unit?

7     A     No.

8     Q     Do you recall the temperatures of the

9  piping that was running through that unit?

10    A     No.

11    Q     And do you know whether there was any

12 acid material that was running through the

13 piping?

14    A     I don't know for sure, no.

15    Q     And am I correct that you personally

16 never saw any of the written specifications for

17 the gaskets, the insulation, or the valves on

18 that job?  Correct?

19    A     Right.  Right.

20    Q     Do you know the names of any of the

21 valves that you would have changed out?

22    A     No.

23    Q     As it relates to the gasket work that

24 you did, I am going to ask you some similar

25 questions specific to Georgia Gulf.  The

405

1    gaskets you were replacing, am I correct that

2    you can't tell who manufactured those gaskets

3    and when those gaskets were installed?

4    Correct?

5              MS. ROUSSEL:

6                   He specifically identified who

7              manufactured the gaskets and even the

8              style numbers.

9              MR. VIATOR:

10                  I am going to object to the

11             speaking objection.

12             MS. ROUSSEL:

13                  Well, I am going to object to you

14             misrepresenting his prior testimony.

15   EXAMINATION BY MR. VIATOR:

16        Q    Mr. Cortez, with regards to the

17   Georgia Gulf job for a month in 1980s, are you

18   able to identify the manufacturer of the

19   gaskets that you would have removed after you

20   would have broke flanges?

21        A    It looked like Garlock material.

22        Q    I understand, but you did not read the

23   word "Garlock" on the gaskets you were

24   removing; correct?

25        A    Some of them we did.

1      Q    Okay.  But you can't sit here today

2   and say that you read the word "Garlock 900" or

3   "Garlock 7705" on the gaskets that you were

4   removing?

5           MS. ROUSSEL:

6                He just said that he could see

7           parts of it.

8           THE WITNESS:

9                I could see some of it.

10  EXAMINATION BY MR. VIATOR:

11     Q    You could see of what, the name or the

12  number?

13     A    The name and sometimes the number.

14     Q    Okay.  So you agree with me that not

15  all the gaskets you removed you could see the

16  name "Garlock" on; correct?

17     A    Yeah.

18     Q    Do you recall the color of any of the

19  gaskets you removed?

20     A    It was dark.  It was a dark color.

21     Q    Okay.  With regards to the removal of

22  gaskets, do you know whether you removed any

23  rubber gaskets while you were on the Georgia

24  Gulf job?

25     A    No.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

1      Q    With regards to the removal of a

2    gasket, you described the process.  How long

3    would it take to remove a gasket?

4      A    I don't know, anywheres from --

5    anywheres from a half hour to 45 minutes.

6    Sometimes an hour.

7      Q    To break it down -- I'm sorry.  I'm

8    sorry.

9      A    Sometimes it would be an hour

10   depending on how hard it was to scrape off.

11     Q    With regards to the job of breaking

12   the flanges, removing the gasket, the flanges

13   and the valve and reinstalling and putting it

14   all back together, are you able to provide a

15   time frame for that entire job as it relates to

16   the Georgia Gulf facility?

17     A    No, not -- No, I don't remember

18   exactly how long that took.  Sometimes we

19   worked on that, on one valve all day long.

20     Q    Okay.  Did it depend on the size of

21   the valve?

22     A    Right.

23     Q    Are you able to identify any

24   particular sizes of flanges and valves that you

25   worked on at the Georgia Gulf facility?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                        504 219-1993

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

408

1      A      No.

2      Q      Now, if you are to remove the

3   insulation prior to breaking a flange, how much

4   insulation would you have to remove?

5      A      About a foot past the flange on both

6   sides and I --

7      Q      And how long --

8      MS. ROUSSEL:

9              Wait.  He's still answering the

10             question.

11   EXAMINATION BY MR. VIATOR:

12     Q      Would it take less than ten minutes?

13     MS. ROUSSEL:

14             Object.  He's still in the middle

15             of his answer when you jumped in.

16     MR. VIATOR:

17             My apologies.  It's the delay

18             with the ZOOM.

19   EXAMINATION BY MR. VIATOR:

20     Q      Proceed, Mr. Cortez.

21     A      And if we had insulation on the valve

22   itself, we had to take it off of there, too.

23   So, I mean, that would take about a foot on

24   each side of the flange to get to the bolts and

25   also the valve itself.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

409

1     Q     And the purpose of removing the

2   insulation from the flange or the valve is to

3   access the bolts; correct.

4     A     Yes.

5     Q     So you don't volunteer to remove

6   insulation from the entire valve to be able to

7   remove it; correct?

8     A     Right.  Enough to -- to safely take

9   all the bolts off.

10    Q     Are you able -- Are you able to give

11  an estimate for the time frame it takes to

12  remove the insulation that you needed on a

13  typical job to break the flanges and remove the

14  valves?

15    A     No.

16    Q     Less than 30 minutes?  And I am just

17  talking about the insulation removal portion.

18    A     Oh, yeah, it would take me about 30

19  minutes to take the insulation off.  We didn't

20  have to save it.  All we had to do was tear it

21  up.

22    Q     Do you recall Garlock gaskets by the

23  number of 4100?

24    A     Say again?

25    Q     4100.

410

```
 1     A     No.

 2     Q     Do you recall Garlock gaskets number

 3    4102?

 4     A     No.

 5     Q     Do you recall Garlock gaskets 4120?

 6     A     No.

 7     Q     Do you recall Garlock gaskets 4123?

 8     A     No.

 9     Q     With regards to the new gaskets, where

10   would you obtain the new gasket material on the

11   Georgia Gulf job?

12     A     They also had like a little tool shed

13   or a tool room where we would get our material.

14     Q     As you sit here today can you testify

15   that the tool room was being run by Georgia

16   Gulf versus your employer?

17     A     Yes.

18     Q     And who was it being run by?

19     A     I don't know exactly.  I don't

20   remember who it was run by.

21           (Discussion held off the record.)

22   EXAMINATION BY MR. VIATOR:

23     Q     With regards to the tool room, you

24   have no knowledge as to who supplied the tool

25   room with the gasket material; correct?
```

```
 1      A     No.  Right.  Correct.

 2      Q     As it relates to new gaskets you

 3   installed at Georgia Gulf, is it your testimony

 4   that all of those gaskets would have been sheet

 5   material?

 6      A     Right.

 7      Q     And are you able to say -- You

 8   testified to installing Garlock 900 gaskets and

 9   Garlock 7705 gaskets in your prior testimony.

10      A     Yes.

11      Q     Are you able to say what percentage of

12   the gaskets you installed at Georgia Gulf would

13   have been either 900 or 7705?

14      A     You talking about the amount when you

15   say "percentage"?

16      Q     I'm saying of all the gaskets you

17   would have installed, were 100 percent 900 or

18   775?

19      A     I don't really remember.

20      Q     Can you say that more than 50 percent

21   of the gaskets you installed at Georgia Gulf

22   would have been either 900 or 775?

23      A     Yes.

24      Q     Okay.  And I said 775, I meant 7705.

25      A     Yeah.
```

1     Q     With regards to the percentage of

2     gaskets that would have been 900 versus 7705,

3     are you able to give an estimate of that?

4     A     No.

5     Q     Are you able to identify for the one

6     month job how many --

7     A     I lost audio.

8           COURT REPORTER:

9                John, we don't hear you.

10          THE WITNESS:

11               I thought it was my phone.

12          COURT REPORTER:

13               We lost half of your question.

14          Repeat it.

15          MS. ROUSSEL:

16               John, you're going to have to

17          repeat your question.

18          MR. VIATOR:

19               Yes.

20    EXAMINATION BY MR. VIATOR:

21    Q     Can you hear me, Mr. Cortez?

22    A     It's not coming through.  I don't hear

23    you.

24    Q     I am talking to you.  Let me try and

25    call again.

1          MS. PARKINSON:

2               John, just turn the volume up.

3          Because we can hear you a little bit.

4          It's just not loud.

5          MS. ROUSSEL:

6               Or get closer to where your

7          microphone is.

8          THE WITNESS:

9               I can't hear him at all.

10         MS. ROUSSEL:

11              John, call in on the number --

12         MR. VIATOR:

13              That's what I am trying to do.

14         MS. ROUSSEL:

15              -- that Roger Johns gave you.

16         MS. PARKINSON:

17              Let's go off the record while he

18         gets --

19         VIDEO OPERATOR:

20              Off the record.

21              (Discussion held off the record.)

22    EXAMINATION BY MR. VIATOR:

23     Q    Can you hear me now, Mr. Cortez?

24     A    Yes.

25         MS. ROUSSEL:

```
 1              Yes.
 2    EXAMINATION BY MR. VIATOR:
 3        Q    For some reason my phone on my speaker
 4    went out.  The microphone --
 5              VIDEO OPERATOR:
 6                   We're back on the record.
 7              MR. VIATOR:
 8                   Apologies for that technical
 9              difficulty.  We're back on the record?
10              MS. ROUSSEL:
11                   Yes.  And we can hear you.
12              MR. VIATOR:
13                   Great.
14    EXAMINATION BY MR. VIATOR:
15        Q    So with regards to -- Let me -- With
16    regards to the number of gaskets that you would
17    have installed at the Georgia Gulf facility,
18    are you able to give us an estimate of the
19    number of those gaskets that would have been
20    Garlock 900 or Garlock 7705?
21        A    No.  I would say no, I can't give you
22    a percentage, a number of how many I did.  I
23    just did a bunch of them.
24        Q    Okay.  Can you sit here and based on
25    your memory testify that you installed more
```

1    than 50 new Garlock 900 or 7705 gaskets at the

2    Georgia Gulf facility during that three to four

3    week period?

4         A    Yes.

5         Q    With regards to the Garlock gasket

6    that you would have installed, was there one

7    gasket that was more common than the other

8    versus -- the 900 versus the 7705?

9         A    I don't really remember.

10        Q    Do you know if one gasket is used in a

11   particular service?

12        A    I really don't remember.

13        Q    With regards to the work that you

14   would have done at the Georgia Gulf facility,

15   am I correct that all of that work would have

16   been in outdoor air and not inside a building?

17        A    No, it wasn't inside a building.  It

18   was inside of a unit.

19        Q    I understand.  But that unit, you're

20   open to the air; correct?

21        A    Yes, I guess it's open to the air.

22   But you're still there.

23        Q    There's no -- There's no ceiling --

24        MS. ROUSSEL:

25             He's still answering, John.  He's

1           still answering the question.

2       EXAMINATION BY MR. VIATOR:

3           Q    Go ahead.

4           A    There's no ceiling like inside of a

5       building, but there's pipe racks and everything

6       else on top of you.  It would be almost closed

7       up.

8           Q    With regards to the unit, there's no

9       walls for that unit; correct?

10          A    Right.

11          Q    And no ceiling?

12          A    Yes.

13          Q    As relates to the insulation material

14      that you would have had to remove when breaking

15      a flange and replacing a valve, do you yourself

16      know who manufactured that insulation?

17          A    All I know is Eagle and McCarty and

18      Taylor-Seidenbach was out there, so, I mean,

19      the boxes were out there, labels.  Those were

20      the different insulations.

21          Q    And I will move to strike the

22      non-responsive portion.

23               I understand your testimony, Mr.

24      Cortez.  What I am asking you is, the old

25      insulation that you personally say you would

1   have had to remove, you didn't see the boxes

2   that that insulation came in because you

3   weren't there; correct?

4       A    Exactly.  Exactly.

5       Q    And so you personally don't know who

6   installed that insulation; correct?

7       A    Right.

8       Q    And you don't know who manufactured

9   that insulation; correct?

10      A    Correct.

11      Q    Am I correct that during the time you

12  worked for Georgia Gulf you were never

13  considered an insulator by craft or trade?

14      A    Right.

15      Q    You did not fabricate insulation?

16      A    No.

17      Q    You weren't sawing insulation?

18      A    No.

19      Q    You weren't creating elbows or T's?

20      A    Say again?

21      Q    Correct?  You weren't creating elbows

22  of insulation?

23      A    No.

24      Q    You weren't mixing insulating cement?

25      A    No.

1      Q     Am I correct that since it was a union

2      job, --

3      A     Yes.

4      Q     -- there was a specific delineation of

5      who performed insulation work versus who would

6      have performed the type of work that you

7      performed; correct?

8      A     Correct.

9      Q     You talked generally about Eagle,

10     McCarty, and Taylor-Seidenbach, and I am asking

11     you on this particular job in the 1980s for

12     Georgia Gulf, can you recall the names of any

13     contractors that you saw on the job?

14     A     No.

15     Q     And as you sit here today, can you

16     identify -- Scratch that.

17            I should say can you testify that you

18     worked within 20 feet of insulators on this

19     particular Georgia Gulf job in the 1980s?

20     A     Yes.

21     Q     And what do you recall them doing?

22     A     Well, they were reinsulating the pipe

23     that we -- and the valves that we were -- that

24     we changed out.

25     Q     Can you recall insulators doing

419

```
 1    anything other than that --

 2         A    No.

 3         Q    -- on this Georgia Gulf job?

 4         A    No.

 5         Q    And you weren't sitting around

 6    watching them reinsulate the flanges or valves

 7    that you would have replaced; correct?  You

 8    moved on to the next one?

 9         A    Exactly.  I moved on to the next one.

10         Q    With regards to the work at Georgia

11    Gulf, you were always directly employed by the

12    union contractor and not Georgia Gulf; correct?

13         A    Correct.

14         Q    You have never seen the contract

15    between your employer and Georgia Gulf as it

16    relates to who has the right to direct the

17    means or method of your work; correct?

18         A    Right.

19         Q    You worked directly under your union

20    foreman; correct?

21         A    Yes.

22         Q    And you personally received your jobs,

23    your job assignments directly from your union

24    employee -- employer?

25         A    Yes.
```

1      Q     You received your wire brush and ball

2   peen hammer from your union employer?

3      A     Yes.

4      Q     You would have received the

5   instructions on how to break the flange and

6   replace the valve and gaskets directly from

7   your union employer; correct?

8      A     Yes.

9      Q     Did you have any responsibility with

10   regards to filling out safe work permits on

11   this job?

12      A     All I had to do was sign them.

13      Q     With regards to the work on the

14   Georgia Gulf job, did you ever personally

15   witness any Georgia Gulf employee controlling

16   physically the flanges, the valves, or gaskets

17   that you worked with?

18      A     No.

19      Q     You mentioned working on equipment at

20   other facilities.  Am I correct that you didn't

21   work on any equipment other than what we have

22   just talked about with the flanges, valves, and

23   gaskets at the Georgia Gulf job for that one

24   month in the '80s?

25      A     Yes.

1        Q    As you sit here today do you have any

2    other knowledge regarding any other potential

3    exposures to material that may have contained

4    asbestos at the Georgia Gulf facility?

5        A    No.

6             MR. VIATOR:

7                 Thank you, Mr. Cortez.  That's

8             all the questions I have for now.

9             THE WITNESS:

10                Thank you.

11            MS. ROUSSEL:

12                Okay.  Who's next?

13            MR. HACKENBERG:

14                I'll go.

15   EXAMINATION BY MR. HACKENBERG:

16       Q    Can you hear me, Mr. Cortez?

17            MS. ROUSSEL:

18                Who is this?

19            MR. HACKENBERG:

20                This is Scott Hackenberg for

21            LIGA.

22            THE WITNESS:

23                There he is.

24   EXAMINATION BY MR. HACKENBERG:

25       Q    Can you hear me?

1      A     Yes.

2      Q     Okay.  I just have very few questions.

3  I want to go back to your father's employment

4  just briefly.  You talked about Union Carbide

5  and Monsanto.  I wanted to ask you about Nine

6  Mile power plant which you also mentioned.

7      A     Uh-huh (affirmatively).

8      Q     Do you know when your father would

9  have worked at Nine Mile?  Was that before or

10  after Union Carbide?

11      A     I really don't know.

12      Q     Okay.  And who was his employer when

13  he was working at Nine Mile?

14      A     Gabler.

15      Q     Gabler.  Okay.  And do you know how

16  long he worked at Nine Mile?

17      A     No, I don't know.

18      Q     All right.  Do you know what he was

19  doing at Nine Mile for Gabler?

20      A     I think he was insulating.

21      Q     Okay.  Do you have any personal

22  knowledge he was using asbestos insulation?

23      A     No.  No personal knowledge.

24      Q     Okay.  Now, how do you know he was

25  working for Gabler at that time?

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

423

1       A       Because he had a hat.  He would bring
2   his hardhat home.
3       Q       Okay.  So was there writing on the
4   hat?
5       A       Yes.
6       Q       What did it say?
7       A       "Gabler" in the front.  "Gabler
8   Insulation".
9       Q       Okay.  Was there a logo of any kind,
10  or was it just lettering?
11      A       Just lettering.
12      Q       Okay.  And do you recall the first
13  time he worked as an insulator, what year he
14  started working as an insulator?
15      A       I would say around '6- -- '65, '66,
16  somewheres around there.
17      Q       '65 or '66?
18      A       I don't know exactly.  I am just
19  guessing.
20      Q       Okay.  No, that's fine.  And do you
21  recall the last year that he worked as an
22  insulator?
23      A       No.
24      Q       All right.  Would he have been working
25  as an insulator after you moved out of the

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

424

1    house?

2        A    Say that again?

3        Q    Would he have been still working as an

4    insulator after you moved out of the house?

5        A    Yes.

6            MS. ROUSSEL:

7                And, Scott, you're going to have

8            to get closer to your microphone.

9            MR. HACKENBERG:

10                I'm sorry.

11           THE WITNESS:

12                I can hear him.

13           MR. HACKENBERG:

14                That's all my questions.   Thank

15           you.

16           MS. ROUSSEL:

17                Okay.   Who's next?

18           MS. DELK:

19                I can go.   I just have to start

20           my video.

21           MS. ROUSSEL:

22                And who is this?

23           MS. DELK:

24                This is Kimberly.   Here we go.

25           THE WITNESS:

425

```
 1                    There you go.

 2      EXAMINATION BY MS. DELK:

 3           Q     Hey, sir.

 4           A     Hello.

 5           MS. ROUSSEL:

 6                    I'm sorry, who is this?

 7           MS. BOWLIN:

 8                    Kimberly.

 9           MS. DELK:

10                    Kimberly Delk for Vulcan.

11           VIDEO OPERATOR:

12                    Can we go off to change tapes?

13           MS. ROUSSEL:

14                    Wait.  Wait.  Ken is telling

15           us -- Ken is telling us he needs to

16           change his tape again.  So, Kimberly,

17           before you get started, let's take a

18           short break.

19           VIDEO OPERATOR:

20                    Off the record.

21           (Whereupon a discussion was held off

22      the record.

23      EXAMINATION BY MS. DELK:

24           Q   Mr. Cortez, it looks like I'm going to

25      be the last one today.  Can you hear me okay?
```

1     A    Yes.

2     Q    Okay.

3          (Whereupon a discussion was held off

4     the record.)

5          VIDEO OPERATOR:

6               This is the beginning of disk 5.

7          We're back on the record.  Please

8          begin.

9          MS. DELK:

10              Did you say I could go?

11         MS. ROUSSEL:

12              Yes.  He said begin.

13         MS. DELK:

14              I couldn't -- I couldn't hear

15         that.  I'm sorry.

16    EXAMINATION BY MS. DELK:

17    Q    Mr. Cortez, my name is Kimberly Delk.

18    I represent Vulcan.  I am just going to ask you

19    some similar questions to what you have already

20    answered with some other attorneys about other

21    sites that you worked or other plants that you

22    worked at.

23    A    Yes.

24    Q    I am going to try to be quick because

25    I know everybody is ready to go home.  You

1    testified earlier that you worked one time on a

2    shutdown at Vulcan in the 1980s.

3         A    Yes.

4         Q    That's the job I am going to talk

5    about.

6         A    Okay.

7         Q    You said that you weren't sure where

8    the Vulcan facility was, it was near Wyandotte.

9    Would that be in Geismar?

10        A    Yes, it's in Geismar.

11        Q    Yes.  And you mentioned it was in the

12   '80s.  Do you have any specific recollection of

13   the year that you worked at Vulcan?

14        A    No.

15        Q    Any recollection of the season,

16   whether it was hot or cold or near Christmas or

17   anything like that?

18        A    No.

19        Q    Okay.  And this was a shutdown of a

20   specific unit?

21        A    Yes.

22        Q    Do you remember the name of the unit?

23        A    No.

24        Q    Do you remember what the unit was

25   making?

```
 1    A    No.

 2    Q    And you worked in just this one unit?

 3    A    Yes.

 4    Q    And when you come into the Vulcan

 5 facility, do you remember where in the Vulcan

 6 plant the unit that was shut down was located?

 7    A    No.

 8    Q    Okay.  And do you remember -- Do you

 9 remember how you got the job at Vulcan?

10    A    I was referred to the job by Local

11 102.

12    Q    Okay.  But you didn't know anybody

13 working at Vulcan --

14    A    No.

15    Q    -- that helped --

16    A    No.

17    Q    Okay.  Did you know any employees of

18 Vulcan?

19    A    No.

20    Q    Okay.  And when you worked on this

21 shutdown, do you remember if you worked as a

22 welder or as a pipefitter?

23    A    Pipefitter, changing out gaskets and

24 valves.

25    Q    Okay.  And you don't recall your
```

 1    specific employer through the union --

 2        A    No.

 3        Q    -- while you were at Vulcan?  I'm

 4    sorry.

 5        A    No.

 6        Q    Do you remember the general

 7    maintenance contractor out at Vulcan by any

 8    chance?

 9        A    No.

10        Q    Do you remember who your supervisor

11    was through the union at Vulcan?

12        A    No.

13        Q    Or any guys that you worked with out

14    there?

15        A    No.

16        Q    Okay.  There was a union steward at

17    Vulcan, I assume?

18        A    Yes.  I don't know his name, though.

19        Q    Okay.  But through the Local 102?

20        A    Correct.

21        Q    Right.  And that's who you took your

22    instructions from?

23        A    Yes.  Basically.

24        Q    Or your supervisor through your

25    employer?

```
1     A     Yes.

2     Q     And you supplied your own tools?

3     A     Yes.

4     Q     Okay.  You talked about changing out

5   the gaskets and valves.  Do you recall any of

6   the brands of the valves that you changed out

7   at Vulcan?

8     A     No.

9     Q     Okay.  And you mentioned the Garlock

10  gaskets at Vulcan.

11    A     Yes.

12    Q     Do you know who supplied those gaskets

13  to Vulcan?

14    A     No.

15    Q     Okay.  Do you know -- When you were at

16  Vulcan, where did you get the new gaskets that

17  you were installing?

18    A     They had an area set up like a tool

19  room.

20    Q     A tool room?

21    A     A material handling room.  We'd go get

22  it there.

23    Q     Was it like a shed on the Vulcan --

24    A     Yes.

25    Q     At the Vulcan plant?  Yes.
```

1          The gaskets that you removed at Vulcan

2     during this shutdown, do you know when they

3     were installed originally?

4          A     No.

5          Q     And you never saw any of the Vulcan

6     specifications?

7          A     No.

8          Q     Did you ever attend any safety

9     meetings at Vulcan, either with Vulcan or

10    through the union?

11         A     No.

12         Q     Do you remember carpooling with anyone

13    to Vulcan?

14         A     Yes, but I don't remember their names

15    or --

16         Q     Okay.

17         A     -- where they were from.

18         Q     I was trying to see if you could

19    remember a co-worker.

20         A     No.

21         Q     And do you remember any other union

22    workers working out there other than Local 102?

23         A     No.

24         Q     Okay.  Sir, I think that might be all

25    I have.  You just worked that one time at

1    Vulcan?

2         A     Yes, ma'am.

3         MS. DELK:

4              Okay.  Then that's all I have.

5         Thank you, sir.

6         THE WITNESS:

7              Thank you.

8         MS. ROUSSEL:

9              Okay.  Before we break for the

10        day, let's go off the record for a

11        minute and before we break for the day

12        let me just get a --

13        VIDEO OPERATOR:

14              Off the record.

15        (Whereupon a discussion was held off

16   the record.)

17              (END OF DAY'S PROCEEDINGS)

18                   *      *      *

19

20

21

22

23

24

25

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                August 11, 2020

433

1    (RESUMPTION OF DEPOSITION OF CALLEN CORTEZ ON

2    AUGUST 12, 2020 AS FOLLOWS:)

3         MR. BELL:

4              I would like to reserve all

5         rights and objections on behalf of the

6         alleged insurer of B&B Engineering of

7         Louisiana and I join in the objections

8         stated by -- raised on yesterday and

9         all other objections and reservations.

10        MS. ROUSSEL:

11             Okay.  Who's going -- Before we

12        go on video, who's going to go first

13        today?

14        MS. ADAMS:

15             I'm happy to start.  This is

16        Jennifer.

17        MS. ROUSSEL:

18             Okay.  Jennifer Adams.  Okay.

19        Well, let's wait.

20             Ken, are you ready?

21        MS. ADAMS:

22             I'm ready.  Can you all -- I just

23        want to test to make sure you all can

24        hear me okay.

25        THE WITNESS:

```
 1            Yes.
 2       MS. ADAMS:
 3            Yes?
 4       MS. ROUSSEL:
 5            Yes, we can hear you crystal
 6       clear.  And Mr. Cortez does know if he
 7       doesn't hear --
 8       MS. ADAMS:
 9            Okay.
10       MS. ROUSSEL:
11            -- or understand something to
12       reask it.
13       MS. ADAMS:
14            You're breaking up on me,
15       Gerolyn.
16            Gerolyn, if you said something I
17       can't hear you.
18       MS. ROUSSEL:
19            I said yes, we can hear you
20       crystal clear and Mr. Cortez knows
21       that if he doesn't hear something or
22       doesn't understand something --
23       MS. ADAMS:
24            All right.
25       MS. ROUSSEL:
```

```
 1              Okay.
 2         MS. ADAMS:
 3              I'm ready to go.
 4         MR. GRACE:
 5              You can go.
 6    EXAMINATION BY MS. ADAMS:
 7         Q    Mr. Cortez, can you hear me okay?
 8         VIDEO OPERATOR:
 9              One moment.
10         THE WITNESS:
11              Good morning.  Yes, I can.
12         VIDEO OPERATOR:
13              We're going on the video.
14              We're back on the record on
15         August 12, 2020.
16    EXAMINATION BY MS. ADAMS:
17         Q    My name is Jennifer Adams and I have a
18    few questions for you.
19         VIDEO OPERATOR:
20              We're beginning on disk 6.
21         Please continue.
22         THE WITNESS:
23              We all right?  Okay.  Ready.
24    EXAMINATION BY MS. ADAMS:
25         Q    Go ahead?  Okay.
```

```
 1      A    Yes.

 2      Q    You've never worked inside a boiler at

 3  any of your job sites; correct?

 4      A    I didn't catch your question because

 5  you broke up.

 6      Q    You've never worked inside of a boiler

 7  at any of your job sites; correct?

 8      A    Inside of a boiler?

 9      Q    Yes, sir.

10      A    I worked at Triad on a boiler.

11      Q    But you testified yesterday you did

12  not work inside of that boiler; correct?

13           MS. ROUSSEL:

14                Objection.  And mischaracterizes

15           his testimony.  Why don't you ask him

16           what he did with the boiler.

17  EXAMINATION BY MS. ADAMS:

18      Q    Mr. Cortez, you did not work inside of

19  a boiler at Triad, did you, inside of the

20  boiler?

21      A    No, I wasn't inside the boiler.

22      Q    Okay.  So you've never worked inside

23  of a boiler at any of your job sites; correct?

24      A    No.

25      Q    Okay.  Yes, that's correct?
```

1      A    Yes.

2      Q    Okay.  You never worked around a

3   boiler at Georgia Gulf, did you?

4      A    I really don't -- No.  I didn't work

5   around a boiler at Georgia Gulf.  I just worked

6   on -- on piping at Georgia Gulf.

7      Q    Okay.  All right.

8           MR. GRACE:

9                Jennifer, hang on one second.

10               Darryl, Darryl, can you mute your

11           line?  Because your air conditioning

12           is cutting in and we're missing the

13           answer.

14           MS. ROUSSEL:

15               Off the record for a minute.

16           VIDEO OPERATOR:

17               We're off the record.

18           (Whereupon a discussion was held off

19   the record.)

20           VIDEO OPERATOR:

21               We're back on the record.

22           MS. ADAMS:

23               On the record?

24           VIDEO OPERATOR:

25               Yes, we're on the record.

438

```
1              MR. FOSTER:

2                   Are we okay now?

3              MS. ADAMS:

4                   No, put your phone on -- now put

5              yours on mute, Darryl, please.

6    EXAMINATION BY MS. ADAMS:

7         Q    Okay.  Mr. Cortez, pardon the

8    interruption.  You did not -- Mr. Cortez, --

9         A    You're breaking up.  I didn't hear

10   nothing.

11             MR. GRACE:

12                  Jennifer, hang on.

13             MS. ROUSSEL:

14                  Let's go off the record.

15             VIDEO OPERATOR:

16                  Off the record.

17             (Whereupon a discussion was held off

18   the record.)

19             VIDEO OPERATOR:

20                  We're back on the record.

21             MS. ROUSSEL:

22                  Okay, Jennifer.

23             COURT REPORTER:

24                  She's frozen.

25             VIDEO OPERATOR:
```

```
 1                    We're off the record.

 2     (Whereupon a discussion was held off the

 3     record.)

 4              MS. ADAMS:

 5                    Can you hear me, Mr. Cortez?

 6              VIDEO OPERATOR:

 7                    We're back on the record.

 8              MS. ADAMS:

 9                    Okay.

10     EXAMINATION BY MS. ADAMS:

11        Q    All right.  Mr. Cortez, you never

12     worked around a boiler at C. F. Industries, did

13     you?

14        A    Repeat the question.

15              MS. ROUSSEL:

16                    Triad?  He said he worked around

17                    a boiler at -- or boilers at Triad.

18              THE WITNESS:

19                    I worked around a boiler at

20                    Triad.

21              MS. ADAMS:

22                    Let's go off the record.

23              VIDEO OPERATOR:

24                    Off the record.

25                    (Whereupon a discussion was held off
```

440

```
 1   the record.)

 2              VIDEO OPERATOR:

 3                   We're back on the record.

 4              MS. ADAMS:

 5                   Can we go back on the record?

 6              VIDEO OPERATOR:

 7                   Yes.

 8   EXAMINATION BY MS. ADAMS:

 9       Q    All right.  Mr. Cortez, Jennifer Adams

10   again.

11       A    Uh-huh (affirmatively).

12       Q    You did not work around any boilers at

13   C. F. Industries; correct?

14       A    C. F. Industries?

15       Q    Okay.  And you never worked around any

16   boilers at Little Gypsy; correct?

17              MS. ROUSSEL:

18                   He's saying he --

19              THE WITNESS:

20                   Correct.  I didn't work there.

21   EXAMINATION BY MS. ADAMS:

22       Q    Okay.  And you never worked around any

23   boilers at Michoud; correct?

24       A    Correct.

25       Q    And you have never worked around any
```

```
 1   boilers at Nine Mile Point; correct?
 2       A    Correct.
 3       Q    And you never worked around boilers at
 4   Waterford 1 and 2; correct?
 5       A    Correct.
 6       Q    You have no knowledge that your father
 7   ever worked on or around a boiler at Nine Mile
 8   Point; correct?
 9       A    Correct.
10       Q    Is that correct?
11       A    Yes.
12       Q    All right.  And you have no knowledge
13   of any of your father's co-workers at Nine Mile
14   Point; correct?
15       A    Correct.
16       Q    Was the response --
17       A    I said yes.
18       Q    -- "no"?   I'm sorry, I can't hear
19   you, Mr. Cortez.
20       A    I said I have no knowledge of my
21   father's co-workers at Nine Mile Point.
22       Q    Thank you so much.  I appreciate it.
23   I heard that.
24            According to your father's Social
25   Security printout, he worked for Gabler in
```

1    1967, and that's the only entry for Gabler.

2    You don't have any information to dispute that,

3    that that was the only time he worked for

4    Gabler; correct?

5        A    Correct.

6        Q    Okay.  And when you worked at Shell in

7    Norco, you only worked on the refinery side;

8    correct?

9        A    Yes.

10        Q    Okay.  And you never removed

11    insulation from the Riley boiler itself at

12    Triad; correct?

13        A    Correct.

14        Q    And you never installed insulation on

15    the Riley boiler at Triad; correct?

16        A    Correct.

17        Q    And there was only one Riley boiler at

18    Triad; correct?

19        A    I really don't remember.  I know the

20    one that I worked on.

21        Q    The one you worked around, you mean?

22        A    Yeah, around.

23        MS. ROUSSEL:

24            No, he said on, Jennifer.

25        THE WITNESS:

```
 1                    I worked on it actually.  I -- I
 2           did some --
 3    EXAMINATION BY MS. ADAMS:
 4       Q   You worked on --
 5           MS. ROUSSEL:
 6                    He's answering the question.  Let
 7           him finish.
 8           MS. ADAMS:
 9                    Sorry.
10           THE WITNESS:
11                    I did some --
12           MS. ADAMS:
13                    He stopped talking.  Sorry.
14           THE WITNESS:
15                    I did some flange removals and I
16           blinded some of the lines going in.
17           And I changed valves on the boiler.  I
18           don't recall entering the boiler.
19    EXAMINATION BY MS. ADAMS:
20       Q   So your work related to the Riley
21    boiler was on the lines leading up to the
22    boiler, not the boiler itself; correct?
23       A   It was actually on the boiler, too.
24       Q   Where on the boiler?
25       A   On the -- I don't know if there's an
```

```
 1   entry side or exit side, but wherever it came

 2   into the boiler, that's where we would -- we

 3   would -- we would bust the flanges loose and

 4   blind them so people could work on the boilers.

 5        Q    The flange on the line leading into

 6   the boilers; correct?

 7        A    Yes.

 8        MS. ROUSSEL:

 9             Objection.  He said the flanges

10             on the boiler as well as the flanges

11             on the lines to the boiler.

12        MS. ADAMS:

13             You're testifying, Counsel.

14        MS. ROUSSEL:

15             No.  You can't take his testimony

16             and turn it around.  He actually said

17             what he said.

18        MS. ADAMS:

19             It's called cross examination,

20             Gerolyn.  I'm trying to cross examine

21             him.  I'd prefer you not to testify.

22             Thank you so much.

23        MS. ROUSSEL:

24             Well, I would prefer you not to

25             take his answer and turn it around and
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

445

```
 1            ask him if that's correct.  Let him
 2            testify to what his answer is.
 3       MS. ADAMS:
 4            Let me ask my questions.  I'm
 5            going to ask my questions the way I'm
 6            going to ask my questions, Gerolyn.
 7            Let me move forward, please.  I'm
 8            almost finished.
 9       EXAMINATION BY MS. ADAMS:
10       Q    Mr. Cortez, --
11       A    Uh-huh (affirmatively).  Yes.
12       Q    -- my understanding, my understanding
13  of your work related to the Riley boiler at
14  Triad was that you worked on the flanges
15  leading up to the boiler, not on the boiler
16  itself; is that correct?
17       A    No.
18       Q    Okay.  Please -- Please clarify.
19       A    We had to blind the lines entering the
20  boiler, where the lines entered the boiler.  We
21  had to --
22       Q    Okay.  What does that mean, to blind
23  the lines?
24       A    We had to break the flanges loose and
25  put a blank; looked like a big pancake.  Well,
```

1   that's what -- Actually, that's what they used

2   to call it, a pancake flange.  We put that

3   between the two flanges or the flange and the

4   boiler or a valve, whatever, and then we'd

5   double gasket that.  Then we'd button it all

6   back up, tighten up the bolts.

7        Q    Okay.  And that was on the first valve

8   leading to the boiler; correct?  Or leading

9   away from the boiler; correct?

10       A    Yes.  But some of the valves were

11  right on the boiler.

12       Q    Okay.  And you don't know if any of

13  those valves contained asbestos, do you?

14       A    The gaskets did.

15       Q    How do you know that?

16       A    Because they was Garlock gaskets and

17  you could see the fiber and then they had

18  "Garlock" written on them and either "900" or

19  "7705".

20       Q    Okay.  Did they have the word

21  "asbestos" written on them?

22       A    No.  But you could see asbestos in the

23  material.

24       Q    Are you able to tell the difference

25  between asbestos-containing and

447

```
 1    non-asbestos-containing gaskets by sight?

 2         A    Yes.  Like I said, there's fibers on

 3    the material.

 4         Q    Okay.  What do -- What do

 5    asbestos-containing fibers look like?

 6         A    They look like a bunch of little

 7    needles sticking out or they're in the

 8    material.  Like some hair.  Actually like hair.

 9         Q    Okay.  And what do the

10    non-asbestos-containing fibers looks like?

11         A    Actually, a non-asbestos gasket is

12    smooth.  You can't see any fibers at all on a

13    non-asbestos gasket.

14         Q    And when you -- How many times do you

15    think you removed asbestos gaskets on the

16    valves related to the Riley boiler?

17              MS. ROUSSEL:

18                   On just the valves, or the valves

19              and the flanges?

20              MS. ADAMS:

21                   Just the valves.

22              THE WITNESS:

23                   Every time we changed a valve we

24              had to do that, and I really can't

25              tell you how many times, I mean.
```

```
 1    EXAMINATION BY MS. ADAMS:

 2         Q    Okay.

 3         A    I wouldn't --

 4         Q    How long was -- How long was your job

 5    related -- How long was your job at -- on this

 6    particular boiler --

 7         A    I think --

 8         Q    -- at Triad?

 9         A    I think it lasted a month, month and a

10    half.

11         Q    Okay.

12         A    If I remember correctly.

13         Q    Okay.  And you believe this was in the

14    mid 1980s?

15         A    Around that time period.

16         Q    All right.  And at no other time have

17    you worked on or around a Riley boiler;

18    correct?

19         A    Correct.

20         Q    All right.  I'm almost finished.

21              Oh.  Can you describe the size of that

22    boiler at Triad?

23         A    No.  I just know it was a big boiler.

24         Q    All right.  Was it several stories

25    tall?
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

449

1      A     Not several stories.  Like maybe one

2    story.  One or two.

3      Q     Okay.

4      A     Like it went to the top of the unit.

5      Q     I'm sorry, go ahead.

6      A     It was up to the top of that unit that

7    I was working in.

8      Q     Okay.  Can you describe the dimensions

9    of the boiler?

10     A     No.

11     Q     Okay.  How do you know it was a Riley

12   boiler?

13     A     Because boilers have the names of the

14   boiler on the boiler itself.

15     Q     Okay.  You have never been classified

16   as a boilermaker during your career; correct?

17     A     Correct.

18     Q     Okay.  And you have never been a

19   member of a boilermakers union; correct?

20     A     Correct.

21     Q     And you don't recall seeing any Riley

22   employees at Triad when you worked there;

23   correct?

24     A     I don't recall.

25     Q     Okay.  Was this, the work that you did

450

1    around the Riley boiler, was it during a

2    shutdown or a turnaround or was it general

3    maintenance?

4        A    It was a turnaround.

5        Q    Okay.  Do you know how long the

6    turnaround lasted?

7        A    A couple of months, maybe three.

8        Q    Okay.  All right.  Do you recall any

9    of your co-workers when you did this work?

10       A    No.

11       Q    Do you recall any of your supervisors?

12       A    No.

13       Q    And did you wear any personal

14   protective equipment --

15       A    No.

16       Q    -- on the job?

17       A    No.

18       Q    Okay.  And finally, have you ever seen

19   a doctor named Dr. Stephen Terry Kraus?

20       A    No.

21       Q    Okay.  Do you have any appointments

22   scheduled with Dr. Kraus?

23       A    No.

24            MS. ADAMS:

25                 All right.  That's all the

1          questions I have.  Thank you.

2          MS. ROUSSEL:

3               Who's next?

4          MS. BAGLIO:

5               I'll go next if that's okay.

6          MS. ROUSSEL:

7               And who is this?

8          MS. BAGLIO:

9               Jamie Baglio.

10         MS. ROUSSEL:

11              Okay.  Let's go.

12     EXAMINATION BY MS. BAGLIO:

13         Q    All right.  Mr. Cortez, hi.  It's

14     Jamie Baglio and I represent Anco Insulation.

15     So I am going to ask you about the job that you

16     were with with your father in the '60s.  Okay?

17         A    Uh-huh (affirmatively).

18         Q    Okay.  When you got to the job at

19     Monsanto for that seven to eight month job with

20     your dad, was your dad already on the job?

21         A    No, not when I first started.

22         Q    Okay.  How long were you on the job

23     before your dad got to Monsanto?

24         A    Two or three months.

25         Q    Do you know if your dad worked for

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

452

```
 1    anyone besides Anco at that Monsanto facility?
 2         A    No.
 3         Q    Do you know how long your dad worked
 4    for Anco at Monsanto?
 5         A    No.
 6         Q    Did you and your dad ever work in the
 7    same unit at the same time at Monsanto?
 8         A    Yes.
 9         Q    Okay.  How long did y'all work in the
10    same unit?
11         A    One day.
12         Q    One day?  Okay.  And did you and your
13    dad work the whole -- Let me get -- What shift
14    did you work at Monsanto?
15         A    I was there during the daytime.
16         Q    Was that like 8:00 to 5:00 or --
17         A    Yeah.
18         Q    What about your dad; do you know the
19    shift your dad worked at Monsanto?
20         A    I saw him during the day.  Must have
21    been working the same shift.
22         Q    Okay.  And you were living at home at
23    the time, correct, in your parents' house?
24         A    Yes.
25         Q    Okay.  Who would get home first, you
```

1   or your father?

2       A    I think my father got home first.

3       Q    And by the time you got home was your

4   father still in his work clothes?

5       A    Sometimes.

6       Q    And you don't have any personal

7   information that your dad was using any

8   asbestos-containing products or not while he

9   was working at Monsanto, do you?

10      A    I know he used to come home with the

11  white dust on his clothes and in his hair.

12      Q    But you don't know from what

13  particular products that dust would have come

14  from, do you?

15      A    Not necessarily.  I mean, I -- right

16  offhand, no.

17      Q    And you don't know the names of any

18  Anco employees that were at Monsanto at the

19  same time you were besides your father?

20      A    Yes, I don't know who was there.

21           MS. BAGLIO:

22               Okay.  Thank you, sir.  That's

23           all I have for you.

24           THE WITNESS:

25               Thank you.

```
 1              MS. ROUSSEL:

 2                   Next?

 3     EXAMINATION BY MS. ROSSI:

 4         Q    This is Alex Rossi.  Can you hear me

 5     okay?

 6         A    Yes.

 7         Q    All right.  Good morning, Mr. Cortez.

 8     You okay to continue?

 9         A    Good morning.

10         Q    All right.  I would like to talk to

11     you about a couple of different sites that you

12     provided testimony about yesterday.

13              MS. ROUSSEL:

14                   I'm sorry, who is this?

15              MS. ROSSI:

16                   This is Alex Rossi, Gerolyn.

17              MS. ROUSSEL:

18                   Okay.

19     EXAMINATION BY MS. ROSSI:

20         Q    The first site is the Wyandotte site.

21     Can you tell me where that's located?

22         A    In Geismar.

23         Q    And how did you get into the facility?

24         A    Went there on a Local 102 job.

25         Q    Okay.  And how did you physically
```

1   enter the facility?  Do you remember what road

2   you came off of?

3       A    All I remember is passing on Highway

4   30.

5       Q    Highway 30?

6       A    Yes.

7       Q    Okay.  So you entered the facility

8   through Highway 30?

9       A    If Highway 30 passes in front of it.

10      Q    Okay.  I just wanted to make sure

11  about where it was.  Did you ride by yourself,

12  carpool?

13      A    I carpooled.

14      Q    Do you recall who you carpooled with?

15      A    No.

16      Q    Do you recall anyone who you carpooled

17  with who worked for the 102 with you?

18      A    Repeat that?

19      Q    Do you recall anyone who you carpooled

20  with while you were working for the 102,

21  regardless of whether it was at the Wyandotte

22  site?

23      A    No.

24      Q    Were you the one driving the carpool

25  or were you riding?

```
 1     A     We used to take turns.

 2     Q     How long did you work at Wyandotte?

 3     A     Eighteen months about.

 4     Q     Was it just the one time that you

 5  worked at Wyandotte?

 6     A     Yes.

 7     Q     Do you recall who your employer was?

 8     A     The contractor you're talking about?

 9     Q     Yes, sir.

10     A     Daniels International.

11     Q     Now, yesterday you testified that this

12  was a new construction job.  Do you recall what

13  unit was being constructed?

14     A     I don't know the name of the unit, no.

15     Q     Do you recall what year this would

16  have been?

17     A     No.  I know it was in the '80s.

18     Q     Do you recall, upon entering the

19  facility, where you went to get to the new

20  construction site?

21     A     Not really.  We -- We'd walk out of

22  the parking lot, went through the gate and went

23  to the job.

24     Q     Okay.  Do you recall ever receiving

25  any sort of orientation or safety meeting when
```

 1   you first began on this job?

 2        A    No.

 3        Q    Do you recall what your hourly wage

 4   would have been on this job?

 5        A    No.

 6        Q    All right.  Do you recall the number

 7   of hours you were working for them?

 8        A    The work that -- the hours varied.

 9   We'd work 10 hours a day and sometimes we would

10   work 12 hours.  So, I mean, the hours were

11   never the same.

12        Q    Okay.  So 10 to 12 hours a day for

13   five days a week?

14        A    Yes.  Sometimes, yeah.

15        Q    Do you recall the number of employees

16   who worked on your crew for Daniels?

17        A    No.

18        Q    Were you working as a pipefitter or a

19   welder?

20        A    I was a structural welder over there.

21        Q    Okay.  So what was it that you did for

22   Daniels International on the construction job?

23        A    I welded.  I actually welded the

24   structure that was going up.  And then after we

25   finished a floor, they would run the pipes

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

458

```
 1    through the grating and all of that and we had
 2    to put kick plates around the pipe that was
 3    already insulated.  And we'd have to weld that
 4    to the grating and to the -- to each other,
 5    which was butts, vertical butts, and sometimes
 6    that would catch the insulation on fire and we
 7    had to put it out.
 8         Q    Okay.  So on the job you were welding
 9    the structure for (inaudible) --
10              COURT REPORTER:
11                   I'm sorry.  You're breaking up.
12                   Can you repeat that?
13    EXAMINATION BY MS. ROSSI:
14         Q    So on the --
15              MS. ROUSSEL:
16                   And Alex, can -- Alex, can you
17                   get close to the microphone on your
18                   computer?
19              MS. ROSSI:
20                   Yes.  Hang on a second.
21    EXAMINATION BY MS. ROSSI:
22         Q    All right.  Can you hear me better?
23         A    Yes.
24         Q    Can you hear me, Mr. Cortez?
25         A    Yeah, I hear you.
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

1       Q     Okay.  All right.  So on this job you

2   were welding structural steel and you were also

3   welding jacketing for existing piping?

4       A     Yes.  I was welding the structure on

5   the tower itself.  Wherever we had to cut --

6   cut into a beam, we have to reweld it and weld

7   it to the existing structure.

8       Q     All right.  Did you ever see any

9   specifications for the facility that you were

10  building?

11      A     No.

12      Q     And do you have any idea what sorts of

13  products were going through the lines that you

14  jacketed?

15      A     No.

16      Q     Do you know what the unit you were

17  building did?  Do you know what it made?

18      A     No.

19      Q     All right.  So because this was new

20  construction, you never had to remove any old

21  insulation; correct?

22      A     Repeat that?

23      Q     Because this was a new construction

24  job, you were not removing any old insulation?

25      A     Correct.

460

1     Q     On the job who provided your tools?

2     A     Daniels.  Daniels International.

3     Q     All right.  What tools did they

4  provide you?

5     A     My welding gear, my gloves, my welding

6  hood, my safety harness, and my welding rods.

7  Chipping hammer, scraper, wire brush.

8     Q     All right.  You just said a wire

9  brush.  What did you need a wire brush for?

10     A     We had to -- After we made our weld,

11  we had to clean it, make it shiny so they could

12  inspect it and say it was good.

13     Q     All right.  So you weren't -- I just

14  want to make sure that you weren't removing any

15  old gaskets.

16     A     Everything was new.

17     Q     Everything was new.  Okay.  And

18  yesterday you testified that you would have

19  installed these gaskets.  I wasn't clear

20  whether you were talking about specifically at

21  the Wyandotte site.

22     A     No.  I wasn't thinking about that.

23     Q     Okay.  You never installed any new

24  gaskets at Wyandotte?

25     A     No.

1       Q     And you got your day-to-day

2    instructions from your Daniels foreman;

3    correct?

4       A     Yes.

5       Q     All right.  I want to switch gears for

6    a second.  I wrote down yesterday that the

7    facilities you recall your father working at

8    when you listed them were Monsanto, Union

9    Carbide, and the Nine Mile power plant.  Are

10   these the only facilities you recall him

11   working at when you lived at home?

12      A     Yes.

13      Q     And for any other facilities that he

14   may have worked at when you lived at home with

15   him, you don't have any personal knowledge of

16   what he did at those facilities; correct?

17            MS. ROUSSEL:

18                 Object to the form of the

19            question.

20            THE WITNESS:

21                 I know he was insulating and

22            that's the only job I know that he was

23            working on when I was home.

24   EXAMINATION BY MS. ROSSI:

25      Q     Okay.  That's fair.  Aside from

1    insulating, you don't have any personal

2    knowledge about what materials he handled;

3    correct?

4        A    Correct.

5        Q    You don't have any idea what his

6    day-to-day job was other than just insulating;

7    correct?

8        A    Yes.

9        Q    All right.  We'll switch gears one

10   more time and I would like to talk to you about

11   your work at Shell Norco.

12       A    Where?

13            MS. BOWLIN:

14                 Shell Norco.

15   EXAMINATION BY MS. ROSSI:

16       Q    Shell Norco.

17       A    Oh.

18       Q    Now, I understand that you worked at

19   Norco after the cat cracker explosion.

20       A    Yes.

21       Q    Do you recall what time of year it was

22   when you began working at the facility?  For

23   example, was it winter, spring, summer, fall?

24       A    I worked there in the winter.

25       Q    The winter.  Okay.  And you worked

1    there for approximately 18 months?

2        A    Approximately, yes.

3        Q    Were you there for the entire 18 month

4    period?

5        A    Yes.

6        Q    Do you recall your employer?

7        A    No.

8        Q    How did you get to that facility?

9        A    The contractor contacted Local 102 and

10   they sent us over there.  And we would get

11   picked up on the River Road and they would

12   drive us into the plant.

13       Q    Did you also carpool to this job?

14       A    Yes.

15       Q    And you can't recall who was in that

16   carpool; correct?

17       A    I carpooled with my brother-in-law,

18   Irvin Cortez.

19       Q    You did mention that yesterday.  And

20   he's deceased; correct?

21       A    Yes.

22       Q    Before entering the facility, do you

23   recall going through any orientation or

24   watching any safety videos to enter the

25   facility?

```
 1      A    I do recall that we didn't do it.  We

 2  didn't have any kind of orientation.

 3      Q    Do you recall your employer ever

 4  having safety meetings or a tailgate meeting

 5  when you worked there?

 6      A    No, I don't recall.

 7      Q    Is it possible that they had them and

 8  you just don't remember them?

 9      A    No.

10      Q    Other than your brother-in-law Irvin

11  Cortez, do you recall any other co-workers that

12  were working on this job?

13      A    No.

14      Q    Did you ever work as a foreman on this

15  job?

16      A    No.

17      Q    Do you recall your wages, your hourly

18  wages?

19      A    No.

20      Q    Do you recall how many hours you

21  worked each day?

22      A    It was normally 10 hours a day.

23      Q    All right.  This would be five days a

24  week?

25      A    Yes.
```

465

```
 1      Q     Were you working as a pipefitter or a
 2   welder?
 3      A     A pipefitter.
 4      Q     Were you assigned to a welder?
 5      A     Huh?  Say again?
 6      Q     Were you assigned to work with a
 7   welder when you were working as a pipefitter?
 8      A     No.
 9      Q     Do you recall how many people were
10   working on your crew?
11      A     No.
12      Q     Do you recall whether your employer
13   was a general contractor doing this work, where
14   they employed multiple crafts?  Or was your
15   employer just providing pipefitters?
16      A     They were a general contractor.
17      Q     I had the opportunity to review Irvin
18   Cortez's deposition and he testified that he
19   worked --
20          MS. ROUSSEL:
21              I'm going to object.  Objection.
22          Hearsay.  You can't represent that
23          somebody else testified.  You can ask
24          this witness what he knows, but you
25          can't cite to someone else's
```

```
 1              deposition.  I'm objecting on the
 2              basis of hearsay.
 3    EXAMINATION BY MS. ROSSI:
 4       Q    Sir, --
 5              MS. ROSSI:
 6                   Your objection is noted, Gerolyn.
 7    EXAMINATION BY MS. ROSSI:
 8       Q    You can answer.  Mr. Cortez, Irvin
 9    Cortez recalled that he worked for Payne &
10    Keller on this job.
11       A    No.
12       Q    Do you recall him working for Payne &
13    Keller?
14       A    Not on Shell, no.
15       Q    No?
16       A    No.
17       Q    All right.  Now, if I understand your
18    testimony yesterday, part of your job was
19    removing existing piping and supports?
20       A    Yes.
21       Q    Okay.  It was unclear to me from some
22    of your answers whether this was just bare
23    metal piping and supports you were removing.
24       A    No.  Some of it had insulation on it.
25       Q    Okay.  Do you have any personal
```

467

```
 1    knowledge whether that insulation contained
 2    asbestos or not?
 3         A    It was hot lines, so that's what went
 4    on hot lines, is asbestos.  Chemical lines and
 5    oil lines.  As far as I knew.
 6         Q    Okay.  But do you have any personal
 7    knowledge of the maintenance history of those
 8    lines that you were removing?
 9         A    No.
10         Q    And you're just making an assumption
11    that the lines contained insulation?
12              MS. ROUSSEL:
13                   Object to the form of the
14              question.  He can tell you what he
15              saw.
16              MS. ROSSI:
17                   Correct.
18              THE WITNESS:
19                   That's true.  I can only tell you
20              what I saw.
21    EXAMINATION BY MS. ROSSI:
22         Q    All right.  Sir, are you aware that at
23    a certain point in time there were policies in
24    place to assume that insulation contained
25    asbestos?
```

1          MS. ROUSSEL:

2                Object to the form of the

3          question.

4          THE WITNESS:

5                I didn't understand the question.

6     EXAMINATION BY MS. ROSSI:

7          Q    Are you aware that at a certain point

8     in time there were policies in place that you

9     assumed if you encountered insulation that it

10    contained asbestos, it was truly asbestos?

11         A    No.

12         Q    All right.  So in addition to removing

13    existing piping and work on valves, you also

14    said that you installed new piping and

15    supports; correct?

16         A    Yeah.

17         Q    All right.  So you were never removing

18    any old gaskets or breaking apart old flanges

19    or anything like that?

20         A    Yes.

21         Q    All right.  The new gasket material

22    that you installed that you discussed

23    yesterday, where did that material come from?

24         A    Out of the warehouse in the -- in the

25    plant.

1      Q     Okay.  That would have been a

2   warehouse provided by the supplier?

3      A     Yes.

4      Q     When you were removing some of the

5   damaged existing piping and supports, were you

6   working around any other crafts?

7      A     Say it again?

8      Q     Were you working around any other

9   crafts when you were removing existing piping

10  and supports?

11     A     Yes.

12     Q     Okay.  Who else was working in the

13  vicinity?

14     A     Insulators and other pipefitters, I

15  mean.  And then structural fitters and welders.

16     Q     And were they all also removing old

17  piping and supports?

18     A     The other pipefitters, yes, and the

19  structural fitters.  We were all doing this job

20  together.

21     Q     Okay.  And the job was just basically

22  demolition; it was removing the old cat

23  cracker?

24     A     Yes.

25     Q     Do you recall how long you stayed on

470

1    the job where you were actually involved in the

2    removal of the old cat cracker?

3        A    No.  I can't give you an exact time

4    period.

5        Q    Okay.  Would it have been more or less

6    than half your time there?

7        A    Well, I'd say about half the time I

8    was there.

9        Q    So the other half of the time would

10   have been installing new piping and supports;

11   correct?

12       A    Yes.

13       Q    Were you ever responsible for

14   obtaining a safe work permit when you worked at

15   Norco?

16       A    Say it again?

17       Q    Were you ever responsible for

18   obtaining a safe work permit when you worked at

19   Norco?

20       A    No.

21       Q    Did you ever wear a mask or a

22   respirator while working at Norco?

23       A    No.

24       Q    Did your employer make a mask or a

25   respirator available to you?

1    A    No.

2    Q    Did you ever wear coveralls at Norco?

3    A    No.

4    Q    Did you ever wear a uniform at Norco?

5    A    No.

6    Q    Were either made available to you by

7  your employer?

8    A    No.

9    Q    Did you ever see any air monitoring

10  while you worked at Norco?

11   A    No.

12        MS. ROSSI:

13             Mr. Cortez, I think that's all

14             the questions I have for you right

15             now.  I am going to pass you to

16             someone else and perhaps come back to

17             you if I have more questions if I need

18             to.  Thank you for your time.

19        THE WITNESS:

20             Thank you.

21        VIDEO OPERATOR:

22             Off the record.

23        (Whereupon a discussion was held off

24  the record.)

25             VIDEO OPERATOR:

```
 1                    We're back on the record.

 2     EXAMINATION BY MR. GUIDRY:

 3         Q    Mr. Cortez, my name is James Guidry.

 4     Can you hear me okay?

 5         A    Yes, sir.

 6         Q    All right.  I represent McCarty and

 7     Eagle, so I am going to be asking you some

 8     questions about both of those.  The questions

 9     are probably going to seem a little repetitive

10     at some point, but I have to ask you about each

11     of my clients.  Okay?  So I just don't want you

12     to think I'm trying to waste your time.

13         A    All right.

14         Q    The first question I had for you was,

15     do you recall what years during the 1980s that

16     you were a member of Local 102?

17              MS. ROUSSEL:

18                    And in fairness, James, he said

19              it could have been in the late '70s as

20              well.

21              THE WITNESS:

22                    I started --

23              MS. BOWLIN:

24                    I object to the speaking --

25              MS. ROUSSEL:
```

1              Well, that's what he said

2              yesterday, but I wanted James'

3              question to be correct.

4              THE WITNESS:

5              I might have -- I think I started

6              there in '79.

7    EXAMINATION BY MR. GUIDRY:

8        Q    Okay.  Do you think -- And you said

9    you thought you were in Local 102 for about

10   five years?

11       A    Yes.

12       Q    Okay.  I know yesterday you said that

13   McCarty was at a lot of places that you

14   recalled that you were working, but what I

15   wanted to ask you is, can you give me the

16   specific sites where you recall seeing McCarty

17   working?

18       A    Every plant that I worked in just

19   about.

20       Q    Okay.

21       A    And the shipyards.

22       Q    You saw McCarty working in shipyards?

23       A    I saw the product there.

24       Q    Okay.  Did you see any employees,

25   McCarty employees working at shipyards?

1      A     I don't recall.

2      Q     Okay.  You said -- There seemed to be

3   a little bit of confusion about employees

4   versus products.  Can you tell me the sites,

5   the specific sites where you recall seeing

6   McCarty employees working?

7      A     That's been so long ago I don't really

8   recall the specific sites.

9      Q     All right.  And "I don't know" is a

10   perfectly fair answer, sir.  I can only ask you

11   what you do know.  Okay?

12            You didn't see McCarty working on

13   Monsanto the first time you were back at

14   Monsanto, did you?

15      A     No.

16      Q     Did you see McCarty working at

17   Monsanto the second time you were at Monsanto?

18      A     No.

19      Q     Did you see McCarty working -- You

20   didn't see McCarty working at Halter Marine,

21   did you?

22      A     I only saw the product there.

23      Q     Okay.  Did you ever see any McCarty

24   employees removing old insulation at a site?

25      A     No.

475

1      Q      Do you have any information that the

2   insulation that McCarty was installing

3   contained asbestos?

4      A      Repeat that question?

5      Q      Do you have any information that any

6   of the new insulation that McCarty was

7   installing contained asbestos?

8      A      The new insulation?

9      Q      Yes, sir.

10     A      Not personally, because I didn't

11   exactly watch them put it on.

12     Q      Okay.  So you never actually saw

13   McCarty insulators install insulation?

14          MS. ROUSSEL:

15               Object to the form of the

16          question.

17          MR. GUIDRY:

18               He just said he didn't see them

19          put it on.  I am asking --

20          MS. ROUSSEL:

21               No, that's not what he said.  He

22          said he didn't personally put it on.

23   EXAMINATION BY MR. GUIDRY:

24     Q      Sir, did you see McCarty installing

25   insulation?

```
 1      A     No.

 2      Q     So all -- You just saw McCarty at

 3   sites then?

 4      A     Yes.

 5      Q     But you didn't see them doing any

 6   work?

 7      A     No.

 8      Q     No, you didn't?  I'm sorry, sir.  We

 9   had a double negative.  I just need to make

10   sure it's clear.  You did not -- It's true that

11   you did not see them doing any work?

12      A     Yes.

13      Q     Okay.  Can you tell me why it is you

14   think those people worked for McCarty?

15      A     I mean, they had McCarty hats on.

16      Q     Okay.  Were they like hardhats or were

17   they like baseball caps?

18      A     Hardhats.

19      Q     Hardhats?

20      A     You couldn't work with a baseball cap

21   in any facility.

22      Q     I understand.  I just thought maybe

23   they were walking into the facility with a cap

24   on or something like that.  Was it some kind of

25   sticker or something on the helmet or the
```

1    hardhat?

2          A     Yes.

3          Q     Okay.  What color was the sticker?

4          A     Huh.  Blue.

5          Q     If you remember.

6          A     The lettering was blue.

7          Q     Okay.

8          A     I can't tell you the background or

9    nothing.  Just -- Just blue lettering.

10          Q     All right.  Did it say anything other

11    than "McCarty"?

12          A     I mean, I didn't get right up to the

13    sticker and look at it, but, I mean, as I was

14    passing by I could see it.

15          Q     Yes, sir.  Just whatever you recall.

16    If you don't recall anything, that's fine.

17                If I told you that McCarty stopped

18    selling products and stopped doing business in

19    approximately 1980, would you have any

20    information to dispute that?

21          A     No.

22          Q     Now, I want to switch gears with you a

23    little bit here.  Actually, one other question

24    for you.  It's more of a general question.  Can

25    you tell me what's the last year you think you

1    would have been exposed to asbestos from

2    working in a plant?

3        A    No.  I can't tell you the last year.

4        Q    All right, sir.  Fair enough.  Can you

5    tell me the first year you saw McCarty

6    employees at a plant?

7        A    I can't tell you that either.

8        Q    Okay.  Can you tell me the last year

9    you saw McCarty employees at a plant?

10       A    No.

11       Q    All right.  Fair enough.  I am going

12   to switch gears with you now and ask you about

13   the boxes.  You mentioned yesterday that you

14   saw some boxes with McCarty's name on them, but

15   you also mentioned that you thought that the

16   cloth that was used to insulate the exhaust on

17   ships at Avondale was made by McCarty and two

18   other companies.  Why did you think that cloth

19   was made by McCarty and the two other

20   companies?

21              MS. ROUSSEL:

22                  Object to the form of the

23              question.  That is not what he said.

24              So I am objecting to the form of the

25              question.

479

```
 1    EXAMINATION BY MR. GUIDRY:

 2        Q    Well, if I misheard or misunderstood,

 3    I certainly would love for you to clear it up

 4    for me, sir.  Do you believe that McCarty made

 5    the cloth insulation that went on the exhaust

 6    at Avondale?

 7        A    Yes.  And --

 8        Q    Okay.  Why do you think that?

 9        A    I didn't say -- I didn't say what you

10    said at the beginning, at the beginning of this

11    question.

12        Q    Okay.  Well, can you -- Obviously I am

13    confused.  Can you explain to me what it is you

14    do believe about McCarty insulation on the

15    exhaust?

16        A    They would make blankets out of the

17    cloth to wrap around the exhaust.

18        Q    Okay.  Who made blankets out of the

19    cloth to wrap around the exhaust?

20        A    The insulators.  That's all I could

21    tell you.  I don't know if it was McCarty

22    insulators or Avondale's employees.

23        Q    Okay.  If I told you that Avondale

24    employed all the insulators that worked at

25    Avondale, you wouldn't have any information to
```

480

```
 1    dispute that, would you?
 2              MR. POWELL:
 3                   Object to form.
 4              THE WITNESS:
 5                   Repeat?
 6    EXAMINATION BY MR. GUIDRY:
 7         Q    If I told you that Avondale employed
 8    directly all the insulators that worked at
 9    Avondale, you wouldn't have any information to
10    dispute that, would you?
11         A    No.
12              MR. POWELL:
13                   Object to form.
14    EXAMINATION BY MR. GUIDRY:
15         Q    Okay.  You also said that you thought
16    that McCarty made some -- the mud and cement
17    that was used over at Avondale.  Did I
18    misunderstand that?  Or is that the case?
19         A    Repeat it?  Repeat the question again?
20         Q    I'll just ask you a more general
21    question to make it easier.  Do you think that
22    McCarty made the mud or cement that was used at
23    Avondale?
24         A    Yes.
25              MR. GRACE:
```

 1                    Objection to form.

 2     EXAMINATION BY MR. GUIDRY:

 3          Q     Okay.   Why do you think that's the

 4     case?

 5          A     I thought McCarty made all the

 6     insulation products.

 7          Q     Why did you think that?

 8          A     Because they were putting that on, the

 9     McCarty products on the pipes and all.

10          Q     You mean you think McCarty made the

11     insulation that was on the pipes so you assumed

12     that they also made the mud that was put on

13     that insulation?

14          A     Yes.

15          Q     Okay.   Now, you said you saw boxes

16     with the name "McCarty" on them at Avondale.

17     Do you remember which Avondale yard you saw

18     those boxes?

19          A     I was in the Westwego yard most of the

20     time.

21          Q     Okay.   Did you see those boxes with

22     the name "McCarty" on them when you were

23     working at the Port of New Orleans for

24     Avondale?

25          A     Yes.

482

1     Q     Okay.  Did you see those boxes onboard

2     vessels or on land?

3     A     Aboard vessels.

4     Q     Okay.  What kind of vessels did you

5     see boxes with "McCarty" written on them?

6     A     Commercial vessels like push boats,

7     supply boats, tugboats.

8     Q     Did you see any boxes with "McCarty"

9     --

10          MS. ROUSSEL:

11               But he's still answering, James.

12          James, you cut him off.

13          THE WITNESS:

14               River-going tugs.

15    EXAMINATION BY MR. GUIDRY:

16    Q     Okay.  Did you see boxes with the name

17    "McCarty" on them on barges at Avondale?

18    A     On what?

19    Q     Barges.

20    A     Yes.

21    Q     Okay.  Did you see boxes with the name

22    "McCarty" on them on the oil rigs at Avondale?

23    A     Yes.

24    Q     Can you tell me how many boxes you saw

25    with "McCarty" on them?

483

1      A     No.

2      Q     Okay.  Can you describe what the boxes

3   looked like?

4      A     They were square and like cardboard

5   color with the name "McCarty" on them.

6      Q     Okay.  And what color was the name

7   "McCarty" written in?

8      A     Blue.

9      Q     I'm sorry, sir.  Did you answer that

10  one?  I couldn't hear it.

11     A     I said blue.

12     Q     Okay.  Was anything else written on

13  the box other than the name "McCarty"?

14     A     No.  Not that --

15     Q     I'm -- I'm sorry, sir.  Go ahead.

16     A     I said not that I can remember anyway.

17     Q     Okay.  I don't think I asked you this

18  question.  If I did, I'm sure Gerolyn will tell

19  me.  Can you tell me how many boxes you saw

20  with the name "McCarty" on them at Avondale?

21     A     I can't give you a specific number,

22  no.

23     Q     Okay.  Can you give me a range of the

24  number?

25     A     I'd say around -- not around.  A bunch

484

1    of boxes.  That's all I can tell you.  I didn't

2    count them.

3         Q    Okay.  Fair enough.  Can you tell me

4    the first year that you saw a box with the name

5    "McCarty" on it at Avondale?

6         A    No.

7         Q    Can you tell me the last year you saw

8    a box with the name "McCarty" on it at

9    Avondale?

10        A    That's almost the same question.  No.

11        Q    Okay.  What was -- Did you see the

12   products that came out of those boxes?  Or did

13   you see products coming out of those boxes?

14        A    Some of them were half-moon and elbows

15   and 90s.

16        Q    Okay.  Were they always elbows and 90s

17   that were made out of half-moons?

18        A    Well, the half-moons weren't -- The

19   half-moons are just half-moons.

20        Q    Okay.

21        A    The elbows and the 90s was elbows and

22   90s.

23        Q    Okay.  Did you ever see any other

24   products come out of those boxes with "McCarty"

25   on them?

485

1      A     Not that I can recall, no.  I didn't

2      really pay attention.

3      Q     Do you have any information that any

4      of the products that came in those boxes that

5      had "McCarty" written on them contained

6      asbestos?

7      A     I didn't have any information, no.

8      Q     Okay.  Did you ever see boxes with the

9      name "McCarty" written on them at anywhere

10     other than Avondale?

11     A     In chemical facilities.

12     Q     Can you tell me which chemical

13     facilities you recall seeing boxes with

14     McCarty's name on them?

15     A     Just about every one that I worked in.

16     Q     Okay.  Can you tell me -- Did you see

17     boxes with the name "McCarty" written on them

18     at Monsanto the first time you were there?

19     A     I really didn't go around the

20     warehouse at Monsanto the first time I was

21     there so I didn't see any -- any boxes then.

22     Q     Okay.  Did you see boxes with the name

23     "McCarty" written on them the second time you

24     were at Monsanto?

25     A     I'm trying to remember that.  Yes.

1    They were in the unit that we were working on.

2        Q    Did you see any of the products taken

3    out of those boxes at Monsanto that second

4    time?

5        A    No.

6        Q    You don't have any information that

7    any of the products in those boxes that you saw

8    at Monsanto contained asbestos, do you?

9        A    I have no information, no.

10        Q    Okay.  All right.  I forgot to ask you

11    a question about McCarty employees.  Can you

12    tell me how many times you recall seeing

13    McCarty employees working at any site where you

14    worked?

15        A    No.

16        Q    All right, sir.  I'm going to switch

17    gears now and ask you some questions about

18    Eagle.

19            MS. ROUSSEL:

20                Okay.  But --

21    EXAMINATION BY MR. GUIDRY:

22        Q    It will basically be the same basic

23    questions.

24            MS. ROUSSEL:

25                Okay.  James.  James, before you

```
1           move on to Eagle, can I just take a

2           five minute break, please?

3      MR. GUIDRY:

4               Absolutely, Gerolyn.

5      MS. ROUSSEL:

6               Okay.

7      VIDEO OPERATOR:

8               Off the record.

9               (Recess taken.)

10     VIDEO OPERATOR:

11              We're now back on the record.

12   EXAMINATION BY MR. GUIDRY:

13     Q    Mr. Cortez, can you still hear me?

14     A    Yes.

15     Q    Okay.  Great.  As I told you, I wanted

16   to ask you some questions about Eagle.  The

17   first question I want to ask you is, if you can

18   recall any specific sites where you recall

19   seeing Eagle employees.

20     A    Every -- Every chemical plant that I

21   worked in.

22     Q    Okay.  You didn't see Eagle employees

23   at Monsanto the first time you were there, did

24   you?

25     A    No.  I was still a kid then.  I really
```

488

1    didn't pay attention to anything.

2        Q    I understand.  You didn't see Eagle at

3    Halter Marine, did you?

4        A    Yes.

5        Q    Okay.  You saw Eagle employees at

6    Halter Marine?

7        A    I saw the Eagle product.

8        Q    Okay.  Did you see any Eagle employees

9    at Halter Marine?

10       A    I -- I really can't recall.

11       Q    Okay.  Fair enough.  Is it the same

12   with Eagle employees as it was with McCarty,

13   where you recall seeing Eagle employees, but

14   you never saw them actually doing work at any

15   site?

16           MS. ROUSSEL:

17               Object to the form of the

18           question.

19           THE WITNESS:

20               No.

21   EXAMINATION BY MR. GUIDRY:

22       Q    Okay.  You actually saw Eagle

23   employees working?

24       A    Yes, in some of the facilities that I

25   worked in.

1    Q    Did you ever see Eagle employees

2    installing insulation at any site?

3    A    Yes.

4    Q    Did you ever see Eagle employees

5    removing insulation at any site?

6    A    Not necessarily, no.

7    Q    Okay.  How close were you to the Eagle

8    employees who were installing insulation?

9    A    Close enough to get some on me.

10   Q    Okay.  Were there times when you were

11   further away than that?

12   A    A few times, yeah, but not -- most of

13   the time I was working right -- right in the

14   same area.

15   Q    Okay.  Do you remember which sites

16   that happened at?

17   A    No.

18   Q    And at those, whatever sites it was

19   that that happened, there was no rules in

20   segregating the crafts from each other?

21   A    No.

22   Q    Do you recall the first year you saw

23   Eagle employees installing insulation at a

24   site?

25   A    I don't remember the first year I saw

490

1    them installing insulation, but I remember the

2    product.

3        Q    I understand.  And I'll -- we'll talk

4    about that a little bit later.  I promise.  But

5    I am just curious about Eagle employees, if you

6    recall the first year you saw Eagle employees

7    working at a site.

8        A    No.  I can't tell you the first year.

9        Q    Okay.  And can you tell me the last

10   year that you saw an Eagle employee working at

11   a site?

12       A    The same like the last one, no.

13   That's the same question.

14       Q    Fair enough.  Can you tell me how many

15   times you saw an Eagle employee working at a

16   site?

17       A    No.

18       Q    You don't have any information that

19   any of that new insulation that Eagle was

20   installing contained asbestos, do you?

21       A    Well, it says "asbestos" on the box.

22   It's in the name of the -- the eagle's on the

23   Eagle box.

24       Q    Sir, you don't have any information

25   that all of the insulation that Eagle sold and

```
 1   used contained asbestos, do you?

 2        A    I mean, --

 3        Q    And if I told you --

 4        MS. ROUSSEL:

 5             Wait.  He didn't answer.  Hold on

 6        a minute.

 7        MR. GUIDRY:

 8             Oh, I'm sorry.  I thought he did.

 9        THE WITNESS:

10             Ask your question again?

11   EXAMINATION BY MR. GUIDRY:

12        Q    You don't have any information that

13   all of the insulation that Eagle sold contained

14   asbestos, do you?

15        MS. ROUSSEL:

16             He can tell you what he saw.

17        Object to the form of the question.

18        He can only tell you what he saw on

19        the jobs that he worked on.  He can't

20        say what all Eagle did or what all

21        Eagle sold.

22        MR. GUIDRY:

23             I am asking him if he has any

24        evidence that all of the insulation

25        that Eagle sold contained asbestos.
```

```
 1            THE WITNESS:

 2                 I don't have any evidence except

 3            for the -- what I read on the names

 4            of -- on the Eagle box.

 5   EXAMINATION BY MR. GUIDRY:

 6       Q    Okay.  If I told you that as of the

 7   early 1970s Eagle stopped selling thermal

 8   insulation products that contained asbestos, do

 9   you have any information to dispute that?

10            MS. ROUSSEL:

11                 Object to the form of the

12            question.

13            THE WITNESS:

14                 No.

15   EXAMINATION BY MR. GUIDRY:

16       Q    Okay.  And how did you know that these

17   employees worked for Eagle?

18       A    Everybody had hardhats.

19       Q    Okay.  And what did --

20       A    Most -- Most of them.

21       Q    What indicated on the hardhat that

22   Eagle, that someone worked for Eagle?

23       A    Most hardhats had the logo on the --

24   the employer or contract company.

25       Q    I understand.  What did the Eagle logo
```

```
 1    look like on their hardhats?

 2        A    It was an eagle with the wings spread

 3    out horizontally like it was coming down.

 4        Q    And what color was it in?  I'm sorry.

 5        A    Like he was coming down to grab a -- a

 6    prey.

 7        Q    Okay.  And what color was that printed

 8    in?

 9        A    I don't remember.  Like it could have

10    been black.

11        Q    Okay.

12        A    I know it was a dark color.

13        Q    All right.  Do you recall how many

14    times you saw Eagle employees?

15        A    No.

16        Q    All right.  I am going to switch gears

17    now and ask you about the boxes you saw that

18    had "Eagle" written on them.  But I need to ask

19    you again about the cloth, the cloth that was

20    used as insulation on the exhaust and the mud

21    and cement at Avondale.  We talked about that

22    for McCarty, but I need to ask you about that

23    for Eagle.  Do you believe that Eagle made the

24    cloth that went on the exhausts and that Eagle

25    made the mud and cement that was used at
```

 1    Avondale?

 2         A      Yes.

 3         Q      Okay.  Why do you believe that?

 4         A      Because it came out of the Eagle box

 5    and the mud and cement came out of cans with

 6    "Eagle" on it.

 7         Q      You saw cans with "Eagle" written on

 8    them at Avondale?

 9         A      The -- It was on the cover --

10         Q      Okay.

11         A      -- of the can.

12         Q      What did the mud and cement come out

13    of?

14         A      Just like a bucket, a can.

15         Q      Okay.  Was there cement that was like

16    a dry powder that was mixed with water as well?

17         A      I don't remember that exactly, no.

18         Q      Okay.  So you recall seeing cans that

19    had "Eagle" written on them at Avondale.  What

20    was in those cans?

21         A      I know it was insulation.  It could

22    have been the adhesive or -- or the mud.

23         Q      All right.  What was written on the

24    can other than the name "Eagle"?

25         A      I didn't -- didn't examine it.  I

495

1    mean, I didn't go right up to it and examine

2    it.  I was just passing through that area to

3    get to my job.  I didn't work --

4        Q    Were any -- Were there any numbers or

5    anything on that can?

6        A    I don't recall.

7        Q    Were you ever around when the product

8    that was in that can that had "Eagle" on it was

9    used?

10       A    I was working in that area, yes.  But

11   I wasn't really --

12       Q    Do you recall --

13       A    I wasn't really on the -- on the exact

14   job itself working applying insulation, no.

15       Q    Okay.  So you just passed by, you saw

16   cans with the name "Eagle" written on them?

17       A    I worked, yes, and I worked around

18   where some of it would get on my clothes.

19       Q    Okay.  You don't have any information

20   that the stuff that came in those cans with

21   "Eagle" written on them contained asbestos, do

22   you?

23       A    No.  Personal information, no.

24       Q    Have you ever heard of a company

25   called Eagle-Picher Insulations?

```
 1      A    No.

 2      Q    Now, turning our attention to the

 3   boxes you said you saw with Eagle's name

 4   written on them, which Avondale yard did you

 5   see those boxes?

 6      A    I worked mostly in the Westwego yard

 7   and the New Orleans Port.

 8      Q    Okay.  Did you see those boxes at both

 9   Westwego and the Port of New Orleans?

10      A    Yes.

11      Q    Okay.  What type -- Was it on land or

12   was it on a vessel that you saw those boxes?

13      A    Some of them were on land and some of

14   them were on the vessel.  I mean, they would

15   have to take it off the land and bring it to

16   the vessel.

17      Q    Fair enough.  Can you tell me, did you

18   see boxes with the name "Eagle" on them on

19   barges at Avondale?

20      A    Yes.

21      Q    Did you see it on the commercial

22   vessels at Avondale?

23      A    Yes.

24      Q    And did you see boxes with the name

25   "Eagle" on them on the oil rigs at Avondale?
```

```
 1     A    Yes.

 2     Q    Can you tell me how many total boxes

 3  you saw with the name "Eagle" on them?

 4     A    No.  I mean, I --

 5     Q    Can you describe the boxes for me?

 6     A    Brown with -- Brown coloring like a

 7  cardboard with the eagle horizontally coming

 8  down like he was going after prey.  And the

 9  word "asbestos", "asbestos and packing" ink,

10  black ink.

11     Q    Okay.  So the boxes had "Eagle

12  Asbestos and Packing, Inc." written on them?

13     A    Yeah.

14     Q    Okay.  And that was -- that was

15  printed on the box like an actual commercial

16  printing job?

17     A    Yeah.  Like it was a -- just -- yeah.

18     Q    Okay.  Was anything other than "Eagle

19  Asbestos and Packing, Inc." written on the box?

20     A    I don't remember.

21     Q    Okay.  What color was that writing?

22     A    Black.

23     Q    Did you ever see the products that

24  were taken out of those boxes?

25     A    No.
```

1      Q     Do you have any information -- other

2   than the fact that the name of the company was

3   Eagle Asbestos and Packing, Inc., do you have

4   any other information that the products in

5   those boxes contained asbestos?

6      A     No.

7      Q     Did you see boxes with the name

8   "Eagle" written on them at any sites other than

9   Avondale?

10     A     And in the plants.

11     Q     Okay.  Can you tell me which plants

12  you saw boxes with the name "Eagle" written on

13  them?

14     A     I saw some at the Wyandotte facility

15  in a warehouse for sure.  We used to have to go

16  through the warehouse to get to the supplies

17  area where we had to go get our supplies.

18     Q     Okay.

19     A     For sure Wyandotte.

20     Q     All right.  Any places other than

21  Avondale and Wyandotte?

22     A     And just about everywheres I worked, I

23  mean.

24     Q     Okay.  Can you give me any other

25  specific places you recall?

499

```
 1    A    At Triad.  Vulcan.  B.F. Goodrich.
 2    Q    Do you recall --
 3         MS. ROUSSEL:
 4              Wait.  He's still answering.
 5         Just --
 6    EXAMINATION BY MR. GUIDRY:
 7    Q    I'm sorry.
 8         MS. ROUSSEL:
 9              James, he is still answering.
10         Don't cut him off.
11         THE WITNESS:
12              I am thinking.
13         MR. GUIDRY:
14              I apologized, Gerolyn.  I didn't
15         realize he wasn't finished.
16         THE WITNESS:
17              Where was I?  Shell.  That's
18         about it for now.
19    EXAMINATION BY MR. GUIDRY:
20    Q    Okay.  Can you tell me the first year
21    you recall seeing a box with the name "Eagle"
22    on it?
23    A    No.
24    Q    Can you tell me the last year you
25    recall seeing a box with the name "Eagle" on
```

500

```
 1   it?

 2        A    No.

 3        Q    All right.  Those cans that you talked

 4   about with "Eagle" on it, did you see those

 5   cans anywhere other than at Avondale?

 6        A    Also in the chemical facilities.

 7        Q    Okay.  Can you give me the specific

 8   sites where you saw those cans?

 9        A    The same sites that I saw the -- the

10   boxes.

11        Q    Okay.  Fair enough.  Can you tell me

12   the first year you saw those cans?

13        A    No.

14        Q    Can you tell me the last year?

15        A    No.

16        MR. GUIDRY:

17             Okay.  Mr. Cortez, you will be

18             happy to hear I think that's all the

19             questions I have unless something

20             comes up later.  I do appreciate your

21             time, sir.

22        THE WITNESS:

23             Thank you.

24        MS. ROUSSEL:

25             Okay.  Who's next?
```

501

1          MS. PENTON:

2               This is Patty Penton.  I'll go

3          next if that's okay.

4          MS. ROUSSEL:

5               Sure.

6     EXAMINATION BY MS. PENTON:

7          Q    Okay.  Mr. Cortez, hi, my name is

8     Patty Penton and I am going to just follow up

9     with the same line of questions that Mr. Guidry

10    just had.  You named Wyandotte, Triad, Vulcan,

11    Goodrich, Shell, and Avondale as places where

12    you saw Eagle boxes.

13         A    Yes.

14         Q    Are there any other sites where you

15    saw Eagle boxes?

16         A    No, I can't really recall right now.

17         Q    Okay.  What about Eagle workers?  You

18    didn't say specifically.  Do you want me to ask

19    you the names of each one?

20         A    The names of each employee you're

21    talking about?  The workers?

22         Q    No, each facility.  Do you remember

23    specifically any facilities where you saw Eagle

24    employees working?

25         A    No.

502

1      Q     Okay.  Was there ever a time that you

2   saw boxes with the name "Eagle" on them that

3   didn't also contain the words "Asbestos and

4   Packing"?

5      A     No.

6      Q     So am I correct that every time you

7   saw the Eagle box, it had the words "Eagle

8   Asbestos and Packing" on it?

9      A     To the best of my recollection, yes.

10      Q     Okay.  The next question, 1984 was

11   when Kallie was born; right?

12      A     Yes.

13      Q     Do you remember when she was born, the

14   day she was born?

15      A     Yes.

16      Q     Did you go to the hospital?

17      A     Yes.

18      Q     Did you have to take off work?

19      A     Well, I was actually between jobs at

20   that time.  I was waiting on a phone call for a

21   job when my wife went into labor.

22      Q     Oh, okay.  Well, that was pretty cool.

23   Do you remember the job that you were waiting

24   on?

25      A     Yes.  It was at --

1      Q     What job?

2      A     It was at Monsanto.  For a short --

3      Q     Did you get the job?

4      A     Say again?

5      Q     Did you get that job?

6      A     Yes.

7      Q     So that was the second time that you

8    went to Monsanto.

9      A     Yes.

10      Q     So the second job at Monsanto was

11    after Kallie was born?

12      A     Yes.

13      Q     Okay.  Do you remember any of the jobs

14    at the chemical facilities that you went to

15    before Kallie was born?

16      A     No.

17      Q     Okay.  Do you remember the first

18    place, the first job you had -- You may have

19    answered this yesterday and I apologize if I am

20    asking it again, but do you remember when you

21    first joined 102?

22      A     Yes.

23      Q     I think you said that was after the

24    shipyard -- I can't remember the name of the

25    shipyard.  It was post-Halter.  There was

```
 1   another shipyard you worked at.

 2        A    Yes, at Service Marine.

 3        Q    I'm sorry, what was it?

 4        A    Service Marine.

 5        Q    Service Marine.  Okay.  Thank you.  So

 6   after Service Marine you joined the 102?

 7        A    Yes.

 8        Q    Okay.  What was the first premise you

 9   went to after joining 102?

10        A    At Hooker.

11        Q    Hooker.  Okay.  And how long did you

12   stay at Hooker?

13        A    A little over a year.

14        Q    And where did you go after Hooker?

15        A    I don't really remember.  I started

16   hitting shutdowns after that.

17        Q    Okay.

18        A    And it could have been -- It could

19   have been at any one of those shutdown sites.

20   I don't remember.  I don't have them in order

21   where I worked the shutdowns.

22             MS. PENTON:

23                  Okay.  That's all right.  I

24             believe that is all the questions I

25             have.
```

```
 1              THE WITNESS:

 2                   Okay.

 3         MS. PENTON:

 4                   Thank you.

 5              THE WITNESS:

 6                   Thank you.

 7         MS. ROUSSEL:

 8                   Who's next?

 9         MR. RICHESON:

10                   Gerolyn, this is McGready.  I'll

11         go.

12    EXAMINATION BY MR. RICHESON:

13         Q    Mr. Cortez, can you hear me okay?

14         A    Yes.

15         Q    Sir, I want to talk to you about the

16    one job you did at the Goodrich facility in the

17    1980s.  You worked there one time in the 1980s;

18    is that correct?

19         A    Yes.  One time.

20         Q    Okay.  You worked there for Local 102,

21    but you can't remember your specific employer;

22    is that right?

23         A    Right.

24         Q    You can't remember where the Goodrich

25    facility was located; is that correct?
```

```
 1      A     It's in Plaquemine.

 2      Q     Okay.  You worked at the Plaquemine

 3   facility; is that right?

 4      A     Yes.  Yes.

 5      Q     Okay.  Can you remember how long you

 6   worked there?

 7      A     Maybe a month.  I was on a shutdown.

 8      Q     At the Goodrich facility you

 9   personally took your direction from your union

10   steward; is that correct?

11      A     Rephrase that?  I mean, ask it again?

12      Q     Yes.  Yes, sir.  At the Goodrich

13   facility you took your personal direction on

14   how you -- how to do your work from your union

15   steward; is that right?

16      A     Yes.

17      Q     And your union steward was through

18   102?

19      A     Yes.

20      Q     Is that correct?

21      A     Yes.

22      Q     And he didn't work for Goodrich;

23   correct?

24      A     Right.

25      Q     And you didn't work for Goodrich;
```

507

```
 1   correct?

 2        A     Right.

 3        Q     Your hand tools, your equipment, those

 4   were provided by your employer while you were

 5   at Goodrich; correct?

 6        A     Yes.

 7        Q     You never saw the specs for the

 8   Goodrich facility; is that right?

 9        A     Right.

10        Q     You never saw the contract between

11   Goodrich and your employer; correct?

12        A     Correct.

13        Q     Any safety complaint you would have

14   made would have been to your employer; is that

15   right?

16        A     Yes.  To my steward.

17        Q     And you never made a safety complaint

18   at Goodrich; correct?

19        A     No.  Yeah.  I mean, correct.

20        Q     Your employer did not provide any

21   safety equipment while you were at Goodrich; is

22   that right?

23        A     Right.

24        Q     Were you responsible for any safe work

25   permits at Goodrich?
```

```
 1      A    I don't remember if we had to go get
 2   them or if the steward would get them.  I mean,
 3   most of the time he would hand us the permit.
 4      Q    Your steward?
 5      A    Yes.
 6      Q    I believe you said that you rode with
 7   somebody to the Goodrich facility; is that
 8   right?
 9      A    Yes, but I don't remember who it was.
10      Q    Was it always the same person?
11      A    Yes.
12      Q    Were you working together through 102?
13      A    Yes.  I would pick him up -- I would
14   drive every day and I would pick him up and
15   drop him off.
16      Q    And what type of work were you doing?
17   Were you welding or were you a pipefitter?
18      A    I was, if you want to call breaking
19   flanges loose a pipefitter, that's what I was
20   doing.
21      Q    And with the person you were riding
22   with, were you working the same shift?
23      A    Yes.  But I don't remember what he was
24   doing.  But we were on the same shift, yeah.
25      Q    You weren't working side-by-side,
```

```
 1    though?

 2         A     No.

 3         Q     Do you remember who your supervisor

 4    was out at Goodrich?

 5         A     No.

 6         Q     Do you remember the names of any

 7    co-workers?

 8         A     No.

 9         Q     Yesterday we talked a bit about OSHA.

10    OSHA came into effect in 1972 and it required

11    warning labels on all asbestos products with

12    some exceptions.

13              MS. ROUSSEL:

14                   Objection.  Objection.  Do you

15              have a question for this witness?

16              Because he said he wasn't familiar

17              with OSHA.  So I am going to object to

18              you trying to state what OSHA said and

19              what OSHA required.  He can only tell

20              you what he saw and what he did.  So I

21              object to the form of the question.

22              MR. RICHESON:

23                   Just let me know when you're

24              done, Gerolyn.

25              MS. ROUSSEL:
```

510

1            I'm done.

2    EXAMINATION BY MR. RICHESON:

3        Q    Sir, there's a warning label that says

4    --

5            MS. ROUSSEL:

6                Before you answer, let me get my

7            objection in.

8    EXAMINATION BY MR. RICHESON:

9        Q    -- "Caution, contains asbestos fibers.

10   Avoid creating dust.  Breathing asbestos dust

11   may cause serious bodily harm."  Did any of

12   your union stewards ever point out a product

13   that contained that warning label?

14       A    No.

15           MS. ROUSSEL:

16               Object to the form of the

17           question.

18   EXAMINATION BY MR. RICHESON:

19       Q    Any time you would get new material

20   while you were at Goodrich, that came from the

21   tool room; is that correct?

22       A    Yes.

23       Q    And that tool room was from your

24   employer; correct?

25       A    Yes.

1       Q     Before your deposition yesterday you

2    had a chance to meet with your attorney;

3    correct?

4       A     Yes.

5       Q     How many attorneys did you meet with?

6       A     One.

7       Q     And how long did you meet with them?

8       MS. ROUSSEL:

9             Objection.  That's work product.

10            Don't -- Mr. Cortez, don't answer

11            any of those questions.  Those are

12            improper questions.

13            And I move to strike the

14            question.

15       MR. RICHESON:

16            What's the basis of the

17            objection?

18       MS. ROUSSEL:

19            You cannot ask him anything that

20            he does with his attorneys.  That's

21            attorney-client privilege.  It's also

22            work product privilege.  He will not

23            answer anything with regard to his

24            attorneys.

25       MR. RICHESON:

```
 1                So your position is that the
 2                attorney-client privilege covers the
 3                amount of time you met with your
 4                client?
 5      MS. ROUSSEL:
 6                Yes.  Anything he does with his
 7                attorney is protected by
 8                attorney-client and work product
 9                privilege, and he will not answer any
10                questions with regard to that.
11      EXAMINATION BY MR. RICHESON:
12      Q    Sir, are you going to follow your
13      Counsel's advice to not answer my question
14      about how long you met with your attorney
15      yesterday?
16                MS. ROUSSEL:
17                Of course he's going to follow
18                his Counsel's direction.
19                Don't even answer that question.
20      EXAMINATION BY MR. RICHESON:
21      Q    Is that yes, sir?
22                MS. ROUSSEL:
23                Do you have a different question
24                that deals with something other than
25                his attorney?  Because he's not
```

```
 1          answering any questions with regard to
 2          his attorney.
 3    EXAMINATION BY MR. RICHESON:
 4       Q    Sir, have you had a chance to meet
 5    with your attorneys prior to your deposition
 6    today?
 7       A    I didn't hear nothing he said.
 8       Q    Sir, --
 9          MS. ROUSSEL:
10             And let me -- let me give you an
11          instruction, Mr. Cortez.  Do not
12          answer any of his questions that deal
13          with anything asking about your
14          attorneys.
15          THE WITNESS:
16             Okay.
17    EXAMINATION BY MR. RICHESON:
18       Q    What's the first time you contacted
19    someone about filing a lawsuit?
20       A    I mean, I don't know, maybe after I
21    was diagnosed with mesothelioma.
22       Q    And in June of this year?
23       A    Yes.
24       Q    What did you do -- What did you review
25    to jog your memory about your work history over
```

    1    the past 40 years?

    2            MS. ROUSSEL:

    3                That was asked yesterday and he

    4            said he didn't review anything.  Were

    5            you on the deposition yesterday?

    6            MR. RICHESON:

    7                I am going to ask -- Well, let me

    8            object to the colloquy and to the

    9            testimony of Counsel.  Gerolyn, --

   10            MS. ROUSSEL:

   11                That question was asked and

   12            answered yesterday.

   13    EXAMINATION BY MR. RICHESON:

   14        Q    All right.  Sir, you can answer the

   15    question.

   16        A    I am -- Everything I am telling y'all

   17    is coming out of my mind.  I didn't study

   18    anything about my work history or nothing like

   19    that.  I am just trying to remember what I did

   20    and when I did it.

   21            MR. RICHESON:

   22                Thank you, sir.  Those are all

   23            the questions I have for the moment.

   24            THE WITNESS:

   25                Thank you.

```
 1          MS. ROUSSEL:

 2              Does anybody else have any

 3          questions?

 4          MR. LASSUS:

 5              Gerolyn, I couldn't hear you.

 6          MS. ROUSSEL:

 7              Okay.  You're up next.  Go ahead.

 8     EXAMINATION BY MR. LASSUS:

 9       Q    Good morning.  This is Edward Lassus.

10     Can you hear me?

11       A    Yes, sir.

12       Q    Great.  I have a few questions for

13     you, Mr. Cortez.  Do you need to take a break

14     before we get started?

15       A    No.

16       Q    Okay.  Sir, I would like to first

17     discuss with you your work at Avondale

18     Shipyards.

19       A    Okay.

20       Q    Am I correct in understanding that you

21     worked at three locations at Avondale?  One

22     would be at the Westwego yard?

23       A    Yes.

24       Q    The second would be at the Port of New

25     Orleans?  And the third would be at the main
```

516

1    yard?  Is that correct, sir?

2        A    Yes.

3        Q    Regarding the work at the Port of New

4    Orleans -- Sometimes it's a little difficult to

5    understand over the phone, so if at any time

6    you disagree with what I am saying, please let

7    me know.  I am just trying to get an

8    understanding of what you know, sir.

9        A    Okay.

10       Q    Regarding the Avondale work at the

11   Port of New Orleans, I thought I heard you say

12   Napoleon Avenue?  Did I hear correctly?

13       A    Yes.

14       Q    Okay.  Did you work at any other

15   Avondale location at the Port of New Orleans?

16       A    No.

17       Q    Okay.  And when you worked at the

18   Avondale location Port of New Orleans at

19   Napoleon Avenue --

20            MS. ROUSSEL:

21                 Object to the form of the

22            question.  He said he was an employee

23            of Avondale working on vessels at the

24            Port of New Orleans.  That was not an

25            Avondale site.  So I am objecting to

```
 1            your characterization that that was an
 2            Avondale site.
 3       MR. LASSUS:
 4            Well, unfortunately, Gerolyn,
 5            from your position to the mic,
 6            whatever you're saying is very garbled
 7            and it's very difficult for me to
 8            understand.  I heard an objection and
 9            I didn't hear the colloquy after that.
10       MS. ROUSSEL:
11            Okay.  Let me state I am
12            objecting to the form of your question
13            in that you represented that the work
14            at the Port of New Orleans, that that
15            was actually an Avondale facility.  It
16            was not.  So that was my object to the
17            form of your question.
18       MR. LASSUS:
19            Okay.  I think I understood that.
20  EXAMINATION BY MR. LASSUS:
21       Q    So, Mr. Cortez, when you worked for
22  Avondale at the location Port of New Orleans at
23  Napoleon Avenue, was that on one occasion or
24  more than one occasion?
25       A    More than one occasion.
```

 1      Q      Okay.   Can you tell me how many

 2   occasions?

 3      A      Not necessarily.   I mean, we go there

 4   when they needed us.

 5      Q      Okay.

 6      A      And most of the time we was in the

 7   Westwego yard.

 8      Q      I understand.   But focusing on the

 9   Port of New Orleans, was it as much as five

10   times or less than five times?

11      A      I mean, at least five times, yeah.

12      Q      Okay.   So it's at least five times.

13   Was it between five and ten times?

14      A      I really can't recall exactly how

15   many.

16      Q      Okay.   And again, I am just trying to

17   get an approximate number.   I am not trying to

18   nail it down to an exact number.

19      A      Yeah.

20      Q      Do you recall, was it less than ten

21   times?

22      A      Yes.

23      Q      Okay.   Was it throughout your career

24   at Avondale or was it more to the beginning,

25   the middle, or the end?

1        A     It was more to the -- around the

2    middle.

3        Q     Okay.  When you worked for Avondale at

4    the Port of New Orleans, at that location did

5    you see any boxes with the name

6    "Taylor-Seidenbach" printed on it?

7        A     Yes.

8        Q     I would like to ask you some questions

9    about the boxes at that particular location,

10   sir.

11       A     Yes, sir.

12       Q     And please note that I am emphasizing

13   that location when you were working for

14   Avondale at the Port of New Orleans.  I am not

15   seeking any information from you right now

16   concerning Westwego or the main yard.  Do you

17   understand that, sir?

18       A     Yes.

19       Q     Did you answer --

20       A     Yes.

21       Q     -- that you understood?

22       A     Yes.

23       Q     I'm sorry.  Would you describe the

24   boxes for me, sir?

25       A     They were just like all the other

520

 1    ones.  They were brown in color with the

 2    Taylor-Seidenbach logo on them.

 3         Q    Okay.  What did the logo look like?

 4         A    I think the lettering was red.

 5         Q    So when you say "logo", you're talking

 6    about --

 7         A    The name of --

 8         Q    -- words only?

 9         A    The words, yes.

10         Q    Can you spell "Taylor-Seidenbach" for

11    me, sir?

12         A    T-A-Y-L-O-R-S-E-I-D-E-N-B-O-C-H.

13         Q    And did they have anything printed on

14    the box besides "Taylor-Seidenbach"?

15         A    I don't remember.

16         Q    Sir, after the words

17    "Taylor-Seidenbach" did they have anything such

18    as "Inc." or "Incorporated" or "Company"?

19         A    I don't remember.  The name of the box

20    -- The name on the box was big, but I don't

21    remember if they had anything else written on

22    it.

23         Q    Okay.

24         A    Big enough to see, anyway, without

25    going right up to it.

1    Q    I thank you for your best efforts,
2   sir.  I know we're talking about many years
3   ago.
4    A    Yes.
5    Q    Can you please give me the dimensions,
6   that is to say, the size of the box?
7    A    I mean, maybe two -- two by four or
8   two by three, whatever, something like that,
9   that I can recall.  I mean, it wasn't no big,
10  long boxes or anything like that.
11   Q    And when you say "two by three", I am
12  assuming you're giving me the width and length?
13   A    Yes.  Or the height and width.
14   Q    What was the depth -- What was the
15  depth or height of the box?
16   A    I don't really recall.
17   Q    When you --
18   A    Maybe --
19   Q    -- saw the boxes in --
20   A    They might have been -- Excuse me.
21  They might have been maybe three feet in depth.
22   Q    Okay.  And I am going to try and not
23  speak over you, and you try and not speak over
24  me.  I know it's difficult over the phone.
25   A    Yes.

1      Q      And please excuse me if I speak over

2   you.

3             And again, I am restricting right now

4   my line of questioning to the Port of New

5   Orleans.  When you saw these Taylor-Seidenbach

6   boxes at the Port of New Orleans, were they

7   sealed?

8      A      Yes.

9      Q      Did you ever see them open a

10  Taylor-Seidenbach box at the Port of New

11  Orleans?

12     A      I really don't recall.

13     Q      So you can't say that you saw the

14  contents of a Taylor-Seidenbach box at the Port

15  of New Orleans?

16     A      I -- I don't recall.

17     Q      Did you ever personally handle the

18  Taylor-Seidenbach box --

19     A      No.

20     Q      -- at the Port of New Orleans?

21     A      No.

22     Q      You never personally opened a

23  Taylor-Seidenbach box at the Port of New

24  Orleans?

25     A      No.

1      Q     Did you ever personally handle the

2    contents of a Taylor-Seidenbach box at the Port

3    of New Orleans?

4      A     No.

5      Q     Did you, at the Port of New Orleans,

6    did you work around others that were handling

7    the contents of a Taylor-Seidenbach box?

8      A     Yes.

9      Q     Who were those?  What crafts were

10   those?

11     A     Insulators.

12     Q     And how do you know they were working

13   with the contents of a Taylor-Seidenbach box?

14     A     They were -- I didn't watch them do

15   it, but they were emptying out the boxes and

16   bringing it on the vessel.

17     Q     And those box -- I'm sorry.  Go ahead.

18   Were you finished?

19     A     They would bring the contents on the

20   vessel so they could put it in place.

21     Q     And those particular boxes had the

22   name "Taylor-Seidenbach" on it?

23     A     I saw a few of them that were open

24   with nothing in them.  Apparently -- I figured

25   that's what they were putting on the boat.

1        Q      But you didn't see the workers remove

2   the contents from the Taylor-Seidenbach box?

3        A      No.

4        Q      Do you believe that Taylor-Seidenbach

5   manufactured insulation?

6        A      Yes.

7        Q      Had you ever been to a

8   Taylor-Seidenbach manufacturing plant?

9        A      No.

10        Q      Why do you believe Taylor-Seidenbach

11   manufactured insulation?

12        A      I figured -- I believe that the

13   company that packs it manufactures it.

14        Q      I'm sorry, the company that what?

15        A      Packs it like for shipping would

16   manufacture it.

17        Q      So am I correct in understanding you

18   believe Taylor-Seidenbach manufactured

19   insulation because their name was on a box?

20        A      Yes.

21        Q      Sir, when you worked, did you ever

22   bring your lunch to work?

23        A      Yes.

24        Q      Did you ever have a lunch pail or box?

25        A      The lunch pail.  Or not a pail, but a

525

 1   lunch box.

 2        Q     So that your lunch box wouldn't be

 3   confused with the lunch boxes of other workers,

 4   did you ever take a Marks-A-Lot and print your

 5   name on your lunch box?

 6        A     No.

 7        Q     Did you ever print your name on

 8   anything that you owned --

 9        A     No.

10        Q     -- for identification purposes?

11        A     No.

12        Q     No?  Do you think anything that has a

13   name printed on it, that that is representative

14   of the manufacturer of that particular item?

15        MS. ROUSSEL:

16             Object to the form of the

17             question.

18   EXAMINATION BY MR. LASSUS:

19        Q     You can answer.

20        A     I mean, printing your name on a lunch

21   box and having the name of a product printed on

22   a shipping box is totally different, in my

23   opinion anyway.

24        Q     Other than the name being on the box,

25   you have no other reason to believe that

526

```
1    Taylor-Seidenbach manufactured insulation; is
2    that correct?
3        A    Correct.
4        Q    And speaking of shipping, did you see
5    any shipping labels on the Taylor-Seidenbach
6    box?
7        A    No.
8        Q    At the Port of New Orleans can you
9    tell me when is the first time you saw a
10   Taylor-Seidenbach box?
11       A    No.
12       Q    At the Port of New Orleans can you
13   tell me the last time you saw a
14   Taylor-Seidenbach box?
15       A    No.
16       Q    At the Port of New Orleans can you
17   tell me how frequently, and when I say
18   frequently, how often you saw a
19   Taylor-Seidenbach box?
20       A    Just about every time I went there.
21       Q    Did you ever see any specifications
22   regarding the contents of any Taylor-Seidenbach
23   box?
24       A    No.
25       Q    Have you ever seen any invoices or
```

527

1    purchase orders regarding a Taylor-Seidenbach

2    box?

3        A    No.

4        Q    Did you have any responsibility for

5    ordering materials for the Port of New Orleans

6    site?

7        A    No.

8        Q    Sir, I would like to move on to

9    Avondale's main yard and the time that you

10   worked there.  I understand that you worked at

11   the Avondale main yard --

12       A    Yes.

13       Q    -- maybe once or twice?  I'm sorry.

14       A    Yes, once or twice.

15       Q    Maybe once or -- I'm sorry, are you

16   still speaking, sir?

17       A    No.

18       Q    I understand you worked at Avondale's

19   main yard maybe once or twice and then I heard

20   you say two to three weeks, and I was a little

21   confused and hopefully you can clarify

22   something for me.  So here today do you still

23   believe you worked at Avondale's main yard

24   either once or twice?

25       A    Yes.

528

1      Q     And each time, each time you worked

2    there, do you recall how long you worked there

3    each time?

4      A     No.

5      Q     So in your earlier testimony I believe

6    you said it was two to three weeks and where I

7    was a little confused, I didn't know if you

8    meant two to three weeks total time at

9    Avondale's main yard or if you meant each time

10   you went to the main yard you worked there two

11   to three times.  Can you hopefully clarify my

12   misunderstanding?

13     A     That would be the total time I worked

14   there.  Because I didn't work in the main yard

15   for a long period of time.

16     Q     Okay.  When you -- When you worked at

17   Avondale's main yard, was it towards the

18   beginning, the middle, or the end, or a

19   combination of those during your time that you

20   were employed at Avondale?

21     A     I really don't recall.

22     Q     When you worked at Avondale's main

23   yard, did you see boxes with the name

24   "Taylor-Seidenbach" printed on it?

25     A     No.  I was working on the platin area.

529

1      Q     Okay.   That shortens my line of
2  questioning for the main yard.
3            Let's move on to the Westwego yard
4  where I understand you spent most of your time
5  when you were employed by Avondale.
6      A     Yes.
7      Q     When you worked at the Westwego yard
8  did you see any boxes with the name
9  "Taylor-Seidenbach" printed on it?
10     A     Yes.
11     Q     Let me ask you this, because this
12 might shorten some of the questioning.   Was the
13 color and description and size of the
14 Taylor-Seidenbach boxes the same as your
15 testimony for those that you saw at the Port of
16 New Orleans?
17     A     Yes.
18     Q     So there were not different boxes with
19 "Taylor-Seidenbach" printed on it?
20     A     No.  Not that I can remember.
21     Q     Okay.  At the Westwego yard were the
22 Taylor-Seidenbach boxes that you saw sealed?
23     A     Yes.
24     Q     Did you see any of the
25 Taylor-Seidenbach boxes at the Westwego yard

 1    open?

 2         A    Yes.

 3         Q    Did you personally open any

 4    Taylor-Seidenbach boxes?

 5         A    No.

 6         Q    Did you see the content, contents of

 7    any Taylor-Seidenbach boxes at the Westwego

 8    yard?

 9         A    Not that they -- I mean, I didn't see

10    what came out of the box if that's what you're

11    asking.

12         Q    Yes, sir, that would be what I am

13    asking.  Did you see others handling what you

14    believe to be contents of Taylor-Seidenbach

15    boxes?

16         A    I saw insulators handling insulation.

17    I'm -- I believe that was Taylor-Seidenbach

18    product.

19         Q    Did you see the insulators remove the

20    insulation from a Taylor-Seidenbach box?

21         A    No, I didn't see them remove it.

22         Q    Was there any markings on the

23    insulation itself?

24         A    That, I don't remember.

25         Q    Okay.  So you don't recall the name

1    "Taylor-Seidenbach" printed on the insulation

2    itself?

3         A    No.  Let me clarify something.  When

4    we worked, we were all working together, but we

5    weren't watching what other people do.  We were

6    doing our own particular job.  And if we were

7    in an area where we could get affected by

8    whatever the other person, the other person was

9    doing, I mean, naturally we got affected by it.

10   So you are asking me questions did I observe

11   them, I mean, step-by-step what happened with

12   the product, no, I didn't do that.

13        Q    Okay.  Thank you for that explanation,

14   sir.  Did you see any shipping labels on the

15   Taylor-Seidenbach boxes at Westwego?

16        A    I don't remember any shipping labels.

17        Q    Do you recall the first time that you

18   saw a Taylor-Seidenbach box at Westwego?

19        A    No.

20        Q    Do you recall the last time you saw a

21   Taylor-Seidenbach box at Westwego?

22        A    No.

23        Q    Do you recall how frequently you saw a

24   Taylor-Seidenbach box at Westwego?

25        A    Every time I worked on a vessel that

1    had Taylor-Seidenbach products on it, I saw it

2    then, which was probably --

3        Q    Okay.

4        A    Excuse me.  Which was probably, say,

5    like maybe three-quarters of the time that I

6    stayed at the Westwego yard.

7        Q    Okay.

8        A    And maybe the whole time.

9        Q    Again, unfortunately, sometimes things

10   come across a little garbled.  Did you say

11   three-quarters of the time?

12       A    Yeah.  Like almost toward the end of

13   my career over there.

14       Q    Okay.  And I was a little confused and

15   I am not trying to put words in your mouth, so

16   I am just trying to get some clarification.

17   Did I understand your testimony was that you

18   didn't see a Taylor-Seidenbach box until

19   towards the end of your career at Avondale?

20       A    No.  That's not what I said.

21       Q    Okay.  And then I misunderstood you.

22   What did you say, sir?

23       A    I said I saw it until almost the end

24   of my career.

25       Q    Ah, that time I heard you clearly.

1   Thank you, sir.  And, sir, did you ever see any

2   specifications for the contents of those

3   Taylor-Seidenbach boxes at Westwego?

4        A     No.

5        Q     And did you have the responsibility

6   for ordering the materials at the Westwego

7   yard?

8        A     Rephrase it?  I mean, repeat the

9   question?

10        Q     Did you, sir, personally have any

11   responsibility for ordering materials at the

12   Westwego yard?

13        A     No.

14        Q     Did you see any invoices or purchase

15   orders relative to the Taylor-Seidenbach boxes

16   at the Westwego yard?

17        A     No.

18        Q     Hopefully I didn't ask you this

19   already.  Yesterday I heard testimony about mud

20   and cement at Avondale and that mud and cement

21   products were taken out of Taylor-Seidenbach

22   boxes.  Did I hear that correctly from your

23   testimony yesterday?

24        A     I don't remember saying that.

25        Q     Okay.  Okay.  So if you don't remember

1    saying that, do you have any information

2    whether the boxes were of the same description

3    as the insulation boxes --

4        A    No.

5        Q    -- as those boxes -- as those boxes

6    from which cement and mud products were

7    removed?

8        A    No.

9        Q    Okay.  Sir, do you have any

10   information that Taylor-Seidenbach manufactured

11   mud or cement products?

12       A    No.

13       Q    Sir, regarding your employment at

14   Avondale Shipyards, did you see any other

15   products, equipment, or any other type of

16   materials that bear the name

17   "Taylor-Seidenbach"?

18           MS. ROUSSEL:

19                Object to the form of the

20           question.  You mean other than

21           insulation products?

22           MR. LASSUS:

23                Other than the boxes that he

24           described.

25           MS. ROUSSEL:

535

1              Object to the form of the

2         question.

3   EXAMINATION BY MR. LASSUS:

4        Q    You can answer.

5        A    No.

6        Q    And let me ask you this, sir.

7   Relative to your employment at Avondale

8   shipyards, at any time did you see any vehicles

9   with the name "Taylor-Seidenbach" printed on

10  it?

11       A    No.

12       Q    While you were working at Avondale did

13  you believe that you at any time spoke to any

14  employees of Taylor-Seidenbach?

15       A    I don't recall.  No.

16       Q    Let's move on to your work at Halter

17  Marine.

18            VIDEO OPERATOR:

19              Excuse me.  Go off the record to

20         change tapes.

21  EXAMINATION BY MR. LASSUS:

22       Q    Now, did you say --

23            MS. ROUSSEL:

24              We're changing the tape.  Ed.

25              Ed, Ken said he needs to change the

536

```
 1            tape.

 2            VIDEO OPERATOR:

 3                 Off the record.

 4            (Whereupon a discussion was held off

 5       the record.)

 6            VIDEO OPERATOR:

 7                 This is the beginning of disk 7.

 8            We're back on the record.

 9       MR. LASSUS:

10                 Okay.  Are we ready?

11       MS. ROUSSEL:

12                 Yes.

13            VIDEO OPERATOR:

14                 Yes.

15  EXAMINATION BY MR. LASSUS:

16       Q    Okay.  Mr. Cortez, I would now like to

17  focus on your work at Halter Marine Shipyard in

18  Lockport, Louisiana.

19       A    Okay.

20       Q    Did you see boxes with the name

21  "Taylor-Seidenbach" printed on them at Halter

22  Marine?

23       A    Yes.

24       Q    Again, to somewhat maybe shorten the

25  line of questioning, the boxes that you saw at
```

1    Halter Marine, were they of the same

2    description as those boxes that you saw at

3    Avondale?

4         A    Yes.

5         Q    So your testimony would be exactly the

6    same regarding the description and size of the

7    boxes?

8         A    Yes.

9         Q    When was the first time that you saw a

10   box, Taylor-Seidenbach box at Halter Marine?

11        A    I mean, at the beginning of my -- my

12   work period over there.

13        Q    I'm sorry, I didn't quite understand

14   that.  Would you please say it one more time?

15        A    I said at the beginning of my work, my

16   work period at Halter Marine.

17        Q    Okay.  And when was the last time you

18   saw a Taylor-Seidenbach box at Halter Marine?

19        A    At the end of my work period.

20        Q    Okay.  How frequently did you see a

21   Taylor-Seidenbach box at Halter Marine?

22        A    Just about every day.

23        Q    Did you personally handle the

24   Taylor-Seidenbach boxes?

25        A    No.

538

1       Q     When you saw the Taylor-Seidenbach

2   boxes, were they sealed?

3       A     Some were sealed and some were open.

4       Q     Did you at any time see the contents

5   of a Taylor-Seidenbach box?

6       A     At Halter Marine?  Yes.  The

7   insulators were taking half-moons, blocks, 90s

8   and 45s out of there.

9       Q     Okay.  And again, unfortunately, over

10   the phone sometimes things get cut off.  I

11   think I heard you say half-moons and 45s?

12       A     And 90s.

13       Q     And 90s?

14       A     And blocks.

15       Q     And blocks.  Okay.  Can you describe

16   for me the blocks?

17       A     They were square and they -- they

18   applied them on equipment.

19       Q     Can you describe the size of the

20   blocks for me, please?

21       A     I don't really recall the size of it.

22       Q     But the blocks that you're speaking

23   of, they would fit in the Taylor-Seidenbach

24   boxes that you previously described?

25       A     Yes.  It was around the --

```
 1       Q     Okay.

 2       A     I mean, I can't tell you the exact

 3  size of them, the dimensions, but they were --

 4  they were in the box and I'm sure they took up

 5  a good bit of room in the box.

 6       Q     Okay.  And if I understand your

 7  testimony, you're saying what you're describing

 8  as block insulation --

 9       A     Yes.

10       Q     -- fit inside -- fit inside the

11  Taylor-Seidenbach box?

12       A     Yes.

13       Q     Okay.

14       A     I don't know if they was laying down

15  in there or if it was standing up.

16       Q     Were there any markings on the

17  insulation itself?

18       A     I don't really recall any markings.

19       Q     Did you have any responsibility for

20  ordering the materials at Halter Marine?

21       A     No.

22       Q     Did you see any of the invoices or

23  purchase orders for material at Halter Marine?

24       A     No.

25       Q     Did you see any specifications for the
```

1    insulation at Halter Marine?

2        A    No.

3        Q    Do you believe the insulation

4    contained asbestos?

5        A    Yes.

6        Q    And I'm sorry, that may have been a

7    poorly worded question.  I am talking about the

8    new insulation that was in the boxes.

9        A    Yes.

10       Q    And what's the basis for your belief

11   that it contains asbestos?

12       A    Because when they moved it, it made a

13   dusty fiber in the air.

14       Q    And what did these -- Can you better

15   describe the dusty fibers for me?  Or is that

16   the best you can do?

17       A    Yes, that's the best I can do.

18       Q    Okay.  You never had the insulation

19   tested for asbestos, did you?

20       A    Say again?

21       Q    You never had the insulation tested

22   for asbestos content, did you?

23       A    No.

24       Q    When you worked at Halter Marine did

25   you ever speak to a Taylor-Seidenbach employee?

```
 1      A    No.

 2      Q    Do you know any names of

 3 Taylor-Seidenbach employees?

 4      A    No.

 5      Q    And let me ask you that for any site

 6 or throughout your career.  I didn't want to

 7 just limit it to Halter Marine.  Did you know

 8 the names of any Taylor-Seidenbach employees?

 9      A    No.

10      Q    And let me, while I am at it, let me

11 broaden the scope of the other question.  At

12 any time have you ever spoken to any

13 Taylor-Seidenbach employee?

14      A    Not that I can recall, no.

15      Q    Okay.  When you were working at Halter

16 Marine, did you see any other products,

17 articles, equipment with the name

18 "Taylor-Seidenbach" on it?

19      A    No.

20      Q    And I am talking about other than the

21 Taylor-Seidenbach boxes.

22      A    No.

23      Q    And let me be more specific.  When you

24 were working at Halter Marine did you ever see

25 any vehicles with the name "Taylor-Seidenbach"
```

```
 1   printed on it?

 2        A    Yes, they would deliver the material

 3   to the -- to the vessels that was being worked

 4   on.

 5        Q    This was at Halter Marine?

 6        A    Yes.

 7        Q    Okay.  Can you please describe the

 8   trucks for me?

 9        A    Most of the time it was like a panel

10   truck, closed-in panel truck with a regular

11   truck front end.  I mean, how else can I

12   describe it?

13        Q    What was the length of the panel

14   truck?

15        A    I can't really give you an exact

16   length.  It was bigger than a pickup truck.

17   Let's put it that way.

18        Q    How many wheels did the panel truck

19   have?

20        A    I think there was four in the back and

21   two in front.

22        Q    Okay.  The four wheels on the back,

23   you're talking about four wheels on a single

24   rear axle?

25        A    Yes.
```

1     Q     And then the front axle had two

2     wheels?

3     A     Yes.

4     Q     Where did you see the name

5     "Taylor-Seidenbach" printed on the truck?

6     A     On the door.

7     Q     The driver's door?

8     A     Yeah.

9     Q     What about the passenger door?

10    A     I didn't walk around the truck to

11    look.

12    Q     How many doors did the panel truck

13    have?

14    A     One on each side.  Two.

15    Q     And what about the rear?

16    A     It just had the big rear opening on

17    the back of that panel.

18    Q     Okay.  Other than the two front doors,

19    no other side doors?

20    A     No.  Not -- Not the one that I looked

21    at, anyway.

22    Q     What was the color of the truck?

23    A     Most of them were white.

24    Q     How many times did you see a

25    Taylor-Seidenbach truck at Halter Marine?

544

```
 1      A    That's a hard question.  I really

 2   can't tell you.  I was there for --

 3      Q    Several months?

 4      A    Yes.  I was there for over -- a little

 5   over a year so I can't give you a specific

 6   number of times.

 7      Q    Can you give me an approximate number?

 8           MS. ROUSSEL:

 9                You don't have to guess.

10           THE WITNESS:

11                No.

12           MR. LASSUS:

13                I am not asking for a guess,

14           Gerolyn.  I am asking for a reasonable

15           approximation.

16           THE WITNESS:

17                I really can't give you an

18           approximation.

19   EXAMINATION BY MR. LASSUS:

20      Q    Okay.  Can you tell me when was the

21   first time you saw a Taylor-Seidenbach truck at

22   Halter Marine?

23      A    No.

24      Q    Can you tell me when is the last time

25   you saw a Taylor-Seidenbach truck at Halter
```

1    Marine?

2         A    No.

3         Q    You just mentioned panel trucks.  Were

4    there any other types of Taylor-Seidenbach

5    trucks that you saw at Halter Marine?

6         A    I don't -- I don't really remember.

7    It sort of -- I don't remember how the

8    employees got there.  I mean, I don't know how

9    they got there.  Because we were parked in the

10   parking lot.  And I didn't sit there and watch

11   every vehicle come in, so I really can't tell

12   you.

13        Q    Okay.  Thank you, sir.  I know you

14   mentioned pickup trucks.  You didn't see any

15   pickup trucks with the name Taylor-Seidenbach

16   on it?

17        A    I don't remember, no.

18        Q    Okay.  You didn't see any 18-wheelers

19   with the name "Taylor-Seidenbach" printed on

20   it?

21        A    No.

22        Q    At any time that you saw a

23   Taylor-Seidenbach truck at Halter Marine, did

24   you see anything removed from the truck?

25        A    I saw them remove boxes out of the

546

1    back.  But again, I didn't sit there and watch

2    them to see how many they took out.  I am

3    getting -- I had a job to do.  I was doing my

4    job.

5         Q    Did you personally remove any boxes

6    from the Taylor-Seidenbach truck?

7         A    No.

8         Q    Let's move on to another site, sir.

9    Did I hear you earlier identify as one of your

10   work sites Georgia Gulf in Plaquemine,

11   Louisiana?

12        A    Yes.

13        Q    And I was a little unclear regarding

14   your testimony, so, sir, let me ask you this.

15   Did you say that you saw Taylor-Seidenbach

16   boxes at the Georgia Gulf plant in Plaquemine,

17   Louisiana?

18        A    Yes.

19        Q    Sir, let me ask you again concerning

20   the description of those boxes.  Is it the same

21   description as those Taylor-Seidenbach boxes

22   that you gave me for Avondale?

23        A    They were big boxes.

24        Q    So that their appearance was

25   different?

1        A     From what I can recall they was --

2   they was pretty large.  Big boxes, yes.

3        Q     Okay.  Since I'm gathering from your

4   testimony that the appearance of the boxes was

5   different, sir, I am going to ask you for the

6   Georgia Gulf plant, would you please describe

7   the boxes for me?  And again, the

8   Taylor-Seidenbach boxes.  That's the only --

9   That's the only boxes I am interested in.

10       A     I mean, they were large.  Large boxes

11  with "Taylor-Seidenbach" on it.

12       Q     And when you say "large", I know you

13  gave me some dimensions for the boxes at

14  Avondale.  Can you please give me the

15  dimensions for these boxes that you say are

16  large at Georgia Gulf?

17       A     Actually, I was guessing because I

18  really didn't -- I mean, that was a long time

19  ago at Avondale.  I was actually guessing at

20  the size of those boxes.

21       Q     And I am just asking for an

22  approximation.

23       A     Yes.

24       Q     I don't expect you to be able to tell

25  me to the inch.

548

1       A     No, I can't do that.

2       Q     These boxes at Georgia Gulf, were any

3  of them similar to the appearance of the

4  Taylor-Seidenbach boxes at Avondale?

5       A     As far as the color and the name

6  written on it, yes.

7       Q     But not the size?

8       A     I don't really recall the size, no.

9  They were just a large box.

10       Q     Okay.  The large box at Georgia Gulf

11  with "Taylor-Seidenbach" printed on it, was the

12  box sealed?

13            MS. ROUSSEL:

14                 Object to the form of the

15                 question.  He said boxes, not box.

16  EXAMINATION BY MR. LASSUS:

17       Q     Were the boxes sealed?

18       A     Some of them were sealed.  Some of

19  them were open.

20       Q     Did you see the contents of those

21  large boxes at Georgia Gulf?

22       A     I saw them putting insulation on the

23  pipes that came out of the boxes.

24       Q     Okay.  Thank you for that, sir.  Let

25  me ask you this.  Did you see the contents of

1   these large boxes?

2       A    I didn't go look inside -- I didn't go

3   look inside the box, no.

4       Q    Did you see others removing the

5   contents from these large boxes?

6       A    I saw the insulators go get the

7   product out of the boxes and bring them to the

8   unit and apply it to the piping.

9       Q    So am I to understand that you saw

10  workers removing the contents from the large

11  Taylor-Seidenbach box at Georgia Gulf?

12      A    Yes.

13      Q    And what did you see removed from

14  these boxes?

15      A    Basically piping insulation.

16      Q    And, sir, when you say "pipe

17  insulation", you're talking about what you

18  earlier described as half-moons?

19      A    Half-moons and the 90s and 45s and

20  they had -- I don't know how you describe them.

21  It would be a long piece that would fit on the

22  pipe that they insulate between flanges.

23      Q    Okay.  Did the --

24      A    To cover the entire pipe.

25      Q    I'm sorry.  Did I interrupt you?

1      A     Yes.  I'm sorry.  I'm sorry for

2    interrupting you.

3      Q     All right.

4      A      It would be certain sections, you

5    know, I don't know how long they were; they

6    wrapped that around the pipe until they cover

7    the whole pipe.

8      Q     Are you talking about the insulation?

9      A     Yes.

10      Q     Do you have any personal knowledge

11    that this insulation that you described that

12    came out of the box, that it contained

13    asbestos?

14      A     Yes.

15      Q     And why do you believe it contained

16    asbestos?

17      A      It also made a dusty fiber as they

18    moved it around.

19      Q     And can you give us any better

20    description of the dusty fiber to amplify the

21    description at all?

22      A      No.  All I know is it's dusty fiber

23    that was floating in the air whenever they

24    moved the insulation or cut it or applied it to

25    the pipe.  The piping.  Let's put it that way.

1      Q      Okay.  Did you have any responsibility

2    for ordering materials at Georgia plant?

3      A      No.

4      Q      Did you ever see any invoices or

5    purchase orders for materials at the Georgia

6    plant?

7      A      No.

8      Q      Did you see -- We're going to leave

9    the Georgia plant now.  Did you see any

10   Taylor-Seidenbach boxes at any of your other

11   work sites?

12     A      At Vulcan.

13     Q      I'm sorry, I didn't hear that.

14     A      I said at Vulcan.

15     Q      Thank you.  Any others?

16     A      Triad, Shell, and B.F. Goodrich.

17     Q      Any other of your work sites, sir?

18     A      No.

19     Q      From the --

20     A      I'm sorry?

21     Q      At the Vulcan plant, that work was in

22   the 1980s?

23     A      Yes.

24     Q      Can you tell me if it was in the

25   early, mid, or late '80s or a combination of

1   those?

2        A    I don't really recall, I mean.  Like I

3   said earlier, I don't have a specific list of

4   when I worked at -- at what shutdown I did

5   first, last, or in the middle or what.  That

6   was mostly all shutdowns.

7        Q    Okay.  And I know earlier Counsel had

8   tried to refresh your memory by relating to the

9   birth of your daughter.

10       A    Yes.

11       Q    Relative to your work at Vulcan, does

12  the birth of your daughter help you at all as

13  to say it was before or after the birth of your

14  daughter?

15       A    I don't remember, no.

16       Q    Regarding the Taylor-Seidenbach boxes

17  that you saw at Vulcan, would the descriptions

18  of the boxes be the same as your testimony for

19  the Avondale site?

20       A    It was the same as the -- What plant

21  did you ask me about after Avondale?

22            MS. ROUSSEL:

23                Georgia Gulf.

24            THE WITNESS:

25                Say it again?

```
 1          MS. ROUSSEL:

 2               Georgia Gulf?

 3          THE WITNESS:

 4               Yes.

 5     EXAMINATION BY MR. LASSUS:

 6      Q    I'm sorry, sir.

 7      A    It was --

 8      Q    Are you asking me a question?

 9      A    It was the same as Georgia Gulf.

10      Q    I'm sorry, sir?

11      A    It was the same as the boxes at

12   Georgia Gulf.

13      Q    Georgia Gulf?

14      A    Yes.

15      Q    So it was what you called the large

16   box; correct?

17      A    Yes.

18      Q    And when you were at Vulcan did you

19   see any of the, what I will call the smaller

20   boxes of the dimensions that you described at

21   Avondale?

22          MS. ROUSSEL:

23               Objection.  He never said they

24          were smaller.  He said he was giving

25          you approximation.  So I am objecting
```

554

1                to the form of your question.

2                THE WITNESS:

3                    I --

4        EXAMINATION BY MR. LASSUS:

5            Q    Do you understand the question, Mr.

6        Cortez?

7            A    Yes.

8            Q    If not, I can give it another shot.

9            A    I understood the question, but, like I

10       told you, at Avondale I was actually guessing

11       the sizes of the boxes because it was so long

12       ago and -- and, I mean, it's hard to remember

13       every detail.

14           Q    I understand.  But you were giving me

15       your best estimate; correct?

16           A    Yes.

17           Q    Okay.  That's all I can expect from

18       you, sir.

19                At the Vulcan plant, did you have any

20       responsibility for purchasing any materials?

21           A    No.

22           Q    Did you ever see any invoices or

23       purchase orders for materials at Vulcan?

24           A    No.

25           Q    Did you see any specifications for the

 1    materials and products at Vulcan?

 2         A    No.

 3         Q    Did you personally handle any of the

 4    products that came out of the Taylor-Seidenbach

 5    boxes when you worked at Vulcan?

 6         A    No.

 7         Q    Did you work around others that used

 8    the products that came around -- that came out

 9    of the Taylor-Seidenbach boxes at Vulcan?

10         A    Yes.

11         Q    And what crafts were those, sir?

12         A    Insulators.

13         Q    And what were the insulators doing

14    with the contents of the boxes?

15         A    Putting it on the pipes.

16         Q    Okay.  At Vulcan did you see any other

17    products, materials, or equipment with the name

18    "Taylor-Seidenbach" on it other than the boxes

19    that you described?

20         A    I don't recall, no.

21         Q    Okay.  At Vulcan did you see any

22    vehicles with the name "Taylor-Seidenbach" on

23    it?

24         A    No, because, I mean, when you're in a

25    plant, just any vehicle can't come in the

1    plant.  I mean, other than a delivery truck or

2    anything like that.  But we weren't around

3    where the deliveries were made.

4       Q    I understand, sir.  I am just asking

5    what you saw, what you know.

6       A    Yeah.  I understand.

7       Q    Now, the Triad plant, you said you saw

8    Taylor-Seidenbach boxes at the Triad plant?

9       A    Yes.

10       Q    Can you describe those boxes for me,

11    please?

12       A    They were just like the ones in the

13    other two plants.

14       Q    And when you say "the other two

15    plants", now we're talking about Vulcan and

16    Georgia Gulf?

17       A    Yes.

18       Q    The boxes that you saw at Triad, were

19    they sealed?

20       A    Some were sealed and some were open.

21       Q    The Taylor-Seidenbach boxes that were

22    open at Triad, did you see the contents?

23       A    I just saw them putting the insulation

24    on the pipes.  I didn't go look in the box,

25    again.

1      Q    Did you see what was removed from the

2    Taylor-Seidenbach boxes?

3      A    Yes, sir.  90s, 45s, half-moons, joint

4    pieces, if that's what you want to call it,

5    where they would be able to insulate the entire

6    pipe.

7      Q    And, I'm sorry, what was the last

8    thing that you described?

9      A    It was like a -- like a half a pipe

10   covering.  You put one on each side of the

11   pipe.  It was like two or three feet long.

12     Q    This is the half-moons; correct?

13     A    Sir?

14     Q    Is that the same thing as what you are

15   describing as half-moons?

16     A    No.

17     Q    This is something different?

18     A    Yes.  It --

19     Q    How was it -- I'm sorry.  I'm talking

20   over you.  Go ahead.  I apologize, sir.

21     A    You don't just insulate the end of the

22   pipe.  You got to insulate the entire pipe.

23   And those pieces were in there, too.  It was

24   like a covering insulation that you put on both

25   sides of the pipe.  I guess they wired them

 1  together with stainless steel wire or something

 2  like that to keep them on the pipe.

 3      Q    Okay.  And is that what you call

 4  half-moons?

 5      A    I mean, I guess.  I mean, it was like

 6  a half-moon.

 7      Q    Okay.  I am not criticizing what

 8  you're calling it.  I am just trying to

 9  understand.

10      A    Yes.

11      Q    So it was 90s, 45s, and half-moons

12  that were removed from the boxes?

13      A    Right.

14      Q    Thank you, sir.  Anything else that

15  was removed from the Taylor-Seidenbach boxes?

16      A    I don't remember right offhand.

17      Q    And again, we're focusing on Triad

18  right now.

19      A    Yes.  All right.

20      Q    When was the first time you saw a

21  Taylor-Seidenbach box at Triad?

22      A    I can't tell you.  I don't know.

23      Q    Can you tell me the last time?

24      A    No.

25      Q    Can you tell me how frequently you saw

559

1    a Taylor-Seidenbach box at Triad?

2         A    I worked there for three years and

3    pretty much of the time that I was there I saw

4    Taylor-Seidenbach boxes in the area that I was

5    working in.

6         Q    Thank you, sir.  Thank you, sir.

7              Did you have any responsibility for

8    ordering materials at Triad?

9         A    No.

10        Q    Did you ever see any purchase orders

11   or invoices for products at Triad?

12        A    No.

13        Q    Did you see any specifications for

14   products at Triad?

15        A    No.

16        Q    I don't think I asked you this.  Did

17   you see any -- Going back to Georgia Gulf

18   momentarily, did you see any specifications for

19   products at Georgia Gulf?

20        A    No.

21        Q    Did you personally handle the

22   materials that came out of the

23   Taylor-Seidenbach box at Triad?

24        A    No.

25        Q    Let's move on to Shell.  Okay?

560

1     A     Okay.

2     Q     I understand this is Shell Oil

3   refinery in Norco; correct?

4     A     Yes.

5     Q     The boxes that you saw at Shell Norco,

6   can you describe those for me, please?

7     A     They were large boxes like the other

8   places.

9     Q     And when you say "other places", you

10  mean like --

11    A     Triad, Georgia Gulf.

12    Q     -- Georgia Gulf and Triad?

13    A     Yes.

14    Q     Were the boxes at Shell sealed?

15    A     Some were sealed and some were open.

16    Q     Did you ever see the contents of the

17  Taylor-Seidenbach box at Shell Norco?

18    A     I saw them putting the insulation on

19  the pipe just like everywheres else.

20    Q     Did you see anyone removing the

21  contents of the boxes, the Taylor-Seidenbach

22  boxes at Shell Norco?

23    A     The insulators would take the product

24  out of the box and bring it to their job.  Yes,

25  I did.

561

```
 1       Q    Okay.  And just so I understand, you
 2   saw them removing the contents from the
 3   Taylor-Seidenbach boxes?
 4       A    Yes.
 5       Q    What did you see them removing from
 6   the Taylor-Seidenbach box?
 7       A    90s, 45s and half-moons.
 8       Q    Did you personally handle the
 9   Taylor-Seidenbach boxes at Shell Norco?
10       A    No.
11       Q    Did you personally handle the contents
12   of the Taylor-Seidenbach boxes at Shell Norco?
13       A    No.
14       Q    Did you, at Shell Norco, did you work
15   near others that used the contents of the
16   Taylor-Seidenbach boxes?
17       A    Yes.
18       Q    And how close were you to those
19   others?
20       A    Close enough to get it on my clothes.
21   I was -- We were running the pipes and they
22   were insulating.
23       Q    So those other workers were insulators
24   at Shell Norco?
25       A    Yes.
```

1      Q     Did you have responsibility for

2      ordering materials at Shell Norco?

3      A     No.

4      Q     Did you ever see any invoices or

5      purchase orders for products at Shell Norco?

6      A     No.

7      Q     Did you ever see the specifications

8      for the insulation products at Shell Norco?

9      A     No.

10     Q     Do you believe those insulation

11     products contained asbestos?

12     A     Yes.

13     Q     And why do you have that belief?

14     A     I saw the same thing I saw at the

15     other ones, too.  Like the dusty fibers

16     floating in the air whenever that insulation

17     was cut or removed from the boxes and applied

18     on the pipe.

19           MS. ROSSI:

20                 Object to the form.

21     EXAMINATION BY MR. LASSUS:

22     Q     Let's move on to B.F. Goodrich.  Can

23     you please describe the Taylor-Seidenbach boxes

24     that you saw at B.F. Goodrich?

25     A     Large.  Just like at Shell.

563

1       Q       Okay.   Were the Taylor-Seidenbach

2    boxes sealed?

3       A       Some were sealed, some were open.

4       Q       Some were open?

5       A       Yes.

6       Q       And these boxes, they had the

7    Taylor-Seidenbach name printed on the side?

8       A       Yes.

9       Q       Let me ask you this for all the

10   Taylor-Seidenbach boxes, because I don't really

11   think I asked you this, although I know we were

12   talking about printed.  The name

13   "Taylor-Seidenbach" on these boxes that you

14   have been describing, was it block print or was

15   it script?  Did you understand the question?

16      A       No.

17      Q       Okay.  Let me -- Let me try and do my

18   best, and if you don't understand what I am

19   saying, please let me know.  You may recall

20   when we were in school when we were young

21   children, the first thing our teachers taught

22   us how to do was block print; correct?  When we

23   were very young?

24      A       Yes.

25      Q       And as we advanced in school, then

564

1    they taught us how to do script writing or

2    cursive.  Do you understand?

3        A    Yes.

4        Q    Okay.  Good.  Good.  So going back to

5    the boxes, the Taylor-Seidenbach boxes, do you

6    recall if the name "Taylor-Seidenbach" was

7    block print or was it script?

8        A    I don't recall.

9        Q    Okay.  Fair enough.  Anyway, going

10   back -- Going back to B.F. Goodrich, the open

11   Taylor-Seidenbach boxes, did you see the

12   contents?

13       A    The half-moons, 45s, and 90s.

14       Q    And you actually saw this material,

15   these products in the Taylor-Seidenbach box?

16       A    I saw them being applied on the -- on

17   the piping that we were working on.

18       Q    Okay.  Did you see workers remove the

19   contents from the Taylor-Seidenbach boxes?

20       A    I saw insulators go get them out of

21   the box and go put them on the pipe.

22       Q    Okay.  So you actually saw the

23   insulators removing this material from a

24   Taylor-Seidenbach box?

25       A    Yes.

1        Q     Thank you.  Moving to B.F. Goodrich,

2   when was the first time you saw a

3   Taylor-Seidenbach box?

4        A     At the beginning of the job.  It was a

5   shutdown.

6        Q     Okay.  And when was the last time?

7        A     At the end of the job.  I can't say

8   exactly how long.

9        Q     How often did you see a

10  Taylor-Seidenbach box at B.F. Goodrich?

11       A     The whole while I was there.

12       Q     Do you know how many, the number of

13  Taylor-Seidenbach boxes you saw at B.F.

14  Goodrich?

15       A     No.  I didn't exactly count them.

16       Q     And I am sorry, you might have stated

17  a number.  I don't necessarily need an exact

18  number.  Do you have an approximate number?

19       A     I don't know, maybe 25.

20       Q     And let me back up a little bit.  At

21  Shell Norco, do you have an approximate number

22  for the number of Taylor-Seidenbach boxes you

23  saw at Shell Norco?

24       A     No.  We were there for a long time and

25  I -- I really can't guess on that --

566

1      Q    Okay.

2      A    -- or remember.

3      Q    It was many?

4      A    Yes.

5      Q    And backing up one more step, at the

6   Triad plant, which I understand you were there

7   three years, let me ask you the same question.

8   Do you know the number of Taylor-Seidenbach

9   boxes you saw at Triad?

10     A    No.  There was many there, too.

11     Q    Okay.  And the same question, but

12  Vulcan; do you know the number of

13  Taylor-Seidenbach boxes that you saw at Vulcan?

14     A    I guess 20 or 25 just like the B.F.

15  Goodrich.  I was there just for -- for a short

16  period of time.

17     Q    I understand.  Thank you for your best

18  estimation.

19          At B.F. Goodrich, did you have

20  responsibility for ordering the products and

21  materials?

22     A    No.

23          MS. ROUSSEL:

24              Didn't he just ask that?

25  EXAMINATION BY MR. LASSUS:

1      Q    At B.F. Goodrich did you see any

2   purchase orders or invoices?

3      A    No.

4      Q    At B.F. Goodrich did you personally

5   handle the contents of the Taylor-Seidenbach

6   boxes?

7      A    No.

8      Q    At B.F. Goodrich did you personally

9   handle the Taylor-Seidenbach boxes?

10     A    No.

11     Q    At B.F. Goodrich did you work nearby

12  others that worked with the contents of the

13  Taylor-Seidenbach boxes?

14     A    Yes.

15     Q    And what crafts were those?

16     A    Insulators.

17     Q    And do you believe the insulation that

18  you described that was removed from the

19  Taylor-Seidenbach boxes at B.F. Goodrich

20  contained asbestos?

21     A    Yes.

22          MR. RICHESON:

23               Object to the form.

24  EXAMINATION BY MR. LASSUS:

25     Q    And why do you have that belief?

```
 1       A    I saw the same thing at that plant

 2   that I saw at the other plants.  Dusty fibers

 3   floating in the air whenever they were moved or

 4   applied on the pipe or cut.

 5       Q    Okay.  Have we discussed all the

 6   products and materials that you associate with

 7   Taylor-Seidenbach?

 8       A    I don't know.  Did we?

 9       Q    You're asking me, sir?

10       A    Yes.  Did we?  I mean, --

11            MS. ROUSSEL:

12                 He's answered your questions, Ed.

13            Do you have any other questions?

14   EXAMINATION BY MR. LASSUS:

15       Q    Let me try -- If you don't understand

16   the question, that's fine.

17            MS. ROUSSEL:

18                 He understands the question.

19            What is the -- But ask your next

20            question.  What is the question?

21   EXAMINATION BY MR. LASSUS:

22       Q    I'll ask the question again, and if

23   you don't understand it, let me know.  My

24   question is, sir, have you discussed all the

25   products and materials that you associate with
```

```
 1   Taylor-Seidenbach?

 2        A    Yes.

 3        Q    Thank you, sir.  I seem to recall, and

 4   if I am wrong, let me know, I seem to recall

 5   you testified that you worked at Exxon in Baton

 6   Rouge; is that correct?

 7        A    Yes.

 8        Q    Was this -- Was this Exxon Oil, was

 9   this Exxon Chemical, was this Exxon plastic

10   plant?  Do you know?

11        A    I think it was Exxon Oil.

12        Q    Exxon Oil.  And if I recall your

13   testimony, and correct me if I am wrong, you

14   said this was in the 1990s.

15        A    When?

16        Q    The 1990s.

17        A    Yes.

18        Q    That's a "yes"?

19        A    Yes.

20        Q    In the 1990s at Exxon in Baton Rouge,

21   did you ever see any new insulation material?

22        A    I was working on a new construction

23   job over there.

24        Q    In the new construction job, did you

25   see any insulation?
```

570

1      A    I was -- I was basically welding and I

2   really wasn't around any insulators or -- or

3   any products regarding the insulation.

4      Q    And then I think I heard you testify

5   there was a time that you worked for Dredging

6   Supply?

7      A    Yes.

8      Q    Were you around any insulation when

9   you worked for Dredging Supply?

10     A    No.

11     Q    And then I believe I heard you testify

12  you worked for -- at Bollinger Shipyard?

13     A    Yes.

14     Q    Were you around any insulation at

15  Bollinger Shipyard?

16     A    Yes.

17     Q    And, unfortunately, that may have been

18  a poor question, but let me ask another

19  question as a follow-up.  At Bollinger Shipyard

20  were you around any new insulation?

21     A    Any what?

22     Q    New, N-E-W, new insulation?

23     A    I'm trying to remember.  Yes.

24     Q    I'm sorry?  Was that "yes"?

25     A    Yes.  I was around new insulation.

571

1       Q     Okay.  And then -- And again, sir, the

2    same rule applies.  If I am misstating your

3    prior testimony, you please let me know.  Okay?

4             It was my understanding that when you

5    worked at Bollinger Shipyard, there were

6    actually two separate times you worked at

7    Bollinger.

8       A     Yes, sir.

9       Q     Correct?  And if my notes are correct,

10   the first time was in the late 1980s or early

11   1990s; is that correct?

12      A     Yes.

13      Q     And that first time, did you work

14   around new insulation at Bollinger?

15      A     Whenever I -- I guess whenever I

16   worked in the engine rooms and around the

17   exhaust and all of that, yes.

18      Q     Okay.  And that new -- and I say new,

19   the new insulation at Bollinger, do you believe

20   that contained asbestos when you worked at

21   Bollinger?

22      A     Yes.

23      Q     Why do you believe that that new

24   insulation contained asbestos?

25      A     Say it again?

1      Q      Why do you believe that new insulation

2   contained asbestos?

3      A      The way it looked.  It looked just

4   like all the other insulation that I thought

5   contained asbestos.

6      Q      What you described as dusty fiber?

7      A      Yes.

8      Q      The appearance was the same as the

9   other insulation you described; correct?

10     A      Yes.

11     Q      And then the second time you worked at

12  Bollinger in the mid 1990s, did you work around

13  new insulation at Bollinger in the mid 1990s?

14     A      I worked around new insulation and old

15  insulation.

16     Q      Okay.  Well, my focus right now is on

17  the new insulation.  So did you work around --

18  So you worked around new insulation at

19  Bollinger in the mid 1990s; correct?

20     A      Yes.

21     Q      That new insulation at Bollinger in

22  the mid 1990s, do you believe that contained

23  asbestos?

24     A      I believe -- I believe --

25            MS. ROUSSEL:

```
 1                    If you don't know, you don't --
 2            THE WITNESS:
 3                    I don't really know.  I
 4            believe -- I believe -- In my heart, I
 5            believe everything has asbestos in it.
 6     EXAMINATION BY MR. LASSUS:
 7        Q    Okay.  That new insulation that you
 8     worked around in the mid 1990s at Bollinger,
 9     did it also have that same dusty fiber
10     appearance?
11        A    Yes.
12            MR. LASSUS:
13                    Okay.  Sir, I think I may have
14            exhausted my questions for right now.
15            If I recall something else that I
16            overlooked, I'll reserve my right to
17            ask you some further questions later.
18                    Sir, thank you very much for your
19            time.  Good luck to you and enjoy your
20            lunch.
21            MS. ROUSSEL:
22                    Okay.  We're going to take a
23            lunch break.  We'll all be back at
24            12:15.
25            VIDEO OPERATOR:
```

1                    Off the record.

2                    (Recess taken.)

3          VIDEO OPERATOR:

4                    We're now on the record.

5          MR. VERLANDER:

6                    Okay.  Are we back on?

7          VIDEO OPERATOR:

8                    Yes.

9    EXAMINATION BY MR. VERLANDER:

10         Q    Okay.  Hi, Mr. Cortez.  My name is

11   Paul Verlander and I represent an insurer,

12   that's an alleged insurer of Halter Marine.  I

13   have some follow-up questions, but I am going

14   to hope to not replow any ground you have

15   already plowed in this day and a half now.

16              I put it down, and I want to make sure

17   I got it right, that you stopped working at

18   Avondale in mid June, 1974?  Is that right?

19         A    No.  I left Avondale in May of '74.

20         Q    May of '74?

21         A    Yes.

22         Q    Okay.  And how do you know that?  You

23   just remember it in your head or have you

24   reviewed something that tells you that?

25         A    My son was born May the 3rd in '74 and

1    I left at the end of that month.

2       Q    The end of May?

3       A    Yes.

4       Q    And why did you leave Avondale at that

5    point?

6       A    Let me see if I can explain it.  I was

7    due for top pay at Avondale because I was there

8    five years, and they refused to give it to me

9    because they would have automatically had to

10   give -- had to give me premium pay with it.

11   Because after five years you got premium pay.

12   And I went looking for money elsewhere, so

13   Halter Marine was paying better money, so I

14   went there.

15      Q    Okay.  And that kind of leads to my

16   next question.  Did you -- Did you immediately

17   start working for Halter or did you have any

18   down-time in between where you weren't working

19   for anybody?

20      A    Immediately -- Immediately started

21   with Halter.

22      Q    Like, say, Friday was your last day at

23   Avondale; Monday you were at Halter?

24      A    Well, I had to go take a physical and

25   then the day after that I was at Halter.

```
 1      Q     Okay.  And then -- And you worked for
 2   Halter until sometime in 1975?
 3      A     Yes.
 4      Q     Do you know when you left Halter?
 5      A     I don't exactly remember the month,
 6   no.
 7      Q     Do you remember the time of year,
 8   summer, fall, winter, spring?
 9      A     No.  I don't remember.
10      Q     Do you know if you worked at Halter
11   through the entirety of 1975 or if it was
12   sometime earlier than December of '75?
13      A     I really don't remember.  I'm sorry.
14      Q     That's okay.  A long time ago.
15      A     Yes.
16      Q     And whenever the point that you left
17   Halter, from 1974 when you started until
18   sometime in 1975 when you left, you worked
19   continuously for Halter and not for anybody
20   else?
21      A     Right.
22      Q     And you worked only as a welder the
23   whole time you were at Halter?
24      A     Yes.
25      Q     Why did you leave Halter when you left
```

1    Halter?

2        A    Looking for more pay and better

3    conditions.

4        Q    And you probably said this yesterday,

5    but when you left Halter, you went to -- was it

6    Monsanto?  Is that where you went?

7        A    No.  I went to Service Marine, another

8    shipyard.

9        Q    I see.

10       A    Prior to Monsanto.

11       Q    How long were you at Service Marine?

12       A    Not very long.  Maybe eight months to

13   a year.

14       Q    When you were at Service Marine you

15   were working as a welder?

16       A    Yes.

17       Q    And was this new vessel construction

18   or repair or both?

19       A    New -- New -- New construction.

20       Q    And I'm sorry, I'm sure everybody else

21   on the call knows, but I don't; where was

22   Service Marine located?

23       A    In Amelia, Louisiana.

24       Q    What kind of vessels were you working

25   on at Service Marine?

578

```
 1      A      River-going vessels like tugboats.
 2             MS. ROUSSEL:
 3                 And, Paul, this was all covered
 4             yesterday.  I am going to object to
 5             any questions that have already been
 6             asked and answered being reasked and
 7             answered again.
 8             MR. VERLANDER:
 9                 That's fine.  And as you know, I
10             am relying on notes for the afternoon
11             session because I had to be elsewhere
12             yesterday afternoon.  But I did not
13             see anything about Service Marine in
14             the notes from yesterday.  But I'll
15             move on.
16      EXAMINATION BY MR. VERLANDER:
17      Q      And the reason for moving from Halter
18      to Service Marine was better pay?
19      A      Better pay and better conditions.
20      Q      And what does that mean, "better
21      conditions"?
22      A      I wasn't inside of vessels any more.
23      I was working in the plant.  There was more of
24      an open area where we didn't have to breathe in
25      all of the welding smoke and all of that, like
```

579

 1   in the vessels.

 2       Q     Okay.  When you got to Halter, started

 3   work there, was there any kind of an

 4   orientation or training session that you went

 5   through before you started work?

 6       A     I mean, they orient -- I mean, they

 7   showed me around in the yard and told me what

 8   was where and like the bathrooms and the break

 9   rooms and all of that.  If that's what you're

10   talking about.

11       Q     Well, that's part of it.  And who did

12   that showing around?

13       A     The assistant superintendent I want to

14   say.

15       Q     Okay.  And you said yesterday when

16   your lawyer was asking you questions, you

17   mentioned a guy named Walter Hebert first and

18   then your lawyer suggested Oliver Hebert.

19       A     Yes.

20       Q     Who was Walter Hebert?

21       A     Walter Hebert was the assistant

22   superintendent at the second time I worked

23   there.  I worked there twice.  That's why --

24       Q     Okay.

25       A     Okay.  Go ahead.

580

1      Q     I'm sorry.  Did I -- I think we -- I

2   talked over you there.

3      A     Yeah.

4      Q     You were saying about Walter Hebert?

5      A     Yeah.  He was assistant superintendent

6   the second time I worked there.  His brother,

7   Oliver Hebert, was in charge of the Safety

8   Department.  That's where I kind of confused

9   myself with it.

10     Q     Okay.  So let me make sure I have that

11  straight in my mind.  So you were at Halter we

12  talked about from sometime roughly the middle

13  of 1974 to sometime in 1975, that point-ish.

14  But you're saying that that was the second time

15  you worked at Halter?

16     A     Yes.

17     Q     Okay.  When were you previously at

18  Halter?

19     A     Sometime in the '90s.  I don't

20  remember if it was the beginning of the '90s or

21  the end of the '90s.

22     Q     Okay.  So the stretch from '74 to '75

23  was your first hitch at Halter?

24     A     Yes.

25     Q     Okay.  And the second hitch was

1    sometime in the 1990s, but you don't know more

2    specifically than that?

3        A    Right.

4        Q    How long were you at Halter on the

5    second time?

6        A    Not -- Not very long at that time.

7    Maybe eight months to a year at the most.

8        Q    Okay.  That was also at Lockport?

9        A    Yes.

10       Q    And doing the same kind of work,

11   welding on new vessel construction?

12       A    Yes.

13       Q    Were you doing repair work in the '90s

14   as well?

15       A    No.

16       Q    Okay.  So in your first hitch in 1974,

17   '75, you're saying that Walter Hebert was not

18   working at Lockport in the '70s?

19       A    I don't remember him -- If he was

20   there, if he was there, he would have been in

21   the yard probably as a foreman.  But I really

22   don't remember him the first hitch.

23       Q    Okay.  And then the second time you

24   worked at Halter, you remembered then that

25   Walter was the assistant superintendent of the

```
 1   yard?

 2        A    Yes.

 3        Q    Okay.  And again, just so I am clear,

 4   the person who showed you around in the '70s

 5   when you went to work at Halter, do you think

 6   that was Walter or --

 7        A    No.

 8        Q    Could it have been Walter?

 9        A    No, it wasn't Walter.  This guy's name

10   is Freddy Knight.

11        Q    And Freddy was what?  A foreman?

12        A    Superintendent -- An assistant

13   superintendent.

14        Q    I see.  Do you know what his duties

15   were?

16        A    His what?

17        Q    His duties.  What was he responsible

18   for?

19        A    He ran the yard when the

20   superintendent wasn't there, I know that.

21   That's basically what assistant superintendent

22   does.  And he --

23        Q    Okay.  Well, you know that.  I don't.

24   Did that mean, was Mr. Knight like on vessels

25   with you?
```

```
 1      A     No.  He only -- He only came out with
 2   me that one time to show me around and bring me
 3   to my -- my primary job, that one day.
 4      Q     Okay.  And was there like an office at
 5   the yard where like the superintendent and
 6   assistant superintendent spent their days?
 7      A     Yes.
 8      Q     What about -- You said Mr. Naquin was
 9   the superintendent; right?
10      A     Yes.
11      Q     And was that true for the whole time
12   that you were there in '74, '75?
13      A     Yes.
14      Q     And the same thing as with Mr. Knight;
15   was he ever out in the yard or did he stay in
16   the office?
17      A     I mean, he would come walk around in
18   the yard.  He wouldn't go on the vessels or
19   anything like that.  The same thing with Floyd.
20      Q     Did you ever meet the --
21      A     What?  Excuse me.
22      Q     Go ahead.  I'm sorry.
23      A     All right.  Floyd would come out in
24   the yard, too, and just, you know, make his
25   rounds and whatever you want to call it.  But
```

584

1    they wouldn't do it every day.  Every once in a

2    while you would see him.

3         Q    Did you personally meet Mr. Naquin?

4         A    Yes.

5         Q    And --

6         MS. ROUSSEL:

7              And just for the record, we're

8              talking about Floyd Naquin; correct?

9         MR. VERLANDER:

10             That's who we're talking about.

11        MS. ROUSSEL:

12             Thank you.

13   EXAMINATION BY MR. VERLANDER:

14        Q    When did you meet Mr. Naquin?

15        A    When I went to the yard after I left

16   Halter Marine, I went to his office and he sent

17   me in the yard to take a welding test, and

18   Freddy brought me out to the area where I had

19   to take the welding test.  And then I went back

20   to their office, to his office and he set me up

21   to go take a physical the next day.

22        Q    Okay.  So before you got hired you had

23   to pass the welding test so they could show

24   that you were competent to do the work; right?

25        A    Right.  Yes.

```
 1        Q     And the welding test was just out in

 2   the open in the yard?

 3        A     I -- I actually did an overhead

 4   butt on the -- an overhead seam on the rear

 5   section of a vessel so they could look at it.

 6        Q     And that was your test?

 7        A     Yes.

 8        Q     And what kind of welding was this?

 9   Was it MIG, TIG, arc, what?

10        A     Arc welding.  Stick rods.

11        Q     Is that the kind of welding you did

12   the whole time you were at Halter?

13        A     Yes.

14        Q     Did you have to bring your own

15   equipment as far as your protective gear or did

16   they supply that, the visor, the gloves?

17        A     I brought my own gear.

18        Q     Okay.  And so what did that include?

19   I guess your welding visor; right?

20        A     My welding shield, my gloves, my

21   safety toe boots, my welding sleeves, my

22   chipping hammer, my wire brush, my scraper.

23        Q     So all of that was your personal

24   equipment?

25        A     Right.
```

1      Q     And that was true for all the welders

2   there?

3      A     Yes.

4      Q     Okay.  So the welding test and then

5   the physical happened one day and then the

6   next?  Is that how it worked?

7      A     Yes.

8      Q     And had you -- When you did the

9   welding test had you already resigned from --

10  already quit work at Avondale?

11     A     No.

12     Q     Okay.  So the day you arrived at

13  Halter for the first day, you were -- you had

14  already passed all of that?  You were ready to

15  go?

16     A     Yes.

17     Q     So Mr. Knight showed you around.  You

18  said you met Mr. Naquin when you were there for

19  the welding test.  Did you -- Other than that

20  initial meeting, did you otherwise have

21  interaction with Mr. Naquin?

22     A     Yes.

23     Q     Okay.  Tell me about that.

24     A     I mean, Halter Marine used to give a

25  softball game, do a softball game just about

1    every Sunday in the back of the -- on the side

2    of the facility.  They owned a lot of open

3    property.  We would -- So all of our families

4    would go there on Sundays and barbecue and play

5    softball, and he was there every time.

6         Q    Oh, okay.  So barbecue, crawfish

7    boils, stuff like that?

8         A    Yes.

9         Q    And what about Mr. Knight; would he go

10   to those events, too?

11        A    Yes.

12        Q    And did you find Mr. Naquin to, as far

13   as your observations, to be doing a good job in

14   the yard?

15             MS. ROUSSEL:

16                  Object to the form of the

17             question.

18             THE WITNESS:

19                  Can I answer?

20   EXAMINATION BY MR. VERLANDER:

21        Q    You can answer.

22        A    Yes, he did.  He did do an excellent

23   job.

24        Q    What about Harold Halter; did you ever

25   meet him?

```
 1      A    I don't really recall if I ever met

 2   Mr. Halter.  I mean, he wouldn't --

 3      Q    Well, -- I'm sorry.  Go ahead.

 4      A    He wouldn't come to the yard that

 5   often.  That I can recall, anyway.  And I

 6   really don't remember ever meeting him.

 7      Q    What's your understanding of what his

 8   role was in the company, if you know?

 9      A    I understood that he owned the

10   company.

11      Q    But beyond that, as far as his role in

12   management or as an officer, did you have any

13   understanding of that?

14      A    No.

15      Q    What about Jimmy Dubuisson; did you

16   ever meet him?

17      A    Who?

18      Q    James Dubuisson.

19      A    No.

20      Q    And do you know who that is or what he

21   may have done in the company?

22      A    No.

23      Q    All right.  You mentioned Oliver

24   Hebert already.  I know Hebert is an extremely

25   common name in that part of the state.  Do you
```

1   know if he was related to Walter?

2       A    Yes.  That was his brother.

3       Q    And Mr. Hebert, you said you

4   understood him to be in charge of safety at the

5   yard?

6       A    Yes.

7       Q    And how did you come to that

8   understanding of what his role was?

9       A    I would -- Whenever I needed my eyes

10  washed out or a band-aid, I would go to his

11  office and he would take care of business, do

12  what he had to do.

13      Q    So getting your eyes washed out, what

14  would prompt that?  Like you would get a speck

15  of something in your eye from welding?

16      A    Sometimes, yes, the flux would pop off

17  and get behind your safety glasses and get in

18  your eyes.

19      Q    Okay.  And did he have a title, a job

20  title at the yard that you know about?

21      A    All I know is that he was a safety

22  man.  That's all I knew.

23      Q    Like did it say that on his office

24  door or on his desk?

25      A    They had a first aid sticker on his

1    door.  And he was in the office and he's the

2    one that would treat us for whatever problems

3    we had.

4         Q    Okay.  So he was sort of the -- acted

5    like the nurse at the yard?

6         A    Yes.

7              MS. ROUSSEL:

8                   Object to the form of the

9              question.

10   EXAMINATION BY MR. VERLANDER:

11        Q    Did you see anything in writing that

12   described what Mr. Oliver Hebert's job

13   responsibilities were?

14        A    No.

15        Q    Did anybody tell you what Mr. Oliver

16   Hebert's job responsibilities were?

17        A    No.

18        Q    And so when you're calling him the

19   safety man at the yard, you're basing that on

20   this first aid experiences that you described;

21   right?

22        A    Right.

23        Q    Okay.  Did Mr. Oliver Hebert show up

24   at the social events you described?

25        A    Yes.  Everybody that worked for Harold

1    Halter at that yard would get together on

2    weekends and we would have a good time for that

3    day, that weekend.

4         Q    How was the yard laid out?  Were

5    you -- Like you described working on new vessel

6    construction there.  Are they just out in the

7    open air or were they under covered -- under

8    roofs, or how was it?

9         A    Out in the open air.

10        Q    And this is on Bayou Lafourche; right?

11        A    Yes.

12        Q    So were the keels all laid out there

13   by the water so that the boats could be

14   launched when they were ready to launch?

15        A    They would fabricate the sections

16   further into the yard away from the water and

17   then we would put them together and then move

18   it by the water and finish it off on the skids

19   before we'd launch it.

20        Q    Okay.  And you said yesterday I think

21   that you built -- you remember building supply

22   boats and I think push boats you said.  Were

23   there other kinds of new vessels other than

24   those two?  Have I forgotten any?

25        A    At the time I was there, no.

592

```
 1      Q     Okay.  So it was push boats or supply
 2   boats?
 3      A     Right.
 4      Q     And my understanding of Halter, at
 5   Lockport anyway at that time, was it was -- it
 6   was kind of -- sort of an assembly line there.
 7   They were building the same types of vessels
 8   over and over.  Is that true or not?
 9      A     Yes.
10      Q     It is true?
11      A     Yes.
12      Q     And so how long were these boats?
13      A     Anywheres from 40, 50, 60 feet long.
14      Q     Okay.  And they had diesel engines in
15   them?
16      A     Say it again?
17      Q     Did they have -- Did they all have
18   diesel engines in them?
19      A     Yes.
20      Q     Were those always Caterpillar engines,
21   or do you know?
22      A     I don't remember.
23      Q     And you were working as a welder.
24   Those initial sections, you're talking about
25   like the structural steel for the hull?
```

1    A    Yes.

2    Q    And you were involved in welding those

3  structural pieces together?

4    A    Yes.  We welded everything.  We welded

5  the structural steel, pipe, everything in the

6  booth.

7    Q    Okay.  Well, I'll get to that.  But at

8  the start of a boat you're doing the structural

9  steel; right?

10    A    Right.

11    Q    And then you said as that's put

12  together, that frame is moved closer to the

13  water so that the boat will be there where it

14  can be launched; right?

15    A    Correct.

16    Q    And then what comes next?  You'd weld

17  all the plating on there?

18    A    Weld what?

19    Q    What comes next in the process?  What

20  came next in the process?  Did you weld hull

21  plating to the structural steel?  Was that the

22  next step?

23    A    Yes.

24    Q    All right.  And every day when you

25  would show up to work, did you just know where

594

1    you were supposed to go and what you were

2    supposed to do, or did somebody tell you what

3    you were supposed to be working on that day?

4        A    Basically we knew where we had to go

5    because we wouldn't finish the day before and

6    we would have to go finish the next day.

7        Q    Okay.  Were you working -- I'm sorry.

8    I thought you were finished.

9        A    Go ahead.

10       Q    Were you working as part of the same

11   welding crew every day, or were you every day

12   with different people?

13       A    I was in -- in a group.

14       Q    And how big was that crew?

15       A    I can't really tell you.  I know we

16   had a bunch of welders.

17       Q    And was there one foreman for your

18   crew?

19       A    Yes.

20       Q    And do you remember who that was?

21       A    No.

22       Q    Did you have the same foreman the

23   whole time you were there?

24       A    No.  Sometimes I would -- Sometimes I

25   would transfer to a different one.

Q Okay. But you don't remember any of the foremen's names?
A No.
Q What about any of your fellow crew members; do you remember any of their names?
A No.
Q Did the guys on your crew also show up on these barbecues and crawfish boils, the softball game?
A Yes.
Q And the foremen, too?
A Yeah.
Q Okay. So you worked with these guys and you socialized with them, but none of their names stick in your mind?
A No. I don't remember.
Q Did you make friends with any of the guys you were working with in the yard?
A At the time, yes.
Q Okay. And who did you make friends with?
A I can't tell you who I made friends with if I can't tell you their name, huh?
Q Well, that's right. I was asking if any were your friends, if you remembered their

```
 1   name.

 2        A    No.

 3        Q    You said you didn't know exactly the

 4   size of the welding crew that you were a part

 5   of.  Is it -- Do you know if it was more or

 6   less than a dozen guys?

 7        A    Yes.  It was more than a dozen guys.

 8        Q    Okay.

 9        A    I don't know how many more, though.

10        Q    Was it more than 20?

11        A    I would say around 20.

12        Q    Okay.  And would your work be on one

13   vessel at a time and then you'd keep going on

14   that vessel, or would you move around from

15   vessel to vessel?

16        A    I'd move around from vessel to vessel.

17        Q    And how would you know on a given day

18   which vessel to go to?

19        A    That's what the foreman was for.  He

20   would come tell us which vessel to go on.

21        Q    Okay.  And when would that happen?

22   Would you assemble somewhere first thing in the

23   morning or what?

24        A    Sometimes they would come stop you on

25   one vessel and move you to another vessel in
```

1    the middle of the day.

2        Q    All right.  And do you remember how

3    many vessels the yard would have going at any

4    one period of time, or did it widely vary?

5        A    No, I don't remember.

6        Q    All right.  So you mentioned earlier

7    you did the structural steel.  Then the next

8    step was to do the hull plating on the vessel.

9    And you said you did other welding on the

10   vessels.  What else were you welding in the

11   vessel other than the structural steel and the

12   hull plate?

13       A    The piping inside of the hull and in

14   the engine room.

15       Q    Okay.  So starting with the engine

16   room, the piping that you did in the engine

17   room was what kind of piping?

18       A    Fuel line.  I mean, all kinds of

19   welding.  Fuel lines and all kind of pipes.

20   Fuel lines, water lines, whatever had to run to

21   the engine, we had to weld it.

22       Q    And you were welding the pipe to the

23   engine or you were welding sections of pipe

24   together?

25       A    We were welding sections of pipe

    1    together.

    2        Q    And was the engine already in there

    3    when you were doing this welding?

    4        A    Yes.

    5        Q    At the point that you're welding in

    6    the engine room, was the deck on the boat or

    7    was it still open to the air?

    8        A    It was -- Most of the time it was

    9    covered with the deck.

   10        Q    And so the welding that you're doing

   11    in the engine room, were there -- was it just

   12    the welders in there when you were doing that

   13    welding?

   14        A    No.  There were pipefitters and

   15    structural fitters, electricians.  Contract

   16    insulators would come in there.

   17        Q    Okay.  Contract insulators, who was

   18    that?

   19        A    I just know they were contractors.

   20    They weren't working for Halter.  I don't

   21    remember.

   22        Q    How do you know that?  How was that

   23    clear to you?

   24        A    Because Halter didn't have an

   25    insulation crew, a primary insulation crew when

1    I was there the first time.

2         Q    Okay.  And when you say "the first

3    time", you're talking about '74, '75; right?

4         A    Yes.  Yes.

5         Q    Okay.  I'll come back to the later

6    stay at Halter in a bit before we quit.

7              When you were welding the pipes

8    together, they -- were all of those pipes that

9    you were welding in the engine room ultimately

10   insulated?

11        A    Yes.

12        Q    So whether it was fuel, water, or some

13   other purpose was all insulated?

14        A    Well, the fuel lines for sure were

15   insulated and the -- the exhaust lines were all

16   insulated.  And --

17        Q    And --

18        A    -- they insulated the water line, too,

19   because when the engine was running, those

20   lines got hot.

21        Q    Okay.  How do you know that?

22        A    By working by them.  And they would

23   run the engine sometimes after the boat was in

24   the water.

25        Q    Oh, okay.

600

1      A      And we were in there.

2      Q      So when it would get near finished,

3    they'd put it in the water, it might be started

4    up?

5      A      Right.

6      Q      And what welding would you be doing in

7    the engine room at that stage of the

8    proceedings if the engine's already in and the

9    pipes were all hooked up to run the engine?

10   What welding would you have done?

11     A      Most of the time we were bracing off

12   the lines to make -- Because one thing, they

13   wouldn't know how bad the pipes and all would

14   vibrate until they would run the engines.  So

15   they would run the engines and then they would

16   let us know which ones we had to go brace up

17   and then we welded hangers to that.

18     Q      Okay.  I understand.  So the welding

19   -- And so the boat, towards the end of

20   completion of the boat, it would be put in the

21   water.  You would have done the welding on

22   pipes that run to the engine, but then they had

23   to run the engine because that creates

24   vibration and then you have to check to see

25   where you have got to do touch-ups on the

1   welds; right?

2       A    Right.

3       Q    Okay.  So in order to see where the

4   vibrations revealed follow-up needed on the

5   welds, the insulation had to be left off of

6   those pipes up to that point in time; right?

7       A    Right.

8       Q    Okay.  And so they would run the

9   engine, you'd see where it needed to be touched

10  up, and do the -- you called it brazing?

11      A    Bracing.  Bracing.  Like a hanger.

12      Q    Oh.  Okay.  And then after that was

13  done, who okayed the work to be ready to be

14  covered up?  Was that the foreman?

15      A    Yes.

16      Q    Okay.  And was that work to touch up

17  the welding on pipes, was that the last step

18  for the welders in the engine room?

19      A    Basically.

20      Q    Okay.  Well, what else would you weld

21  in the engine room after you touched up pipes

22  after the test run on the engine?  What else,

23  what other welding would you do?

24      A    We'd have to reinforce the foundations

25  underneath the engines and around the engines.

1      Q     Okay.  And that's the same thing;

2   right?  You would do a test run to get the

3   vibration going --

4      A     Correct.

5      Q     -- and then see where you needed to

6   weld up the foundation?

7      A     Yes.

8      Q     Okay.  So you would do that and the

9   pipes and then the welding was done in the

10  engine room; right?

11     A     Yes.

12     Q     Okay.  And after all of that is done,

13  that's when the insulators can come in and do

14  the insulation of the pipe; they're ready to be

15  covered over; right?

16     A     After the pipes were finished we was

17  down underneath the engines and around under

18  the pipes and all of that and they were

19  insulating while we were in there.

20     Q     Okay.  And there you're talking about

21  when you're just touching up the foundations?

22     A     Yes.  We were actually welding,

23  completing the welding on the foundations.  We

24  wouldn't complete the welding until the boat

25  was in the water and everything was hooked up

1  to it.

2      Q    I'm sorry, sir, you were frozen.  I

3  have got you again now.  So maybe you said

4  things I didn't hear.  But the welding of

5  foundations was done in the first place before

6  the --

7      A    Not --

8      Q    -- installation and then you weld it?

9      A    Not the entire process, no.  We didn't

10  complete the welding on the foundations until

11  after all the vibrations in the pipes were

12  secure and the engine was running smoothly.

13  Then we'd go finish the welding.

14      Q    Okay.  But the initial welding of the

15  foundations, is that something -- the initial

16  foundation welding, is that something you did

17  after the engine is lowered into the hull?  Or

18  is that something you weld in there preparing

19  for the engine to be lowered into place?

20      A    Well, we have to put enough weld on it

21  to hold the engines up prior to putting the

22  engines in there.

23      Q    Okay.  Okay.  So you welded

24  foundations in place in the hull and then the

25  engine is lowered in and attached to those

```
 1   foundations.  Is that also a weld to attach the

 2   engine to the foundation?

 3       A    I think -- No.  That was bolted to the

 4   foundation, holding -- it was holding -- It was

 5   attached to the foundation with bolts in case

 6   they had to change the engine later on.

 7       Q    Okay.  And so then the engine is run

 8   to create vibration and then, like you said

 9   with the pipes, you would check the foundation

10   to look for any touch-ups that are needed on

11   the foundation; right?

12       A    Yes.

13       Q    And that's it?  Once that's done, then

14   you're done with the welding of the engine?

15       A    Correct.

16       Q    Okay.  Now, you were also doing welds

17   on piping elsewhere than the engine room?

18       A    Yes.

19       Q    Okay.  Was that water piping or other

20   types of piping?

21       A    They had mud tanks in every vessel

22   except for push boats and we had to weld the

23   pipes to the mud tanks.  Actually, all it

24   pulled out of there was mud or pushed mud in.

25   Some water lines.  This was inside of the --
```

```
 1      Q      For placing of the mud?

 2      A      That was inside of the hull.

 3      Q      All right.

 4      A      Inside of the -- the tanks and all.

 5   And vent pipes.  And we had some piping on the

 6   upper deck around the living quarters and all.

 7      Q      And so the upper deck, you're talking

 8   about like you're standing on the deck of the

 9   ship, like you would be visible to people

10   outside?

11      A      You broke up.  Say that again?

12      Q      Yes.  I am just trying to understand

13   when you're saying you're doing piping on the

14   upper deck, are you talking about pipes that

15   are above the deck that you would stand on of

16   the boat when it's finished?

17      A      Yes.

18      Q      Okay.  And the deck, is that also

19   welded material?

20      A      Yes.

21      Q      The welding of the deck, was that done

22   after the engine room -- well, it has to be

23   done after the engine is lowered in; right?

24      A      Right.

25      Q      Okay.  Did you then finish up the
```

1    engine room piping and foundation welding

2    before you put the deck on top of the engines

3    or not?

4         A    No.  They would put the engines in and

5    then they would put the deck up and we'd finish

6    all the stuff around the engine and the

7    foundations, and then we had to weld the deck.

8         Q    Okay.  And then you mentioned the

9    piping work.  Was there other welding that

10   needed to be done on the boat beside the things

11   that we have talked about?

12        A    The foundation for the drive shaft and

13   all toward the back of the boat, the engine --

14   I mean, toward the back of the engine room and

15   the rudders, that all had to be welded.  And --

16        Q    Okay.  So the weld -- I'm sorry.  Go

17   ahead.  I didn't mean to cut you off.

18        A    And most boats have Z-drives in the

19   front to help them turn.  That was all -- That

20   all had to be welded and pipe had to run to

21   that.

22        Q    Okay.  And that's all -- you're

23   talking about, when you say welding, like for

24   the shafts for the drive in the bow, you're

25   talking about the foundations for those things;

1    right?

2         A     Yes.  That was -- That was for the

3    propellers and all.

4         Q     Okay.  And what about the rudders; is

5    that welding you're doing inside the hull or

6    outside the hull?

7         A     The rudder was on the underneath of

8    the hull.  It was outside, but the shaft ran

9    through the hull, inside the tank.  And the

10   shaft itself didn't have to be welded, but the

11   foundations for the shaft and the braces for

12   the shaft had to be welded.  That was inside.

13        Q     And so the same thing with the

14   foundation of the shafts?  Is it the same thing

15   where you would weld the foundations, the

16   shafts and engines would be installed, and then

17   you'd run the engines and double-check the

18   foundations to see if they needed touch-ups?

19        A     Right.

20        Q     Right?

21        A     Yes.

22        Q     Okay.  Was that also true with the bow

23   thrusters?

24        A     No, the bow thruster was a little

25   simpler than that.  That was welded on when the

1   bow was built on the platin and they would

2   cover up the bow on the platin before they

3   would flip it over and we put it together.

4   They would put the bow thruster on then and

5   weld it out there.

6        Q    Okay.  So that didn't require the same

7   touch-up at the end as the engine and the

8   shaft?

9        A    Right.

10       Q    Okay.  You mentioned living quarters

11  on these boats.  First of all, the mud tanks,

12  you're talking about drilling mud; right?

13       A    Yes.

14       Q    Except for push boats, all of the

15  vessels you worked on had these drilling mud

16  tanks; correct?

17       A    Correct.

18       Q    The quarters on these boats, for how

19  many people, like what kind of tasks needed to

20  be put to that?

21       A    I don't know.  It depended on the size

22  of the -- of the vessel.  Some of them had --

23  They had different little bedrooms, if you want

24  to call it that.  A galley.  And then they went

25  to the pilothouse.

609

```
 1      Q     Okay.  And the pilothouse is up on

 2   deck; right?

 3      A     Right, it's on the upper --

 4      Q     Upper deck?

 5      A     On the upper deck.

 6      Q     Did the push boats have living

 7   quarters, too, or just the supply boats?

 8      A     It depended on the size of the push

 9   boat.  If it was a large one, there was a

10   little living quarters, but it wasn't as much

11   as on the supply boats.

12      Q     And the floors of the level where the

13   living quarters is, this is something that's

14   below the main deck of the boat?

15      A     Repeat that?

16      Q     The floors of the living quarters

17   you've described, were those below the main

18   deck of the boat?  That is, you had to go below

19   deck to get to these living quarters?

20      A     No.

21      Q     Okay.  So they were on the main deck

22   level then?

23      A     Yes.

24      Q     Okay.  So the floor of the living

25   quarters then would be the main deck?
```

1    A    Yes.

2    Q    And then the walls of these living

3   quarters, were these also built of steel?

4    A    Yes.

5    Q    So that was welded, too?

6    A    Right.  It was.

7    Q    All right.  And then what about the

8   interior divisions of, you know, these living

9   quarters; were those divisions also steel or

10  not?

11        MS. ROUSSEL:

12            Object to the form of the

13            question.  Do you mean the beams or do

14            you mean the wall?

15        THE WITNESS:

16            What are you talking about?

17  EXAMINATION BY MR. VERLANDER:

18    Q    Well, sir, -- Well, you had -- you had

19  exterior walls that defined what was going to

20  be the interior spaces that included living

21  quarters.  You have explained those are steel

22  that you welded; right?

23    A    Yes.

24    Q    And to Counsel's point, we're talking

25  about both the structural members and the

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

611

1    plating on the exterior walls of where these

2    living quarters were contained was steel; is

3    that right?

4         A    Yes.

5         Q    All right.  And then within that set

6    of walls that defined the space of where the

7    living quarters were contained, you had some

8    sort of dividers to define where one living

9    quarters stopped and the next one began; right?

10        A    Right.  Right.

11        Q    Okay.  Those interior dividers --

12   First of all, the structural members that were

13   done, was that steel?

14        A    Yes.

15        Q    So that was welded?

16        A    Correct.

17        Q    And then what about the walls

18   themselves; was that also structural steel?  I

19   mean, was that also steel or was that another

20   material?

21        A    The actual wall was another material.

22        Q    Okay.  So the welding job defining the

23   exterior spaces included both structural steel

24   and plate; and then the interior dividing space

25   was steel structural members.  What were they?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

1   What are we talking about?  They're like sort

2   of steel two by fours or was it heavier than

3   that?

4        A    I mean, what -- what are you talking

5   about, two by fours?

6        Q    Well, I don't know.  You tell me.

7   What was the -- What were you welding to define

8   where the walls were going to be in the

9   interior space?

10       A    It was plate.  It was a room made out

11   of plate.

12       Q    Okay.  So even the dividers between

13   from one living quarters to the next was steel

14   plate?

15       A    Yeah, steel plate.

16       Q    Okay.  And then they would put some

17   type of material on top of that plate?

18       A    Yes.

19       Q    Okay.  So once the walls were put up,

20   the exterior space and then the dividers, the

21   steel dividers between the rooms, then you were

22   done welding in the area that included the

23   living quarters; correct?

24       A    Yes.

25       Q    I wanted to talk also about the repair

613

```
 1   work that you said took place at Halter when

 2   you were there.  Did Halter have any drydocks

 3   at Lockport when you were there?

 4       A    No.

 5       Q    All right.  So the work that you did

 6   that you described for repair work, these boats

 7   would pull up to the dock at the yard and would

 8   still be floating in Bayou Lafourche?

 9       A    Sometimes.  And sometimes they would

10   just drag it on the bank using a crane.

11       Q    Okay.  How large vessels could they

12   drag up onto the land with a crane?

13       A    I'd say at least a 40-footer.

14       Q    Okay.  And so, what, a 40-foot boat,

15   what are we talking about?  That's a crewboat?

16       A    A tugboat.  Sometimes a push boat.

17       Q    And these boats where you did repair

18   work, these were also diesel engines?

19       A    Say it again?

20       Q    The boats on which you did repair work

21   when you were at Halter Lockport, were those

22   also diesel engines?

23       A    Yes.

24       Q    Did you work on larger vessels doing

25   repair work?
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                August 11, 2020

614

1      A     No.

2      Q     And you said that sometimes you would
3   do hull repair work if the boat had been
4   damaged in some way; right?

5      A     Yes.

6      Q     Okay.  And that hull repair work was
7   strictly welding work; right?

8      A     Correct.

9      Q     And then I guess painting and finishes
10  at the end?

11     A     Right.

12     Q     Halter employed painters?

13     A     Say it again?

14     Q     Halter employed its own painters?

15     A     Yes.

16     Q     Okay.  Did these boats also require
17  like mechanical work on the engine sometimes?

18     A     Sometimes, yes.

19     Q     And did Halter have mechanics on its
20  employee staff who worked on the engines?

21     A     I don't really remember if there was a
22  mechanic employed by Halter.

23     Q     Okay.  Did they ever pull engines out
24  of boats?  Or was it that any work they did was
25  done with the engine in place in the vessel?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

```
 1      A    When I was there, I only recall
 2 working in -- in the vessel.
 3      Q    Okay.  And you mentioned earlier that
 4 there were pipefitters that you also described
 5 as welding you did on pipes.  Like in the
 6 engine room of the new construction, what were
 7 the pipefitters -- what was their job?  If you
 8 were welding the other pipes, what were
 9 pipefitters doing?
10      A    Putting the pipe together for us to
11 weld.
12      Q    I see.
13      A    Either that or getting them prepped.
14      Q    Okay.  So they would set up the pipes
15 in place ready to be welded and then you would
16 come in and execute the weld?
17      A    Right.
18      Q    All right.  And I am sorry if I asked
19 you this already, but the attachment to the
20 engine itself, was that done with bolts or was
21 that also -- were those also welded
22 connections?
23      A    Bolts.
24      Q    And that was done by pipefitters?
25      A    Right.
```

1      Q     The welding blankets that you

2   mentioned using when you were at Halter, did

3   you use those all the time when you were

4   welding or only when you were welding above

5   yourselves?

6      A     When I was welding above myself

7   basically.  In all the overhead.

8      Q     Like if you're standing and welding in

9   the front of you, you didn't use a welding

10  blanket; you had your other protective

11  equipment there?

12     A     Yes.  I used a blanket when I had to

13  get in a tight area where I couldn't get away

14  from the sparks or if I was welding overhead

15  where I had to sit down or sometimes lie down

16  to weld.

17     Q     Right.  Right.  Because otherwise, the

18  hot sparks might get you?

19     A     Right.

20     Q     Right?

21     A     Yes.

22     Q     Okay.  And the welding blankets,

23  that's not something you brought as your own

24  personal equipment; you got that at Halter;

25  right?

1    A    Right.

2    Q    And where did you go to get that?

3    A    The tool room.

4    Q    Okay.  And other -- other than the

5    welding blankets, were there any other tools

6    that you got in order to do your work when you

7    were at Halter?  And again I am referring to

8    '74, '75 right now.

9    A    The only thing we would get there as

10   welders were welding rods and -- and blankets.

11   Q    Okay.  And as far as checking the

12   quality of your welds, was that just the

13   foreman or was there any other process for

14   making sure the weld quality was good?

15   A    Just the foreman would come check

16   behind us.

17   Q    Okay.  And for these vessels do you

18   remember, did the owners, the customers order

19   any greater testing of the welds, like X-rays

20   or anything like that?

21   A    Well, we had to test our own welds.

22   We used air pressure and water to check for

23   leaks.  And they didn't do too much X-raying or

24   anything else similar to that back at Halter

25   Marine back then.

1      Q    Okay.  So the piping in the engine

2   room where you're talking about you would run

3   the engine, get vibration going and then to see

4   if you have any touch-ups that are needed on

5   tank welds, --

6      A    Right.

7      Q    -- did you -- were those welds

8   something that you tested with air pressure or

9   water pressure, or not?

10      A    Yes.

11      Q    Okay.  And again, you're a

12   professional in this business and I certainly

13   am not.  How is that done?  Do you put water or

14   air pressure inside the pipe or how does that

15   work?

16      A    We put the air pressure inside the

17   pipe and then we'd use soapy water to spray our

18   welds down and we'd look for leaks, like, you

19   know, bubbles.  That indicates a leak.  And

20   then we would fix it.

21      Q    Okay.  And then you would fix it.

22      A    Yeah.

23      Q    Okay.  And the foundation weld, that's

24   from the engine, is that just a visual -- was

25   that just a visual inspection or was there some

1    other process?

2         A     It was just a visual inspection.

3         Q     All right.  So if you saw a crack or a

4    gap in the weld after it ran, after the engine

5    ran, you would touch that up?

6         A     Yeah.  We'd reweld it.

7         Q     When you were there at Halter in the

8    '90s for eight months or so, that was also at

9    Lockport, was that still the same --

10        A     Yes.

11        Q     -- operation as we have just been

12   talking about?

13        A     Yes.

14        Q     Okay.  Were they still using some

15   outside contractor for insulation or did they

16   have in-house insulators?

17        A     They were still using outside

18   contractors.

19        Q     So on the boats that were at Halter,

20   the insulators were outside contractors, not

21   Halter employees?

22        A     Right.

23        Q     Was Floyd Naquin still superintendent

24   in the '90s?

25        A     Floyd Naquin you said?  No.

620

```
 1          MS. ROUSSEL:

 2               Floyd Naquin he said.

 3               You did say Floyd Naquin, didn't

 4          you?  We had trouble hearing you.

 5          MR. VERLANDER:

 6               Floyd Naq- -- I asked was Floyd

 7          Naquin still superintendent in the

 8          '90s during his second tour.

 9          THE WITNESS:

10               No.

11     EXAMINATION BY MR. VERLANDER:

12          Q    Okay.  And what about Oliver Hebert;

13     was he still working there in the '90s?

14          A    Yes.

15          Q    And still -- he was still the guy you

16     would go to if you had first aid needs?

17          A    Yes.

18          Q    Okay.  Did he have any other role in

19     the '90s as far as you could tell, or was that

20     still it?

21          A    That was it.

22          Q    I should have asked you this earlier,

23     but in the '70s at Halter, did they have any

24     kind of a safety program?  I'm not at this

25     point limiting this to asbestos.  But was there
```

1   any kind of safety program?

2        A    Not in the '70s, no.

3        Q    What about in the '90s?

4        A    In the '90s we would have monthly

5   safety meetings out in the parking lot.

6        Q    And who ran those in the '90s?

7        A    Oliver Hebert.

8        Q    Okay.  And did any of that have to do

9   with asbestos or was there -- was there no

10  asbestos around?

11       A    He didn't talk about asbestos.

12       Q    Okay.  Was there any asbestos around

13  in the '90s, or do you know?

14       A    I think there was.

15       Q    And you feel that way because of what

16  you talked about earlier, that you would see

17  dust and fiber when the material was cut or

18  moved?

19       A    Yes.

20       Q    What about the welding blankets in the

21  '90s; were they the same as what you had used

22  in the '70s?

23       A    Yes.

24       Q    And so -- And I think you said the

25  welding blankets you believe were Uniroyal

```
 1   blankets in the '70s?

 2       A    Yes.

 3       Q    And still in the '90s Uniroyal

 4   blankets?

 5       A    I don't really remember if they were

 6   in the '90s.  All I know is the blankets looked

 7   exactly like in the '70s.

 8       Q    Okay.  And what do they look like

 9   again?  I'm sorry, I have no fund of knowledge

10   about this.  What did they look like?  Were

11   they gray, were they brown or --

12       A    They were white.

13            MS. ROUSSEL:

14                 And that was discussed yesterday,

15            Paul.

16   EXAMINATION BY MR. VERLANDER:

17       Q    Okay.  And when you'd go to the tool

18   room, was it just -- to get a welding blanket,

19   was that just self-help or was there somebody

20   at the tool room that you had to ask for it?

21       A    There was -- There was somebody in the

22   tool room.

23       Q    So, and I guess from what you said

24   earlier, you don't remember who that was

25   working in the tool room?
```

1     A     No.

2     Q     And so you'd say, "I need a welding

3     blanket" and that guy would hand you one?

4     A     Yes.  He would cut a piece off the

5     roll and give it to us.

6     Q     Okay.  And the same thing with welding

7     rods?  If you needed rods, you would get

8     someone to give them to you?

9     A     Yes.

10    Q     Was there in the '70s any kind of an

11    employee manual, a handbook?

12    A     I never saw one if there was.

13    Q     And what about in the '90s; was there

14    an employee manual or handbook?

15    A     I don't remember.  I really didn't see

16    one.

17          VIDEO OPERATOR:

18               Excuse me.

19    EXAMINATION BY MR. VERLANDER:

20    Q     Do you remember a program Halter had

21    called the Halter Incentive Program, H-I-P or

22    HIP?

23    A     I heard about it.

24    Q     Okay.  Was that in both the '70s and

25    the '90s, or one or the other?

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

624

```
 1       A    I don't remember.  I just -- I don't
 2   remember where I heard about it, but I heard
 3   about it.
 4       Q    Was that a --
 5            MS. ROUSSEL:
 6                 Let's go off the record for a
 7            minute.  Ken is having a technical
 8            difficulty so --
 9            VIDEO OPERATOR:
10                 Off the record.
11            (Whereupon a discussion was held off
12   the record.)
13            VIDEO OPERATOR:
14                 This is the beginning of disk 8.
15            We're back on the record.
16   EXAMINATION BY MR. VERLANDER:
17       Q    Sir, do you remember the names of any
18   of the vessels you worked on when you were at
19   Halter in '74, '75?
20       A    No.
21       Q    Do you remember any of the customers
22   for whom the boat were being built?
23       A    No.
24       Q    Were any of them Tidewater vessels?
25       A    It could have been.
```

625

 1      Q     What about Offshore Logistics; does

 2  that ring a bell?

 3            MS. ROUSSEL:

 4                  He said he didn't know.

 5            THE WITNESS:

 6                  I really don't know.

 7            MR. VERLANDER:

 8                  Well, I know that, Gerolyn, but

 9                  if I tell him a name, that might jog

10                  his memory as I just said.

11  EXAMINATION BY MR. VERLANDER:

12      Q     So Offshore Logistics does not ring a

13  bell?

14      A     No.  I really didn't pay attention to

15  the name of the vessels.  I would work on them,

16  they would launch them and leave with them.

17  That's -- That's all I really remember.

18      Q     Was there any kind of a ceremony or a

19  celebration when a vessel was completely done?

20      A     When they launch it, everybody would

21  holler and scream and pick up their debris in

22  the bayou after.  That was it.

23      Q     But the launch would occur before it

24  was completely ready to be handed over to the

25  customer; right?

626

1     A     Right.

2     Q     Like the step where you're talking

3     about where the engines are test run, the boat

4     is already in the water at that point; right?

5     A     Yes.  Right.  And then they would take

6     it on sea trial after that.  And then once that

7     was done, everything was okayed, then they

8     would hand it over to the customer.

9     Q     Okay.  And the same thing on the

10    repair work that you did.  I think I know the

11    answer to this, but I need to ask it anyway.

12    Do you recall the names of any of the vessels

13    that you did repair work on?

14    A     You sure do know the answer.  No.

15    Q     And the same thing, you don't remember

16    the names of any of the customers or owners of

17    those vessels either?  Am I correct on that?

18    A     You're right about that.

19    Q     Okay.  I am checking.  I think I'm

20    done.  Oh.  When the Taylor-Seidenbach lawyer

21    was asking you questions earlier, you described

22    a Taylor-Seidenbach van coming out to --

23    directly out to the vessel to deliver boxes of

24    material.  Did I hear that right?

25    A     Yes.

```
 1      Q    Okay.  Was that the normal course?
 2   Like a delivery, a supply delivery would be
 3   delivered out to -- right out to the vessel
 4   inside the yard?
 5      A    Yes.  Certain vessels that was -- that
 6   needed a delivery would get it right there by
 7   the vessel.
 8      Q    Okay.  And was that true for the
 9   insulation products or for other materials
10   also?
11           MS. ROUSSEL:
12                Object to the form of the
13           question.  You're talking about
14           Taylor-Seidenbach now?  You're talking
15           about other things?
16           MR. VERLANDER:
17                I couldn't hear what you said.
18           MS. ROUSSEL:
19                I objected to the form of your
20           question.  It was unclear if you were
21           asking solely about Taylor-Seidenbach
22           delivering insulation products or
23           somebody else delivering something
24           else.
25   EXAMINATION BY MR. VERLANDER:
```

```
 1     Q    Okay.  Well, go ahead and answer, Mr.
 2  Cortez.
 3          MR. VERLANDER:
 4               Gerolyn, just so you know, I know
 5               you're objecting to the form, but I
 6               couldn't hear the colloquy after that.
 7               But that's okay.
 8          MS. ROUSSEL:
 9               Well, what I am saying is, the
10               way the question was asked, it's
11               unclear so I am going to ask you to
12               reask it again.
13          MR. VERLANDER:
14               Well, every time you speak it's
15               the same.
16  EXAMINATION BY MR. VERLANDER:
17     Q    Mr. Cortez, what I am asking is, your
18  description of supplies being delivered out to
19  the vessel itself, as I said, I recall your
20  talking about that with respect to the
21  Taylor-Seidenbach van.  I am asking was -- were
22  other materials other than this
23  Taylor-Seidenbach van delivered right out to
24  vessels like that?
25     A    As best as I can recall, that's the
```

```
 1    only vessel -- I mean, delivery that I thought

 2    was going to the vessel.

 3        Q    Okay.  So the Taylor-Seidenbach van

 4    you described?

 5        A    Yes.

 6        Q    Okay.  And so other materials that

 7    were needed for the construction of the

 8    vessels, was there some kind of a warehouse on

 9    the yard or what?

10        A    Yes.

11        Q    Okay.  And I know you described the

12    foreman.  Was the foreman just for the welding?

13    Like your foreman, was that guy just the

14    foreman for the welding crew or was he a

15    foreman over different trades?

16        A    Just on the welding crew.

17        Q    All right.  So would you say

18    pipefitters, they would have a different

19    foreman?

20        A    Yes.

21        Q    And insulators would have a different

22    foreman?

23        A    Well, the insulators were contractors

24    so they --

25        Q    Oh, that's right.  I'm sorry.
```

1     A     Yeah.

2     Q     Well, did the contractors have a

3  foreman, or do you know?

4     A     No, I can't really tell you.  I don't

5  know.

6     Q     And maybe I'll say the name wrong, but

7  I think you said yesterday that you remember,

8  was it Hoopman being out there?

9          MS. ROUSSEL:

10              And --

11          THE WITNESS:

12              Hopeman?  No, I didn't say

13          Hoopman.

14  EXAMINATION BY MR. VERLANDER:

15     Q     Okay.  I had a point to get it right.

16  But I'll come back to that.

17              How was -- So the foreman would direct

18  your -- the welding work, your welding crew and

19  where to be doing it.  Was there some other

20  manager above the foreman directing the foreman

21  on what --

22     A     There was --

23     Q     -- was supposed to be happening on a

24  particular vessel?

25     A     There was a general foreman over the

1    foremens.  And --

2         Q    Okay.

3         A    -- he would oversee their work.  He

4    was mainly in the office.

5         Q    And do you remember who that was?

6         A    No.

7         Q    And was that the same person the whole

8    time you were there in the '70s?

9         A    As far as I can remember, yeah.

10        Q    And was he, that person, the foreman

11   for the -- for all the boats in the yard or was

12   it for a specific vessel?

13        A    He was a general foreman so he was in

14   charge of all the welding work being done in

15   the yard.

16        Q    Okay.  Yes, I went back through my

17   notes.  At least what I wrote down, sir, was --

18   this is when Mr. Powell for Avondale was asking

19   you questions, you talked about Hoopman

20   Brothers.

21             MS. ROUSSEL:

22                  He didn't talk about Hoopman

23             Brothers.  He didn't talk about

24             Hoopman.  He talked about Hopeman

25             Brothers.  And your question just now

```
 1            was about Hoopman.
 2            MS. BOWLIN:
 3                 I have an objection to the
 4            colloquy.
 5            MR. VERLANDER:
 6                 Well, again, Gerolyn, everything
 7            you're saying is incomprehensible on
 8            my end of this.  I can hear Mr. Cortez
 9            fine, but I cannot hear you at all
10            beyond that you're talking.
11  EXAMINATION BY MR. VERLANDER:
12       Q    So, sir, Hopeman Brothers, when you're
13  talking about the contract insulators, is that
14  who you're talking about?
15       A    Yes.
16            MS. BOWLIN:
17                 Object to the form.
18  EXAMINATION BY MR. VERLANDER:
19       Q    Okay.  Do you remember any other
20  contract insulators who worked at Halter in
21  '74, '75 when you were there?
22            MS. ROUSSEL:
23                 Object to the form of the
24            question.  He did not say Hopeman
25            Brothers was a contract insulator.  He
```

 1              said they did the living quarters.  So

 2              I am objecting to the form of your

 3              question.

 4    EXAMINATION BY MR. VERLANDER:

 5         Q    Okay.  Do you remember any contractors

 6    who did insulator -- insulating work other than

 7    that they worked on vessels?

 8         A    I don't know the name of the --

 9              MR. GRACE:

10                   Object to the form.  Asked and

11              answered.

12              THE WITNESS:

13                   -- contracting company, no.  But

14              I remember contract insulators there.

15              MR. VERLANDER:

16                   Okay.  That's all, sir.  Thank

17              you very much.

18              THE WITNESS:

19                   Thank you.

20              MS. ROUSSEL:

21                   Okay.  Who's next?

22              MR. PATE:

23                   This is Jim Pate.  I have a

24              couple of questions I could go ahead

25              and ask.

```
 1          MS. ROUSSEL:

 2              Okay, Jim.  Go.

 3          MR. PATE:

 4              Thank you.

 5     EXAMINATION BY MR. PATE:

 6      Q    Was your father a member of a union,

 7  sir?

 8      A    Yes.

 9      Q    And was that the same union you were a

10  member of?

11      A    Yes.

12      Q    I have seen in his Social Security

13  records that in 1972 he went to work for a

14  company by the name of Quinco.  Were you

15  familiar with that company?

16      A    No.

17      Q    Were you aware that they worked at

18  Triad?

19      A    No.

20          MR. GAMBINO:

21              Object to the form of the

22              question.

23     EXAMINATION BY MR. PATE:

24      Q    When you worked at Triad, do you

25  recall who it was that you were employed by?
```

```
 1      A    No.

 2      Q    It wasn't Quinco?

 3      A    No.

 4           MR. GAMBINO:

 5               Object to the form of the

 6           question.

 7           MR. PATE:

 8               That's all I have.  Thank you,

 9           sir.

10           THE WITNESS:

11               Thank you.

12           MS. ROUSSEL:

13               Okay.  Does anybody else have any

14           questions?

15           MR. CANNONE:

16               This is Francis Cannone.  I have

17           a few questions.

18           MS. ROUSSEL:

19               I'm sorry, who are you?

20           MR. CANNONE:

21               I am Francis Cannone here for

22           Lamorak.

23           MS. ROUSSEL:

24               Okay.  Go ahead.

25      EXAMINATION BY MR. CANNONE:
```

1      Q    Hi, Mr. Cortez.  I just have a couple

2   of questions.  I know you testified that you

3   were working at Halter Marine for about a year

4   and a half.

5      A    Yes.

6      Q    By any chance could you have worked

7   there longer, closer to two years?

8      A    Maybe so, yeah.

9      Q    Okay.  And even if we were to look at

10   it as a year and a half, if my math is correct,

11   you testified you started there sometime in

12   June of '74, so a year and a half would put you

13   in 1976.  Would you agree?

14           MS. ROUSSEL:

15              Object to the form of the

16              question.  Beginning of June, he said

17              he left Avondale the last day of May

18              and started the Monday after at Halter

19              Marine.  And he said he worked there

20              for a little over a year.  So I don't

21              know how your math is, but that

22              certainly doesn't take you into '76.

23   EXAMINATION BY MR. CANNONE:

24      Q    Mr. Cortez, could you answer the

25   question?

637

```
 1      A    I didn't catch the question.  You kept

 2   backing away from the mic.

 3      Q    I'll try not to back away.  So you had

 4   testified you started at Halter Marine in June,

 5   right after you left Avondale.

 6      A    Right.

 7      Q    That was June of 1974.

 8      A    Right.

 9      Q    So a year and a half, you would be at

10   Halter Marine for a year and a half, that would

11   be 1976 or so.

12      A    I said approximately a year and a

13   half.  I'm not exactly sure if I was there a

14   year and a half.

15      Q    Okay.  And if I'm correct, your

16   testimony was that you then went to work at

17   Service Marine from Halter Marine; is that

18   correct?

19      A    Yes.

20      Q    And you worked at Service Marine for

21   approximately a year; correct?

22      A    Yes.

23      Q    And so if my math is correct, that

24   could be sometime around 1977?

25           MS. ROUSSEL:
```

```
 1                    Object to the form of the
 2             question.
 3             THE WITNESS:
 4                    I -- I don't know how to answer
 5             that.  I don't know exactly what year.
 6             I was working --
 7      EXAMINATION BY MR. CANNONE:
 8         Q    If you do the math -- I'm sorry.  Go
 9      ahead.
10         A    I say I don't know exactly what year I
11      left there.  I know it wasn't long after I
12      started.  I think I only worked on maybe one
13      vessel the whole time I was there, and once the
14      vessel was done I left.  And it take don't take
15      a whole year to weld a vessel, to put a vessel
16      together.
17         Q    So then following the logic of basic
18      math --
19             MS. ROUSSEL:
20                    You're going to have to get
21             closer to your mic.  He can't hear
22             you.
23             THE WITNESS:
24                    He's close.  He's just breaking
25             up.
```

1          MS. ROUSSEL:

2              You have to get closer to your

3              mic and try to speak louder.  We

4              cannot hear you here.

5     EXAMINATION BY MR. CANNONE:

6     Q     So if you follow my math, you left

7     Halter Marine sometime around 1976 and worked

8     at Service Marine for approximately a year, --

9          MS. ROUSSEL:

10             How do you get 1976?

11    EXAMINATION BY MR. CANNONE:

12    Q     -- that would be 1977, around 1977;

13    would you agree?

14    A     I don't think I left there in '76.  So

15    I have to disagree with you.

16    Q     Okay.  Did you work anywhere else

17    after Service Marine before you joined Local

18    102 in '79?

19    A     I went and do one week at Monsanto

20    again.  And after the little bit of work that I

21    did, I got laid off.  And I think it was about

22    a week and then that's when I joined the local.

23    Q     Now circling over to your testimony

24    regarding the Port of New Orleans during your

25    employment at Avondale, who sent you to the

```
 1   Napoleon Avenue Wharf?

 2        A    Avondale would send us over there.  I

 3   mean, they would load us up in a carry-all or a

 4   van, whatever you want to call it, with our

 5   equipment and bring us to do the repair work at

 6   the dock, at the wharf.

 7        Q    Do you recall the route you took to

 8   the wharf?

 9        A    No, because I slept all the way.  I'll

10   tell you, that was a break.  I'd go to sleep.

11             MR. CANNONE:

12                  Okay.  Thank you, Mr. Cortez.

13             That's all the questions I have.

14             MS. ROUSSEL:

15                  Okay.  Who's next?

16             MS. SEMMES:

17                  This is Mathilde Semmes.  I can

18             ask my questions now if it's okay.

19             MS. ROUSSEL:

20                  And who is this?

21             MS. SEMMES:

22                  Mathilde Semmes.

23             MS. BOWLIN:

24                  She's for Hopeman.

25             MS. ROUSSEL:
```

641

1                    Okay.  Go ahead.

2     EXAMINATION BY MS. SEMMES:

3          Q     Good afternoon, Mr. Cortez.

4          A     Good afternoon.

5          Q     I am going to be asking you questions

6     about both your Avondale and your Halter Marine

7     employment.  If any of my questions are

8     confusing, please ask me to restate them and I

9     would be happy to.

10                Now, looking over your employment

11    records, it looks like you first started as a

12    helper in March of 1969 at Avondale --

13         A     Yes.

14         Q     -- and you remained in that role for

15    about one and a half months.

16         A     Yes.

17         Q     Do you recall being a helper at

18    Avondale?

19         A     Yes.

20         Q     Can you describe what you did in your

21    role as helper at Avondale?

22         A     I worked with a shipfitter erecting

23    barges.  I was tacking and welding, pull lugs

24    for the -- for the material so we could put it

25    together.  And we'd tack it off and leave it

1    for the welders.

2         Q    So during your helper role you were

3    actually performing tacker duties?

4         A    Yes, at the beginning.

5         Q    Do you remember the shipfitter with

6    whom you worked?  Do you remember the name?

7         A    I worked with different shipfitters.

8    I did -- I didn't work with the same one all

9    the time, no.

10        Q    Do you recall performing any other

11   types of work other than tacking when you were

12   assigned as a helper at Avondale for the first

13   month and a half?

14        A    I mean, at the very beginning I was in

15   the bottom of the boat, of the hull, cleaning

16   debris, taking debris out of the hull and

17   dumping it outside.

18        Q    What kind of debris were you dumping

19   outside; can you describe it for me?

20        A    Grinding dust, slag, whatever would

21   fall from the top, pieces of insulation, metal,

22   little pipe, pieces of metal.  That's about it.

23        Q    And all of this work that you did, the

24   clean-up work I'll call it, this was on barges

25   in the Westwego yard?

1       A      Basically, yes.

2       Q      Do you remember doing any clean-up

3   work on any other vessels other than barges?

4       A      No.

5       Q      Was this clean-up work in the Westwego

6   yard, did you only perform this in the first

7   month and a half of your time at Avondale or

8   did you continue to do it as a tacker and

9   welder?

10      A      No, I did only in my first month and a

11  half.

12      Q      Were you using any tools or equipment

13  or products as a helper?

14      A      A swift broom and a rod can cut in

15  half.  That was it.

16      Q      And where you were performing the

17  clean-up work on these barges, was this all

18  inside the barges or was it also on the deck?

19      A      Mostly it was inside the barge.

20      Q      Were these barges in the water or were

21  they still being completed on land?

22      A      They were still being completed on

23  land.

24      Q      As a helper did you ever board any

25  vessels in the Westwego yard that was in the

644

1    water?

2        A    No.

3        Q    Was your role as a helper, did you

4    work a day or the night shift?

5        A    Day shift.

6        Q    Did you ever work the night shift

7    during your Avondale work?

8        A    No.

9        Q    Now, do you recall when you were --

10   when your job transitioned into a tacker?

11       A    Yes.

12       Q    And I guess, according to your

13   employment records, this was in April of 1969.

14       A    Yes.

15       Q    So how did your role change going from

16   the helper to a tacker?

17       A    I really didn't want to be a helper,

18   so after I started making a check or two I went

19   to the office and I ordered a welding shield

20   and some gloves and I would ask the welders

21   that was working outside if I could use their

22   machine at lunch time to practice welding; and

23   some of them would say okay and leave that

24   machine running and I would just go ahead and

25   tack a bunch of scrap iron together and try to

645

1    weld it the best I could.  And I did that for

2    maybe three or four weeks.  And when the

3    shipfitter foreman noticed what I was doing, he

4    promoted me to tacker.

5         Q    So I guess what you're describing was

6    self-study of doing tacking.  Did you have any

7    official kind of training at Avondale on your

8    tacker work?

9         A    No.

10        Q    Did you ever go through any formal

11   training for your welding work?

12        A    No.  I did the same thing with

13   welding.

14        Q    And so during your tacker work it

15   looks from your employment records like you

16   were a tacker from April, 1969 to November,

17   1970, about a year and a half.

18        A    Yes.

19        Q    So during your time as a tacker, this

20   was when you were training yourself to become a

21   welder as well?

22        A    Yes.

23        Q    Is that right?

24        A    Yes.

25        Q    And where would you be practicing this

 1   welding work?

 2        A    The same place.  I mean, out in the

 3   yard at lunch time.

 4        Q    So you did this on your breaks and

 5   free time?

 6        A    Right.

 7        Q    Do you recall as a tacker, I asked you

 8   as a helper, but as a full-fledged tacker, do

 9   you recall any welders with whom you worked?

10        A    No.

11        Q    And it was maybe the same as being a

12   helper; you had different welders that you

13   worked with on different occasions?

14        A    Yes.

15        Q    As a tacker did you only work in the

16   Westwego yard?

17        A    Yes.

18        Q    Did you ever perform any tacking work

19   as a full fledged tacker on any vessels already

20   floating in the water?

21        A    No.

22        Q    All right.  Moving to your work as a

23   welder, it looks like you were promoted to a

24   welder in November of 1970.  Does that sound

25   about right?

1     A     Yes.

2     Q     So was it during your work as a

3  welder, this would have been your first time

4  that you would have maybe visited the Port

5  Orleans yard?

6     A     Shortly after I became a welder.

7     Q     And was it also during your time as a

8  welder where you on occasion visited the main

9  yard?

10     A     Yes.

11     Q     Can you tell me generally what type of

12  welding work you were performing in the

13  Westwego yard in terms of was it mostly

14  structural welding, pipe welding, a

15  combination, or both?

16     A     Mostly structural welding.

17     Q     Do you remember where the structural

18  welding would take place in the Westwego yard?

19     A     Repeat that?

20     Q     Where would the structural welding

21  take place at the Westwego yard?

22     A     Along the river.  On the bank along

23  the river in the yard.  And they had some more

24  work on the opposite side of the crane track.

25  I mean, it was like a platin yard or whatever

1   you want to call that, where we prefab stuff

2   and bring it into the barge or onto the barge

3   for us to weld it up after they would put it

4   in.

5        Q    Were one of those areas considered to

6   be called a drydock?

7        A    No.  The drydock was further, by our

8   office.  Behind the office actually.

9        Q    Did you work in all of these areas

10  equally or were you in one area more than the

11  others?

12       A    I was on the barges, in the barge area

13  more than any other area.

14       Q    And the barge area you said was next

15  to or adjacent to the river, the first area you

16  described?

17       A    Yes.

18       Q    Now you also mentioned that maybe to a

19  lesser extent, but you also did pipe welding at

20  the Westwego yard; is that right?

21       A    Yes.

22       Q    Now, where would pipe welding take

23  place?  Was this also at the barge area?

24       A    Yes, in the barge.

25       Q    Did you use asbestos cloth for both

1    structural and pipe welding?

2         A     No.   Just the structural.

3         Q     Did you ever weld galvanized steel?

4         A     Yes.

5         Q     How often would you be welding

6    galvanized steel?

7         A     I mean, I can't tell you how often I

8    welded that.   I know I welded it.   I really

9    can't say how often I welded it.

10        Q     But was it in a part of the barge that

11   you maybe recalled using galvanized steel to

12   weld?

13        A     Not necessarily on the barges, but on

14   the repair jobs, on some of the repair jobs

15   that they brought on the drydock, some of them

16   had galvanized work like galvanized piping we

17   had to weld on.

18        Q     Now, all of the work you were

19   describing in terms of the barge work that you

20   did most of the time at the Westwego yard, this

21   was new construction; correct?

22        A     Yes.

23        Q     But you have also just stated you did

24   repair jobs at the Westwego yard; correct?

25        A     Yes.

1      Q      And the repair jobs, did they all take

2   place at the drydock?

3      A      In the Westwego yard, yes.

4      Q      Were there any repair jobs at the

5   Westwego yard that took place on vessels that

6   were in the water?

7      A      No.  They would put them on the

8   drydocks.  Most of them had hull -- hull damage

9   that had to be repaired.

10      Q      So there's not one occasion where you

11   were at the Westwego yard and you went on a

12   ship that was floating in the water?

13      A      Yes, I did some -- some barge

14   welding on the -- in the river after the barges

15   was launched, I mean.  That was all part of the

16   job.

17      Q      Okay.  This is what I was trying to

18   understand.  I'm sorry if my questions are

19   confusing.  So the barges that you welded on in

20   the barge area ultimately had to be launched

21   into the water.  What kind of welding work were

22   you performing on the barges after they were

23   launched into the water at the Westwego yard?

24      A      Basically deck work, under the deck.

25   Piping.  Deck penetrations.  Stuff like that.

```
 1   Some framework.

 2       Q    So am I correct in saying that

 3   immediately after launch you would go -- it

 4   would be your job to go onto the barge to

 5   continue welding work?  That was one of the

 6   first steps that had to continue with the

 7   construction of the vessel?

 8       A    Yes.

 9       Q    Did your welding work require you to

10   remain on that vessel until it was fully

11   complete?

12       A    Yes.

13       Q    So you might be on the vessel the day

14   before it was delivered?  You would still be

15   welding?

16       A    I guess, yes.  Yes.

17       Q    What kind of welding would be taking

18   place at some of the actual -- the last

19   finishing touches of the vessel?

20       A    It was mostly testing the welds on the

21   piping and the tanks to make sure that there

22   was no leaks anywheres and bracing up.  And a

23   lot of times welds -- welds were missing.

24   That's all we'd do, is we'd finish up the

25   missing welds and brace up all the piping.
```

652

 1   That's about it.

 2        Q    Can you -- Let's see.  Would you say

 3   that you boarded a barge in the water at the

 4   Westwego yard on a daily or monthly basis?  Or

 5   was it less than that?

 6             MS. ROUSSEL:

 7                  Object to the form of the

 8             question.

 9             THE WITNESS:

10                  I would say monthly.

11   EXAMINATION BY MS. SEMMES:

12        Q    And would you spend most of your month

13   on the vessel in the water or would you pretty

14   quickly return back to land?

15        A    I would return back on land.

16        Q    So could you give me an average of how

17   many days per month you may have been on a

18   vessel in the water?

19        A    No.

20        Q    Would it be more than a week?

21        A    Yeah.  A week?

22        Q    So one week out of the month you might

23   be in the water?

24        A    At least -- At least a week, maybe a

25   week and a half, two weeks.

1      Q     So it sounds like --

2      A     If it -- It depended --

3      Q     -- half of your time may have been on

4    a vessel in the water and half --

5           MS. ROUSSEL:

6                He's still -- Mathilde, he's

7           still talking.

8    EXAMINATION BY MS. SEMMES:

9      Q     -- would have been on the land?

10     A     It depended on how much work was left

11   on the barge.  I mean, there's no -- there was

12   no time schedule of the time you had to stay on

13   a barge.  You stay on the barge until it was

14   finished and you got off and then you got ready

15   for the next one.

16     Q     I understand your day-to-day was very

17   specific to the job you were doing, if you had

18   to finish the work you were doing.  I guess

19   what my question is, is over the course of your

20   time as a welder at the Westwego yard, it

21   seemed the earlier you were stating most of

22   your work was on land rather than the finishing

23   work at the end stages of the vessel.  Is that

24   correct?

25     A     Yes.

1      Q     Now, you mentioned that it was not

2    frequent, but it did occur that you went over

3    to the Napoleon Avenue Wharf at the Port of

4    Orleans?

5      A     Yes.

6      Q     Were you doing the same kind of work

7    in the barge area, that you performed in the

8    barge area in Westwego, was that the same type

9    of work you performed at the Port of Orleans?

10     A     I was welding.  I mean, --

11     Q     And so -- I apologize.

12     A     I was welding whatever had to be

13   welded on the repair job.

14     Q     Would it be structural and pipe

15   welding?

16     A     Yes.

17     Q     Were the repair jobs both on vessels

18   out of the water and in the water?

19     A     At the Port of Orleans it was mostly

20   all in the water.

21     Q     And these vessels at the Port of

22   Orleans you mentioned being push boats,

23   tugboats, and supply boats; correct?

24     A     Yes.

25     Q     What of those types of boats would you

655

```
 1    consider to be the largest of the boats?

 2         A    The supply boat.

 3         Q    Can you describe for me how big a

 4    supply boat might become?

 5         A    Some of them were at least 60 feet

 6    long.  Some of them were like three decks.  You

 7    know, counting the pilothouse.

 8         Q    But you wouldn't be on a supply boat

 9    that's as long as a football field, for

10    example?

11         A    Oh, no.  Not a supply boat.

12         Q    Like an attorney said earlier, you're

13    the expert here.  We just read books and look

14    at pictures.  You have actually experienced it.

15    That's why I am asking the question.

16              MR. GRACE:

17                   Objection to attorney colloquy.

18    EXAMINATION BY MS. SEMMES:

19         Q    Mr. Cortez, did you ever get sick from

20    your welding work?

21         A    Get who?

22         Q    Did you ever have any injuries or get

23    sick from your welding work?

24              MS. ROUSSEL:

25                   You mean in addition to the
```

```
 1            mesothelioma he's sitting for here
 2            today?
 3      MS. BOWLIN:
 4                Object to the colloquy.  Move to
 5            strike.
 6      MS. ROUSSEL:
 7                Object to the form of the
 8            question.  Be more clear.
 9      THE WITNESS:
10                I mean, --
11 EXAMINATION BY MS. SEMMES:
12      Q    Did you ever have any breathing
13 issues, did you ever have any injuries that you
14 associated with your welding work which caused
15 you to have to stop welding at the time?
16      A    I'm having breathing issues right now,
17 I mean.
18      Q    Yes, sir.  I guess what I am saying
19 is, when you were physically working in the
20 yard, did you ever have a moment where your
21 welding work, you had to stop welding because
22 you were injured?
23      A    No.  Don't forget I was young then, I
24 mean.  I was Hercules.  That's all I can say.
25 I didn't think anything could hurt me.
```

 1      Q     So you never had -- you never felt

 2   like you were impacted by any of the welding

 3   fumes?

 4      A     Not at the time I was working there,

 5   no.  Actually, we really didn't know any

 6   better.  We just go in there, do our work, come

 7   out, and blow our nose.

 8      Q     I understand.  When you went to the

 9   Port of Orleans and you were working on

10   repairs, how long would any given job last?

11   Would you go to the yard every day for multiple

12   weeks or would it be a short, one-day job?

13      A     Some of them was short jobs and some

14   of them were like a couple of weeks.

15      Q     What was the longest job that you may

16   have had?  About two weeks?

17      A     About.  Around two weeks, yeah.

18      Q     Give me one second.  I'm sorry.  I'm

19   going through my notes.

20            Mr. Cortez, in your Avondale

21   employment records it shows that there were a

22   series of injuries that are reported throughout

23   your career at Avondale.

24      A     Two, to be exact.

25      Q     Yes.  So let's see.  We have got

1    starting in a time when you were a helper, so

2    this is March of 1969, it looks like you were

3    working on a barge as a generalized helper

4    under a foreman F. Movis.  Do you remember the

5    name F. Movis?

6        A    No.

7        Q    And the injury there was sweeping the

8    deck and you rubbed against the beam.  The next

9    injury would have been April of 1969.  This was

10   on the flats.  Do you remember working on the

11   flats as a helper?

12       A    On the where?

13       Q    It says flats, F-L-A-T-S.

14       A    Oh, yeah.  That was on the -- That was

15   out in -- where they prefabricate parts to --

16   to go on the vessels, on the flats.  That's

17   what they called it.  What was that?

18       Q    Was that one of the areas that you

19   described earlier?

20       A    Yes.  What kind of injury I had then?

21       Q    This says moving some beams and mashed

22   --

23       A    I mashed my hand?

24       Q    It looks like it.  It looks like you

25   were under the foreman Naquin?  Do you remember

```
 1   a foreman named Naquin?

 2       A    No.

 3       Q    Your next foreman, his last name was

 4   Defern.  Do you remember your foreman Defern?

 5       A    No.

 6       Q    I think we have talked about -- do you

 7   remember your foreman named Charrier?

 8       A    Yes.  That was the general foreman.

 9       Q    This was the general foreman.  And

10   this was as a tacker; correct?

11       A    No.  I was welding then.

12       Q    Do you recall having a foreman with

13   the last name Bernard?

14       A    No.

15       Q    And it looks like most of these

16   injuries are pretty minor, many of them taking

17   place on barges.  There's one injury that

18   occurred towards the end of your work in 1973

19   under your foreman named Charrier and it looks

20   like it was on a barge fed.  Do you know what a

21   barge fed would have been?

22       A    Hmm.

23       Q    Do you remember working on any barges

24   that would have been considered Federal barges?

25       A    No.
```

1            MS. ROUSSEL:

2                 Object to the form of the

3            question.

4            MR. RICHESON:

5                 Object to the form.

6            THE WITNESS:

7                 No, we didn't.  We didn't -- We

8            didn't do --

9     EXAMINATION BY MS. SEMMES:

10         Q    That doesn't jog your memory?  That

11    injury was breaking -- it says breaking an air

12    hose and you strained your thumb.  All the

13    other ones look just about the same.

14         A    I sure don't remember that.

15         Q    So you mentioned -- We recently talked

16    about the living quarters that you went on at

17    Halter Marine.  How did the living quarters

18    differ for the vessels that you worked on at

19    Avondale?  Or were they the same?

20            MS. ROUSSEL:

21                 Object to the form of the

22            question.  Because he described at

23            Avondale living quarters on drilling

24            rigs as well as vessels.  So I am

25            objecting to the form of your

```
 1              question.

 2              THE WITNESS:

 3                   I really can't tell you any

 4              difference, I mean.  The boat -- The

 5              vessels at Halter Marine was -- was

 6              supply boats and push boats.  We

 7              didn't build any -- build -- actually

 8              build supply boats or push boats at

 9              Avondale.  We just worked on them on

10              repair.

11    EXAMINATION BY MS. SEMMES:

12         Q    And so what kind of welding work would

13    you be doing on a push boat and supply boat

14    that were under repair at Avondale?

15         A    Structural and pipe.

16         Q    You would be doing that work in the

17    living quarters?

18         A    If it was necessary, yes.

19         Q    Can you describe a reason why there

20    would be the need for welders to perform that

21    kind of welding?  What kind of problem there

22    was to fix?

23         A    If -- Your -- Your living quarters had

24    vents running in the walls from the lower

25    decks.  And if those vents were damaged, you
```

1    had to repair them, which called for welding.

2        Q    How long would that kind of welding

3    job take you?

4        A    It really depended on how long it took

5    to change the pipe out.  Maybe a day for one

6    pipe.

7        Q    So you may have to return to this job

8    day after day until it was completed?

9        A    It depended on how many repairs we had

10   to do.  If it was just one, we just did it in

11   one day.  If it was more, we went back until we

12   completed the job.

13       Q    Can you tell me what the longest job

14   length would be for doing those kind of

15   repairs?  Days, weeks, months?

16       A    On a repair job, they wanted us to

17   finish it as fast as possible.  And like

18   earlier, the longest I have stayed there was

19   two weeks at one period.

20       Q    But during the two weeks you would

21   have had multiple jobs to do, though?

22       A    Yes.

23       Q    This one vent work wouldn't have taken

24   the whole two weeks, would it?

25       A    Right.  Right.  I did different jobs

663

 1   in different areas of the boat.  Not different

 2   jobs, but different welding.

 3       Q    So other than fixing the vent area as

 4   you described, the pipe welding, what other

 5   kinds of welding work would you be performing

 6   in the living quarters?

 7       A    If -- If the structural wall would be

 8   damaged, we'd have to repair that.  Change it

 9   up and weld it.  Or if it was just cracked, we

10   would just weld it.  They came with various

11   different types of repair jobs, I mean, repairs

12   to do on them.  So it wasn't all the same

13   thing.  I mean, not every boat is going to come

14   with the same problem.  It's all different.  It

15   was all different.  Every time it was a

16   different -- a different type of repair work.

17       Q    Did the repair jobs that you worked on

18   at the Westwego yard, did those also last the

19   same length?  Were they sort of a maximum of

20   two weeks?

21       A    Sometimes, depending on how damaged

22   the vessel was.  Sometimes they would go a

23   little longer.  Whenever they were put on

24   drydock, that means -- that meant that the

25   shell, the hull plate most of the time had to

664

1    be taken out.  And if there was any damage to

2    the braces and the frame, wherever, on the

3    inside, that all had to be changed, too.  When

4    the tacker was finished with it, that's when

5    the welder would go in.

6         Q    So correct me if I am wrong.  What I

7    am understanding is at the Westwego yard, the

8    repairs that you did were generally on vessels

9    that were at a drydock.

10        A    Right.

11        Q    Whereas when you went to Port Orleans,

12   that means you would be boarding some vessels

13   that were in the water?

14        A    Right.

15        Q    Okay.  Thanks for clearing that up.

16             The oil rigs that you described going

17   into or through the living quarters, where were

18   the oil rigs located?

19             MS. ROUSSEL:

20                  The drilling rig you're talking

21             about that he discussed?

22             MS. SEMMES:

23                  Yes.

24   EXAMINATION BY MS. SEMMES:

25        Q    I'm sorry.  I misstated drilling rig.

1    Excuse me.  The drilling rigs that were

2    mentioned, where were those located?

3         A    In the Westwego yard.

4         Q    And were those drilling rigs on the

5    drydock?

6         A    No.  They were -- It was new

7    construction.  We were building on land.

8         Q    And so when you ventured through the

9    living quarters on the drilling rigs, the

10   drilling rigs were on land?

11        A    Right.

12        Q    Okay.  That's what I was trying to

13   understand.  Thank you.

14             Was your job on the drilling rigs as a

15   welder, did it change on the drilling rigs

16   versus the river-going vessels?

17        A    Did it change you said?

18        Q    Yes.  How was it different?

19        A    Not -- Not that much different.  I was

20   doing the same thing, welding structural and

21   pipe and basically the same -- the same welding

22   that was done on everything, I mean.

23   Structural or pipe or both, inside and out.

24        Q    So you recall performing new

25   construction welding on the drilling rig at the

1    Westwego yard.  You worked in the living

2    quarters there or did you just walk through the

3    living quarters on those drilling rigs?

4        A    I would walk -- I would walk through

5    them when I had to go inside the drilling rig.

6    Because we had to get through there, walk

7    through there to get to the area that we had to

8    go inside.  And we'd do our work on the inside.

9    We had to go get it out, I mean.  Your -- Your

10   material wouldn't last all day long, so as you

11   finish, if you're welding, you'd have to go get

12   more rods and whatnot.  So we'd have to pass

13   through there all day.

14       Q    Did you have any helpers or tackers

15   that were assisting you as a welder at this

16   time?

17       A    No.

18       Q    Did you ever have a tacker or welder

19   -- or helper assist you as a welder?

20       A    No.

21       Q    When you walked through the drilling

22   rigs at the Westwego yard, what crafts do you

23   recall working and what do you remember seeing

24   them doing?

25       A    You broke up.  I didn't catch your

1    question.

2         Q    When you walked through the drilling

3    rigs at the Westwego yard as you just

4    described, and you walked through the living

5    quarters, what do you recall the crafts doing

6    in that area?

7         A    They were insulating the wall and the

8    piping.  They were cutting blocks or boards,

9    whatever you want to call it, to put against

10   the walls to insulate it.

11        Q    Now, did Avondale hire insulators?

12        MS. ROUSSEL:

13             Object to the form of the

14             question.  Are you talking about to do

15             this wallboard work or are you talking

16             about to do insulation of the pipes?

17        MS. SEMMES:

18             I'm asking if Mr. Cortez has any

19             knowledge of whether Avondale hired

20             any insulators.

21        THE WITNESS:

22             Yes, Avondale hired its own --

23             had its own insulation company -- I

24             mean, crew.

25   EXAMINATION BY MS. SEMMES:

1      Q     And do you believe that it was

2  Avondale insulators that were working on the

3  pipes doing the pipe insulation?

4      A     Yes.

5      Q     Did you ever see any Avondale

6  insulators doing any of the insulation of the

7  walls?

8      A     No.  I can't recall.  I don't -- I

9  don't remember if Avondale insulators were

10 working with the people putting it on the wall.

11     Q     Now, the walls you described, were

12 there metal sheeting as you described a little

13 earlier today, did you see metal walls in place

14 before this block or board that you described?

15     A     Yeah.  The whole thing was made --

16           MR. GRACE:

17                Object to the form.

18           THE WITNESS:

19                -- out of metal.  I mean, we

20           built everything out of metal.

21 EXAMINATION BY MS. SEMMES:

22     Q     Now, the crew that you mentioned that

23 performed this work with the wall panels, you

24 mentioned the name Hopeman Brothers which we

25 talked about briefly for Halter today.  I am

```
 1   going to ask you some questions about what you
 2   remember about Hopeman Brothers at Avondale.
 3   Do you know what Hopeman Brothers was hired to
 4   do at the shipyard in terms of what kind of
 5   crafts they employed?
 6       A    I guess it was insulators.  They were
 7   putting blocks -- They -- They were putting the
 8   blocks or the boards or whatever you want to
 9   call that on the wall.
10       Q    So do you have any personal knowledge
11   that Avondale -- Hopeman Brothers hired
12   insulators?
13       A    No, I don't.
14            MR. GRACE:
15                 Objection to the form.
16            THE WITNESS:
17                 Personal knowledge, no.
18   EXAMINATION BY MS. SEMMES:
19       Q    Have you ever heard of what's called
20   joiner work?
21       A    No.
22       Q    Have you ever heard of finishing work?
23       A    Finishing work, yes.
24       Q    Can you describe to me what finishing
25   work is, to your knowledge?
```

1      A    I have heard of it.  I don't really

2   know exactly what it is.  I guess that's what

3   -- I mean, when they finish -- they're

4   finishing the vessel that they're working on.

5      Q    Sir, I would like to represent to you,

6   sir, that Hopeman Brothers was a joiner which

7   did finishing work.  That's why I am asking you

8   some of these questions.

9           MS. ROUSSEL:

10               I'm going to object to the form

11          of the question and also your

12          statement.  He said Hopeman was

13          working with the wallboard.

14          MS. BOWLIN:

15               Object to the colloquy and move

16          to strike your misrepresentation of

17          the testimony.

18          MR. POWELL:

19               And I am just going to object to

20          the form.  Thank you.

21   EXAMINATION BY MS. SEMMES:

22      Q    Mr. Cortez, did you ever see Hopeman

23   Brothers joiners installing furniture on any of

24   the oil -- the drilling rigs or the boats that

25   you worked on?

1     A     No.

2     Q     Did you ever see any workers

3     installing any furniture on these vessels?

4     A     Yes.

5     Q     What stage would the furniture be

6     installed?

7     A     Say it again?

8     Q     At what stage of construction would

9     the furniture generally be installed?

10    A     After all the walls were finished and

11    they're -- I mean, the furniture was being

12    installed right before the launch.  That's all

13    I can remember.

14    Q     And that's all I am asking, is what

15    you remember.

16          Did you ever see any of these Hopeman

17    workers in other areas besides the living

18    quarters?

19    A     I can't really recall, no.

20    Q     And I think you described knowing that

21    the workers were employed by Hopeman because of

22    hardhats; is that right?

23    A     Yes.

24    Q     What color were these hardhats?

25    A     I seem to remember white.

1      Q     Were these the only workers wearing

2  white hardhats?

3      A     Yes.

4      Q     Was there any writing on the hardhats?

5      A     I just remember a sticker saying

6  "Hopeman Brothers" on it.

7      Q     And the sticker was located on the

8  hardhat?

9      A     Yes.  Now don't ask me where.  I don't

10  exactly remember where, if it was in the front,

11  the back, the middle, or what.

12      Q     You just have a picture in your memory

13  of --

14      A     Yes.

15      Q     -- it saying "Hopeman Brothers" or

16  just "Hopeman"?

17      A     Every -- Every craft had a different

18  colored hardhat.  And if outside people came

19  in, they came in with a sticker on their

20  hardhat.  Whereas, Avondale employees didn't

21  have to have stickers on their hardhat.  They

22  just had colors.

23      Q     What color was your hardhat?

24      A     Yellow.

25      Q     Do you remember the hardhat colors of

673

```
 1    the Avondale insulators?

 2        A    No.

 3        Q    Was there anything else on the Hopeman

 4    workers that identified them as being employed

 5    by someone other than Avondale?

 6        A    Not that I can remember.

 7        Q    Okay.  Do you remember the first time

 8    that you remember seeing Hopeman Brothers at

 9    Avondale?

10        A    No, not really.

11        Q    Do you think it was during your time

12    as a tacker or as a welder?

13        A    Probably as a welder.  Let me -- Let

14    me rephrase that.  It could have been when I

15    was tacking, because I was working on that

16    drilling rig as a tacker, too, before I went

17    welding.  And I was work- -- I was working with

18    a shipfitter then and we were going through the

19    living quarters that were inside the hull to

20    basically put frames up and -- and -- whatever

21    we had to do, you know, for the structure so

22    the welders could come behind and weld it.  So

23    I would say it was when I was tacking.

24        Q    And this drilling rig, what stage of

25    construction would it have been in when you
```

674

1    were walking through it?  Was it at the

2    beginning, middle, or end stages of

3    construction?

4         A    I would probably say about the middle.

5         Q    So did it still look like a shell or

6    it was becoming more structured I guess you

7    could say?

8         A    It was -- It was becoming more

9    structured.

10        Q    Now, again with the drilling rig and

11   the living quarters, can you describe for me

12   how large these rooms were?

13        A    Oh, no.  That was a big room.  It

14   was -- It was pretty huge.  I can't tell you

15   the exact size of them.  It was a pretty big

16   rig.

17        Q    Can you tell me how many rooms were in

18   the living quarters?

19        A    I don't remember.

20        Q    And it would make sense that you don't

21   have a good gauge of the size of the living

22   quarters because you were mostly walking

23   through to your work area?  You were focused on

24   your job; correct?

25        A    Right.

1      Q     Now, the work you described being

2   performed in the living quarters by Hopeman

3   Brothers that you walked by on the way to your

4   work station, you described this work as

5   installing wall blocks or panels; correct?

6      A     Yes.

7      Q     What equipment was Hopeman using to

8   install these blocks or panels?

9      A     I know they were cutting it with a

10  Skil saw.

11     Q     And why were they using Skil saws?

12     A     So they could cut it to size to fit

13  where they had to fit it at.  I don't -- I

14  don't know how they were holding it onto the

15  wall or anything like that, how they were

16  attaching it to the wall.

17     Q     Do you know the brand of the Skil saw

18  that they used?

19     A     No.

20     Q     So you never got close enough to

21  inspect the Skil saw?

22     A     No.

23           MS. ROUSSEL:

24                Object to the form of the

25                question.

1          THE WITNESS:

2               I wouldn't -- We wouldn't touch

3               other people's tools.

4          MR. GRACE:

5               Object to the form.

6     EXAMINATION BY MS. SEMMES:

7     Q    What would be the -- How close would

8     you have gotten to the Skil saw to look at it

9     with your eyes?

10    A    Maybe four or five feet.  When I would

11    be passing through, they would be using it.

12    I'd notice them when they were cutting with it.

13    I mean, I wouldn't go look at it when it was

14    laying on the deck or anything like that.  So I

15    wouldn't really be staring at the Skil saw

16    because all that stuff was flying in the air

17    and I wanted to try to avoid being around that

18    as much as possible.  But you couldn't get away

19    from it too much.

20    Q    So you said you were four to five feet

21    away from this saw.  Did you ever see a hose

22    attached to the saw?

23    A    No.

24    Q    If there was a hose attached to the

25    saw, would you agree you may not have seen it?

```
 1            MS. ROUSSEL:

 2                 Object to the form of the

 3            question.

 4            THE WITNESS:

 5                 What kind of hose are you talking

 6            about?

 7       EXAMINATION BY MS. SEMMES:

 8       Q    If you don't remember, that's okay.  I

 9       am just asking if you remember anything

10       specific looking like a hose that could have

11       been attached to the saw.

12       A    No.

13       Q    Now, do you recall the type of table

14       that was being used with the Skil saw?

15       A    Table?  Sawhorses.

16       Q    I'm sorry, did you say sawhorse?

17       A    Yes.

18       Q    How many workers did you see using the

19       Skil saw in installing those block or walls?

20            MR. GRACE:

21                 Object to the form.

22            THE WITNESS:

23                 I don't recall how many were

24            using the Skil saws.  I don't recall

25            that.  I just know --
```

1   EXAMINATION BY MS. SEMMES:

2        Q    Did you ever -- I'm sorry.

3        A    I just know they were cutting the

4   blocks with a Skil saw.  I don't know if it was

5   the same guy or if it was multiple people every

6   time we passed.

7        Q    Can you tell me how many times you saw

8   the Skil saw in use on a drilling rig?

9        A    No.  I mean, like I said, we'd go do

10  our job and we'd have to go back and forth to

11  pick up material like welding rods and whatever

12  else we needed to do our job.  Or we had to go

13  to the bathroom, you had to pass through there

14  to go to the bathroom and pass back to come

15  back to work.

16       Q    Would you agree that the Skil saw

17  would not have been 100 percent being used

18  every time you walked by?

19            MR. GRACE:

20                 Object to form.

21            MS. ROUSSEL:

22                 Object to the form of the

23            question.

24            THE WITNESS:

25                 I agree with that, yeah, but, I

```
 1            mean, they wasn't constantly cutting
 2            all the time with it.  They would cut,
 3            then they would put up.  But the dust
 4            was still there.
 5   EXAMINATION BY MS. SEMMES:
 6       Q    Now, you described these wall panels
 7   as blocks.
 8            MS. ROUSSEL:
 9                 He said block or board.  He
10            described them as blocks or board that
11            was put on the wall.
12            MS. SEMMES:
13                 Thank you.
14   EXAMINATION BY MS. SEMMES:
15       Q    You described these wall panels as
16   boards and blocks.  Mr. Cortez, did you think
17   at the time that the wallboard may have
18   contained asbestos?
19       A    Yes.
20       Q    What made you think that at the time?
21       A    They would -- When they would cut it,
22   the dusty stuff would float in the air and it
23   looked like it had little shiny particles in it
24   in the light.
25       Q    Did anybody tell you --
```

680

1     A     What?

2     Q     -- that --

3     A     Say it again?

4     Q     Did anybody at Avondale tell you that

5   there was asbestos in those materials?

6     A     No.  Not until -- or any of the

7   contractors didn't say anything about asbestos

8   being used or if it was dangerous or anything

9   like that when I was there.

10          MR. GRACE:

11               Objection, non-responsive.

12   EXAMINATION BY MS. SEMMES:

13     Q     So when do you believe you heard for

14   the first time or thought for the first time

15   that these products might have contained

16   asbestos?

17     A     I guess --

18          MS. ROUSSEL:

19               Object to the form of the

20               question.  Are you asking when he

21               first recognized that these contained

22               asbestos or when did he first

23               recognize that asbestos was a health

24               hazard?

25   EXAMINATION BY MS. SEMMES:

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

681

1      Q    I'm mean when you first recognized or
2    thought that these products could have
3    contained asbestos.
4      A    The first time I saw them cut it and
5    the stuff was floating in the air.
6      Q    So at the time you saw them cut it,
7    what did you know about asbestos at the time?
8    Why did you think that that would contain
9    asbestos?
10     A    I just knew the name "asbestos".  I
11   didn't know any -- I'm -- I didn't know
12   anything about asbestos.  I just know -- I knew
13   the name "asbestos" was an insulation.
14     Q    Okay.  Switching gears, going to
15   Halter Marine, I have only got a couple of
16   questions here for you.
17          Now, we talked today about your work
18   at Halter Marine in the mid 1970s for about a
19   year and then also sometime in the 1990s.
20          MS. ROUSSEL:
21              I'm going to object to the form
22              of the question.  He said he started
23              in '74, the first Monday after he left
24              Avondale, and stayed for about 18
25              months.  So I am objecting to your

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

682

1              characterization.

2              MS. SEMMES:

3                  Okay.   Thank you.

4       EXAMINATION BY MS. SEMMES:

5       Q     My question to you is, do you recall

6  Hopeman Brothers during both your 1974 work and

7  your work in the 1990s?

8       A     I remember seeing deliveries from

9  Hopeman Brothers at Halter the first -- the

10  first time and the second time.

11      Q     The second time you were in the role

12  of a supervisor; is that right?

13      A     Yes.  I did that for a little while.

14      Q     Can you describe what deliveries you

15  recall seeing that you associate with Hopeman

16  Brothers?

17      A     What you mean "what deliveries"?  The

18  vehicle that it was delivered in or the

19  packaging?

20      Q     The packaging.  You just described you

21  remember seeing deliveries for Hopeman Brothers

22  at Halter during both the 1970s and the 1990s.

23  I am just asking you to describe what that

24  meant.  What were those deliveries?

25      A     Boxes, some huge boxes with "Hopeman

1    Brothers" written on it.

2         Q    Where did you see these boxes?

3         A    Where did I see the boxes?  They would

4    deliver them to the actual vessel area where

5    they were going to install it.

6         Q    So you remember both Hopeman boxes and

7    Hopeman workers at Halter?

8         A    Yes.

9         Q    Now, if I represent to you that

10   Hopeman only worked at Halter in the 1990s and

11   did not work at Halter Marine in the 1970s --

12             MS. ROUSSEL:

13                  I am going to object to the form

14             of the question.  He can only answer

15             to you what he saw.  And your

16             representation, unless you want to

17             raise your hand and swear yourself in

18             as a witness, you're not entitled to

19             represent things to him.  You can ask

20             him what he saw and what he knows.

21             MR. BELL:

22                  Gerolyn, I object to your

23             speaking objections.  I object to the

24             form of the question.

25   EXAMINATION BY MS. SEMMES:

1    Q    Based on the representation, Mr.

2    Cortez, is it possible that you only saw

3    Hopeman Brothers in the 1990s because there's

4    no evidence that they worked at Halter in 1974?

5         MR. BELL:

6              Object to the form.

7         MS. ROUSSEL:

8              Object to the form of the

9              question.  He's already told you what

10             he saw and what he knows.

11   EXAMINATION BY MS. SEMMES:

12   Q    You can answer, Mr. Cortez.

13   A    I guess.  I mean, y'all -- y'all

14   bringing stuff out of my head that I have

15   forgot about actually.

16   Q    I understand.

17   A    I'm trying to remember to the details,

18   but that's really hard to do.

19   Q    And I really appreciate you trying.  I

20   know this is hard.  I can't remember what I did

21   five years ago.  So we're asking you about 40

22   or 50 years ago and I know this is hard to

23   remember.  So I appreciate you listening to my

24   question.

25        MS. ROUSSEL:

1              Object to the colloquy of the

2              attorney and move to strike it.

3    EXAMINATION BY MS. SEMMES:

4       Q    Do you remember if Hopeman Brothers

5    wore hardhats at Halter Marine?

6       A    I mean, everybody wore hardhats at

7    Halter Marine.  They had to wear a hardhat,

8    too.

9       Q    Was it the same as Avondale where they

10   had different colors?

11      A    Yes.

12      Q    Do you remember if it was the same

13   colored hardhats as you saw at Avondale?

14      A    I remember white hardhats.

15           MS. SEMMES:

16              Mr. Cortez, I think those are all

17              the questions that I have for you

18              right now.  I may have a few later

19              which I reserve my right to ask, and

20              thank you for answering your questions

21              today.

22           THE WITNESS:

23              Thank you.

24           MS. ROUSSEL:

25              Who's next?

```
 1                    Nobody else has any questions?

 2          MS. BOWLIN:

 3                    I do.

 4          MR. BELL:

 5                    Yes, I do, Gerolyn.

 6          MS. ROUSSEL:

 7                    You're going to have to wait

 8          until everybody finishes.

 9          MS. BOWLIN:

10                    I was speaking up, Gerolyn.

11          MS. ROUSSEL:

12                    Okay.  So nobody else on the

13          phone or on the Zoom has any

14          questions?

15          MR. BELL:

16                    Yes, Gerolyn.

17   EXAMINATION BY MR. BELL:

18       Q    Mr. Cortez, can you hear me?

19       A    Yes.

20       Q    Okay.  Great.  My name is Troy Bell.

21   I'm going to skip around a bit.  If at any time

22   you don't understand any of my questions, just

23   let me know so we can be on the same page.

24   Okay?

25       A    Okay.
```

1      Q     I want to refer to yesterday.   What

2    time did you get to Miss Roussel's office

3    yesterday?

4      A     Around 9:30.

5      Q     You got there exactly at 9:30?

6            MS. ROUSSEL:

7                  He said around 9:30.

8            THE WITNESS:

9                  Give or take a few minutes.

10   EXAMINATION BY MR. BELL:

11     Q     Okay.  And what time did you arrive at

12   their office today?

13     A     The same time.

14     Q     Okay.  Now, as a welder, do you recall

15   any time when the sparks would set your pants

16   on fire?

17     A     That's a good question.  I mean, my

18   cuff at the bottom of my -- my pants leg every

19   once in a while would burn.

20     Q     Okay.  Did you ever have to seek any

21   medical treatment as a result of that?

22     A     No.

23     Q     Now, the first time you worked at

24   Monsanto you hadn't reached 18 years of age;

25   correct?

1      A      Repeat that?  Repeat the question.

2      Q      The first time you worked at Monsanto

3   you hadn't reached 18 years of age, had you?

4      A      No.  I hadn't reached 18, no.

5      Q      Okay.  How old were you?

6      A      I was 17.

7      Q      Seventeen?  Did you have to get some

8   type of special permit to work at a facility

9   like Monsanto?

10      A      My -- The only thing, my father had to

11   sign a release form, like a minor's release.

12      Q      Okay.  Were there areas where you were

13   restricted from going into at Monsanto when you

14   were 17?

15      A      No, not that I can remember.

16      Q      Now, on a number of occasions you

17   mentioned breaking a flange.  Could you tell us

18   how long that process was from the time you

19   broke the flange until the time you would

20   scrape or wire brush the flange?

21      A      It depended on the size of the flange.

22   If it was -- I don't know, if it was a small

23   flange, it didn't take us long.  If it was a

24   large flange, it could have took a half a day.

25      Q      Okay.  Was that a one-person or

  1    two-person job?

  2         A    Repeat that?

  3         Q    Was that a one-person job or a

  4    two-person job?

  5         A    It's depending on the size of it,

  6    again.  It could either be a one-person or a

  7    two-person job.

  8         Q    I am looking through my notes real

  9    quick, Mr. Cortez.  Just bear with me.

 10              When you worked at Avondale you

 11    mentioned a gentleman's name, Joseph Becnel?

 12         A    Yes.

 13         Q    Do you recall whether or not

 14    Mr. Becnel lived in Vacherie?

 15         A    Yes.

 16         Q    Do you know if he drove a labor bus?

 17         A    Yes.

 18         Q    You told us the last job you worked at

 19    was with Game Equipment?

 20         A    Yes.

 21         Q    Did you know a gentleman by the name

 22    of Paul Waguespack?

 23         A    Yes.

 24         Q    Do you recall the names of any other

 25    co-workers you worked with at Game Equipment?

690

1      A    I remember all of them.  I mean, that

2    was -- I just left from there last year.

3      Q    Okay.  Could you tell us -- You were a

4    supervisor there; right?

5      A    No.

6      Q    No?  Okay.  Who was your supervisor?

7      A    Drake Richard.

8      Q    Now, correct me if I am wrong.  The

9    last time you worked at Halter Marine, you were

10   a supervisor or a foreman?

11     A    Yes.

12     Q    As a supervisor or foreman were you

13   responsible for the safety of workers that

14   worked under you?

15     A    Yes.

16     Q    Were you required to know about safety

17   hazards?

18     A    Yes.

19     Q    If there were regulations for the

20   safety of workers as a supervisor, were you

21   required to know those regulations?

22     A    Yes.

23     Q    Were you also required to read

24   specifications?

25     A    To read specifications?

1      Q     Yes, sir.

2      A     If you were talking about blueprints,

3   yes.

4      Q     The blueprints that you reviewed or

5   read when you were at Halter Marine, did they

6   have any indications on the requirement for the

7   use of asbestos-containing materials?

8      A     No.  The ones that I received were

9   only welding symbols and that was about it.

10  Welding symbols to tell us what kind -- what

11  size weld and what kind of welding procedure

12  went on whatever we were welding.

13     Q     As a foreman or supervisor at Halter

14  Marine, were there any regulations that you

15  recall reading that related to the safety of

16  workers?

17     A     Yes.

18     Q     What are some of those regulations?

19     A     I had to make sure that they had

20  respirators while doing the welding, and safety

21  glasses, hardhats, sleeves and aprons, safety

22  toe boots, and gloves.

23     Q     At any time when you were a supervisor

24  or foreman at Halter Marine were you aware of

25  OSHA?

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

692

1      A    I was aware of OSHA.

2      Q    In what respect were you aware of OSHA

3  as it related to the safety of workers?

4           MS. ROUSSEL:

5               In the 1990s?

6           MR. BELL:

7               Yes.

8           THE WITNESS:

9               I mean, all we could -- We had

10              OSHA regulations on the wall for

11              everyone to read.  And, I mean, we

12              wouldn't read it ever day, but we'd

13              read it once, maybe twice.  I really

14              don't remember anything about it,

15              about what the regulations were.

16 EXAMINATION BY MR. BELL:

17     Q    Now, you told us earlier about I'll

18 call it on-the-job training with respect to

19 being a tacker and a welder.

20     A    Yes.

21     Q    Did you receive any type of training

22 to do pipefitting work?

23     A    No.

24     Q    During the course of time when you did

25 pipefitting work, did the way you performed

1    your pipefitting duties ever change?

2         A    No.

3         Q    Do you recall ever using a spray to

4    put on the flange --

5         A    No.

6         Q    -- in order to allow it to be easier

7    to remove a gasket?

8         A    No.

9         Q    Earlier today when you were talking

10   about your work at Monsanto during the first

11   period of time, and I think you mentioned your

12   dad ended up working at Monsanto as well at

13   that time period, how did you get to and from

14   work?

15        A    I was riding a carry-all.

16             MS. ROUSSEL:

17                  And that was asked yesterday,

18             Troy.

19             MR. BELL:

20                  I'm sorry, Gerolyn.  I couldn't

21             hear you.

22             MS. ROUSSEL:

23                  That was covered yesterday.

24   EXAMINATION BY MR. BELL:

25        Q    Mr. Cortez, --

694

```
 1     A     Yes.

 2     Q     -- have you ever heard of Kaylo?

 3     A     Say it again?

 4     Q     Have you ever heard of Kaylo?

 5     A     No.

 6     Q     Just a few minutes ago you were

 7  talking about your work at Avondale at the

 8  Westwego yard on drilling rigs.  Do you recall

 9  whether or not the workers who installed the

10  wallboard, if they were different from the

11  workers who installed the furniture?

12           MR. GRACE:

13                Objection to form.

14           THE WITNESS:

15                You still there?

16  EXAMINATION BY MR. BELL:

17     Q     Yes.

18     A     No, I don't.

19     Q     Do you recall working on the drilling

20  rig ODECO?

21           MS. ROUSSEL:

22                Yesterday that was covered and he

23                said he didn't recall the name of the

24                drilling rigs that he worked on.

25           THE WITNESS:
```

1              No.

2    EXAMINATION BY MR. BELL:

3         Q      Would you have any reason to dispute

4    your Avondale records that indicate that one of

5    the drilling rigs you worked on was an ODECO

6    rig?

7         A      No.  I don't -- I really don't know

8    the name of the rig I worked on.

9         Q      Now, you testified that your father

10   worked at Union Carbide --

11        A      Yes.

12        Q      -- for B&B Engineering.  Do you know

13   whether or not your father worked out of the

14   union at that time when he worked for B&B

15   Engineering?

16        A      No.  I didn't know.

17        Q      Do you know whether or not your

18   father, when your father worked out of the

19   union, whether or not he attended union

20   meetings?

21        A      No, I don't know that either.

22        Q      Do you know whether or not when he

23   worked out of the union if he attended any

24   safety meetings?

25        A      No.

1     Q    Do you know whether or not your father

2    ever held any positions that are officers in

3    the union?

4     A    No.

5     Q    Do you know whether or not your father

6    attended any national conventions or

7    conferences when he was a union member?

8     A    No.

9          MS. PARKINSON:

10              Troy, just for clarification,

11          when Mr. Cortez said "no", does he

12          mean that he doesn't know?

13   EXAMINATION BY MR. BELL:

14    Q    Mr. Cortez, when I asked these

15   questions, does it mean you don't know if he

16   was a member?

17    A    Yes.  That's what it means.

18    Q    Okay.  And you don't know if he

19   attended any union meetings; correct?

20    A    Correct.

21    Q    And you don't know whether or not he

22   attended any national conventions; correct?

23    A    Correct.

24    Q    I am going to get back to your

25   father's work at Union Carbide in a minute.

 1   You testified --

 2          MS. ROUSSEL:

 3              But, Troy, is your question with

 4          regard to when he worked at Union

 5          Carbide for B&B?  Because if you

 6          recall, he said he also worked at

 7          Union Carbide for Cajun.

 8          MR. BELL:

 9              Yes, I was just asking him about

10          B&B right now.

11          MS. ROUSSEL:

12              B&B.  Okay.  Thank you.

13   EXAMINATION BY MR. BELL:

14      Q   Mr. Cortez, and correct me if I am

15   wrong, I believe you testified yesterday that

16   the chemotherapy that you're receiving kills

17   your sex drive.

18      A   Yes.

19      Q   Okay.  Did you ever have a problem

20   with your sex drive before you started

21   receiving chemotherapy?

22      A   No.

23      Q   Did you ever seek any counseling as a

24   result of your sex drive being killed, and

25   that's what you called it, being killed?

1    A    No.

2    Q    Has your wife sought any counseling as

3  a result of your sex drive having been killed?

4    A    No.

5    Q    Did you ever talk to any of your

6  doctors about the problems you are having with

7  your sex drive as a result of chemotherapy?

8    A    No.

9    Q    You also talked about your yard work

10  after chemo, that you didn't do any of your

11  yard work any more.  What type of yard work did

12  you perform before your chemo?

13    A    I weed-eated, I cut trees if I had to,

14  I cut grass, I -- I mean, regular yard work.

15  If I had to dig a ditch, I did that.

16    Q    Now, with respect to cutting the

17  grass, did you have a riding lawnmower or a

18  push mower?

19    A    I have both.

20    Q    And I believe you told us yesterday

21  that you can still drive; correct?

22    A    A little bit.  Not much.  I can't go

23  very far.

24    Q    Okay.

25    A    My wife has to drive me just -- My

699

 1   wife and my other family members drive me

 2   whenever I have to go far.

 3        Q    Okay.  Now, you said you have both a

 4   push and a riding lawnmower.  Have you ever

 5   tried to do the riding lawnmower after your

 6   chemotherapy?

 7        A    Actually, the reason I -- I am not

 8   using it is because I can't be out in the sun

 9   for a long period of time --

10        Q    Okay.

11        A    -- because of the chemotherapy.

12        Q    All right.  Now, where is your camp

13   located?

14        A    On the St. James side of Lake Des

15   Allemands.

16        Q    Before your chemotherapy how often

17   would you go to your camp?

18        A    At least maybe once, twice a week.

19        Q    When was the last time you went to

20   your camp?

21        A    At the end of March.  That's when I

22   really started hurting and coughing and I was

23   losing my breath, so that's when I started

24   going to the doctor for it.  And right now my

25   son and my son-in-law, whenever they have time,

700

```
 1    they go finish the work that we were doing on

 2    the camp.

 3         Q    Okay.

 4         A    Or they're trying to finish it,

 5    anyway.

 6         Q    When was the last time you and your

 7    wife went dancing?

 8         A    About in the middle of last year

 9    sometime.

10         Q    How often did you all go dancing?

11         A    We used to go every Sunday afternoon

12    to the bingo hall in Boutte.

13         Q    Okay.  Why did you stop going since

14    the middle of last year?

15         A    After the place closed down.

16         Q    Okay.

17         A    And there was no other places

18    available at that time for the -- We like

19    country dancing or swamp pop and we never found

20    a good enough place since then.

21         Q    What is the name you called it?

22         A    Swamp pop.

23         Q    Oh, okay.  When was the last time you

24    took a vacation?

25         A    Last October.
```

 1      Q      Where did you go?

 2      A      Las Vegas.

 3      Q      How often have you gone to Las Vegas

 4   for a vacation?

 5      A      That was the first and last time.

 6      Q      Okay.  You didn't like it?

 7      A      No.

 8      Q      Okay.  Have you ever taken a vacation

 9   in Arizona?

10      A      I passed through to go to Las Vegas.

11   We were on a bus.

12      Q      You ever took any vacations in North

13   Dakota, Killdeer Mountain?

14      A      No.

15      Q      Have you ever taken a vacation outside

16   of the United States?

17      A      No.

18      Q      How often did you all take vacations?

19      A      We used to try to go at least once a

20   year.

21      Q      So you told us yesterday that as a

22   result of your chemo you can't visit with

23   friends.  When was the last time you visited

24   with friends?

25      A      Right before I started getting sick.

702

```
 1    I went and visit a friend of mine and my

 2    wife's.  He actually had open heart surgery and

 3    we went and visit with him after his surgery.

 4           (Whereupon a discussion was held off

 5    the record.)

 6           VIDEO OPERATOR:

 7                Off the record.

 8           (Whereupon a discussion was held off

 9    the record.)

10           MS. ROUSSEL:

11                Okay, Troy.  We're ready.  Well,

12           wait.

13                Ken, are you ready?

14           VIDEO OPERATOR:

15                Just a second.  This is the

16           beginning of disk 9.  We're back on

17           the record.

18                We're on, Troy.

19           (Whereupon a discussion was held off

20    the record.)

21    EXAMINATION BY MR. BELL:

22        Q    How long have you worn eyeglasses?

23        A    Since in my -- my 40s, my mid 40s,

24    late 40s.  Somewheres around that area.

25        Q    Okay.  Nearsighted or farsighted?
```

 1     A     Nearsighted.

 2     Q     Prior to the time in the mid 40s had

 3  you had any problems with seeing clearly at far

 4  distances?

 5     A     No.

 6     Q     Ever wear contact lenses?

 7     A     No.

 8     Q     Now, except for the time when you

 9  worked at Monsanto in 1968 and you subsequently

10  worked at Avondale between 1969 and 1974, is it

11  true that all of your other work at any

12  industrial sites or chemical facilities all

13  occurred after 1974?

14     A     Yes.

15     Q     So when you worked -- And I believe

16  you spoke of this earlier in another way.  When

17  you worked at Avondale from 1969 to 1974 you

18  did not work at any industrial plant or

19  chemical facility at that time?

20     A     Correct.

21     Q     Correct?

22     A     Yes.

23     Q     Is it also true that your work out of

24  Local 102 occurred after 19- -- well, during

25  1979 and after that?

704

```
 1          MS. ROUSSEL:
 2               Object to the form of the
 3          question.  He said it was right after
 4          Service Marine and he went through the
 5          dates with you.
 6          THE WITNESS:
 7               I don't know if he heard you.
 8   EXAMINATION BY MR. BELL:
 9     Q    I heard her.
10     A    He did hear you.
11     Q    Did you ever go to Mississippi to get
12   tested for an asbestos disease?
13     A    To Mississippi?  No.
14     Q    Did you go anywhere to get tested
15   other than for mesothelioma?
16     A    No.  Not that I can recall.
17     Q    Did you ever go to a lawyer's office
18   in Bridge City, Louisiana?
19     A    No.
20     Q    Were you ever represented by an
21   attorney whose office was located in Bridge
22   City, Louisiana?
23     A    No.  I didn't have any reason to be
24   represented by an attorney.
25     Q    Okay.  Are you familiar with an
```

1    attorney named Mitchell Tyner?

2         A    Repeat?  Repeat the name?

3         Q    Are you familiar with an attorney

4    whose name is Mitchell Tyner?

5         A    No.

6         Q    Are you familiar with the law firm of

7    Murray & Wilson?

8         A    No.

9         Q    Now, you told us yesterday that your

10   father had a massive stroke.

11        A    Yes.

12        Q    Was that in any way related to his

13   smoking?

14             MS. ROUSSEL:

15                  Object to the form of the

16             question.  Also he's not a medical

17             doctor.

18             MR. BELL:

19                  I mean, if he knows, he knows.

20             If he doesn't, he doesn't, Gerolyn.

21             THE WITNESS:

22                  I don't know.

23   EXAMINATION BY MR. BELL:

24        Q    Okay.  Did your father smoke in the

25   family home?

```
 1      A    Not that I can recall.

 2      Q    Mr. Cortez, did you have an

 3 opportunity to look at your father's Social

 4 Security records?

 5      A    No.

 6      Q    I've had an opportunity to review your

 7 father's Social Security printout and it shows

 8 his employment with B&B Engineering of

 9 Louisiana in the last quarter of 1966, the

10 first quarter of 1967, and the first, second,

11 and third quarters of 1968.  Do you have any

12 reason to dispute these years and quarters as

13 indicated on your father's Social Security

14 printout?

15      A    No.

16      Q    When your father worked at Union

17 Carbide, is it true you don't know the location

18 where he worked within the facility?

19           MS. ROUSSEL:

20                Object to the form of the

21                question.  And are you limiting your

22                questions to when he worked for B&B at

23                Union Carbide?

24           MR. BELL:

25                Yes, Gerolyn.
```

```
 1          MS. ROUSSEL:

 2               Okay.

 3     EXAMINATION BY MR. BELL:

 4          Q    Just so we can be on the same page,

 5     Mr. Cortez, I am talking about in reference to

 6     your testimony that you believed your father

 7     worked at Union Carbide for B&B Engineering of

 8     Louisiana.  Okay?

 9          A    Yes.

10          Q    All right.  And I wasn't sure if you

11     answered my question, so let me --

12          A    Yeah, ask it again.

13          Q    -- ask it again.  Okay.  Is it true

14     you don't know the location within Union

15     Carbide where your father worked?

16          A    That's true.

17          Q    Is it true you don't know how many

18     hours your father worked at Union Carbide for

19     B&B Engineering of Louisiana?

20          A    That's true.

21          Q    Is it also true you don't know how

22     many days your father worked at Union Carbide

23     for B&B Engineering of Louisiana?

24          A    That's true.

25          Q    Is it true that you don't know whether
```

708

1    his work for B&B Engineering of Louisiana at

2    Union Carbide was new construction or

3    maintenance?

4        A    That's true.

5        Q    Is it true you do not have any

6    information or any evidence that your father

7    worked for B&B Engineering of Louisiana after

8    1968?

9        A    I don't have any personal information,

10   no.

11       Q    Okay.  Is it true that you don't have

12   any information or evidence that your father

13   worked for B&B Engineering of Louisiana after

14   1970?

15       A    It's true.

16       Q    Is it true that you don't have any

17   information or evidence that your father worked

18   around B&B Engineering of Louisiana when he was

19   not employed by B&B of Louisiana?

20       A    Repeat that question?

21       Q    Okay.  Is it true you don't have any

22   information that at any time when your father

23   did not work at -- work for B&B Engineering of

24   Louisiana, you don't have any information that

25   he worked around B&B Engineering of Louisiana?

1    Correct?

2        A     Correct.

3        Q     Based upon that, is it also true that

4    you have no personal knowledge of your father

5    working with asbestos-containing materials at

6    any work site when he may have worked with or

7    around B&B Engineering of Louisiana?

8              MS. ROUSSEL:

9                   Object to the form of the

10                  question.

11             THE WITNESS:

12                  I don't know, he used to come

13                  home covered with dust.

14   EXAMINATION BY MR. BELL:

15       Q     Okay.  That wasn't my question, so I

16   am going to object to the non-responsive

17   portion.

18             Let me try it again.  Is it true that

19   you don't have personal knowledge of your

20   father working with asbestos-containing

21   materials when he worked for B&B Engineering of

22   Louisiana?

23       A     True.

24       Q     Be patient with me, Mr. Cortez; it's

25   going to be repeated questions.  Is it true you

1   have no personal knowledge where your father

2   worked in 1969?

3        A    1969?  I think he was at the power

4   plant in 1969.

5        Q    Do you have any personal knowledge of

6   where your father worked in 1970?

7        A    Also at the power plant.

8        Q    Do you have any personal knowledge of

9   where your father worked in 1971?

10       A    Power plant.

11       Q    Do you have any personal knowledge of

12   where your father worked in 1972?

13       A    He was still in the power plant.

14       Q    Now, when you mention "power plant",

15   you're talking about the same power plant --

16       A    Yes.

17       Q    -- or different power plants?

18       A    Nine Mile power plant.

19       Q    Would it be true you have no personal

20   knowledge of your father working for -- working

21   with asbestos-containing materials in 1969,

22   1970, 1971, and 1972?

23       A    The power plant was a -- a big boiler

24   with hot lines running in and out of it and

25   that was all insulated with asbestos.

    1      Q    Okay.  Let me try it again.  I am
    2  going to object to the non-responsive portion.
    3           MS. ROUSSEL:
    4                That was absolutely responsive.
    5                Just because you don't like it doesn't
    6                make it non-responsive.
    7  EXAMINATION BY MR. BELL:
    8      Q    Mr. Cortez, did your father ever tell
    9  you he worked with asbestos-containing
   10  materials at any of the times 1969, 1970, 1971,
   11  and 1972 when he worked at the power plant?
   12      A    He didn't tell me, no.
   13      Q    Okay.  And you did not see him working
   14  with any asbestos-containing material when he
   15  worked at the power plant in 1969, 1970, 1971,
   16  and 1972; correct?
   17      A    Correct.  I wasn't -- I wasn't there.
   18      Q    Now, that would still apply also to
   19  whether or not he worked around
   20  asbestos-containing material at any of those
   21  times in 1969, 1970, 1971, and 1972 at the
   22  power plant; correct?
   23      A    Correct.
   24           MS. PARKINSON:
   25                This is Erin.  I am just going to

1           object to the form of the question.

2    EXAMINATION BY MR. BELL:

3        Q    Mr. Cortez, with respect to your

4    father's work clothes, could you tell us -- and

5    I want to talk about the vehicles he drove at

6    the time?  Could you tell us the type, year and

7    model of the car or truck?

8        A    No.  As far as I know, he drove a red

9    car.

10       Q    Do you know whether or not that red

11   car was air conditioned?

12       A    Was it what?

13       Q    Air conditioned.

14       A    I don't remember, no.

15       Q    Okay.  Do you know whether or not when

16   your father drove to and from home from work,

17   whether or not he drove with the windows up or

18   down?

19       A    No, no, I have no way of knowing that.

20       Q    Could you tell us whether or not the

21   seats in that car were leather or cloth

22   material?

23       A    I believe it was like a vinyl

24   material.

25       Q    Do you know if your father always came

713

```
 1   home straight from work every day when he

 2   worked at Union Carbide?

 3        A    Yes.

 4        Q    Is it true you have no knowledge of

 5   any of the co-workers of your father when he

 6   worked for B&B Engineering of Louisiana?

 7        A    Yes, it's true.

 8        Q    Have you ever heard of United

 9   Engineering?

10        A    No.

11             MR. BELL:

12                  Mr. Cortez, I am going to look

13             through my notes and I'll reserve any

14             time that I may have to any other

15             questions.  Thank you for your time.

16             THE WITNESS:

17                  Thank you.

18             MS. ROUSSEL:

19                  Who's next?

20             MR. FOSTER:

21                  Gerolyn, this is Darryl.  I

22             already went yesterday.  If someone

23             hasn't gone yet I'll defer, but I do

24             have a few follow-up questions --

25             MS. ROUSSEL:
```

1          Okay.

2     MR. FOSTER:

3          -- to ask now or later.

4     MS. ROUSSEL:

5          Until everybody has had an

6     opportunity to ask questions, you're

7     going to have to wait until everybody

8     has an opportunity to ask questions.

9          Anybody who has not yet asked

10    questions --

11    MR. FOSTER:

12         Gerolyn, I didn't understand a

13    word you said.

14    MS. ROUSSEL:

15         I know.  You're on the other side

16    of the glass.  That's why.

17         Anybody who has not yet asked

18    questions needs to ask their questions

19    now.

20         Darryl, you have to wait until

21    anybody who has not yet asked any

22    questions.

23         If anybody who has not yet asked

24    any questions pass and Darryl or Angie

25    goes, they're not going to be allowed

```
1            to ask questions after Darryl or

2            Angie.  So if anybody who has not yet

3            asked any questions wants to ask

4            questions, now is the time to do it.

5                 Okay.  So everybody who intends

6            to ask questions who is a Defendant in

7            this case has already asked questions

8            if they intend to ask any questions.

9                 Okay, Darryl.  So now you can go.

10     MR. GAMBINO:

11                 Gerolyn, this is Anthony Gambino.

12            I also have some follow-up questions

13            as well.  Thanks.

14     MS. ROUSSEL:

15                 And who is this?

16     MR. GAMBINO:

17                 Anthony Gambino.

18     MS. ROUSSEL:

19                 Okay.  Okay.

20     EXAMINATION BY MR. FOSTER:

21     Q    Mr. Cortez, can you hear me?

22     A    Yes.

23     Q    This is Darryl Foster.  I actually met

24     you yesterday at Miss Roussel's office.  I was

25     the good looking guy asking you questions about
```

```
 1   Monsanto.

 2        A    Yes.

 3        Q    I want to try and clear one --

 4             MS. ROUSSEL:

 5                  I object to the form of that

 6                  question and the characterization.

 7   EXAMINATION BY MR. FOSTER:

 8        Q    I want to try and clear one thing,

 9   clear something up from this morning.  And I am

10   only ask- -- I'm only concerned about your

11   second job with Monsanto.  I am not asking you

12   any questions about the 1968 job.  You with me?

13        A    Yes.

14        Q    Okay.  As I understood what you told

15   me yesterday, the second job at Monsanto was a

16   three to four week shutdown or turnaround.  Is

17   that still your recollection?

18        A    Yes.

19        Q    And my recollection of what you told

20   me yesterday is that that job was a non-union

21   job; correct?

22        A    Yes.

23        Q    That job occurred prior to your

24   joining Local 102; correct?

25        A    Yes.  Correct.
```

```
 1        Q     And you told me yesterday, I believe,

 2   that that three to four week job at Monsanto,

 3   the turnaround, was the first job you went to

 4   in any of the plants after leaving Halter

 5   Marine.  Is that still your recollection?

 6        A     After leaving Service Marine.

 7        Q     After leaving Service Marine.

 8        A     Right.

 9        Q     Is that still your recollection?

10        A     Yes.

11        Q     Correct?

12        A     Yes.  Correct.

13        Q     And you would have left -- you would

14   have left Service Marine sometime around late

15   1966, 1977; correct?

16        A     Yes.

17        Q     All right.  And you told me yesterday,

18   Mr. Cortez, that the 1968 job and the

19   turnaround would have occurred sometime

20   probably around 19- -- and the turnaround would

21   have occurred sometime probably around 1976 or

22   '77 after you left Service Marine; correct?

23        A     Correct.

24        Q     And you told me yesterday that --

25              MS. ROUSSEL:
```

```
 1                    Okay.  Darryl, I am not going to
 2               let you summarize his testimony from
 3               yesterday.  If you have a new
 4               question, you may ask a new question.
 5               But the last several questions have
 6               been a summary of his testimony
 7               yesterday.
 8          MR. FOSTER:
 9                    I got you.
10     EXAMINATION BY MR. FOSTER:
11          Q    And those are the only two jobs you
12     worked at Monsanto; correct?
13          A    Yes.
14          Q    So I'm a little confused, and this is
15     why I repeated that.  Miss Penton, when she was
16     asking you questions this morning, referenced
17     the birth of your daughter Kallie in 1984.  Do
18     you recall that?
19          A    Yes.
20          Q    And you said you were between jobs and
21     you were waiting for a phone call when your
22     wife went into labor.  Do you recall that?
23          A    Yes.
24          Q    All right.  And then she -- I think
25     she asked you what job that was and I thought
```

1    you -- she asked you if that was the second job

2    at Monsanto.  Did I not hear that correctly?

3        A    I made -- I made a mistake there.  I

4    apologize for that.  I went back to Monsanto

5    after I joined the union.  I wasn't -- The

6    union didn't have any jobs for us so I took an

7    open shop job for a couple of weeks.  I mean,

8    the foreman of the -- that job called -- called

9    me personally and offered me that job.

10        Q    Do you recall who that was that called

11    you?

12        A    His name was Wayne Landry.

13        Q    Wayne?

14        A    Landry.

15        Q    Landry.

16        A    Yeah.  And he just recently passed

17    away last week.

18        Q    Okay.  I'm sorry.  Do you know what

19    company, who the contractor was, or were you

20    working directly for Monsanto --

21        A    No.

22        Q    -- on that?

23        A    I believe it was Circle.

24        Q    Excuse me?

25        A    I believe the name of the contractor

720

1    was Circle.

2         Q    Circle, C-I-R-C-L-E?

3         A    Yes.

4         Q    And what did you do on that job?

5         A    I went in as a welder.

6         Q    Was this new construction or

7    maintenance?

8         A    It was like a turnaround.  It was

9    maintenance I'd say.  Turnaround.  Replacing --

10        Q    And how long did that job last?

11        A    No more than maybe three to four

12   weeks.

13        Q    Do you recall what unit you were

14   working in?

15        A    No.

16        Q    Do you recall where in the plant the

17   unit was?

18        A    No.

19        Q    And you entered the plant off of River

20   Road?

21        A    Correct.

22        Q    Do you recall whether the unit that

23   you were working in on the turnaround was to

24   your left or to your right?

25        A    I want to say it was to my left.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

721

```
 1      Q     Do you know what -- Do you know what
 2   the unit processed?
 3      A     No.
 4      Q     Do you remember any of your co-workers
 5   on that turnaround?
 6      A     The only one I recall is the foreman.
 7      Q     And that was whom?
 8      A     Wayne Landry.
 9      Q     You said you were -- you were welding?
10      A     Yes.
11      Q     All right.  Do you have any reason to
12   believe that you were exposed to asbestos or
13   asbestos-containing material on that job?
14            MS. ROUSSEL:
15                 And let me just get a
16            clarification.  You're talking about
17            in 1984, the 1984 job?
18            MR. FOSTER:
19                 I'm talking about the job that he
20            just mentioned for the first time with
21            Mr. Wayne Landry.
22            THE WITNESS:
23                 I mean, we had to strip out
24            insulation to replace the pipe.  After
25            we'd take the pipe down and we'd
```

1          prefab it and put it back up.  We had

2          to -- We had to strip out the

3          insulation.

4    EXAMINATION BY MR. FOSTER:

5       Q    Do you know what -- I'm sorry.  I

6    didn't mean to interrupt you.

7       A    I said we had to strip out the

8    insulation prior to that.

9       Q    Do you know when that insulation had

10   been installed?

11      A    No.

12      Q    Do you recall seeing any markings on

13   the insulation that indicated that it contained

14   asbestos?

15      A    I really didn't -- None of us really

16   paid attention.  No, I don't -- I don't recall

17   that.

18      Q    What color was the insulation?

19      A    It was old, so it looked like a dirty

20   white.

21      Q    Excuse me?

22      A    I said it was pretty old.  It looked

23   like a dirty white color.

24      Q    And you don't know whether or not it

25   was actually asbestos insulation, do you?

723

1      A     Not really, no.

2      Q     Okay.  Any other time that you worked

3  at the Monsanto plant?  We talked about 1968;

4  we talked about a turnaround for three or four

5  weeks around -- after you left Service; and now

6  we talked a little bit about this turnaround

7  after Kallie was born.  So any other times that

8  you worked at Monsanto that you can recall?

9      A     I went back one more time after I left

10  the local.

11      Q     You went back one more time after

12  what?

13      A     After I left the union.

14      Q     After you left the union?

15      A     Yes.  I wasn't employed by the union

16  any more.  I left.  I had left.

17      Q     All right.  And you left the union

18  when?

19      A     I worked with the union five years.  I

20  can't tell you the exact year that I left.

21      Q     Can you give me your best estimate of

22  when you went back after you left the union?

23  Are we talking in the 1990s?

24      A     Yes.

25      Q     The 2000s?

724

1      A     No, the '90s.

2      Q     In the '90s.  All right.  Who were you

3  working for?

4      A     I went and do a new construction job

5  over there and I don't remember the name of the

6  construction company.

7      Q     All right.  What was being built?

8      A     A unit, a structure for a unit, pipe

9  racks.

10      Q     So this was new construction, so you

11  didn't have to remove any old insulation;

12  correct?

13      A     Correct.

14      Q     How long was that -- How long were you

15  on that job?

16      A     A few months.  I don't exactly

17  remember how many.

18      Q     I'm sorry, I -- You broke up on me.

19      A     I said a few months.  I don't exactly

20  remember how many months.  But it wasn't a year

21  I know.

22      Q     You said you didn't have to remove any

23  old insulation and it was new construction.  Do

24  you have any reason to believe you were exposed

25  to asbestos on that job?

1      A     No, not at that time, no.

2      Q     Mr. Cortez, I know you told us you

3   don't have any journals or records.  Do you

4   happen to have your Local 102 union card?

5      A     No.

6      Q     Okay.  Did you get a union card?

7      A     I think so, yes.

8      Q     Did you hold onto it?

9      A     No.

10     Q     You don't have it as far as you know?

11     A     No.  As far as I know I don't have it

12   any more.

13     Q     Okay.  Let me ask, Mr. Cortez, if --

14   this is sort of an "if" question.  If you had

15   in front of you today a Social Security

16   printout or a record of the companies that you

17   have worked for over the years, do you think

18   that you would be able to match up the company

19   that you worked for with the particular job

20   site where you may have worked for that

21   company?

22            MS. ROUSSEL:

23                 Object to the form of the

24            question.  He's given you what he

25            recalls from his memory.

```
 1            MR. FOSTER:

 2                 I understand.

 3    EXAMINATION BY MR. FOSTER:

 4       Q    You can answer the question.

 5       A    If I'd be looking at it in print?

 6       Q    Yes.  If you had something in writing

 7    like your father's Social Security printout, if

 8    you had something in writing in front of you

 9    that lists all the companies that you worked

10    for, do you think that you would be able to

11    match up those employers, those companies you

12    worked for with the job sites where you may

13    have worked for that company?

14            MS. ROUSSEL:

15                 Object to the form of the

16            question.

17            THE WITNESS:

18                 You talking about the -- the

19            units or the -- the facilities or --

20    EXAMINATION BY MR. FOSTER:

21       Q    Yes.  The various -- The various

22    facilities that we have talked about.  We

23    talked about a lot of facilities where you

24    worked:  Monsanto, Shell, Triad, and for a

25    number of them, or most of them you couldn't
```

1    recall the contractor.

2         A    Right.

3         Q    Correct?

4         A    Yes.

5         Q    So I guess what I am asking you is, if

6    you had a record in front of you that showed

7    the name of the employer, whether the employer

8    be, I don't know, International Maintenance

9    Company or Circle or Payne & Keller, do you

10   think you'd be able to match up the employer

11   with the job site?

12        A    Yes.  If I had it in writing.

13        Q    One last question.  Do you know by any

14   chance the -- I say one last question.  Do you

15   know by any chance the name of the manufacturer

16   of the welding rods that you used over the

17   years?

18        A    The only one I remember is Lincoln.

19        Q    Lincoln.  Do you know whether or not

20   those Lincoln welding rods at any point in time

21   while you were a welder contained asbestos?

22        A    No, I don't know.

23        MR. FOSTER:

24             Okay.  I think that's all the

25             questions I have for you right now,

```
 1          sir.  Thank you.
 2          THE WITNESS:
 3               Thank you.
 4          MS. ROUSSEL:
 5               Angie?
 6          MS. BOWLIN:
 7               Okay.
 8          MR. GAMBINO:
 9               This is Anthony Gambino.  I'll go
10          next.
11     EXAMINATION BY MR. GAMBINO:
12          Q    Mr. Cortez, we're trying to figure out
13     -- Are you okay to continue?
14          A    Yes.
15          Q    And you can hear me?
16          A    Yes.
17          Q    Yesterday we were talking about Triad
18     and I am trying to figure out a little bit
19     closer to when you think you could have worked
20     there.  Do you think it was before Kallie was
21     born?
22          MS. ROUSSEL:
23               You asked that same question
24          yesterday.
25          MR. GAMBINO:
```

```
 1                I did not ask that question

 2           yesterday.

 3           THE WITNESS:

 4                I don't really remember if it was

 5           before Kallie was born or was after.

 6      EXAMINATION BY MR. GAMBINO:

 7      Q    Do you have any recollection of

 8 working at Triad after Kallie was born?

 9      A    No.

10      Q    And if you started working at the

11 Local 102 in 1979 and you worked there for, as

12 you say, five years --

13           MS. ROUSSEL:

14                He said approximately.  He was

15           trying to figure out his best date.

16           MR. GAMBINO:

17                I'm sorry, Gerolyn?

18           MS. ROUSSEL:

19                He said approximately.  You keep

20           trying to nail him down to a specific

21           year, and he worked through the years

22           yesterday.

23           MR. GAMBINO:

24                Well, I appreciate you

25           testifying, Gerolyn, on behalf of your
```

```
 1              client, but you're not on the stand so
 2              please stop interrupting the cross
 3              examination.
 4         MS. ROUSSEL:
 5              I'm going to object to you
 6              stating he said something that he
 7              didn't.  He gave you his best
 8              approximation.
 9         MR. GAMBINO:
10              He said he worked there --
11              Gerolyn.  Gerolyn, over and over again
12              he said he started working at Local
13              102 in 1979.
14         MS. ROUSSEL:
15              Yesterday he went through Halter,
16              when he left Halter, when he went and
17              left Service Marine.  Then he went to
18              Monsanto.  And then he said he started
19              with the local.
20         MR. GAMBINO:
21              Well, I appreciate you continuing
22              to testify on behalf of your client.
23              I am asking Mr. Cortez.
24    EXAMINATION BY MR. GAMBINO:
25         Q    Do you have any recollection of
```

731

1    working at Triad after your daughter was born?

2         A    I'm trying to remember where I was

3    after my daughter was born.  No, I don't have

4    any recollection of working at Triad after my

5    daughter was born.

6              MR. GAMBINO:

7                   Okay.  Thank you, Mr. Cortez.

8              That's all I have.

9              THE WITNESS:

10                  Thank you.

11   EXAMINATION BY MS. BOWLIN:

12        Q    Okay, Mr. Cortez.  It's Angie Bowlin

13   again.  You and I spoke at length yesterday and

14   we talked about some boilers that you thought

15   were made by Foster Wheeler on those

16   river-going vessels.  Do you remember you and

17   me discussing that?

18        A    Uh-huh (affirmatively).

19        Q    Okay.  You have said today the sizes

20   of some of those tugboats, push boats, and

21   supply boats.  And if I understood your

22   testimony correctly, it sounds like the largest

23   one of those vessels would have been 60 feet

24   long; is that right?

25        A    They could be.  Yes.

1      Q     Up to 60 feet long?

2      A     Yeah, up to 60 feet long.

3      Q     And then there were other ones that

4   were smaller than that?

5      A     Right.

6      Q     Would the engine rooms in those

7   vessels differ based on the size of the vessel?

8      A     I mean, they would differ in size.

9      Q     So you would have --

10     A     The engine would be larger and you

11  would have larger boilers and turbines in them.

12     Q     Okay.  Can you estimate for me the

13  size of an engine room on the smallest tugboat

14  that you would have worked on?

15     A     The smallest one?  Probably around

16  half the size of this room.

17     Q     Okay.  And once again, this is the

18  conference room at Roussel & Clement in

19  Mandeville, Louisiana.  And if we need the size

20  later, we can measure it.

21           And the boilers that would have been

22  in the smallest of the engine rooms, are you

23  able to tell me the dimensions of those

24  boilers?

25     A     I don't remember the size of the --

1      Q      Do you remember the height?

2      A      I would say I think they're five --

3    five feet, six feet.

4      Q      Do you remember the width?

5      A      I couldn't wrap my arms around them.

6      Q      You could not?

7      A      No.

8      Q      Okay.  Approximately five feet tall

9    and wider than this room or not -- or half as

10   wide as this room?

11     A      It wasn't wider than this room, no.

12     Q      All right.  And was there just one

13   boiler in each engine room?

14     A      In -- Yes.

15     Q      And was the purpose of that boiler in

16   that engine room to power the vessel or for

17   some other reasons?

18     A      It was used to power the vessel.

19     Q      Okay.  In the larger of the

20   river-going vessels, what would be the largest

21   engine room that you encountered?

22     A      Maybe two rooms like this.

23     Q      Okay.  And would there still have just

24   been one boiler in that engine room?

25     A      Yes.

```
 1        Q     And that boiler would have also been
 2   to provide power to the vessel, not for some
 3   other reason?
 4        A     Right.
 5        Q     Okay.  So if I understood your
 6   testimony yesterday and today correctly, those
 7   river-going vessels also had diesel engines on
 8   them?
 9        A     Right.
10        Q     So what would be the purpose of a
11   boiler in connection with a diesel engine to
12   power these types of river-going vessels?
13        A     I can't explain that.
14        Q     You just know that there was an engine
15   in there with a boiler?
16        A     Yes.  I can't explain the -- I don't
17   know how to say the word, the purpose of the
18   equipment that was on it, on the boat.
19        Q     Okay.  Do you know what powered those
20   boilers?  If the engines were powered by
21   diesel, do you know what powered the boilers?
22        A     I guess diesel, too.  I mean, I wasn't
23   --
24              MS. ROUSSEL:
25                   And don't guess.  If you don't
```

735

```
 1           know, --
 2    EXAMINATION BY MS. BOWLIN:
 3       Q    We don't want you to guess.  I
 4    appreciate the help.
 5           MS. ROUSSEL:
 6                -- say "I don't know."
 7    EXAMINATION BY MS. BOWLIN:
 8       Q    I remember your testimony from
 9    yesterday that it was not your job to work on
10    those boilers?
11       A    Yes.
12           MS. ROUSSEL:
13                Object to the form of the
14           question.
15           THE WITNESS:
16                I'm not an engineer, so --
17    EXAMINATION BY MS. BOWLIN:
18       Q    Yes, sir.  And it was not your
19    responsibility on these river-going vessels to
20    maintain or work on these boilers; correct?
21           MS. ROUSSEL:
22                Object to the form of the
23           question.
24           THE WITNESS:
25                Correct.
```

1    EXAMINATION BY MS. BOWLIN:

2         Q    That's correct?

3         A    That's correct.

4         Q    All right.  The boilers that were on

5    these river-going vessels, do you recall if

6    they had insulation on them, whether on the

7    small boats or the bigger boats?

8         A    Yes.

9         Q    And what type of insulation did they

10   have on them?

11        A    I just know it was insulation, I mean.

12        Q    Okay.

13        A    It was something to protect from heat.

14        Q    And would it protect the actual boiler

15   itself or would it protect piping or --

16        A    Both.

17        Q    Both?  And do you know the brand or

18   manufacturer of any of the insulation that was

19   used on the boilers on the smaller or the

20   larger boats?

21        A    No.

22        Q    And did you ever personally remove or

23   install any insulation on the boilers on the

24   bigger or the smaller boats?

25        A    No.

1     Q    Do you have any information today at

2    this deposition that any of the insulation used

3    on the boilers on the river-going vessels

4    actually contained asbestos?

5     A    Had what?

6     Q    Actually contained asbestos?

7     A    No.

8     Q    And do you know the name --

9     A    I don't have that information, no.

10     Q    All right.  And you were asked earlier

11    if you recalled the name "Caterpillar" in

12    connection with the engines on those boats and

13    you said you were not.  Are you familiar with a

14    company called Cummins, C-U-M-M-I-N-S?

15     A    I heard -- I heard of Cummins.

16     Q    All right.  Do you associate Cummins

17    with any of the engines on those river-going

18    vessels?

19     A    Yes.

20     Q    Yes?  All right.  And what about a

21    name BUDA, B-U-D-A; do you associate that name

22    with any engines on the river-going vessels?

23     A    I don't recall that name, no.

24          MS. BOWLIN:

25               Okay.  Then I think those are all

```
 1          the questions I have for you.

 2          THE WITNESS:

 3               Thank you.

 4          MS. ROUSSEL:

 5               Does anybody else have any

 6          questions?

 7          MS. DE NAPOLI:

 8               Gerolyn, I --

 9          MR. POWELL:

10               Gerolyn, this is Kevin Powell.  I

11          have a few.  I have a couple of

12          follow-ups.

13          MS. ROUSSEL:

14               Okay.  I heard somebody else

15          other than Kevin.  Who -- Who said

16          they had questions?

17               Nobody else?

18               Okay, Kevin.  Go ahead.

19          MS. DE NAPOLI:

20               I have one question.

21          MS. ROUSSEL:

22               Wait.  Who?

23          MS. DE NAPOLI:

24               I have a question.

25          MS. ROUSSEL:
```

1                    And who is this?

2        MS. DE NAPOLI:

3                    This is Deandra De Napoli for

4        First State.

5        MS. ROUSSEL:

6                    Okay.  Well, I asked anybody who

7        had not asked questions yet, if they

8        had questions they were to ask them.

9        Otherwise, they would forfeit their

10       right to ask questions.  So I am going

11       to object to you asking any questions.

12       MS. PARKINSON:

13                   Gerolyn, --

14       MS. DE NAPOLI:

15                   I object.

16       MS. ROUSSEL:

17                   But subject to my objection, I am

18       going to allow you to ask your

19       questions.

20       MR. POWELL:

21                   Gerolyn, we can't hear you and I

22       am not sure what you're saying.

23       MS. ROUSSEL:

24                   That's because you're on the

25       other side of the glass.  Mr. Cortez

1          is on the other side of the glass from

2          the people in the room.  So that's why

3          you're having trouble hearing me.  The

4          computer is on the same side that he

5          is.

6          MR. POWELL:

7               That's still not helping,

8          Gerolyn.  You're still -- We still

9          can't understand.  You're responding

10          to me, but I don't understand a word

11          you're saying.

12          MS. ROUSSEL:

13               My objection is on the record and

14          it stands.

15          MS. PARKINSON:

16               Gerolyn, can we take a break?

17          MS. ROUSSEL:

18               No, we cannot take a break.

19          MS. BOWLIN:

20               No.

21          MS. ROUSSEL:

22               We're not taking a break.  We

23          need to complete this.

24          MS. PARKINSON:

25               We can't understand what you're

```
1          saying is what I am trying --

2          MS. ROUSSEL:

3              We are not taking a break.  Ask

4          your questions subject to my

5          objection.

6          MR. POWELL:

7              Gerolyn, you have an objection to

8          something, Gerolyn, but we -- I don't

9          think any of us understand exactly

10         what it is because we can't hear you

11         or understand you.  We can hear you,

12         but we can't understand what you're

13         saying.

14         MR. BELL:

15             Can you get from behind the

16         partition?

17         MS. SEMMES:

18             Are you going to attempt that,

19         Gerolyn?

20         MS. ROUSSEL:

21             Roger, can they hear through your

22         computer?

23         COURT REPORTER:

24             Can y'all hear me?  Can y'all

25         hear me?
```

```
 1            MS. DE NAPOLI:

 2                 We can hear you.

 3            MS. ROUSSEL:

 4                 Okay.  Then let me come around to

 5            Roger's computer.

 6            MS. PARKINSON:

 7                 It's better than when Gerolyn is

 8            talking.

 9            MS. ROUSSEL:

10                 Roger is talking through his

11            computer which is on the same side of

12            the glass as I am.  So I am going to

13            come around to his computer.

14            MS. PARKINSON:

15                 Thank you, Gerolyn.

16            MS. ROUSSEL:

17                 I gave anybody who had not yet

18            asked questions the opportunity to ask

19            questions before other attorneys who

20            had previously asked questions

21            throughout the second day, first and

22            second day, and nobody opted to ask

23            questions.  Now I have somebody not

24            previously asking questions attempting

25            to ask questions.  I am objecting to
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

743

```
 1              those questions and I am going to make
 2              my objection continuing throughout the
 3              questions.
 4                   Subject to that, go ahead and ask
 5              your questions, understanding that I
 6              will move to strike those questions
 7              later.
 8         MR. POWELL:
 9              Much better.
10         MS. PARKINSON:
11              Thank you.
12         MS. SEMMES:
13              Thank you.
14         MS. PARKINSON:
15              All right.  Then who's going
16         next?
17         MR. POWELL:
18              I think Deandra said she had some
19         questions she had not asked.
20    EXAMINATION BY MS. DE NAPOLI:
21      Q    I just want to make sure that I heard
22    something correctly earlier.  Mr. Cortez, did
23    you say that you were laid off after you went
24    back to Monsanto for the second time for the
25    shutdown job?
```

```
 1      A    Yes.
 2      Q    Okay.  Do you remember what year that
 3  was that you were laid off?
 4      A    It was the same year that I joined
 5  Local 102.
 6      Q    Okay.  So, and you said you joined
 7  Local 102 in 1979?
 8      A    Approximately.  Around that time.
 9      Q    Okay.  So when you worked for Monsanto
10  for the second time, how long were you there?
11      A    Work where?
12      MS. ROUSSEL:
13              He's said it about four times.
14              Don't answer it again.
15              Do you have a different question?
16  EXAMINATION BY MS. DE NAPOLI:
17      Q    When you worked for Monsanto for the
18  second time, how long were you there?
19      MS. ROUSSEL:
20              He answered that numerous times.
21              He's not answering it again.  Do you
22              have a different question?
23      MR. FOSTER:
24              I object also.  That's been asked
25              and answered about five times.
```

```
 1          MS. DE NAPOLI:

 2               Okay.  Well, that's all I have.

 3     Thank you.

 4     MS. ROUSSEL:

 5               Does anybody else have any

 6     questions?

 7     MS. BOWLIN:

 8               I think Kevin.

 9     MR. POWELL:

10               Yes.

11     EXAMINATION BY MR. POWELL:

12       Q    Yes.  Mr. Cortez, this is Kevin Powell

13     again.  We talked a while yesterday.  I'm not

14     going to keep you long.  I wanted to ask some

15     follow-up questions.  The first one was,

16     yesterday we were talking about the brake work

17     that you were doing at Hooker.  And I didn't

18     ask you, I meant to, but do you remember what

19     brand of brakes you were installing on the

20     railcars?

21          MS. ROUSSEL:

22               That was asked yesterday, too.

23          MS. BOWLIN:

24               I'm pretty sure he brought that

25     up.
```

746

1    EXAMINATION BY MR. POWELL:

2        Q    Okay.  So you also, you testified that

3    you recalled two models of Garlock gaskets that

4    you used.  I wanted to ask you about those two

5    models of gaskets and make sure I have got it

6    right.

7            MS. ROUSSEL:

8                Two style numbers.

9            MR. POWELL:

10               Excuse me?

11           MS. ROUSSEL:

12               It was two style numbers.

13           MR. POWELL:

14               Two model numbers.  That's what I

15           said.  Two model numbers of Garlock

16           gaskets.

17   EXAMINATION BY MR. POWELL:

18       Q    Mr. Cortez, you talked about the

19   Garlock 7705 gaskets.  I want to ask you about

20   those first.  Okay?

21       A    Uh-huh (affirmatively).  Yes.

22       Q    Did you make and install Garlock 7705

23   gaskets at Monsanto?

24       A    Yes.

25       Q    All right.  Before installing those

747

 1   7705 gaskets at Monsanto, did you have to

 2   remove old gasket material from the same line?

 3        A    Yes.

 4        Q    And was that something you did many

 5   times at Monsanto?

 6        A    Yes.

 7        Q    Did you make and install Garlock 7705

 8   gaskets at Shell Oil Company, the Shell

 9   refinery?

10        A    Yes.

11        Q    Before installing those 7705 gaskets

12   at Shell, did you have to remove old gasket

13   material from the same lines?

14        A    Yes.

15             MS. ROSSI:

16                  Object to form.  Misstates prior

17             testimony.

18   EXAMINATION BY MR. POWELL:

19        Q    And was that something you did many

20   times at Shell?

21        A    Yes.

22        Q    Did you make and install Garlock 7705

23   gaskets at Hooker?

24        A    Yes.

25             MR. HAINKEL:

1                    Object to the form.

2    EXAMINATION BY MR. POWELL:

3        Q    Before installing the 7705 gaskets at

4    Hooker, did you have to remove old gasket

5    material from the same line?

6        A    Yes.

7             MR. HAINKEL:

8                    Object to the form.

9    EXAMINATION BY MR. POWELL:

10       Q    And was that something you did many

11   times at Hooker?

12       A    Yes.

13            MR. HAINKEL:

14                   Object to the form.

15   EXAMINATION BY MR. POWELL:

16       Q    Did you make and install Garlock 7705

17   gaskets at Vulcan?

18       A    Yes.

19            MS. DELK:

20                   Object to form.

21   EXAMINATION BY MR. POWELL:

22       Q    And before installing the 7705 gaskets

23   at Vulcan, did you have to remove old gasket

24   material from the same line?

25       A    Yes.

```
 1          MS. DELK:

 2               Object to form.

 3     EXAMINATION BY MR. POWELL:

 4       Q    Was that something you did many times?

 5       A    Yes.

 6          MS. DELK:

 7               Object to form.

 8     EXAMINATION BY MR. POWELL:

 9       Q    Did you make and install Garlock 7705

10     gaskets when you were working at Goodrich?

11       A    Yes.

12          MR. RICHESON:

13               Objection to form.

14     EXAMINATION BY MR. POWELL:

15       Q    Before installing the 7705 gaskets at

16     Goodrich, did you have to remove old gasket

17     material from the same line?

18       A    Yes.

19          MR. RICHESON:

20               Objection.

21     EXAMINATION BY MR. POWELL:

22       Q    Was that something you did many times

23     at Goodrich?

24       A    Yes.

25          MR. RICHESON:
```

1                    Object to form.

2    EXAMINATION BY MR. POWELL:

3        Q    Did you also install, make and install

4    Garlock 7705 gaskets at Georgia Gulf?

5        A    Yes.

6             MR. VIATOR:

7                  Objection, form.

8    EXAMINATION BY MR. POWELL:

9        Q    Did you have to remove gaskets from

10   the same lines when you were working at Georgia

11   Gulf?

12       A    Yes.

13            MR. VIATOR:

14                 Objection to form.

15   EXAMINATION BY MR. POWELL:

16       Q    Was that something you did many times

17   at Georgia Gulf?

18       A    Yes.

19            MR. VIATOR:

20                 Objection to form.

21   EXAMINATION BY MR. POWELL:

22       Q    Did you make and install Garlock 7705

23   gaskets at Triad?

24       A    Yes.

25            MR. GAMBINO:

 1                    Objection to form.

 2    EXAMINATION BY MR. POWELL:

 3        Q    Before installing the 7705 gaskets at

 4    Triad, did you have to remove old gasket

 5    material from the same line?

 6        A    Yes.

 7             MR. GAMBINO:

 8                    Objection to form.

 9    EXAMINATION BY MR. POWELL:

10        Q    Was that something you did many times

11    prior?

12        A    Yes.

13             MR. GAMBINO:

14                    Object to form.

15    EXAMINATION BY MR. POWELL:

16        Q    Mr. Cortez, when did you first learn

17    that asbestos could be hazardous to your

18    health?

19             MS. ROUSSEL:

20                    He answered that yesterday and

21             he's not answering it again.

22             MR. POWELL:

23                    He did not answer that question.

24             MS. ROUSSEL:

25                    He did answer it yesterday.

752

```
 1          MS. BOWLIN:

 2               I asked him.

 3          MS. ROUSSEL:

 4               Yes, Angie asked him that

 5          yesterday.

 6    EXAMINATION BY MR. POWELL:

 7      Q    Mr. Cortez, when did you first learn

 8    that asbestos could be hazardous to your

 9    health?

10          MS. ROUSSEL:

11               Don't answer it again.  You have

12          answered that already.

13          MR. POWELL:

14               That question has not been

15          answered.

16          MS. ROUSSEL:

17               It has been asked and answered.

18          MR. POWELL:

19               What was the answer?  You can't

20          tell me the answer because it hasn't

21          been answered.

22          MS. ROUSSEL:

23               It has been asked and answered.

24          Angie is here in the room; she admits

25          that she asked him that and he
```

1        answered it.

2        MR. POWELL:

3             What was the answer?

4        MS. ROUSSEL:

5             He said when his cousin died from

6             mesothelioma is when he learned it.

7   EXAMINATION BY MR. POWELL:

8        Q    Mr. Cortez, --

9        MS. ROUSSEL:

10            And his cousin's name was Byron

11            Granier.

12  EXAMINATION BY MR. POWELL:

13       Q    When did you first learn that asbestos

14  could be hazardous to your health?

15       MS. ROUSSEL:

16            He's not answering it again.

17            We're going to be here for another day

18            if you keep asking the same questions

19            over and over again.

20  EXAMINATION BY MR. POWELL:

21       Q    Mr. Cortez, how did you learn that

22  asbestos could be hazardous to your health?

23       A    I watched my cousin die from

24  mesothelioma.

25       Q    When was that?

754

1      A     In 200- -- Around 2006.

2      Q     So you're telling us here today that

3   until -- that it wasn't until 2006 that you

4   learned that asbestos could be hazardous to

5   your health?

6      A     Yes.

7      Q     Do you know a man named Wade Borne?

8      A     Yes.

9      Q     Who is Wade Borne?

10      A     My brother-in-law.

11      Q     All right.  Did you tell Mr. Borne in

12   the 1990s that he ought to go get his lungs

13   tested for asbestos to make sure he didn't have

14   any asbestos disease?

15      A     No.  I told him that he should go get

16   his lungs tested because he smoked like a

17   dragon.

18      Q     Mr. Cortez, did you ever hire lawyers

19   to file a lawsuit for you in 1997?

20      A     No.

21      Q     Two lawsuits were filed on your behalf

22   in 1997.  Are you telling us you had no

23   knowledge or information that that ever

24   happened?

25      A     I -- No, I don't.  I don't recall

 1    that, I mean.  Why wasn't I -- If that

 2    happened, why wasn't I allowed to do a

 3    deposition then?

 4        Q    Well, that's all -- that's probably a

 5    good question.  We will find that out.

 6             You were asked about some law firms.

 7    Have you ever heard of a lawyer named Mitchell,

 8    Mitchell Tyner?

 9             MS. ROUSSEL:

10                  Asked already today and he's not

11             going to answer it again.  Troy Bell

12             just asked those questions.

13    EXAMINATION BY MR. POWELL:

14        Q    You don't know -- You don't know that

15    lawyer?

16        A    No.

17             MR. POWELL:

18                  All right, Mr. Cortez.  Thank you

19             for your time.

20             THE WITNESS:

21                  Thank you.

22             MS. ROUSSEL:

23                  Okay.  I have a few questions.

24             MR. HAINKEL:

25                  Gerolyn, I have -- I've got a

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

756

1          question.

2          MS. ROUSSEL:

3               And who is this?

4          MR. HAINKEL:

5               This is Roth for Occidental.

6          MS. ROUSSEL:

7               Okay.  Subject to my objection,

8          and I will move to strike them, but

9          subject to my objection go ahead and

10         ask them.

11         VIDEO OPERATOR:

12              Gerolyn, I need to change my

13         card.  It'll take five seconds.

14         MS. ROUSSEL:

15              Okay.

16         THE WITNESS:

17              I got to go.  My thing went out.

18         MS. ROUSSEL:

19              Okay.  Ken needs to change his

20         tape and the witness needs to change

21         the battery in his oxygen tank.

22         THE WITNESS:

23              I'm still getting a little air,

24         but it's not going to be for long.

25         MR. HAINKEL:

```
 1                  Are we taking a break?  I can't
 2             understand you, Gerolyn.
 3             MR. BELL:
 4                  Yes.
 5             MR. HAINKEL:
 6                  Okay.  How long?
 7             MR. BELL:
 8                  Gerolyn, are you still in the
 9             room?
10             MS. BOWLIN:
11                  We are taking a break.  Mr.
12             Cortez --
13             MS. ROUSSEL:
14                  I am still in the room.  Mr.
15             Cortez has left; he needs to charge
16             his battery for his oxygen -- or
17             change his battery for his oxygen
18             machine.  What do you want?  We're off
19             the record at this point.
20             (Whereupon a discussion was held off
21        the record.)
22             MS. ROUSSEL:
23                  Okay.  So I am going to object to
24             any additional questions by
25             Defendants.  I understand Roth does
```

```
1          have a couple of questions.  I am

2          going to object, but I am going to let

3          him ask his questions subject to my

4          objection and knowing that I will move

5          to strike.

6          MR. HAINKEL:

7               Okay.  Gerolyn, what is the basis

8          of your objection for my follow-up

9          questions?

10         VIDEO OPERATOR:

11              Are we on video?

12         MS. ROUSSEL:

13              You ready?  We should be.

14              Well, let me get this objection

15         out.  You don't need to know my basis

16         of the objection.  You have already

17         asked questions.

18         MR. HAINKEL:

19              Right.  And I'm entitled to ask

20         follow-up questions like everyone else

21         did, so that's what I am going to do.

22         MS. ROUSSEL:

23              And they were asking questions

24         subject to my objection and they

25         didn't make a big deal about it.  They
```

1               let me put my objection on the record

2               and it stands, and I object to your

3               questions as well.

4          MR. GAMBINO:

5               This is Anthony Gambino.  You did

6               not object to my questions.  Thank

7               you.

8     EXAMINATION BY MR. HAINKEL:

9          Q    Mr. Cortez, can you hear me?

10         A    Yes.

11              VIDEO OPERATOR:

12              We're on the video.

13    EXAMINATION BY MR. HAINKEL:

14         Q    I am going to ask you about Hooker

15    again, and I will be pretty brief.  Do you

16    think that your work at Hooker occurred after

17    your daughter Kallie was born in 1984?

18         A    No.

19         Q    Okay.  But am I correct that your work

20    at Hooker was in the 1980s?

21         A    No.

22         Q    Okay.  When was your work for Hooker?

23         A    In the -- In the '70s.

24         Q    The late '70s?  Do you know the exact

25    year?

```
 1          MS. ROUSSEL:

 2               He didn't say the late '70s.  You

 3               said the late '70s.

 4   EXAMINATION BY MR. HAINKEL:

 5       Q    My question was, was it in the late

 6   '70s or do you know the exact year, sir?

 7       A    No, I don't know the exact year.  I

 8   know it was in the '70s.

 9       Q    Okay.  Do you recall yesterday when

10   Miss Bowlin was asking you questions and you

11   said that all of your plant work was in the

12   1980s?

13          MS. ROUSSEL:

14               I'm going to object.  He's not

15               going to have you summarize his

16               testimony.  Yesterday they went

17               through each of his jobs, where it

18               was, and he said that he wasn't sure

19               about the year; it could have been in

20               the '70s or the '80s.  And so I am

21               going to object to your characterizing

22               his testimony.  It stands as it is.

23          MR. HAINKEL:

24               Okay.  I object to the attorney

25               colloquy and I move to strike.
```

```
 1    EXAMINATION BY MR. HAINKEL:

 2        Q     Sir, do you remember that testimony

 3    you gave yesterday?

 4            MS. ROUSSEL:

 5                Do you have a different question?

 6            MR. HAINKEL:

 7                Are you instructing him not to

 8            answer the question, Gerolyn?

 9            MS. ROUSSEL:

10                He answered the question

11            yesterday.

12            MR. HAINKEL:

13                Okay.  Well, I am asking this

14            question and I just asked it.  Are you

15            instructing him not to answer that

16            question I just asked?

17            MS. ROUSSEL:

18                No, I am not instructing him not

19            to answer.  He answered it was in the

20            '70s and he went through it yesterday.

21    EXAMINATION BY MR. HAINKEL:

22        Q     Sir, do you recall when Miss Bowlin

23    asked you about your plant work and you said it

24    was in the 1980s?

25        A     I don't remember who Miss Bowlin --
```

```
 1    when Miss Bowlin or whatever her name is asked
 2    me any questions.  I mean, there's so many of
 3    y'all that asked me questions that I can't
 4    pinpoint by name who asked me what.
 5         Q    Okay.  Fair enough.  But I'm correct
 6    in that your work for Hooker was after your
 7    work at Halter, after your work at Avondale,
 8    and after your second stint at Monsanto; right?
 9         A    Right.
10         Q    And that was union work, so you would
11    have been a part of the union then; correct?
12         A    At Hooker I was, yes.
13         Q    Right.
14              MS. ROUSSEL:
15                   And you asked that yesterday.
16              He's not going to answer the same
17              questions again.  Do you have a
18              different question?
19              MR. HAINKEL:
20                   Thank you, Gerolyn.  That's all I
21              have.
22              MR. VERLANDER:
23                   Gerolyn, this is Paul Verlander.
24              I just have a couple of follow-ups
25              based on what Troy spelled out.
```

1          MS. ROUSSEL:

2               Okay.  And I'm going to object to

3               those questions and reserve my right

4               to strike them.  But go ahead and ask

5               them subject to my objection.

6    EXAMINATION BY MR. VERLANDER:

7        Q    Okay.  Mr. Cortez, again this is Paul

8    Verlander.  We talked earlier this afternoon.

9               When Mr. Bell was asking you

10   questions, you told him about the safety

11   responsibilities that you had in your 1990s

12   work at Halter when you were a foreman.  Do you

13   recall that --

14       A    Yes.

15       Q    -- exchange with him?  And that you

16   were a welding foreman?  That's what you were

17   talking about?

18       A    Yes.

19       Q    Okay.  How did you learn what your

20   safety responsibilities were?

21       A    I was working under a general foreman

22   and he instructed us, the other foremen, on

23   safety and the safety responsibilities with

24   regard to -- to the men.

25       Q    Okay.  So it was all verbal

764

1    instruction from the general foreman?

2         A    Yes.

3         Q    Who was the general foreman in the

4    '90s?  If you said that, I don't remember.

5         A    His name was Jimmy Tyler.

6         Q    Jimmy Tyler.  And other than his

7    verbal instruction, there wasn't anything else

8    that was in writing to tell you about what your

9    foreman safety responsibilities were?

10        A    No.

11        Q    Okay.  And am I right that, going back

12   to your first hitch at Halter in '74, '75, that

13   you don't know what was conveyed in writing or

14   verbally to welding foremen back then relating

15   to safety?

16        A    That's correct.

17        Q    And similarly, you don't know what the

18   responsibilities were of welding foremen at

19   Halter Lockport back in 1974, '75 relating to

20   safety?  Am I right?

21        A    Yeah, you're right.

22             MR. VERLANDER:

23                  Okay.  And that's all the

24             questions I have for you, sir.

25                  And, Gerolyn, I guess since I am

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                     August 11, 2020

765

```
 1              talking I'll say this now.  Early this
 2              morning I gathered nobody could hear
 3              what I was saying and I remedied that,
 4              but I thought it was made clear in the
 5              previous day that all Defendants were
 6              joining all the reservations and
 7              objections raised by defense Counsel,
 8              but to the extent that was not clear,
 9              I am joining those for Continental and
10              Berkshire Hathaway.
11                  And also, while I am done now, I
12              am reserving my right for supplemental
13              examination of Mr. Cortez once we get
14              the Social Security and union records
15              that I guess have been requested but
16              not obtained or produced.
17              MS. ROUSSEL:
18                  If you have any questions, you
19              are to ask them today.  Because this
20              deposition has been noticed for all
21              purposes.
22              MR. VERLANDER:
23                  Okay.  Well, I understand that's
24              your position.  I am just stating on
25              the record that we don't have the
```

```
1              Social Security record or the union

2              record, and you have elected to notice

3              it on the date you noticed it, that's

4              fine, but I am reserving my rights to

5              ask questions, supplemental questions

6              to the extent necessary when we get

7              those documents.

8         MS. PARKINSON:

9              I would presume that all

10        Defendants would join in that.

11        MR. BELL:

12             Yes.  Thank you.

13        MR. FOSTER:

14             Yes.

15        MS. SEMMES:

16             I have just one follow-up

17        question.  This is Mathilde Semmes.

18        MS. ROUSSEL:

19             Noting my objection and you can

20        ask it subject to my objection.

21   EXAMINATION BY MS. SEMMES:

22        Q    Mr. Cortez, my question is, we were

23   discussing the drilling rig or rigs at Avondale

24   Shipyard in the Westwego yard.  Did you work on

25   more than one drilling rig?
```

```
 1     A     Yes.

 2     Q     How many drilling rigs do you recall?

 3     A     I just recall that one.

 4           MS. SEMMES:

 5               Okay.  Thank you very much.

 6     EXAMINATION BY MS. ROUSSEL:

 7     Q     And, Mr. Cortez, dealing with the

 8     drilling -- the Avondale drilling rig or rigs,

 9     let me ask you this.  You said that in the

10     living quarters Hopeman Brothers was installing

11     wallboard?

12     A     Yes.

13           MS. BOWLIN:

14               Object to form.

15           MS. SEMMES:

16               Object to form.

17     EXAMINATION BY MS. ROUSSEL:

18     Q     And you were talking about metal.  The

19     wallboard that they were installing was not a

20     metal wallboard, was it?

21           MS. BOWLIN:

22               Object to form.

23           THE WITNESS:

24               No.

25           MS. SEMMES:
```

```
 1                    Object to form.
 2     EXAMINATION BY MS. ROUSSEL:
 3        Q    It was actually a board that had as
 4     one side like a piece of sheetrock --
 5             MS. SEMMES:
 6                    Object to form.
 7     EXAMINATION BY MS. ROUSSEL:
 8        Q    -- and the other side as a smooth
 9     side?
10        A    Yes.
11             MS. BOWLIN:
12                    Object to the form.
13             MS. SEMMES:
14                    I object to testifying for the
15             witness and object to facts not in
16             evidence and representing what the
17             witness was saying.
18     EXAMINATION BY MS. ROUSSEL:
19        Q    Likewise, when you worked at Halter
20     Marine in the 1970s, you saw Hopeman installing
21     the same type of wallboard at Halter Marine?
22        A    Yes.
23             MS. SEMMES:
24                    Object to form.
25             MR. VERLANDER:
```

769

```
 1                 Object to the form, object to the
 2                 leading, and I object to the leading I
 3                 expect you are about to continue to
 4                 do.
 5      EXAMINATION BY MS. ROUSSEL:
 6           Q    Let's go back to Hopeman's work at
 7      Avondale on the drilling rigs.  And you said
 8      there were all sorts of commercial vessels as
 9      well.
10                 MS. SEMMES:
11                     Objection, leading.
12                 THE WITNESS:
13                     Repeat the question?
14      EXAMINATION BY MS. ROUSSEL:
15           Q    Yes.  Hopeman Brothers at Avondale,
16      you said that they were on a drilling rig that
17      you worked on.
18           A    Yes.
19           Q    And tell me, about, and I know you
20      worked in different areas, but about how long
21      did you work on that drilling rig?
22           A    About -- About two years for sure.
23           Q    That was a huge drilling rig?
24           A    A huge drilling rig.
25                 MS. SEMMES:
```

770

```
 1                    Object to form.
 2    EXAMINATION BY MS. ROUSSEL:
 3         Q    And how big were the living quarters?
 4         A    They were real big.  I mean, I can't
 5    give you an exact measurement or size, but they
 6    were big.
 7         Q    Now, you were asked several questions
 8    about when your father was working as an
 9    insulator.  And let me just ask you, you said
10    your father started working as an insulator --
11    how old were you when he started working as an
12    insulator?
13         A    About 16 years old.
14              MS. PARKINSON:
15                    Object to the form.
16    EXAMINATION BY MS. ROUSSEL:
17         Q    And before he started working as an
18    insulator, generally what kind of work did he
19    do?
20              MR. HAINKEL:
21                    Object to the form.
22              THE WITNESS:
23                    Seismograph and policy work in
24              the marshy land, the marshy areas
25              around south Louisiana.
```

1    EXAMINATION BY MS. ROUSSEL:

2        Q    So seismic type work in the marsh

3    areas?

4        A    Yes.

5        Q    Okay.  And then you said he started

6    working as an insulator.  And between the time

7    you were 16 years old and the time that you got

8    married, you were living at home while your

9    father was working as an insulator?

10       A    Yes, I was.

11            MR. BELL:

12                 Object to the form.

13            MS. PARKINSON:

14                 Object to the form.

15            MR. BELL:

16                 Asked and answered.

17   EXAMINATION BY MS. ROUSSEL:

18       Q    And when your father was working as an

19   insulator when you were living at home, you

20   said he worked at -- tell me who -- where he

21   worked and who he was working for.

22            MR. BELL:

23                 I object to the form.

24            MS. BOWLIN:

25                 Object to the form.  Asked and

1        answered.

2        MR. BELL:

3             Asked and answered.

4        MS. PENTON:

5             Asked and answered.

6        THE WITNESS:

7             He was working --

8        MR. BELL:

9             Gerolyn, let me make this

10       objection, and it's the same objection

11       you have entered against Defendants

12       from asking questions after they

13       already did their cross examination.

14       MS. ROUSSEL:

15            I have the right to redirect

16       examination.  You all don't have the

17       right to recross.  And that is the

18       difference.  But in any event, I asked

19       a question.

20       MS. PARKINSON:

21            Gerolyn, Gerolyn, excuse me.

22       It's Erin.  I am going to state an

23       objection on the record.  To the

24       extent that your redirect is going

25       well beyond what was elicited, then

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

773

```
 1              it's an improper redirect.  And if
 2              there's going to be these questions, I
 3              am reserving my right to examine Mr.
 4              Cortez once you're finished.
 5         MS. ROUSSEL:
 6              My questions --
 7         MR. BELL:
 8              I join the objection.
 9         MS. ROUSSEL:
10              -- are all addressing questions
11              that were asked by the Defendants and
12              getting a response with regard to what
13              was asked by the Defendants.
14    EXAMINATION BY MS. ROUSSEL:
15         Q    And so my question was, between the
16    time period you were 16 years old and the time
17    period when you got married in 1974, where was
18    your father working and for whom was he
19    working?
20         MR. BELL:
21              Objection.  Asked and answered.
22         MR. LASSUS:
23              Objection to the form.
24         THE WITNESS:
25              He worked at Union Carbide for
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

774

```
 1              B&B Engineering and also for Cajun

 2              Insulation.  And then he worked at

 3              Nine Mile power for Gabler and Anco.

 4              And at Monsanto for Anco.  Anco.

 5   EXAMINATION BY MS. ROUSSEL:

 6        Q    Okay.  Well, let's take each of those.

 7   Let's take Monsanto.  And you actually saw him

 8   working at Monsanto when he worked for Anco?

 9        A    Yes, I sure did.

10        Q    And you saw him working as an

11   insulator?

12        A    Yes.

13        MS. BAGLIO:

14              Object to form.

15        MR. RICHESON:

16              Objection.  Asked and answered.

17   EXAMINATION BY MS. ROUSSEL:

18        Q    When he came home from his work as an

19   insulator at Monsanto, describe what his

20   clothes looked like.

21        A    He was covered in white dust.

22        MS. BAGLIO:

23              Object to the form.

24        MR. BELL:

25              Objection, asked and answered.
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

775

```
1              THE WITNESS:
2                   He had it in his hair and on his
3              shoes.  Some of it was on his hands
4              and on his face.
5      EXAMINATION BY MS. ROUSSEL:
6         Q    When he worked at Union Carbide as an
7      insulator with B&B, what did his clothes look
8      like when he came home?
9         A    Just like it did at Monsanto.
10             MR. BELL:
11                  Objection.  Asked and answered.
12             THE WITNESS:
13                  Full of white dust.
14             MR. RICHESON:
15                  Same objection.
16     EXAMINATION BY MS. ROUSSEL:
17        Q    And you actually saw him working with
18     insulation on hot pipes at Monsanto?
19        A    Yes.
20             MR. BELL:
21                  Object to form.  Asked and
22             answered.
23             MR. RICHESON:
24                  Same objection.
25     EXAMINATION BY MS. ROUSSEL:
```

```
 1        Q     And his clothes looked the same when
 2   he came home from Union Carbide after working
 3   with B&B?
 4        A     Yes.
 5              MR. BELL:
 6                    Objection.  Asked and answered.
 7              MR. RICHESON:
 8                    Object to the form.  Objection,
 9              vague.
10   EXAMINATION BY MS. ROUSSEL:
11        Q     When he came home from working with
12   Cajun at Union Carbide what did his clothes
13   look like?
14              MR. PATE:
15                    Object to the form.
16              THE WITNESS:
17                    Covered with white dust.  He --
18              He had it in his hair, his shoes and
19              his hands -- on his hands.  On his
20              skin.
21   EXAMINATION BY MS. ROUSSEL:
22        Q     And the same kind of dust --
23              MR. PATE:
24                    Object to the non-responsive
25              portion of his answer.
```

```
 1   EXAMINATION BY MS. ROUSSEL:

 2       Q    -- that you had seen when he worked

 3   with insulation at Monsanto?

 4       A    Yes.

 5            MS. BAGLIO:

 6                 Object to form.

 7   EXAMINATION BY MS. ROUSSEL:

 8       Q    When he came home from the Nine Mile

 9   Point power plant -- and that was an LP&L plant

10   back then; correct?

11       A    Yes.

12            MS. PARKINSON:

13                 Object to the form.

14   EXAMINATION BY MS. ROUSSEL:

15       Q    When he came home from the Nine Mile

16   Point power plant when working with Gabler,

17   what did his clothes look like?

18       A    Covered with dust.

19            MS. PARKINSON:

20                 Object to the form.

21            THE WITNESS:

22                 Covered with white dust.

23   EXAMINATION BY MS. ROUSSEL:

24       Q    And then was it --

25       A    His whole -- I mean, his hair, his
```

```
 1    shoes, his hands, his face.

 2       Q    And was it the same?  Did the dust

 3    look the same as it did when you saw him

 4    working on hot lines at Monsanto?

 5       A    Yes.

 6            MS. BOWLIN:

 7                  Object to the form.

 8            MS. PARKINSON:

 9                  Object to the form.

10    EXAMINATION BY MS. ROUSSEL:

11       Q    When your father was working at the

12    LP&L Nine Mile Point power plant when he was

13    working for Anco, what did his clothes look

14    like?

15            MS. PARKINSON:

16                  Object to the form.

17            MS. BAGLIO:

18                  Object to the form.

19            MS. PARKINSON:

20                  Misstates his prior testimony.

21            THE WITNESS:

22                  Covered in dust, covered in white

23                  dust in his hair, his shoes, his

24                  hands.

25            MS. PARKINSON:
```

779

```
 1              This is the very first time he

 2              suggests that he worked at Nine Mile

 3              Point while employed by Anco.

 4    EXAMINATION BY MS. ROUSSEL:

 5       Q    Since --

 6              MS. PARKINSON:

 7                 We have gone through two days of

 8              testimony and the only entity he

 9              identified was Gabler.  So based on

10              your questioning I am now going to

11              have questions to ask Mr. Cortez.

12    EXAMINATION BY MS. ROUSSEL:

13       Q    Since there was an objection on top of

14    your answer, I am going to ask that my question

15    be read back again and I am going to ask you to

16    answer it.

17              (Requested question read back.)

18              MS. PARKINSON:

19                 Objection based on what I priorly

20              stated.

21              MS. BAGLIO:

22                 Join.

23              THE WITNESS:

24                 His clothes covered with white

25              dust; his hair, his hands, his face,
```

```
 1              his shoes.
 2    EXAMINATION BY MS. ROUSSEL:
 3        Q    And was -- the white dust looked like
 4    the same white dust that you had seen when he
 5    was working as an insulator at Monsanto?
 6        A    Yes.
 7             MS. BOWLIN:
 8                  Object to the form.
 9             MS. PARKINSON:
10                  Objection.
11    EXAMINATION BY MS. ROUSSEL:
12        Q    And when you were working around
13    insulation in the 1960s and in the early 1970s,
14    did your clothes look the same as your father's
15    looked?
16        A    Yes.
17             MS. BOWLIN:
18                  Object to the form.
19             MR. POWELL:
20                  Object to form.
21             MR. BELL:
22                  Object to form.
23    EXAMINATION BY MS. ROUSSEL:
24        Q    And you likewise, when you worked
25    around insulation would get dust; describe for
```

781

1   me where it would be.

2        A    In my hair and my hands, my face.

3            MR. VIATOR:

4                Objection, asked and answered.

5            THE WITNESS:

6                On my -- my clothes, my shoes.

7   EXAMINATION BY MS. ROUSSEL:

8        Q    And you knew who your father was

9   working with between 1968 and 1974 because he

10   brought his hardhat home?

11       A    Yes.

12           MS. BOWLIN:

13               Object to the form.

14           MS. PARKINSON:

15               Object.

16           MR. BELL:

17               Object to form.

18           MR. RICHESON:

19               Object.

20   EXAMINATION BY MS. ROUSSEL:

21       Q    And you knew he was an insulator at

22   that time?

23       A    Yes.

24           MS. BOWLIN:

25               Object to form.

1        MR. BELL:

2              Objection.  Asked and answered.

3        MR. RICHESON:

4              Objection to form.  Objection,

5        leading.

6        MR. POWELL:

7              Join.

8    EXAMINATION BY MS. ROUSSEL:

9        Q    Now, you said that you had some

10   individuals -- You were asked this yesterday,

11   did you have -- did you know any individuals

12   who developed mesothelioma, and you mentioned

13   Ellis Falgoust and Byron Granier.

14       A    Yes.

15       Q    Did those individuals work around

16   asbestos?

17       MS. BOWLIN:

18             Object to the form.

19       MR. POWELL:

20             Object to the form.

21       MR. BELL:

22             Object to the form.

23       THE WITNESS:

24             Yes.

25       MR. VIATOR:

```
 1                    Object to form.  Object to
 2              leading.
 3    EXAMINATION BY MS. ROUSSEL:
 4        Q    And, in fact, both of those
 5    individuals worked at Avondale Shipyards?
 6        A    Yes.
 7              MR. POWELL:
 8                   Object to form.
 9    EXAMINATION BY MS. ROUSSEL:
10        Q    You also said Irvin Cortez died from
11    mesothelioma.
12        A    Yes.
13              MR. VIATOR:
14                   Object to the form.
15    EXAMINATION BY MS. ROUSSEL:
16        Q    Did he work around asbestos?
17              MS. BOWLIN:
18                   Object to the form.
19              THE WITNESS:
20                   Yes.
21    EXAMINATION BY MS. ROUSSEL:
22        Q    In fact, you worked with Irvin Cortez
23    around asbestos, didn't you?
24        A    Yes, I sure did.
25              MS. BOWLIN:
```

```
 1                    Object to the form.

 2           MR. POWELL:

 3               Object to form.

 4           MR. BELL:

 5                Objection, leading.

 6           MR. VIATOR:

 7               Object to the form.

 8   EXAMINATION BY MS. ROUSSEL:

 9      Q    Now, you also talked about working at

10   Avondale with a man who went by Black Reulet.

11      A    Yes.

12      Q    And that's R-E-U-L-E-T?

13      A    Yes.

14      Q    And what was Black Reulet's job title

15   at Avondale?

16      A    He was a structural fitter.

17      Q    And did you ride to and from Avondale

18   on the bus with Black Reulet?

19      A    Yes, I did.

20           MR. POWELL:

21               Object to the form.

22           MR. CANNONE:

23                Object to form.  Beyond the scope

24           of cross.

25   EXAMINATION BY MS. ROUSSEL:
```

```
 1        Q     Did Black Reulet also sometimes drive

 2   that bus?

 3        A     Yes, he did.

 4              MR. POWELL:

 5                   Object to form.

 6              MS. SEMMES:

 7                   Object to leading.

 8   EXAMINATION BY MS. ROUSSEL:

 9        Q     And did Black Reulet also have a son

10   who worked at Avondale Shipyards?

11        A     Yes.

12              MS. SEMMES:

13                   Objection.

14              MR. POWELL:

15                   Objection.

16   EXAMINATION BY MS. ROUSSEL:

17        Q     Now, you talked about working with and

18   around Black Reulet, so you would agree that

19   Black Reulet was also exposed to the same

20   products you have described being exposed to at

21   Avondale Shipyards?

22        A     Yes.

23              MR. POWELL:

24                   Object to form.

25              MR. BELL:
```

```
 1                    Object to leading.

 2              MR. GUIDRY:

 3                    Object to leading, beyond the

 4              scope of redirect.

 5    EXAMINATION BY MS. ROUSSEL:

 6       Q    And with regard to the insulation

 7    products, that would include Eagle's insulation

 8    products?

 9       A    Yes.

10              MR. GUIDRY:

11                    Objection, leading, beyond the

12              scope of redirect.

13    EXAMINATION BY MS. ROUSSEL:

14       Q    Okay.  Since there was a question

15    about leading, tell me what insulation products

16    Black Reulet would have been exposed to between

17    the time period of 1969 and 1974.

18              MS. BOWLIN:

19                    Object to the form.

20              MR. GUIDRY:

21                    Objection, leading and beyond the

22              scope of redirect.

23              THE WITNESS:

24                    Eagle's products, McCarty's, and

25                    Taylor-Seidenbach's.
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

787

1          MR. LASSUS:

2               Object to the responsiveness.

3     EXAMINATION BY MS. ROUSSEL:

4     Q    Now, you also talked about a product

5     called Foster 81-27.

6     A    Yes.

7     Q    The product 81-27, that was something

8     that you saw being used whenever insulation

9     work was being done?

10    A    Yes.

11         MR. RICHESON:

12              Objection to form.

13    EXAMINATION BY MS. ROUSSEL:

14    Q    And that was true at all of the

15    facilities, be it in the '60s or the '70s or

16    the '80s?

17    A    Right.  Yes.

18         MR. RICHESON:

19              Objection to the form.

20         MR. GUIDRY:

21              Objection, leading.

22         MS. BAGLIO:

23              Objection, leading.

24    EXAMINATION BY MS. ROUSSEL:

25    Q    And on all the insulation jobs where

 1   you've talked the last couple of days being

 2   exposed to asbestos, the insulators would have

 3   been using this Foster 81-27?

 4        A     Yes.

 5              MR. RICHESON:

 6                   Objection to form.

 7              MS. BAGLIO:

 8                   Object to form.

 9   EXAMINATION BY MS. ROUSSEL:

10        Q     And you would have gotten it on your

11   clothes on all of those instances?

12        A     Yes.

13        Q     And you would have had --

14              MR. RICHESON:

15                   Object to the form, object to

16              leading.

17   EXAMINATION BY MS. ROUSSEL:

18        Q     -- to scrape it off of your clothes?

19        A     Yes.

20              MR. RICHESON:

21                   Object to the form.

22   EXAMINATION BY MS. ROUSSEL:

23        Q     And it would have fallen on the floor

24   as well?

25        A     Yes.

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

789

```
 1     Q     And individuals would have walked on

 2   it?

 3           MR. RICHESON:

 4                 Objection to form.  Object to

 5           leading.

 6           THE WITNESS:

 7                 Yes.

 8   EXAMINATION BY MS. ROUSSEL:

 9     Q     And it would have had to have been

10   swept up and scraped off of the floor?

11     A     Yes.

12           MR. RICHESON:

13                 Objection to form.  Objection to

14           leading.

15   EXAMINATION BY MS. ROUSSEL:

16     Q     Now, when you were being asked

17   questions about insulation on barges and you

18   talked about the type of insulation or the type

19   of barges that would have had insulation, did

20   those barges that had insulation also have

21   pumps?

22     A     Yes.

23     Q     And did those pumps have to be

24   insulated?

25     A     Yes.
```

```
 1       Q     And would those pumps have been

 2   insulated with the same type of insulation that

 3   you have described at Avondale?

 4       A     Yes.

 5       Q     You talked about getting asbestos

 6   cloth to do welding at Avondale Shipyards.

 7       A     Yes.

 8       Q     And that was the same type of cloth

 9   that the insulators used?

10       A     Yes.

11       Q     And where would you get the asbestos

12   cloth from at Avondale?

13       A     Out of their tool room.  The tool

14   room.

15       Q     In Avondale's tool room?

16             MR. POWELL:

17                  Objection.

18             THE WITNESS:

19                  Yes, Avondale's tool room.

20   EXAMINATION BY MS. ROUSSEL:

21       Q     And when you used that cloth, did it

22   create visible dust?

23       A     Yes.

24       Q     And you breathed that dust?

25       A     Yes.
```

1     Q     Now, you were given dates about when

2    you were in the Local 102 and you worked your

3    way back and you talked about working at

4    Monsanto sometime in about '76 or the mid '70s.

5     A     Yes.

6     Q     You started with the Local 102 shortly

7    thereafter; correct?

8     A     Yes.

9     Q     And so when you were giving --

10         MR. VIATOR:

11             Object to the form.

12    EXAMINATION BY MS. ROUSSEL:

13     Q     -- the dates about when you were in

14    the Local 102, you were giving approximate

15    dates?

16     A     These --

17         MR. VIATOR:

18             Objection to form.

19    EXAMINATION BY MS. ROUSSEL:

20     Q     You were being -- you were

21    approximating the dates when you were in the

22    Local 102?

23     A     Yes.

24         MR. BELL:

25             Objection to leading.

1          MR. VIATOR:

2               Object to form.

3    EXAMINATION BY MS. ROUSSEL:

4     Q    You talked about working as a

5    pipefitter on turbines and you described

6    Westinghouse and General Electric turbines.

7     A    Yes.

8     Q    When you worked as a pipefitter on

9    General Electric turbines, did you actually

10   work on the turbine itself?

11         MS. BOWLIN:

12              Object to the form.  Beyond the

13              scope of redirect and misstating prior

14              testimony.

15         THE WITNESS:

16              I broke the flanges off of the

17              turbines and I changed valves.

18   EXAMINATION BY MS. ROUSSEL:

19    Q    And so the flanges that you had to

20   work on, you had to scrape gaskets off of them?

21    A    Yes.

22         MS. BOWLIN:

23              Object to the form.  Leading.

24         THE WITNESS:

25              Yes.

1   EXAMINATION BY MS. ROUSSEL:

2        Q    And put new flanges and put new

3   gaskets on them?

4            MS. BOWLIN:

5                Object to form.  Leading.

6            THE WITNESS:

7                Yes.

8   EXAMINATION BY MS. ROUSSEL:

9        Q    Since there was an objection, describe

10   to me when you worked on the flanges, those

11   flanges on the turbines were component parts of

12   the turbines; correct?

13       A    Yes.

14           MS. BOWLIN:

15               Object to the form.

16   EXAMINATION BY MS. ROUSSEL:

17       Q    Describe for me how you would change

18   the flanges that were the component parts of

19   the Westinghouse turbines.

20           MS. BOWLIN:

21               Object to the form.  Misstates

22           prior testimony.

23           THE WITNESS:

24               We would unbolt the flanges, --

25           MR. BELL:

1              Objection to form.

2         THE WITNESS:

3              -- spread them open, scrape all

4         the gasket material off.  And if we

5         had to replace a valve, we'd replace

6         the valve and then we'd put it all

7         back together with new gasket

8         material.

9    EXAMINATION BY MS. ROUSSEL:

10        Q    And you did that on many flanges?

11        A    Yes.

12        MS. BOWLIN:

13              Object to form.

14   EXAMINATION BY MS. ROUSSEL:

15        Q    And on many Westinghouse turbines?

16        A    Yes.

17        MS. BOWLIN:

18              Object to the form.  Misstates

19        prior testimony.  Beyond the scope of

20        redirect.

21   EXAMINATION BY MS. ROUSSEL:

22        Q    Likewise, when you worked on General

23   Electric turbines, --

24        A    Yes.

25        Q    -- did you -- describe to me how you

795

```
 1    would work on flanges that were component parts
 2    of the General Electric turbines.
 3            MS. BOWLIN:
 4                  Object to the form.  Misstates
 5            prior testimony.
 6            THE WITNESS:
 7                  The same way.  You break -- You
 8            unbolt them, break them apart, spread
 9            them open and change the gaskets after
10            scraping them off.  Make a new gasket
11            and put it on and replace it where you
12            want to replace it.
13    EXAMINATION BY MS. ROUSSEL:
14        Q    And you did that on many General
15    Electric turbines?
16        A    Yes.
17            MS. BOWLIN:
18                  Object to the form.  Misstates
19            prior testimony.  Beyond the scope of
20            redirect.
21    EXAMINATION BY MS. ROUSSEL:
22        Q    And you did that --
23            MS. BOWLIN:
24                  Let me finish my objection,
25            Gerolyn.  Thank you.  I'm finished.
```

```
 1              Thank you.  Do not interrupt me,
 2              though.  I am giving you the same
 3              courtesy.
 4    EXAMINATION BY MS. ROUSSEL:
 5         Q    Describe for me when you were working
 6    on a General Electric turbine doing what you
 7    called changing -- I think you called it nut
 8    busting or pipefitting?
 9         A    Nut busting, yes.
10         Q    Nut busting.  Okay.  Describe for me
11    what you would do on a General Electric turbine
12    as far as the flanges and where those flanges
13    would be located.
14              MS. BOWLIN:
15                   Hold on.  I object to the form.
16              Misstates prior testimony.  Beyond the
17              scope of redirect.  Thank you.
18              THE WITNESS:
19                   The flanges would be located
20              wherever the piping would come into
21              the turbine.  I mean, I can't give you
22              a specific --
23    EXAMINATION BY MS. ROUSSEL:
24         Q    But they would be a component part --
25         A    Yes, component part of the turbine.
```

```
 1      Q     -- of the turbine?

 2            MS. BOWLIN:

 3                 Object to the form.

 4  EXAMINATION BY MS. ROUSSEL:

 5      Q     And there were many flanges that were

 6  component parts of the turbine?

 7      A     Yes.

 8            MS. BOWLIN:

 9                 Object to the form.  Misstates

10            prior testimony.  Beyond the scope of

11            redirect.

12  EXAMINATION BY MS. ROUSSEL:

13      Q     And when you would change those

14  flanges, what would you have to do?

15      A     Unbolt them, spread them apart, scrape

16  off the old gasket material, and put new gasket

17  -- make new gasket material and put it in.

18      Q     And you would have to wire brush the

19  flanges?

20      A     Yes.

21            MS. BOWLIN:

22                 Object to the form.

23            THE WITNESS:

24                 Scrape it and wire brush it off

25            and get it all clean and shiny and put
```

1           it back.

2     EXAMINATION BY MS. ROUSSEL:

3          Q    You also described working on and

4     around Foster Wheeler boilers.

5          A    Yes.

6          Q    And likewise, you had to do that same

7     kind of work on Foster Wheeler boilers?

8          A    Yes.

9          MS. BOWLIN:

10              Object to the form.  Misstates

11              prior testimony.  Beyond the scope of

12              redirect.

13    EXAMINATION BY MS. ROUSSEL:

14         Q    Describe for me what component parts

15    of the Foster Wheeler boilers you would have to

16    work with.

17         MS. BOWLIN:

18              Object to the form.  Misstates

19              prior testimony.  Beyond the scope of

20              redirect.

21         THE WITNESS:

22              The same thing.  Flanges and

23              valves and -- I mean, some of those

24              flanges were huge and you'd have to do

25              the same things.  Take them apart and

```
 1          clean them all up with a scraper and

 2          then a wire brush and -- and make new

 3          gaskets and replace the -- Sometimes

 4          we replaced the flange because it was

 5          damaged.  Then we'd have to put it

 6          back on.  Get it back in operation.

 7     EXAMINATION BY MS. ROUSSEL:

 8          Q    And you talked about working for three

 9     years at Triad and that at Triad you had to

10     work on boilers, Riley Stoker boilers.

11          A    Yes.

12          MR. GAMBINO:

13               Objection to form.

14          MS. ADAMS:

15               Objection to form.

16          MR. GAMBINO:

17               Misstating prior testimony.

18          Leading.

19     EXAMINATION BY MS. ROUSSEL:

20          Q    Describe for me what component parts

21     of the Riley Stoker boiler you would work on.

22          MS. ADAMS:

23               Objection to form.  Assumes facts

24          not in evidence.  Leading.

25          THE WITNESS:
```

800

```
 1                    The same thing.  The lines coming
 2              in, the valves.  I mean, that's all I
 3              knew that by, was valves and lines
 4              coming in.  I didn't know exactly the
 5              name of the component.
 6   EXAMINATION BY MS. ROUSSEL:
 7       Q    Okay.  Well, so there was attached to
 8   the boiler, there were flanges that were
 9   actually part of the boiler?
10       A    Yes.  It was on --
11              MS. ADAMS:
12                    Objection to form.
13              Mischaracterizes prior testimony.
14              Assumes facts not in evidence.
15              Leading.  Vague.
16   EXAMINATION BY MS. ROUSSEL:
17       Q    And the flanges that were actually
18   component parts of the boiler, tell me what you
19   would have to do with that on a Riley Stoker
20   boiler.
21              MS. ADAMS:
22                    Objection.  Leading.
23              MR. GAMBINO:
24                    Objection.
25              THE WITNESS:
```

801

1              Break the bolts, --

2         MR. GAMBINO:

3              Asked and answered.  Misstates

4         prior testimony.  He's only testified

5         as to one boiler.

6         THE WITNESS:

7              -- spread them, take the Garlock

8         gasket completely off and make some

9         out of the material.

10   EXAMINATION BY MS. ROUSSEL:

11     Q   Since he was talking on top of you, I

12   am going to have to ask it again,

13   unfortunately.  Describe for me on the Riley

14   Stoker boiler what component parts of the

15   boiler you would have to work on.

16        MS. ADAMS:

17             Objection to form.  Misstates

18        prior testimony.  Leading.  Assumes

19        facts not in evidence.

20        MR. GAMBINO:

21             Asked and answered.

22        THE WITNESS:

23             We'd break the flanges loose and

24        scrape the old material off of the

25        flange on the boiler and take new

```
 1             gasket material, make new gaskets with

 2             the material, and put it back on.

 3   EXAMINATION BY MS. ROUSSEL:

 4        Q    And when all of this was occurring,

 5   people were actually working on the boiler in

 6   addition to you?

 7        A    Yes.

 8             MS. ADAMS:

 9                  Objection, leading.  He never

10             testified about other people working

11             around him.  Asked and answered.

12             Mischaracterizes prior testimony.

13             Vague.

14   EXAMINATION BY MS. ROUSSEL:

15        Q    When you were working on the Riley

16   Stoker boiler, what other crafts would be

17   working around you?

18             MS. ADAMS:

19                  Objection to form.

20             THE WITNESS:

21                  Pipefitters and insulators and

22             welders.

23   EXAMINATION BY MS. ROUSSEL:

24        Q    And the types of gaskets you were

25   using on the Riley Stoker boiler were what
```

1    types?

2         A    The Garlock.

3              MS. ADAMS:

4                   Objection.  Assumes facts not in

5              evidence.  Mischaracterizes prior

6              testimony.  Leading.  Vague.

7              THE WITNESS:

8                   Garlock gaskets.

9    EXAMINATION BY MS. ROUSSEL:

10        Q    And what style numbers?

11             MS. ADAMS:

12                  Object to the form.  Leading.

13             THE WITNESS:

14                  7705.

15   EXAMINATION BY MS. ROUSSEL:

16        Q    And when you were working on General

17   Electric turbines, what type of gaskets did you

18   work with?

19        A    The same thing.

20             MR. GAMBINO:

21                  Objection.  What turbine --

22             MS. BOWLIN:

23                  Object to the form.  Misstates

24             prior testimony.  Assumes facts not in

25             evidence.  And leading.

```
 1              MR. GAMBINO:

 2                    What turbine are we talking

 3              about?

 4              THE WITNESS:

 5                    There was two people talking.

 6    EXAMINATION BY MS. ROUSSEL:

 7         Q    Yes.  You said you worked on many

 8    General Electric turbines.

 9              MS. BOWLIN:

10                    Object to the form.  That is a

11              complete mischaracterization of the

12              gentleman's testimony and I object to

13              the form.

14              MS. ROUSSEL:

15                    It was an attempt to cure the

16              objection that just happened.

17    EXAMINATION BY MS. ROUSSEL:

18         Q    And let me just ask you.  You did work

19    on many different General Electric turbines,

20    didn't you?

21         A    Yes.

22              MS. BOWLIN:

23                    Object to the form.

24    EXAMINATION BY MS. ROUSSEL:

25         Q    When you changed out flanges on
```

805

1    General Electric turbines, what kind of gaskets

2    did you use?

3                MS. BOWLIN:

4                    Object to the form.

5                THE WITNESS:

6                    Garlock 7705.

7    EXAMINATION BY MS. ROUSSEL:

8        Q    And when you worked on Westinghouse

9    turbines -- and you did work on many different

10   Westinghouse turbines, didn't you?

11               MS. BOWLIN:

12                   Object to the form.  Leading.

13               THE WITNESS:

14                   Yes.  Garlock 7705.

15               MS. BOWLIN:

16                   Do not coach the witness as to

17                   what his answer should be.

18   EXAMINATION BY MS. ROUSSEL:

19       Q    And when you worked on different

20   Westinghouse turbines and changed out the

21   flanges that were component parts of the

22   Westinghouse turbine, --

23       A    Right.

24               MS. BOWLIN:

25                   Object to the form.

806

```
 1   EXAMINATION BY MS. ROUSSEL:
 2        Q    -- what type of gasket did you use?
 3        MS. BOWLIN:
 4             Object to the form.
 5        THE WITNESS:
 6             Garlock 7705.
 7        MS. BOWLIN:
 8             Assumes facts not in evidence.
 9   EXAMINATION BY MS. ROUSSEL:
10        Q    And when you worked on Foster Wheeler
11   boilers and you were working on component parts
12   of the Foster Wheeler boiler, what type of
13   gaskets did you use?
14        MS. BOWLIN:
15             Object to the form.
16        THE WITNESS:
17             Garlock 7705.
18   EXAMINATION BY MS. ROUSSEL:
19        Q    Now, you were asked several questions
20   about working at Wyandotte and you said you
21   were using some new -- you were working some
22   new construction.
23        A    Yes.
24        Q    You were working -- What types of
25   crafts were you working around at Wyandotte?
```

1      A      Ironworkers, pipefitters, and

2    insulators.

3             MS. ROSSI:

4                    Objection to form.

5    EXAMINATION BY MS. ROUSSEL:

6      Q      And you saw the type of products being

7    used by the pipefitters at Wyandotte?

8      A      Yes.

9      Q      And what type of products were they

10   using?

11     A      They were Garlock.  They were gaskets.

12     Q      And what style number?

13     A      I want to say 7705.

14            MS. ROSSI:

15                   Object to the form of the

16            question.

17   EXAMINATION BY MS. ROUSSEL:

18     Q      Also the insulators, in addition to

19   the insulation, the half-rounds and the blocks

20   that they were being used, were they also using

21   any kind of adhesive?

22     A      Yes.

23     Q      And what kind of adhesive?

24     A      The Foster 81-27.

25     Q      And at the Wyandotte job, that got on

```
 1   your clothes?

 2       A    Yes.

 3            MS. ROSSI:

 4                 Object to the form.

 5   EXAMINATION BY MS. ROUSSEL:

 6       Q    And you had to scrape that off of your

 7   clothes?

 8       A    Yes.

 9       Q    And also it dripped down on the floor?

10       A    Yes.

11            MS. ROSSI:

12                 The same objection.

13   EXAMINATION BY MS. ROUSSEL:

14       Q    And that had to be cleaned up off of

15   the floor?

16       A    Yes.

17       Q    And you also walked on that which was

18   on the floor?

19       A    Yes.

20            MS. ROSSI:

21                 Object to form.

22   EXAMINATION BY MS. ROUSSEL:

23       Q    Now, you were asked several questions

24   by Eagle's Counsel, McCarty's Counsel, and

25   Taylor-Seidenbach, and you said in the boxes,
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                August 11, 2020

809

1    in addition to half-rounds they also had elbows

2    and 90s and T's, I guess --

3         A    Yes.

4         Q    -- is for the joints?

5         A    Yes.

6         Q    The elbows and the T's that were in

7    the boxes from McCarty, Eagle, and

8    Taylor-Seidenbach, did that look like the same

9    type of pipe covering material?

10        A    Yes.

11        Q    Did they all match?

12             MR. LASSUS:

13                  Object.

14             THE WITNESS:

15                  They all matched, yeah.

16             MR. LASSUS:

17                  Object to form.

18   EXAMINATION BY MS. ROUSSEL:

19        Q    And on the jobs where you described

20   Eagle, McCarty, and Taylor-Seidenbach on those

21   jobs where they were doing insulation

22   contracting work, they were using these I am

23   going to call them special fittings for

24   irregular surfaces like the joints?

25        A    Yes.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                        504 219-1993

```
 1            MR. LASSUS:

 2                 Object to form.

 3            MS. PENTON:

 4                 Object.  Leading.

 5            MR. GUIDRY:

 6                 Object to the form.

 7       EXAMINATION BY MS. ROUSSEL:

 8       Q    They were using --

 9            MR. GUIDRY:

10                 Improper redirect examination,

11            lack of foundation, assumes facts not

12            in evidence, and misstates prior

13            testimony.

14            MR. LASSUS:

15                 Object.  Join.

16       EXAMINATION BY MS. ROUSSEL:

17       Q    Then since there was an objection, let

18       me take them one at a time.  You talked about

19       Eagle Asbestos and Packing Company; correct?

20       A    Yes.

21       Q    And you said you worked, you said from

22       the very beginning of your career until the end

23       of your work in the plants, you saw them at

24       virtually every site.

25       A    Yes.
```

```
 1           MR. LASSUS:
 2                Object to form.
 3           MS. PENTON:
 4                Object to form.
 5      EXAMINATION BY MS. ROUSSEL:
 6      Q    You would have seen Eagle throughout
 7      that time period each year that you were
 8      working?
 9      A    Yes.
10      Q    And in fact, --
11           MR. LASSUS:
12                Object to the form.
13      EXAMINATION BY MS. ROUSSEL:
14      Q    -- each month that you were working,
15      you would have seen Eagle's insulators?
16      A    Yes.
17      Q    You said the only place you didn't
18      recall, and you weren't sure, Eagle insulators
19      was Avondale Shipyards?
20      A    Yes.
21           MR. GUIDRY:
22                Object to the form.  Leading.
23      EXAMINATION BY MS. ROUSSEL:
24      Q    But you did see the Eagle boxes there?
25      A    Yes.
```

1      Q     And it was the same boxes, Eagle

2    Asbestos and Packing Company, as you saw at the

3    plants?

4      A     Yes.

5            MR. GUIDRY:

6                  Objection, leading.  Misstates

7            prior testimony.  Beyond the scope of

8            right -- of direct, redirect

9            examination.

10   EXAMINATION BY MS. ROUSSEL:

11     Q     And Eagle also had in these boxes, in

12   addition to the half-rounds and the blocks,

13   elbows and 90s and special fittings?

14     A     Yes.

15           MR. GUIDRY:

16                 Objection, leading.

17   EXAMINATION BY MS. ROUSSEL:

18     Q     And its insulators were using what was

19   coming out of those Eagle's boxes?

20           MR. GUIDRY:

21                 Objection, leading.

22           THE WITNESS:

23                 Repeat that?

24   EXAMINATION BY MS. ROUSSEL:

25     Q     Yes.  At the various plants that you

813

1    have described Eagle working at as an

2    insulation contractor, --

3              MR. GUIDRY:

4                   Object to leading.

5    EXAMINATION BY MS. ROUSSEL:

6       Q    -- they were using products that came

7    out of their own boxes?

8       A    Yes.

9              MR. GUIDRY:

10                  Leading.

11   EXAMINATION BY MS. ROUSSEL:

12      Q    And likewise, McCarty, in the McCarty

13   boxes, in addition to half-rounds and blocks,

14   they also had these special fittings, the

15   elbows and the 90s?

16      A    Yes.

17             MR. GUIDRY:

18                  Objection.  Leading.  Misstates

19             prior testimony.

20             MR. VIATOR:

21                  Objection, leading.

22   EXAMINATION BY MS. ROUSSEL:

23      Q    And McCarty was also using the

24   insulation contractors, the workers of McCarty

25   were also using those products?

814

```
 1     A    Yes.
 2          MR. GUIDRY:
 3               Objection, leading.  Misstates
 4          prior testimony.  Beyond the scope of
 5          redirect examination.  Asked and
 6          answered.
 7     EXAMINATION BY MS. ROUSSEL:
 8     Q    When you were working with Eagle at
 9     these various plants and they were doing
10     insulation work, were they working on steam
11     lines and/or chemical lines?  Hot lines, in
12     other words?
13     A    Yes.
14          MR. GUIDRY:
15               Objection, leading.
16          MR. VIATOR:
17               Objection.  Improper redirect
18          examination.
19          MS. PENTON:
20               Objection.
21          MR. VIATOR:
22               Misstates prior testimony.
23     EXAMINATION BY MS. ROUSSEL:
24     Q    Likewise, when you were working around
25     McCarty at these various plants, were they
```

815

1    using insulation on hot lines, be it steam

2    lines or chemical or acid lines?

3         A    Yes.

4              MR. GUIDRY:

5                   Objection, leading.

6              MR. VIATOR:

7                   Objection, leading.

8              MR. GUIDRY:

9                   Misstates prior testimony.

10             Beyond the scope of redirect

11             examination.  It assumes facts not in

12             evidence.  Lack of foundation.

13   EXAMINATION BY MS. ROUSSEL:

14        Q    And likewise, when you were working

15   around Taylor-Seidenbach's insulators, were

16   they also working on hot lines, --

17             MR. LASSUS:

18                  Object to the form.

19             THE WITNESS:

20                  Yes.

21   EXAMINATION BY MS. ROUSSEL:

22        Q    -- be it steam lines or chemical

23   lines?

24             Now, you have been asked several

25   questions about the jobs you did at the Port of

816

```
 1    New Orleans when you were employed with

 2    Avondale Shipyards.

 3              MS. SEMMES:

 4                   Objection.

 5    EXAMINATION BY MS. ROUSSEL:

 6        Q    When you were working there, you said

 7    you worked both in the engine rooms --

 8        A    Yes.

 9        Q    -- and in the living quarters?

10        A    Yes.

11        Q    When you were working in the engine

12    rooms, tell me the crafts you were working

13    around.

14        A    Pipefitters, structural fitters,

15    welders, and insulators.

16        Q    And you personally yourself were

17    handling asbestos cloth?

18        A    Yes.

19              MS. SEMMES:

20                   Objection, leading.

21    EXAMINATION BY MS. ROUSSEL:

22        Q    When you worked for Avondale at the

23    Port of New Orleans as a welder, you were

24    actually handling asbestos cloth yourself?

25        A    Yes.
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

817

```
 1            MR. BELL:

 2                  Asked and answered.

 3   EXAMINATION BY MS. ROUSSEL:

 4       Q     And you had gotten that asbestos cloth

 5   from the Avondale warehouse?

 6       A     Yes.

 7            MR. POWELL:

 8                  Object to the form.

 9   EXAMINATION BY MS. ROUSSEL:

10       Q     Now, the attorney for the insurance

11   company for Halter Marine asked you about

12   whether Floyd Naquin did a good job, and so I

13   want to ask you specifically about Floyd Naquin

14   and Halter Marine.  Did Floyd Naquin ever warn

15   you of any asbestos hazards?

16       A     No.

17       Q     Did Floyd Naquin ever provide you with

18   any mask?

19       A     No.

20       Q     Did Floyd Naquin ever tell you that

21   you should have your lungs checked?

22       A     No.

23       Q     Did Floyd Naquin ever monitor the air

24   when you were working around asbestos?

25       A     No.
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                        504 219-1993

1     Q     Did Floyd Naquin ever tell you that he

2     was sampling for asbestos to see how much

3     asbestos was in the air?

4     A     No.

5     Q     You were also asked about Oliver

6     Hebert.  Did Oliver Hebert ever warn you of any

7     asbestos hazard?

8     A     No.

9     Q     Did Oliver Hebert ever tell you that

10    you needed to wear a mask when working around

11    asbestos?

12    A     No.

13    Q     Did Floyd Naquin ever provide you with

14    any mask when you were working around asbestos?

15    A     No.

16    Q     Did Floyd Hebert ever monitor any air?

17    A     Floyd Hebert?  Floyd --

18    Q     I mean Oliver Hebert.

19    A     No.

20    Q     Did Oliver Hebert ever at any place in

21    the shipyard, did you ever see him testing the

22    air to see how much asbestos was in the air?

23    A     No.

24    Q     Now, when you were being asked

25    questions about Halter Marine, you talked about

1    the engine room.  And in the engine room, did

2    the exhaust on the diesel engines have to be

3    insulated?

4         A    Yes.

5              MR. VERLANDER:

6                   Object to the form.

7    EXAMINATION BY MS. ROUSSEL:

8         Q    And did the piping to and from the

9    engine have to be insulated?

10        A    Yes.

11        Q    And you were working in the same area

12   where that insulation work --

13        A    Yes.

14        Q    -- was being conducted?

15        A    Yes.

16             MR. VERLANDER:

17                  Object to the form.  Object to

18             the leading.

19   EXAMINATION BY MS. ROUSSEL:

20        Q    And as a welder, you personally, when

21   you worked at Halter Marine, had to use this

22   asbestos cloth?

23        A    Yes.

24        Q    And where did you get the asbestos

25   cloth from?

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

820

1            MR. VERLANDER:

2                 Object to the form.  Object to

3            the leading.  Asked and answered.

4            THE WITNESS:

5                 Out of the tool room, warehouse

6            at Halter Marine.

7       EXAMINATION BY MS. ROUSSEL:

8            Q    And did y'all refer to that asbestos

9       cloth, did y'all refer to it also as a fire

10      blanket?

11           A    Yes.

12                MR. VERLANDER:

13                     Object to the form.  Leading.

14      EXAMINATION BY MS. ROUSSEL:

15           Q    Now, the bus you rode to and from

16      Avondale, the Avondale labor bus, do you know

17      whose bus that was?

18           A    That was for Joseph Becnel.

19                MR. POWELL:

20                     Object to form.

21      EXAMINATION BY MS. ROUSSEL:

22           Q    You rode that to Avondale every day?

23           A    Yes.

24                MR. POWELL:

25                     Object to form.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

821

1    EXAMINATION BY MS. ROUSSEL:

2       Q    And all the employees on that bus were

3    Avondale employees?

4       A    Yes.

5            MR. POWELL:

6                 Object to form.

7    EXAMINATION BY MS. ROUSSEL:

8       Q    You talked about in these various

9    plants having to work on flanges and scraping

10   the flanges and wire brushing the flanges.

11   Tell me, how big were flanges?

12      A    Anywheres from two to three inches to

13   24 inches or sometimes four, four feet.

14      Q    So four feet around?

15      A    Yeah.

16      Q    Okay.  And when you worked on a flange

17   that was four feet around, how long would that

18   normally take you to scrape off that flange and

19   wire brush that flange?

20      A    Probably --

21           MS. BOWLIN:

22                Object to form.

23           MS. ADAMS:

24                Object to form.

25           MR. VIATOR:

```
 1              Object to the form.

 2         THE WITNESS:

 3              It take -- It took us almost

 4         close to two days to clean it up and

 5         put it back together.  I mean, that

 6         wasn't -- that wasn't a one-man job,

 7         no.  That was more like a four-man

 8         job.

 9    EXAMINATION BY MS. ROUSSEL:

10    Q    And so you were all working on it

11    together?

12    A    Yes.

13    Q    Side-by-side with each other?

14    A    Yes.

15         MR. GAMBINO:

16              Object to the form.  Leading.

17         MS. ADAMS:

18              Object to the form.  Leading.

19         MR. GAMBINO:

20              What plant are you talking about,

21         Gerolyn?

22    EXAMINATION BY MS. ROUSSEL:

23    Q    Okay.  Well, tell us.  When you had to

24    work on flanges that big, tell me what plants

25    those would have been.
```

```
 1      A    I was working on big flanges like that
 2  at Triad.
 3      Q    And you worked at Triad for three
 4  years?
 5      A    Yes.
 6      Q    So that was something you did on a
 7  regular basis?
 8           MR. GAMBINO:
 9                Objection.  Objection to form.
10           MS. ADAMS:
11                Objection to form.
12           THE WITNESS:
13                When I did that job, that was
14           like on a shutdown.  But, I mean, if
15           we had to do it prior or after a
16           shutdown, we did it.
17  EXAMINATION BY MS. ROUSSEL:
18      Q    That was a regular job that you had
19  when you worked at Triad?
20      A    Yeah.  It was a major job.
21           MR. GAMBINO:
22                Objection to the form.
23           MS. ADAMS:
24                Objection to form.
25                Mischaracterizes testimony.
```

```
 1   EXAMINATION BY MS. ROUSSEL:

 2       Q    Now, you were asked several times

 3   about safe work permits, and let me just ask

 4   you, a safe work permit was something that was

 5   issued from the plant that you were working in?

 6       A    Yes.  From the unit.

 7       Q    And just saying that, for example, the

 8   line had been drained of the chemical that was

 9   in it?

10       A    Yes.

11            MR. VIATOR:

12                Objection to form.

13   EXAMINATION BY MS. ROUSSEL:

14       Q    None of those safe work permits dealt

15   with asbestos, did they?

16       A    No.

17            MR. RICHESON:

18                Object to form.  Objection,

19            leading.

20            MS. ROUSSEL:

21                That's all I have.  Thank you,

22            sir.

23            THE WITNESS:

24                Thank you.

25            VIDEO OPERATOR:
```

```
 1              Off the record.
 2         MS. PARKINSON:
 3              No, I have questions.
 4         MR. BELL:
 5              Gerolyn, if I can, before you
 6         stop, I would like to attach as
 7         Exhibit -- Exhibit 1 the Avondale
 8         personnel records for Mr. Cortez and
 9         Exhibit 2 the Social Security printout
10         for Mr. Cortez's father.
11         MS. ROUSSEL:
12              Wait.  Let me lodge my objection
13         first.  I object on the basis of
14         hearsay.
15         VIDEO OPERATOR:
16              I'm not on video.
17         MS. ROUSSEL:
18              Oh, we have to go back on.
19         MS. BOWLIN:
20              Gerolyn, this is being opened up
21         to more questions based on you.  We're
22         coming back tomorrow.
23         MS. ROUSSEL:
24              No, we're not coming back
25         tomorrow.  We're finishing tonight.
```

826

```
 1          MS. BOWLIN:

 2               Yes, Gerolyn.  Gerolyn, it is

 3          6:20.

 4          MS. ROUSSEL:

 5               This gentleman is not coming back

 6          tomorrow.

 7          MS. BOWLIN:

 8               Gerolyn, it is 6:20 in the

 9          evening and it is beyond the normal

10          business hours.

11          MS. PARKINSON:

12               Are we on the record or what?

13          MS. BOWLIN:

14               And I am not sitting here for

15          another two hours.  We're coming back

16          tomorrow.

17          MS. ROUSSEL:

18               You can leave.  No, we're not.

19          MS. BOWLIN:

20               Gerolyn, this deposition was

21          noticed from day-to-day during regular

22          business hours.

23          MS. ROUSSEL:

24               I noticed the deposition.

25          MS. BOWLIN:
```

```
 1                Gerolyn, --

 2        MS. ROUSSEL:

 3                It was noticed from day-to-day

 4        until completed.

 5        MS. BOWLIN:

 6                Yes, Gerolyn.  And normal

 7        business hours ends at 5:00 in the

 8        afternoon.  It is now 6:20 in the

 9        evening and I am not sitting here for

10        another two hours and I don't think

11        anybody else who is on this deposition

12        is going to sit here for another two

13        hours this evening.  You opened it up

14        to all these additional questions.  We

15        need to come back tomorrow and finish

16        the deposition.

17        MS. ROUSSEL:

18                That was my redirect examination.

19        This gentleman is not coming back

20        tomorrow.  You will ask -- I am going

21        to object to any additional questions.

22        I have completed my redirect

23        examination.  You don't have an

24        opportunity to recross.

25        MS. BOWLIN:
```

```
 1              I object to this deposition going
 2         beyond 6:20 in the evening on any day.
 3         MS. ADAMS:
 4              Join.
 5         MR. HACKENBERG:
 6              Join.
 7         MS. ROUSSEL:
 8              If you have any questions, you
 9         can ask them subject to my objection,
10         but he's not coming back tomorrow.
11         You can ask them now.
12         MS. BOWLIN:
13              I don't have any questions.  All
14         your questions were leading and not
15         admissible.
16         MS. ROUSSEL:
17              Okay.
18         MS. PARKINSON:
19              Troy, are you finished?  I think
20         you got interrupted.
21         MS. ROUSSEL:
22              Troy had just attempted to admit
23         Exhibit 1, to which Plaintiff objects
24         on the basis of hearsay.
25         MR. BELL:
```

```
 1              Roger, did you get my --
 2       MS. PARKINSON:
 3              Can we have just some limited
 4       amount of courtesy here and if
 5       somebody is speaking, we're not having
 6       a side conversation?  So Troy, are you
 7       finished doing your --
 8       MR. BELL:
 9              Yes, I have attached -- I have
10       attached those documents.
11       MS. PARKINSON:
12              Okay.
13       MS. ROUSSEL:
14              And I object on the basis of
15       hearsay.
16       MR. BELL:
17              Gerolyn, --
18       MS. PARKINSON:
19              And now I would like to ask
20       questions.  Are we on the record?
21       MR. BELL:
22              No.
23       MS. ROUSSEL:
24              Yes, we're on the record.  I am
25       going to object.  I have asked my
```

 1          redirect.  I am going to object to any
 2          additional questions.  But you can ask
 3          your questions subject to my objection
 4          and I will make my objection
 5          continuing.
 6          MS. PARKINSON:
 7              That is fine.  So that means,
 8          Gerolyn, when you're making it
 9          continuing, I assume you will not
10          interrupt me when I ask my questions.
11          MS. ROUSSEL:
12              It depends on what the question
13          is.  My objection is a general
14          objection on the basis that it's
15          questions post my redirect.
16          MS. PARKINSON:
17              Okay.  Here's my statement.  For
18          18 hours of testimony --
19          MS. ROUSSEL:
20              Just ask your questions.  We
21          don't need to hear any statement.
22          MS. PARKINSON:
23              Gerolyn, you got your turn to
24          speak and now it's mine.
25              For 18 hours of testimony Mr.

1          Cortez never mentioned that he worked

2          at Nine Mile Point while employed by

3          Anco.  That was elicited by you in

4          your redirect.

5      MS. ROUSSEL:

6              Actually, it was not.  It was

7          brought up when he was asked, he

8          worked '67, '68, and '69 at Nine Mile

9          Point and that was when somebody else

10         asked him questions.

11     MS. BAGLIO:

12             I object to Gerolyn's colloquy of

13         testimony that did not occur in this

14         deposition.

15     MS. BOWLIN:

16             And we join.

17     MS. PARKINSON:

18             Well, and I also object

19         because -- Gerolyn, I was stating my

20         position.  Please do not interrupt me.

21     MS. ROUSSEL:

22             Are you finished?  Let me know

23         when you're finished.

24     MS. PARKINSON:

25             Oh, my God.  For 18 hours it was

```
 1            never an issue.  You elicited during

 2            your redirect and, as a result, I

 3            object to that because it was beyond

 4            the scope of your direct.  So I am

 5            going to move to strike it.  But in an

 6            exercise of caution, because I am not

 7            sure how the Judge will rule, I am

 8            going to ask Mr. Cortez several

 9            questions.

10       EXAMINATION BY MS. PARKINSON:

11            Q    Mr. Cortez, can you hear me okay?

12            VIDEO OPERATOR:

13                 Wait.  We're not on video.

14            MS. ROUSSEL:

15                 You can go on video.

16       EXAMINATION BY MS. PARKINSON:

17            Q    Mr. Cortez, can you hear me?

18            VIDEO OPERATOR:

19                 Do we want to be on video or not?

20            MS. ROUSSEL:

21                 Yes, we can go on video, subject

22            to my objection.

23            VIDEO OPERATOR:

24                 We're back on the record.

25            THE WITNESS:
```

```
 1                Yes, I can hear you.

 2     EXAMINATION BY MS. PARKINSON:

 3          Q     Thank you.  Did you ever personally go

 4     to Nine Mile Point?

 5          A     Did I myself?

 6          Q     Did you ever go to Nine Mile Point?

 7          A     No, I never did.  No.

 8          Q     Okay.  Did you ever see your father

 9     working at Nine Mile Point?

10          A     No.  If I wasn't there, I couldn't see

11     him.

12          Q     Do you know -- If you weren't there,

13     would you agree with me that you actually don't

14     know what he was doing at Nine Mile Point?

15          A     No, I don't agree with you.  I do.  I

16     knew he was insulating.

17          Q     And how do you know that?

18          A     Because he would come home covered in

19     white dust from head to toe.

20          Q     And how did you know that meant he was

21     insulating?

22          A     Because it used to get on me when I

23     worked around insulators.

24          Q     Did he tell you he was insulating at

25     Nine Mile Point?
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                                    August 11, 2020

834

1        A     He really didn't have to.  Because

2   that's all Daddy did when he worked in the

3   chemical plants.  He was insulating.

4        Q     I am going to object to the

5   responsiveness.

6              Did your father indicate to you that

7   while he worked at Nine Mile Point he was

8   insulating?

9        A     Yes.

10        Q     And when did he tell you that?

11        A     I can't tell you exactly the day or

12   anything like that, but I know he -- he -- he

13   told me he was an insulator.

14        Q     I'm talking specifically at Nine Mile

15   Point.  How do you know that he insulated

16   anything at Nine Mile Point?

17        A     Because he would come home and tell us

18   that he was insulating pipe at Nine -- Nine --

19   Nine Mile Point.

20        Q     You didn't personally ever see your

21   father do any work at Nine Mile Point; am I

22   correct?

23        A     Yeah.  You're correct.

24        Q     Do you -- Strike that.  I'm sorry.

25              Do you know how long your father

1    worked at Nine Mile Point?

2        A    For a couple of years for sure.  Maybe

3    three, two or three.

4        Q    And how do you know that?

5        A    Because he would come home and -- I

6    mean, he was working there until I got married.

7        Q    And how do you know that?

8        A    Because that's where he was working.

9    I know where my daddy was working then.

10        Q    How do you know that your father was

11    working at Nine Mile Point --

12        A    Because he --

13        Q    -- and for a couple of years?

14        A    Because he would -- I mean, what else

15    can I tell you?  My daddy told -- would tell us

16    where he was working at.

17        Q    So that is your answer?  Your father

18    told you he was working at --

19        A    Yes.

20        Q    -- Nine Mile Point; correct?

21        A    I knew he was working at Nine Mile

22    Point because he mentioned the employment.  I

23    can't even talk no more.

24        Q    At what point did your father tell you

25    he was working at Nine Mile Point?

 1      A    I can't really answer that.  I don't
 2   know what -- at what point he told me.
 3      Q    Can you describe to me any work that
 4   was going around, going on around him while
 5   your father was working at Nine Mile Point?
 6      A    No.
 7      Q    Can you describe to me whether you can
 8   testify under oath that he was actually working
 9   with asbestos-containing products when he was
10   at Nine Mile Point?
11      A    Yes.
12      Q    And how can you do that?
13      A    Because he would come home covered
14   with the dusty fiber.  That was on his clothes,
15   on his skin, and in his hair and on his boots
16   and his hands.
17      Q    And how do you know based on what was
18   on his clothing that that meant he was working
19   with asbestos-containing materials?
20      A    Because the dust that I -- I've
21   observed looked like the same dust that I was
22   working around in all the various places that I
23   worked and got it on my clothes.
24      Q    Mr. Cortez, do you remember in the
25   past 18 hours that you testified that your

1    father worked at Nine Mile Point while employed

2    by Gabler?

3         A    Yes.

4         Q    At any point did you ever indicate

5    that your father also worked at Nine Mile Point

6    while employed by Anco?

7         A    Yes.

8         Q    When did you do that during your

9    testimony?

10        A    When I was asked about where he worked

11   at, who he worked for at Nine Mile Point.

12        Q    And so it's your sworn testimony that

13   in the transcript we can go find --

14             MS. ROUSSEL:

15                  Do you have a different question?

16             Are you going to ask the same question

17             over and over again?

18             MS. PARKINSON:

19                  Excuse me, Gerolyn.

20             MS. ROUSSEL:

21                  He answered it already.  He's not

22             going to answer it again.

23             MS. PARKINSON:

24                  Gerolyn, I can't understand a

25             word you're saying.

1          THE WITNESS:

2               Go stand over there.

3          MS. PARKINSON:

4               And before you object, you have

5               to let me finish my question.

6     EXAMINATION BY MS. PARKINSON:

7          Q    So, Mr. Cortez, I am going to

8     continue.  Is it your sworn testimony that we

9     should be able to go back and look at the

10    transcript of this deposition and that it's

11    your testimony that you offered that your

12    father worked for Anco at Nine Mile Point?  Is

13    that what you're now stating?

14         A    Yes.

15         Q    Am I correct that you can't identify a

16    single co-worker that your father worked with

17    at Nine Mile Point?

18         A    You are correct.

19         Q    Is it -- Are you actually -- Strike

20    that.  I need to look at my notes here.

21              Do you know who issued instructions to

22    your father at Nine Mile Point?

23         A    No.

24         Q    Do you know any foremen while your

25    father was at Nine Mile Point?

1        A    No.

2        Q    Do you know whether your father was

3   ever a supervisor or a foreman at Nine Mile

4   Point?

5        A    No.

6        Q    And given that you have already

7   testified that you yourself never worked at

8   Nine Mile Point, do you have personal knowledge

9   of any specifics relating to the facility?

10       A    No.

11       Q    Do you know whether your father's work

12  was inside or outside?

13       A    No.

14       Q    Have you ever seen any specifications

15  relating to Nine Mile Point?

16       A    No.

17       Q    Have you seen any information as to

18  any contractors that worked at Nine Mile Point?

19       A    No.

20       Q    And if I understand your testimony

21  correctly, everything you know relating to the

22  fact that your father worked for Anco and

23  Gabler is based on the information your father

24  told you?

25       A    And he had a hardhat that he wore with

840

1   that Anco and the Gabler logo on it.

2        Q    All right.  Let me ask you this.  As

3   to your father actually working at Nine Mile

4   Point, that became known to you because of what

5   your father told you; correct?

6        A    And because of the hardhat that he

7   wore and he told --

8        Q    Let me ask you this.  I'm sorry.  I

9   didn't mean to interrupt.

10            MS. ROUSSEL:

11                 Erin, he's still answering.  Let

12            him complete his answer.

13            MS. PARKINSON:

14                 I understand, Gerolyn.  I already

15            apologized.

16   EXAMINATION BY MS. PARKINSON:

17        Q    I'm sorry, Mr. Cortez.  Go ahead.

18        A    He would talk about his job and I

19   would see the hardhat that he come home with.

20        Q    But let me make this clear or let me

21   make sure I understand you.  When he came home

22   with a hardhat that had "Gabler" on it, it did

23   not make reference to Nine Mile Point, did it?

24        A    No.

25        Q    And when he came home with a hardhat

1    that said "Anco" on it, it didn't make

2    reference to Nine Mile Point; correct?

3         A    No.  Correct.

4         Q    And so, in fact, the fact that he was

5    working at Nine Mile Point was based on what he

6    told you?

7         A    Yes.

8         Q    Correct?

9         A    Yeah.  Correct.

10        MS. PARKINSON:

11             Mr. Cortez, that's all the

12             questions I have.  I appreciate your

13             time.

14        THE WITNESS:

15             Thank you.

16        MS. BAGLIO:

17             This is Jamie Baglio.  I would

18             just like to lodge an objection to the

19             improper recross of Miss Parkinson

20             because it elicits testimony from your

21             improper redirect.  So I would just

22             like to lodge an objection.  Thank

23             you.

24        MS. ROUSSEL:

25             And this is in response to Miss

```
 1              Parkinson's questions.  Assuming that
 2              my objection is not sustained, I do
 3              get the opportunity to redirect after
 4              her questions.
 5         MR. GAMBINO:
 6              Are we going to continue right
 7              now?
 8    EXAMINATION BY MS. ROUSSEL:
 9         Q    When your father was working for
10    Gabler and Anco in 19- -- in the late 1960s, --
11         A    Yes.
12         Q    -- you knew that his job was as an
13    insulator?
14         A    Yes.
15         MS. PARKINSON:
16              I'm going to object to the form.
17              And, Gerolyn, if you want, if you
18              will agree, I'll just have a
19              continuing objection to all your
20              questions that you're asking about
21              Nine Mile Point.
22         MS. ROUSSEL:
23              Yes.
24         MS. PARKINSON:
25              And then I don't have to
```

843

1           interrupt.

2           MS. ROUSSEL:

3               Yes.  You can have a continuing

4           objection.

5           MS. PARKINSON:

6               I'm sorry?  I can have --

7           MS. ROUSSEL:

8               I said yes, you can have a

9           continuing objection to this line of

10          questioning with regard to Gabler and

11          Anco at Nine Mile Point.

12          MS. PARKINSON:

13              Thank you.  So I will not say

14          another word.

15          MS. BAGLIO:

16              And this is Jamie.  Can I also

17          have that stipulation?

18          MS. ROUSSEL:

19              No.  You can have that objection

20          and you can make it continuing, but it

21          is not a stipulation.

22          MS. BAGLIO:

23              That's what I mean.  It is 6:30

24          at night.  Excuse my language.  Thank

25          you very much.

1    EXAMINATION BY MS. ROUSSEL:

2         Q      During the time period between when

3    you were 16 years old and the time period that

4    you got married in 1974, what was your dad's

5    trade?

6         A      He was an insulator.

7         Q      And when your dad was an insulator,

8    you know that two of his employers were Gabler

9    and Anco?

10        A      Yes.

11        Q      And how did you know that?

12        A      He had a hardhat with the decals on

13   it, --

14        Q      And when he --

15        A      -- logo, whatever you want to call it.

16        Q      And when he was working at Gabler and

17   Anco, when he was working at Gabler he was

18   working at Nine Mile Point?

19        A      Yes.

20        Q      And one of the places that he worked

21   for Anco during that time period was Nine Mile

22   Point?

23        A      Yes.

24        Q      When he was working for Gabler at Nine

25   Mile Point, how would his clothing look when he

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

845

1    came home?

2         A    Dusty, white, dusty white product.

3         Q    And when he was working at Nine Mile

4    Point for Anco, how did his clothes look?

5         A    Dusty white product.

6         Q    And the clothing that he wore to and

7    from work, what would you compare that to?

8         A    I mean, just regular work clothes.  I

9    mean, he had a shirt, bluejeans, hardhat.

10        Q    And dust from where to where?

11        A    Yeah, from the top of his head to the

12   bottom of his feet.

13        Q    Similar to when you were working

14   around insulation during that time period?

15        A    Yes.

16        Q    And working with insulators?

17        A    Yes.  Around insulators.

18        MS. ROUSSEL:

19             That's all I have.  Thank you.

20             Does anybody else have any

21        questions?

22        MS. ROSSI:

23             Yes.  This is Alex Rossi.  I have

24        some follow-up based on your, quote,

25        redirect.

```
 1          MS. ROUSSEL:
 2               Okay.  And, though, let me make
 3          an objection to any additional
 4          questions.  And do you agree that my
 5          objection can be continuing throughout
 6          your questions?
 7          MS. ROSSI:
 8               Yes, your objection is noted.
 9          MS. ROUSSEL:
10               Okay.
11  EXAMINATION BY MS. ROSSI:
12      Q    Mr. Cortez, this is Alex Rossi again.
13  We spoke earlier today about your work at the
14  Wyandotte facility.  Do you recall that
15  testimony?
16      A    Yes.
17      Q    Okay.  And your Counsel just elicited
18  some testimony that while you were working on
19  this new construction job you also worked
20  around pipefitters and insulators.  Do you
21  recall that testimony?
22      A    Yes.
23      Q    Okay.  Now, as I understand this job,
24  you would have been working as a structural
25  welder; correct?
```

1    A    Yes.

2    Q    All right.  And based on your previous

3  testimony, as a welder you would have been

4  working at least ten feet from any other craft

5  so that you could safely conduct your welding;

6  is that correct?

7    A    When I was -- When I was canning

8  around the pipes, I was working right by the

9  pipefitters and the -- and the insulators.  I

10  wasn't no ten feet away, no.

11    Q    All right.  So would it be true then,

12  when there was structural welding, you told me

13  you did two different types of welding.  You

14  did welding on structural steel --

15    A    Yes.

16    Q    -- and then you also welded metal

17  around pipe.

18    A    Yeah, wherever they went to, the --

19  Wherever the pipe went through the grating,

20  the --

21    Q    I understand your testimony.

22    A    Yes.

23    Q    So let's just talk about when you were

24  doing the structural steel.  For that work you

25  were not working around pipefitters or

1   insulators; correct?

2        A    Correct.

3        Q    Okay.  Now, when you were welding the

4   metal jacketing around piping, were you more

5   than ten feet away from pipefitters and

6   insulators?

7        A    They would start at the bottom and go

8   to the top and we'd start at the bottom and go

9   to the top.  They were actually on top of me

10  the whole while.

11       Q    Okay.  Do you have any personal

12  knowledge of any of the name brand or

13  manufacturer of any products that insulators

14  would have been using during the time period?

15       MS. ROUSSEL:

16            Objection.  Are you including the

17            pipefitters?  Because he's already

18            identified what the pipefitters were

19            using.

20       MR. GUIDRY:

21            Objection, asked and answered.

22       MS. ROSSI:

23            I also move to strike your

24            testimony, Gerolyn.  I asked

25            specifically about insulating

```
 1              products.

 2              MS. ROUSSEL:

 3                   Then are you talking about in

 4              addition to the Foster 81-27 he

 5              identified?

 6     EXAMINATION BY MS. ROSSI:

 7         Q    Mr. Cortez, do you personally know the

 8     name brand or manufacturer of any of the

 9     insulating products that were used at BASF at

10     the Wyandotte facility?

11         A    No.

12              MS. ROSSI:

13                   Okay.  And then I just want to

14              put an objection on the record to the

15              redirect, as it was untimely and

16              inappropriate.

17                   I also want to make sure it's

18              clear that all Defendants have

19              reserved their rights to come back and

20              re-examine Mr. Cortez when we receive

21              his Social and union records, as he

22              has indicated on the record that with

23              that information he would be able to

24              tell us his employers for the various

25              work sites that he identified.  Thank
```

1         you.

2         MS. ROUSSEL:

3              If you have any questions to ask,

4         those questions are to be asked today.

5         This is Mr. Cortez's deposition.

6              And subject to the questions that

7         Miss Rossi just asked, I do have about

8         two more questions.

9    EXAMINATION BY MS. ROUSSEL:

10    Q    When you were working at Wyandotte

11   around pipefitters, what type of gasket

12   material were the pipefitters using?

13        MS. ROSSI:

14             Object to form.

15        THE WITNESS:

16             Asbestos I would say.

17   EXAMINATION BY MS. ROUSSEL:

18    Q    And the --

19        MS. ROSSI:

20             Object to the response.

21        THE WITNESS:

22             They were using the adhes- -- the

23        adhesive.  I can't barely say that any

24        more.

25   EXAMINATION BY MS. ROUSSEL:

851

```
 1      Q    Okay.  The adhesive, and who -- what
 2  was --
 3      A    That's that 81-27.
 4      Q    And the gasket products they were
 5  using?
 6      A    Oh, it was McCarty's.
 7      Q    Gaskets.  Not insulation.
 8      A    The gasket?
 9      Q    The sheet -- Yes, the gasket material.
10      A    I'm sorry.  I said -- I am getting
11  confused.
12      Q    All right.  Let me take this off.
13      A    Garlock.
14      Q    And what style number Garlock?
15      A    Mostly 7705.
16      MS. ROSSI:
17           Object to the form.
18      MS. ROUSSEL:
19           That's all I have.  Thank you.
20           Does anybody have any other
21      questions?
22           Okay, Mr. Cortez.  That concludes
23      your deposition.
24      VIDEO OPERATOR:
25           Off the record.
```

```
 1        MR. POWELL:

 2             Well, I would like to stay on the

 3        stenograph for a second.  This is

 4        Kevin Powell.  I want to make one

 5        reservation.

 6             We're on, Roger?

 7        COURT REPORTER:

 8             Yes.

 9        MR. POWELL:

10             All right.  In light of the

11        expedited nature of the deposition we

12        haven't received the Social Security

13        statement of earnings, we haven't

14        received the union record, we haven't

15        received medical records or other --

16        and we haven't received other

17        employment-related records.  We

18        reserve the right to notice Mr. Cortez

19        for a follow-up deposition at some

20        future date.

21        MS. ROUSSEL:

22             And Mr. Cortez will not be

23        subjected to another deposition.  And

24        this deposition was not expedited.

25        Because of the actions of the
```

```
 1              Defendants, it actually had to be

 2              continued twice.

 3         MS. BOWLIN:

 4              And I join in the objection by

 5         Mr. Powell.

 6         MS. ROUSSEL:

 7              And so you could have subpoenaed

 8         any records that you felt necessary.

 9         But in any event, I note your comments

10         and I note -- and I make my statement

11         he will not be subjected to a

12         deposition again.

13         MR. POWELL:

14              Well, --

15         MS. ROUSSEL:

16              Everybody has had the opportunity

17         to ask more than enough questions of

18         this gentleman.

19         MR. BELL:

20              This is Troy Bell.  I join in the

21         objections and reservations.

22         MR. VERLANDER:

23              Paul Verlander on behalf of

24         Berkshire Hathaway joins in as

25         articulated by Mr. Powell.
```

```
 1        MS. BOWLIN:

 2             We done?

 3        MS. ROUSSEL:

 4             Yes, we're done.

 5        MS. SEMMES:

 6             Do we agree that we join as well?

 7        MR. HAINKEL:

 8             Agree.

 9        MS. ADAMS:

10             Agree.

11        MS. DELK:

12             We join.

13        MR. SMITH:

14             Hear, hear.

15             *     *     *

16

17

18

19

20

21

22

23

24

25
```

CALLEN CORTEZ - DISCOVERY (AUGUST 11 & 12, 2020                    August 11, 2020

855

```
 1              R E P O R T E R ' S   P A G E
 2    I, ROGER D. JOHNS, Certified Court Reporter in
 3    and for the State of Louisiana, the officer, as
 4    defined in Rule 28 of the Federal Rules of
 5    Civil Procedure and/or Article 1434(B) of the
 6    Louisiana Code of Civil Procedure, before whom
 7    this sworn testimony was given, do hereby state
 8    for the record; That due to the nature of
 9    spontaneous discourse in the foregoing
10    proceedings, dashes (--) have been used to
11    indicate pauses, changes in thought,
12    interruptions by other speakers, and/or
13    talkovers; That inherent in Zoom depositions
14    there may be dropped language that is unheard
15    due to connection issues or equipment
16    malfunction; That this is a complete
17    transcription, and that dashes (--) do not
18    indicate that words have been left out of this
19    transcript; That the phrase (spelled
20    phonetically) is used to denote words and/or
21    names which could not be verified through
22    available references resources.
23                  _____
24                  ROGER D. JOHNS, CCR, RPR
25                  CERTIFIED COURT REPORTER #74010
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                        504 219-1993

```
 1                    REPORTER'S CERTIFICATE

 2

 3          NOTE: This transcript certification is
     valid only when accompanied by my original
 4   signature over my state seal.
                 I, ROGER D. JOHNS, CCR, Certified
 5   Court Reporter in and for the State of
     Louisiana, as the officer before whom the
 6   foregoing was taken, do hereby certify:
                 That the witness was sworn by me upon
 7   authority of R.S. 37:2554 and did testify as
     set forth in the foregoing pages;
 8               That said proceeding and testimony was
     reported by me in the stenotype reporting
 9   method, was thereafter transcribed and prepared
     by me or under my personal direction and
10   supervision, and is a true and correct
     transcription to the best of my ability and
11   understanding;
                 That this transcript was prepared in
12   compliance with transcript format guidelines
     established by statute or by rules of the
13   Board;
                 That I am knowledgeable of the
14   arrangements, financial and otherwise, with the
     person on entity arranging for reporting
15   services, and that I have acted in compliance
     with the prohibition on contractual
16   relationships as defined by the Louisiana Code
     of Civil Procedure Article 1434 and in rules
17   and advisory opinions of the Board;
                 That I am not related to counsel or to
18   the parties herein, nor am I otherwise
     interested in the outcome of this matter.
19

20   _____

21          ROGER D. JOHNS, CCR

22          CERTIFIED COURT REPORTER

23          STATE OF LOUISIANA 74010

24

25
```