## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLEN J. CORTEZ,** | * | **CIVIL DOCKET NO. 2:20-cv-2389** |
| **Plaintiff** | * | |
| **VERSUS** | * | **JUDGE: SARAH S. VANCE** |
| **LAMORAK INSURANCE COMPANY, ET AL** | * | **MAGISTRATE JUDGE: JANIS VAN MEERVELD** |
| **Defendants** | * | |

## ORDER

Considering the foregoing,

**IT IS ORDERED**, that Huntington Ingalls Incorporated's ("Avondale") Motion to Dismiss is **GRANTED** and its claims against Third Party Defendant/ Cross Claim Defendant Insulations LLC (f/k/a Insulations Inc.) are hereby dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __4th__ day of __March__, 2022.

_Sarah Vance_
**HONORABLE SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

02519210-1