UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLEN CORTEZ** | : | **CIVIL ACTION NO. 2:20-cv-2389** |
| | : | |
| **VS.** | : | **JUDGE: SARAH S. VANCE** |
| | : | |
| **LAMORAK INSURANCE CO., ET AL** | : | **MAGISTRATE JUDGE: JANIS VAN MEERVELD** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff-in-Cross-Claim, Huntington Ingalls Incorporated, who moves to dismiss its claims against Defendant, Axiall Corporation, only, without prejudice, each party to be responsible for the payment of its own costs. Plaintiff-in-Cross-Claim specifically reserves its rights against all other persons and/or entities.

**WHEREFORE,** Plaintiff-in-Cross-Claim, Huntington Ingalls Incorporated, and Defendant, Axiall Corporation, pray that this joint motion be granted and that Plaintiff-in-Cross-Claim's claims against Axiall Corporation be dismissed without prejudice, with each party to bear their own costs, but reserving to Plaintiff-in-Cross-Claim any and all rights and claims against all other persons and/or entities.

Respectfully submitted,

| | |
|---|---|
| **IRWIN FRITCHIE URQUHART & MOORE LLC**<br>*/s/Kevin Powell*<br>_____<br>Gus A. Fritchie (#57511)<br>Timothy F. Daniels (#16878)<br>David M. Melancon (#23216)<br>Kevin Powell (#25324)<br>Camala Capodice (#29117)<br>Daphne M. Lancaster (#34630)<br>Connor W. Peth (#9499)<br>400 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2101<br>*Counsel for Huntington Ingalls Incorporated* | **BIENVENU, BONNECAZE, FOCO &VIATOR, LLC**<br>*/s/John Allain Viator*<br>_____<br>David M. Bienvenu, Jr., #20700<br>F. Charles Marionneaux, #18320<br>John Allain Viator, #25915<br>Melissa Jade Avant, #37867<br>Thomas C. Naquin, #38847<br>Samantha M. Kennedy, #39428<br>4210 Bluebonnet Blvd.<br>Baton Rouge, LA 70809<br>Phone: 225 388 5600<br>Fax: 225 388 5622<br>asbestos@bblawla.com<br>*Counsel for Axiall Corporation* |

1

- **CERTIFICATE** -

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this  8th  day of March, 2022.

_____/s/John Allain Viator_____