UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALLEN J. CORTEZ | * | CIVIL ACTION NO. 2:20-cv-2389 |
| Plaintiff | * | |
| | * | SECTION: R (1) |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| LAMORAK INSURANCE | * | |
| COMPANY, ET AL | * | MAGISTRATE JUDGE |
| Defendants | * | JANIS VAN MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment based on LHWCA Preemption, filed by Continental Insurance Company as alleged insurer of Halter Marine, Inc. and its executive officers,

IT IS ORDERED that leave is GRANTED and Continental's Reply Memorandum be and is hereby allowed and filed.

New Orleans, Louisiana this 9th day of March 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE