# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALLEN J. CORTEZ** | * | **CIVIL ACTION NO. 2:20-cv-02389** |
| | * | **SECTION "R" (1)** |
| **VS.** | | |
| | * | **JUDGE SARAH VANCE** |
| **LAMORAK INSURANCE CO., ET AL** | * | **MAG. JANIS VAN MEERVELD** |

## FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Mona Hotard Cortez, surviving spouse of Callen J. Cortez, and Kelsey J. Cortez and Callie Cortez Billiot, children of Callen J. Cortez, who suggest to the Court that they desire to supplement and amend the Original Petition for Damages, First Supplemental and Amending Complaint, Second Supplemental and Amending Complaint, and Third Supplemental and Amending Complaint filed herein in the following particulars:

I.

By amending the body and prayer of the Original Petition for Damages, First Supplemental and Amending Complaint, Second Supplemental and Amending Complaint, and Third Supplemental and Amending Complaint to include as Plaintiffs, Mona Hotard Cortez, wife of Callen J. Cortez, and Kelsey J. Cortez and Callie Cortez Billiot, children of Callen J. Cortez, and to assert any and all rights and claims to which they are entitled as a result of the injuries and death of Callen J. Cortez as well as to assert any and all survival and wrongful death claims to which they are entitled.

II.

By adding an additional paragraph to be numbered "111" to read as follows:

111.

On May 26, 2022, original Plaintiff, Callen J. Cortez, died. At the time of his death he was survived by his wife, Mona Hotard Cortez, and his children, Kelsey J. Cortez and Callie Cortez Billiot, who wish to be substituted as Plaintiffs for all survival damages currently existing against all Defendants. In addition, Mona Hotard Cortez, Kelsey J. Cortez and Callie Cortez Billiot assert any and all rights and claims for wrongful death damages against all Defendants.

III.

By adding an additional paragraph to be numbered "112" to read as follows:

112.

Callen J. Cortez died on May 26, 2022, as a result of asbestos-related mesothelioma, complications therefrom and/or complications from treatment therefrom, and other ill health effects which resulted from exposure to asbestos.

IV.

By adding an additional paragraph to be numbered "113" to read as follows:

113.

As a result of the acts of negligence, intentional tort, fraud, and strict liability of the Defendants named herein and in the Original Petition for Damages, the First Supplemental and Amending Complaint, the Second Supplemental and Amending Complaint, and the Third Supplemental and Amending Complaint, Callen J. Cortez contracted asbestos-related mesothelioma which caused or contributed to his death on May 26, 2022.

V.

By adding an additional paragraph to be numbered "114" to read as follows:

114.

Complainants are entitled to damages for the following: physical pain and suffering of Callen J. Cortez; mental pain and anguish (including but not limited to fear of death) which Mr. Cortez suffered; humiliation and emotional distress suffered by Mr. Cortez, loss of income and earning capacity of Mr. Cortez; medical expenses; care and personal assistance provided to Mr. Cortez; loss of personal services; loss of enjoyment of life and lifestyle; loss of support to wife and children; loss of consortium and society, love, and affection; loss of services, loss of companionship; grief suffered by Mona Hotard Cortez, Kelsey J. Cortez and Callie Cortez Billiot as a result of the death of Mr. Cortez; funeral expenses; lost income and expenses related to the injuries and death of Callen J. Cortez, funds expended by each of the Plaintiffs herein for the care and treatment of their husband and father, and all other general damages arising out of this survival and wrongful death action which may be shown at the trial of this matter.

VI.

By adding an additional paragraph to be numbered "115" to read as follows:

115.

All of the defendants named in this Fourth Supplemental and Amending Complaint, as well as the Original Petition for Damages, the First Supplemental and Amending Complaint, the Second Supplemental and Amending Complaint, and the Third Supplemental and Amending Complaint, are jointly, severally, and in solido liable to Complainants for the damages sustained by Mr. Cortez and by them as a result of Mr. Cortez's contraction of asbestos-related mesothelioma and death.

VII.

Complainants re-aver and incorporate herein by reference as if copied herein *in extenso* all allegations of the Original Petition for Damages, the First Supplemental and Amending Complaint, the Second Supplemental and Amending Complaint, and the Third Supplemental and Amending Complaint except to the extent they have been amended or supplemented herein.

VIII.

Complainants reiterate that trial by jury is requested on all issues.

**WHEREFORE,** Plaintiffs, Mona Hotard Cortez, Kelsey J. Cortez, and Callie Cortez Billiot, reiterating the prayers of the Original Petition for Damages, the First Supplemental and Amending Complaint, the Second Supplemental and Amending Complaint, and the Third Supplemental and Amending Complaint as though set forth at length herein, pray that the Original Petition for Damages, the First Supplemental and Amending Complaint, the Second Supplemental and Amending Complaint, and the Third Supplemental and Amending Complaint be supplemented and amended in the above particulars, that the Defendants named herein be duly cited to appear and answer, and that after all due proceedings are had, there be judgment rendered herein in favor of Complainants and against Defendants for all damages suffered by Complainants, together with legal interest from the date of judicial demand, and all costs associated with the prosecution of this claim. Complainants further pray for a jury trial on all issues, and for all general and equitable relief to which he may be entitled.

| **CERTIFICATE OF SERVICE** | Respectfully Submitted; |
|---|---|
| I hereby certify that a copy of the Fourth Supplemental and Amending Complaint has been served upon counsel for all parties by Electronic Service through the Electronic Case Filing System or by FAX, on this 3rd day of June, 2022. | **ROUSSEL & CLEMENT** |
| | /s/ Jonathan B. Clement |
| | GEROLYN P. ROUSSEL #1134 |
| | PERRY J. ROUSSEL, JR. #20351 |
| /s/ Jonathan B. Clement | JONATHAN B. CLEMENT #30444 |
| JONATHAN B. CLEMENT | LAUREN R. CLEMENT #31106 |
| | 1550 West Causeway Approach |
| | Mandeville, Louisiana 70471 |
| | Telephone: (985) 778-2733 |
| | Facsimile: (985) 778-2734 |
| | ATTORNEYS FOR PLAINTIFFS |