UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALLEN J. CORTEZ, ET AL. | CIVIL ACTION |
| VERSUS | NO. 20-2389 |
| LAMORAK INSURANCE COMPANY, ET AL. | SECTION "R" (1) |

### ORDER AND REASONS

Defendant Hopeman Brothers, Inc. and third-party defendant Liberty Mutual Insurance Company move for reconsideration of the Court's Scheduling Order setting time limits for trial.[1] The Court has previously ordered that all previous deadlines have expired, and there shall be no further filings in this case, except those specifically ordered by the Court in its Scheduling Order.[2] This motion violates that Order. Moreover, to date the parties have failed to make a serious effort to cooperate with each other or with the Court to pare the evidence to what will be reasonably necessary and to eliminate unnecessary objections to evidence. This undermines the parties' motion. Additionally, Hopeman Brothers has filed summary judgment motions on issues it says it will need to call witnesses on at trial.

---

[1]  R. Doc. 1047.
[2]  R. Doc. 1015.

Given the pending motions, its arguments about the necessity of this evidence are at best premature. The motion for reconsideration is DENIED.

The Court may consider a reapportionment/adjustment of trial time at the final pretrial conference, but only if it is convinced that the parties have participated in good faith in all pretrial efforts to streamline the evidence and efficiently resolve evidentiary issues, and the time allotted will nevertheless be inadequate, even if efficiently used.

**The Court reiterates that motion practice is closed, and no motions may be filed except as provided in the Court's Scheduling Order.**

New Orleans, Louisiana, this __18th__ day of July, 2022.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE